# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  
Kris Daniel Roglieri

xxx–xx–1039  
40 North Road  
Queensbury, NY 12804

Case Number: 24–10157–1–rel

Chapter: 11

## *NOTICE OF DEADLINES*

Notice is hereby given regarding document deadlines;

Notice of Deadlines. Updated Deadline re: Affidavit Pursuant to LR 2015 due by 2/22/2024. (Rosenberg, Dana)

Debtor(s) are responsible for timely filing all documents. The responsibility for preparing, submitting, and monitoring a complete filing lies with the filer(s). Do not rely on the Clerk's office to alert you regarding incomplete case filings.

Please note: ***This case may be dismissed upon further notice or hearing if the above referenced documents are not filed with the Court***.

Date: 2/15/24

CYNTHIA A. PLATT  
Clerk of the Bankruptcy Court