# Notice Recipients

District/Off: 0206−1　　　　　User: admin　　　　　Date Created: 2/15/2024
Case: 24−10157−1−rel　　　　Form ID: ntcddl　　　　Total: 3

**Recipients of Notice of Electronic Filing:**
ust　　U.S. Trustee　　USTPRegion02.AL.ECF@USDOJ.GOV
aty　　Brendan Michael Walsh　　bwalsh@pashmanstein.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Kris Daniel Roglieri　　40 North Road　　Queensbury, NY 12804

　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1