UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re,<br><br>KRIS DANIEL ROGLIERI,<br><br>Debtor. | Chapter 11<br>Case No. 24-10157 |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that **COMPASS-CHARLOTTE 1031, LLC**, appears herein by its counsel, Nolan Heller Kauffman LLP, and demands, pursuant to Bankruptcy Rules 2002(g), 9007, 9010(b) and Bankruptcy Code §§102(1), 342 and 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether transmitted or conveyed by mail, delivery, telephone, electronic mail, fascimile, or otherwise: (1) which affect or seek to affect in any way any rights or interests of **COMPASS-CHARLOTTE 1031, LLC**, with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by **COMPASS-CHARLOTTE 1031, LLC.**

Dated:   February 15, 2024
         Albany, New York

**NOLAN HELLER KAUFFMAN LLP**
*Attorneys for Creditor*
*Compass-Charlotte 1031, LLC*

By: *s/ Justin A. Heller*
Justin A. Heller, Esq.
80 State Street, 11th Floor
Albany, New York 12207
(518) 449-3300
jheller@nhkllp.com