# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. | |

## VERIFICATION OF 20 LARGEST UNSECURED CREDITOR MAILING MATRIX

The above-named Debtor(s) hereby verify that the attached mailing matrix contains creditors holding the 20 largest unsecured claims is true and correct to the best of their knowledge.

Date: February 15, 2024              /s/ Kris Daniel Roglieri
                                                           Signature of Debtor

Barclay Damon
80 State St.
Albany, NY 12207

Caesars Entertainment
P.O. Box 96118
Las Vegas, NV 89193

Chase Bank
Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423

Hogan and Lovells US LLP
Attn: David B. Massey
600 Brickell Avenue, Suite 2700
Miami, FL 33131

Key Bank
127 Public Square
Cleveland, OH 44114

NYS Dept. Taxation & Finance
PO Box 5300
Albany, NY 12205-0300

SBA Department of the Treasury
PO Box 830794
Birmingham, AL 35283-0794

Sheppard Mullin
30 Rockefeller Plaza
New York, NY 10112