So Ordered.

Signed this 16 day of February, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

KRIS DANIEL ROGLIERI,                              Case No. 24-10157
                                                                      Chapter 11

Debtor.

### ORDER SCHEDULING SECTION 1188 CONFERENCE AND RELATED DEADLINE

Debtor commenced this case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") and elected to proceed under subchapter V[1] as a "small business debtor." Pursuant to the requirements of Bankruptcy Code § 1188, the Court shall conduct a status conference **on March 27, 2024, at 11:00 a.m.** at the United States Bankruptcy Court for the Northern District of New York located at James T. Foley United States Courthouse, 445 Broadway, Ste. 330 Albany, NY 12207, or telephonically via AT&T conference call: 877-402-9753, access code: 4954900.

Debtor is directed to file with the Court and serve upon the trustee and all parties in interest, by not later than 14 days before the date of the status conference, a report that details the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization.

# # #

---

[1] Created by the Small Business Debtor Reorganization Act of 2019 ("SBRA").