UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

    Kris Daniel Roglieri,

                Debtor.

Case No.: 24-10157-rel
Chapter 11, Subchapter V

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as subchapter V trustee in the above-captioned case:

Mark Schlant, Esq.
c/o Zdarsky, Sawicki & Agostinelli LLP
1600 Main Place Tower
350 Main St
Buffalo NY 14202
mschlant@zsalawfirm.com
(716) 855-3200

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated:   Albany, New York
          February 16, 2024

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
FOR REGION 2

*/s/ Lisa M. Penpraze*
Lisa M. Penpraze
Assistant United States Trustee
Leo W. O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553
(518) 434-4459 (fax)
lisa.penpraze@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

KRIS D. ROGLIERI,             CASE NO. 24-10157-1-REL

Debtor(s)

CHAPTER 11

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $275.00 per hour, in addition to seeking reimbursement for any actual and necessary expenses I incur.

Dated:  February 16, 2024                  /s/ Mark J. Schlant
                                                           Mark J. Schlant
                                                           1600 Main Place Tower
                                                           350 Main Street
                                                           Buffalo, New York 14202
                                                           (716) 855-3200
                                                           mschlant@zsalawfirm.com