**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. |  |

<u>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**</u>

**PLEASE TAKE NOTICE** that, pursuant to LBR 2091-1(a)(1), Brendan M. Walsh hereby withdraws as counsel of record for the above-captioned debtor and debtor in possession (the "<u>Debtor</u>").  Joseph C. Barsalona II of the same firm has filed a notice of appearance and hereby substitutes as counsel of record for the Debtor.  Copies of further pleadings and papers in this case must be made upon Joseph C. Barsalona II at the same address.

Dated: February 22, 2024          **PASHMAN STEIN WALDER**
New York, New York          **HAYDEN, P.C.**

<u>s/ *Brendan M. Walsh*</u>
Brendan M. Walsh
233 Broadway, Suite 820
New York, New York 10279
Telephone: (646) 828-8081
Email: bwalsh@pashmanstein.com