**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re _____, )
*[Set forth here all names including married, maiden, and trade* )
*names used by debtor within last 8 years.]* )
)
                                       Debtor     )    Case No.
)
)
)    Chapter
Employer's Tax Identification No(s). *[if any]* _____)
Last four digits of Social Security No(s): ___1039___ )

**For Debtor:**

_____ Payment advices are attached

_____ Payment advices *are not* attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Payment advices *are not* attached because debtor:
    ___ receives disability payments
    ___ is unemployed and does not receive unemployment compensation
    ___ receives Social Security payments
    ___ receives a pension
    ___ does not work outside the home
    ___ is self employed
    ___ other, please explain _____

    Schedule I, Part 2, Number 2 Income _____

    Occupation as listed on Schedule I _____

**For Joint Debtor, if applicable:**

_____ Payment advices are attached

_____ Payment advices *are not* attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Payment advices *are not* attached because debtor:
    ___ receives disability payments
    ___ is unemployed and does not receive unemployment compensation
    ___ receives Social Security payments
    ___ receives a pension
    ___ does not work outside the home
    ___ is self employed
    ___ other, please explain _____

    Schedule I, Part 2, Number 2 Income _____

    Occupation as listed on Schedule I _____

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor: _____ Date: _____

Signature of Joint Debtor: _____ Date: _____

O:§521C(12/01/2015)