Joseph C. Barsalona II
Amy M. Oden (admitted pro hac vice)
Edward A. Cho-O'Leary (admitted pro hac vice)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
233 Broadway, Suite 820
New York, New York 10279
(646) 828-8081

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. | |

### STATEMENT CONCERNING FINANCIAL RECORDS

KRIS DANIEL ROGLIERI hereby declares as follows under penalty of perjury:

1. I am the debtor and debtor in possession herein. I am familiar with the facts and circumstances as recited herein.

2. I do not maintain balance sheets, statement of operations or cash flow statements in my personal capacity.

3. Attached is the required tax return as **Exhibit A**.

4. I hereby declare, pursuant to 28 U.S.C. § 1746 and under penalties of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Date: February 22, 2024              /s/ Kris Daniel Roglieri
                                     Signature of Debtor