# **EXHIBIT A**

**Personal Property in the Possession or Custody of the FBI and the Receiver**

Personal property in the possession of the FBI:

1. Cedric DuPont antique documents of sale
2. 2017 Ferrari 488 (title thereof; vehicle currently in the possession of Ai Design Inc.)
3. 2014 Ferrari f12 (title thereof)
4. 2019 Mercedes G63 (title thereof)
5. 2019 Mercedes gt63s (title thereof)
6. 2022 Mercedes gt black series (title thereof)
7. 2020 Lamborghini, SVJ (title thereof)
8. 2014 SLS Mercedes black series (title thereof)
9. 2007 Mercedes SLR 722 (vehicle and title thereof)
10. 1982 Mercedes 500 SL AMG (vehicle and title thereof)
11. 2006 Maserati MC 12 (invoice thereof; vehicle currently in the possession of Ai Design Inc.)
12. 2022 Ferrari 812 Competizione (title thereof)
13. 2022 Mercedes g63 4x4 square (title thereof)
14. Ferrari V12 Engine Coffee Table
15. 1989 Mercedes-Benz 560 SEL AMG 6.0 (vehicle and title thereof)
16. 1959 Cadillac Eldorado (title and bill of sale thereof)
17. 1987 Mercedes-Benz 560 SEC AMG 6.0 'Wide-Body' (title thereof)
18. 2014 Ferrari 458 Speciale (title thereof)
19. 2006 Mercedes CL 65 AMG (title thereof)
20. Rolex Day-Date 40 Platinum Day-Date 40mm Ice Blue Dial
21. Roman Numerals Rolex Day-Date 40 Platinum Baguette Dial Blue
22. Rolex Day-Date 40mm Platinum with Baguette Bezel Meteorite
23. Rolex Day-Date 41 Rose Gold Black Ruby Dial
24. Rolex, 36 mm Gold and Turquoise Baguette
25. Richard Mille RM 65-01 Automatic Chronograph Full Rose Gold
26. Richard Mille RM 011 Felipe Massa Boutique Exclusive DLC Titanium Rose Gold
27. Hublot Black and Gold watch
28. HP Spectre with card
29. Office Max Notebook
30. iPhone 14
31. iPhone 13
32. iPad – silver in black case
33. PNY Optima 4 GB SD Card
34. Digital devices (1 hard drive, 1 camera, 2 thumb drives, 12 SD cards, 2 SIM cards)
35. Mercedes SLR 722 exhaust
36. Two aftermarket exhausts for Ferraris
37. MC 12 Maserati tires
38. WD MyBook hard drive
39. New York State tax documents
40. US passport

Personal property in the possession of the Receiver:

41. Richard Mille Tourbillion Skull RM 052 Watch