R&F

| UNITED STATES BANKRUPTCY COURT | 2024 FEB 23 AM 9: 50 |
| NORTHERN DISTRICT OF NEW YORK | |

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

In re

Kris Daniel Roglieri,

Debtor.

Chapter 11 (Subchapter V)

Case No. 24-10157 (REL)

## *EX PARTE* APPLICATION TO APPEAR *PRO HAC VICE*

William L. Esser IV, Esq. ("Applicant") of Parker Poe Adams & Bernstein LLP, hereby files this Application for the entry of an order, substantially in the form attached hereto as **Exhibit "A"**, granting admission *pro hac vice* for the purpose of appearing as counsel for Compass-Charlotte 1031, LLC ("Compass-Charlotte"), a creditor in the above-referenced Chapter 11 case. In support of this Application, the Applicant respectfully represents as follows:

1. The Applicant is a member in good standing of the bar of the State of North Carolina, the State of Florida, and has been admitted to the United States District Court for the Western, Middle, and Eastern Districts of North Carolina, the Second Circuit Court of Appeals, Fourth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, and the United States Supreme Court. Applicant has already been admitted pro hac vice before this Court to represent Compass-Charlotte in the related case of *In re Prime Capital Ventures, LLC*, 23-11302-rel.

2. Additionally, the Applicant is not subject to any pending disciplinary proceedings in any jurisdiction. *See* North Carolina Bar Certificate of Good Standing attached hereto as **Exhibit "B"**.

3. In further support of the Application, Applicant submits the *Declaration of Attorney William L. Esser in Support of Ex Parte Application to Appear Pro Hac Vice*, sworn to on February 22, 2024.

PPAB 10559452v1

**WHEREFORE**, the Applicant requests this Court enter an order admitting William L. Esser of admission *pro hac vice*.

Dated: February 22, 2024            PARKER POE ADAMS & BERNSTEIN LLP

/s/ William L. Esser IV
William L. Esser IV, Esq.
620 South Tryon Street
Suite 800
Charlotte, NC 28202
(704) 372-9000
willesser@parkerpoe.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| Kris Daniel Roglieri,<br><br>                            Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 24-10157 (REL) |

### DECLARATION OF ATTORNEY WILLIAM L. ESSER IN SUPPORT OF *EX PARTE* APPLICATION TO APPEAR *PRO HAC VICE*

William L. Esser IV, being duly sworn, hereby deposes and states that:

1. I am a resident of North Carolina and am a partner with the law firm of Parker Poe Adams & Bernstein, LLP, with offices at 620 South Tryon Street, Suite 800, Charlotte, NC 28202.

2. I submit this Declaration in accordance with the *Ex Parte Application to Appear Pro Hac Vice* for the purpose of appearing as counsel on behalf of Compass-Charlotte 1031, LLC and to participate in this Chapter 11 Proceeding.

3. The Courts in which I am admitted and the dates of admission are as follows:

| Courts | Year of Admission |
|---|---|
| State of Florida | 1999 |
| Eleventh Circuit Court of Appeals | 1999 |
| State of North Carolina | 2000 |
| USDC Western District of North Carolina | 2000 |
| USDC Middle District of North Carolina | 2000 |
| USDC Eastern District of North Carolina | 2000 |
| Fourth Circuit Court of Appeals | 2001 |
| Supreme Court of the United States | 2013 |
| Second Circuit Court of Appeals | 2023 |

4. I certify that I am a member of good standing in all of said jurisdictions at all times and am not subject to any pending disciplinary proceedings in any jurisdiction, as evidenced by the Certificate of Good Standing annexed hereto as **Exhibit "B"**.

PPAB 10559452v1                                3

5. I have not been held in contempt of court, censured, suspended or disbarred by any court and I have not been convicted of a felony or misdemeanor.

6. I acknowledge that I shall be subject to the jurisdiction of the United States Bankruptcy Court for the Northern District of New York with respect to any acts occurring during the course of my participation in this matter and that I am generally familiar with the local rules of the United States Bankruptcy Court, Northern District of New York.

7. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2024         PARKER POE ADAMS & BERNSTEIN LLP

/s/ William L. Esser IV
William L. Esser IV, Esq.
620 South Tryon Street
Suite 800
Charlotte, NC 28202
willesser@parkerpoe.com

# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

William L. Esser, IV (Bar # 29201)

was licensed to practice law by the State of North Carolina on August 18, 2000.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North

Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 28th of December, 2023.

Alice Neece Mine
Secretary of the North Carolina State Bar



AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__Western__ **DISTRICT OF** __North Carolina__

**CERTIFICATE OF GOOD STANDING**

I, __Katherine Hord Simon__, Clerk of this Court,

certify that __William L. Esser__, Bar # __29201__,

was duly admitted to practice in this Court on

__9/19/2000__, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at __Charlotte__ on __1/3/2024__.
LOCATION                         DATE

_(signature)_                    _(signature)_
CLERK                            DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Kris Daniel Roglieri,<br><br>                                    Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 24-10157 (REL) |

**ORDER GRANTING EX PARTE APPLICATION TO APPEAR PRO HAC VICE**

**UPON** the motion of William L. Esser IV for pro hac vice admission to appear as counsel for Compass-Charlotte 1031, LLC in the above referenced bankruptcy case, and payment having been made to the District Court, it is hereby

**ORDERED,** that the Ex Parte Application to Appear Pro Hac Vice is granted; and it is further

**ORDERED,** that William L. Esser IV, Esq. may appear, *pro hac vice*, as counsel for Compass-Charlotte 1031, LLC in this bankruptcy case and any related proceedings that may arise.

###



**Jacqueline Brewster**

t: 704.371.6173
f: 704.334.4706
jacquelinebrewster@parkerpoe.com

Atlanta, GA
Charleston, SC
Charlotte, NC
Columbia, SC
Greenville, SC
Raleigh, NC
Spartanburg, SC
Washington, DC

February 22, 2024

**VIA OVERNIGHT MAIL (518) 257-1661**

U.S. Bankruptcy Court, NYNB
Attention: Court Filings
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Re: Kris Daniel Roglieri Chapter 11; Case no. 23-10157

Dear Sir or Madam:

With respect to the above-referenced matter, enclosed please find the following documents:

1. *Ex Parte* Application to Appear *Pro Hac Vice*;
2. Declaration of Attorney William L. Esser in Support of *Ex Parte* Application to Appear *Pro Hac Vice*;
3. Proposed Order Granting Ex Parte Application to Appear Pro Hac Vice;
4. Original Certificate of Good Standing, US District Court, Western District of North Carolina; and
5. Copy of Certificate of Good Standing, North Carolina State Bar.

Upon receipt, please send the link for electronic payment of the Pro Hac Vice court fee amount of $100.00 to willesser@parkerpoe.com.

Thank you for your assistance and please contact me if you have any questions.

Sincerely,

Jacqueline Brewster

/jb
Enclosures