Joseph C. Barsalona II
Amy M. Oden (admitted pro hac vice)
Edward A. Cho-O'Leary (admitted pro hac vice)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
233 Broadway, Suite 820
New York, New York 10279
(646) 828-8081

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on **February 22, 2024**, I <u>**electronically filed**</u> the **(i) Notice of Appearance and Request for Notice and Service of Papers; (ii) Notice of Withdrawal and Substitution of Counsel; (iii) Payment Advice Statement; (iv) Statement Concerning Financial Records; and (v) Declaration Pursuant to Local Bankruptcy Rule 2015-2** with the Clerk of Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

**Justin A. Heller; Paul A. Levine; Jon Travis Powers; Mark J. Schlant, Subchapter V Trustee; and Matthew Michael Zapala**

**And**, I also hereby certify that on **February 22, 2024** I have <u>**mailed**</u> **the SAME** by the United States Postal Service the above documents to the following non-CM/ECF Participants hereunder:

**SEE ATTACHED SERVICE LIST**

Dated: February 23, 2024  **PASHMAN STEIN WALDER**
New York, New York  **HAYDEN, P.C.**

 */s/ Joseph C. Barsalona II*
Joseph C. Barsalona II
233 Broadway, Suite 820
New York, New York 10279
Telephone: (646) 828-8081
Email: jbarsalona@pashmanstein.com

*Proposed Counsel to the Debtor and
Debtor in Possession*

## SERVICE LIST

Zdarsky, Sawicki & Agostinelli LLP
1600 Main Place Tower
350 Main St
Buffalo NY 14202
Attn: Mark Schlant, Esq.

Barclay Damon
80 State St.
Albany, NY 12207

Chase Bank
Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423

Key Bank
127 Public Square
Cleveland, OH 44114

SBA Department of the Treasury
PO Box 830794
Birmingham, AL 35283-0794

Office of the United States Trustee
Northern District of New York
Leo W. O'Brien Federal Building
11A Clinton Ave, Room 620
Albany, NY 12207

Caesars Entertainment
P.O. Box 96118
Las Vegas, NV 89193

Hogan and Lovells US LLP
Attn: David B. Massey
600 Brickell Avenue, Suite 2700
Miami, FL 33131

NYS Dept. Taxation & Finance
PO Box 5300
Albany, NY 12205-0300

Sheppard Mullin
30 Rockefeller Plaza
New York, NY 10112