UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    **KRIS DANIELROGLIERI**,                 Chapter 11 – Subchapter V
                                                                        Case No.: 24-10157-REL

                               **Debtor.**

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure[1], New York State Attorney General Letitia James, hereby files this Notice of Appearance and Request For Service of Notices and Pleadings on behalf of the State of New York State Department of Taxation and Finance, a party in interest is the above captioned bankruptcy case ("Case"), and does hereby request that all notices required to be given under Rule 2002, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to Title 11, U.S.C. § 101 et. seq. or their authorized agents, and all papers served or required to be served in this Case and any related adversary proceeding, be given to and served upon:

                         Robert J. Rock
                         Assistant Attorney General
                         Office of the New York State Attorney General
                         Civil Recoveries Bureau, Bankruptcy Litigation Unit
                         The Capitol
                         Albany, New York 12224-0341

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise. The Clerk of the Court is requested to place the name and address of counsel as set forth in this Notice on any Master Service List in this Case.

Dated:  February 27, 2024
       Albany, New York

                                Respectfully submitted,
                                Letitia James
                                Attorney General of the State of New York


                                By:/s/ Robert J. Rock
                                Robert J. Rock
                                Assistant Attorney General
                                Civil Recoveries Bureau
                                Bankruptcy Litigation Unit
                                The Capitol
                                Albany, New York 12224-0341
                                Telephone: (518) 776-2603
                                Email: robert.rock@ag.ny.gov