**EXIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. | Re: D.I. __ |

### ORDER EXTENDING THE TIME WITHIN WHICH DEBTOR MUST FILE ITS SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Upon the motion (the "Motion") of the above captioned debtor and debtor-in-possession (the "Debtor") for entry of an order extending time within which the Debtor must file its Schedules and Statements; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtor's estate, the Debtor's creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and relief requested therein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The time allowed for the Debtor to file its Schedules and Statements are required by section 521 of the Bankruptcy Code and Bankruptcy Rule 1007 is hereby extended for a total of 32 days through and including April 1, 2024.

3. The entry of this Order shall be without prejudice to the Debtor's rights to request further extensions of the time periods provided herein.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###