**EXIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. | Re: D.I. __ |

**ORDER (I) EXTENDING THE TIME TO FILE THE**
**RULE 2015.3 REPORTS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the above captioned debtor and debtor-in-possession (the "Debtor") for entry of an order (this "Order"), (i) extending the deadline by which the Debtor must file 2015.3 Reports and (ii) granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given; and it appearing that the relief requested by the Motion is in the best interest of the Debtor's estate, the Debtor's creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and relief requested therein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The deadline for the Debtor to file his initial 2015.3 Reports shall be April 12, 2024, without prejudice to the Debtor's rights to request additional extensions or a waiver of such requirement.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###