**Exhibit B**

**Postpetition Warrants**

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York



| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>2015 Ferrari 458,<br>VIN: ZFF75VFA3F0209725 | Case No. 1:24-MJ-22 (CFH) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Northern_____ District of _____New York_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

2015 Ferrari 458, VIN: ZFF75VFA3F0209725. Law enforcement officers, and anyone assisting them, are authorized to enter the property at 40 North Road, in Queensbury, New York, for the purpose of seizing this vehicle, and are also permitted to bar and prevent anyone from entering or remaining on the property while the seizure and related seizures under this case number are taking place.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ____03/06/2024____
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Christian F. Hummel_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *February 23, 2024 3:30p*      _____
                                                      *Judge's signature*

City and state:    Albany, New York            Hon. Christian F. Hummel, U.S. Magistrate Judge
                                               *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 1:24-MJ-22 (CFH) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken: |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                    _____
                                                         *Executing officer's signature*

                                                         _____
                                                              *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

   ORIGINAL

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>2014 Mercedes Benz SLS,<br>VIN: WDDRJ7HA7EA010865 | )<br>)<br>)   Case No.  1:24-MJ-22 (CFH)<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Northern_____ District of _____New York_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

2014 Mercedes Benz SLS, VIN: WDDRJ7HA7EA010865. Law enforcement officers, and anyone assisting them, are authorized to enter the property at 40 North Road, in Queensbury, New York, for the purpose of seizing this vehicle, and are also permitted to bar and prevent anyone from entering or remaining on the property while the seizure and related seizures under this case number are taking place.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____03/06/2024_____
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Christian F. Hummel_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *February 23, 2024*
                      *3:30 pm*                    _____
                                                  *Judge's signature*

City and state:   Albany, New York             Hon. Christian F. Hummel, U.S. Magistrate Judge
                                                  *Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:24-MJ-22 (CFH) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>2004 Porsche Carrera GT Mirage,<br>VIN WP0ZZZ98Z4L000069 | )<br>)<br>)  Case No. 1:24-MJ-22 (CFH)<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Northern_____ District of _____New York_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

2004 Porsche Carrera GT Mirage, VIN WP0ZZZ98Z4L000069. Law enforcement officers, and anyone assisting them, are authorized to enter the property at 40 North Road, in Queensbury, New York, for the purpose of seizing this vehicle.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____03/06/2024_____
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Christian F. Hummel_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  *February 21, 2024*
                        *10:00 AM*                           _____
                                                              *Judge's signature*

City and state:  Albany, New York                Hon. Christian F. Hummel, U.S. Magistrate Judge
                                                  *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:24-MJ-22 (CFH) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |

Inventory of the property taken:

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____   _____<br>*Executing officer's signature*<br><br>_____<br>*Printed name and title* |

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>2020 Lamborghini Aventador,<br>VIN ZHWUM6ZD9LLA09436 | )<br>)<br>) Case No. 1:24-MJ-22 (CFH)<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Northern_____ District of _____New York_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

2020 Lamborghini Aventador, VIN ZHWUM6ZD9LLA09436. Law enforcement officers, and anyone assisting them, are authorized to enter the property at 40 North Road, in Queensbury, New York, for the purpose of seizing this vehicle.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____03/06/2024_____
*(not to exceed 14 days)*

☒ in the daytime – 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Christian F. Hummel_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *February 21, 2024*
*10:40* *[signature]*
                        Judge's signature

City and state:     Albany, New York        Hon. Christian F. Hummel, U.S. Magistrate Judge
                                            *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:24-MJ-22 (CFH) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken: |||

| Certification |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____           _____<br>*Executing officer's signature*<br><br>_____<br>*Printed name and title* |

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture



# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>2020 Mercedes Benz GT63C4S,<br>VIN WDD7X8KB3LA012445 | )<br>)<br>)   Case No.  1:24-MJ-22 (CFH)<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Northern_____ District of _____New York_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

2020 Mercedes Benz GT63C4S, VIN WDD7X8KB3LA012445. Law enforcement officers, and anyone assisting them, are authorized to enter the property at 40 North Road, in Queensbury, New York, for the purpose of seizing this vehicle.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____03/06/2024_____
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Christian F. Hummel_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *February 21, 2024*
                     *10:00 am*                  _____
                                                 *Judge's signature*

City and state:   Albany, New York              Hon. Christian F. Hummel, U.S. Magistrate Judge
                                                *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:24-MJ-22 (CFH) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken: |||

| Certification |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____                    _____<br>                                                                                                                                                         *Executing officer's signature*<br><br>                                                                                                                                                           *Printed name and title* |

ORIGINAL

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>2022 Ferrari 812 Competizione,<br>VIN ZFF03TLA5N0277054 | )<br>)<br>)  Case No.  1:24-MJ-22 (CFH)<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Northern_____ District of _____New York_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

2022 Ferrari 812 Competizione, VIN ZFF03TLA5N0277054. Law enforcement officers, and anyone assisting them, are authorized to enter the property at 40 North Road, in Queensbury, New York, for the purpose of seizing this vehicle.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____03/06/2024_____
                                                                                   *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Christian F. Hummel_____.
                                                                                                            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: February 21, 2024
                      10:00 n                          _____
                                                          *Judge's signature*

City and state:    Albany, New York          Hon. Christian F. Hummel, U.S. Magistrate Judge
                                                           *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 1:24-MJ-22 (CFH) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken: |||

| Certification |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date: _____                  _____ <br>                                                          *Executing officer's signature* <br><br>                                       _____ <br>                                                          *Printed name and title* |

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

ORIGINAL

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>2022 Mercedes Benz G63W44,<br>VIN W1NYC8AJXNX445045 | )<br>)<br>)   Case No.  1:24-MJ-22 (CFH)<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Northern_____ District of _____New York_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

2022 Mercedes Benz G63W44, VIN W1NYC8AJXNX445045. Law enforcement officers, and anyone assisting them, are authorized to enter the property at 40 North Road, in Queensbury, New York, for the purpose of seizing this vehicle.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____03/06/2024_____
*(not to exceed 14 days)*

☒ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Christian F. Hummel_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *February 21, 2024*
                      *10:00 am*                        _____
                                                         *Judge's signature*

City and state:   Albany, New York                       Hon. Christian F. Hummel, U.S. Magistrate Judge
                                                         *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:24-MJ-22 (CFH) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*