

EXHIBIT A



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**December 31, 2023**
page 1 of 3

PRIME CAPITAL VENTURES
66 S PEARL ST FL 10
ALBANY NY 12207-1533

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
Access your available accounts, transfer funds and view your transactions right from your PC.

---

**Key Business Reward Checking** 233
PRIME CAPITAL VENTURES

| | |
|---|---:|
| Beginning balance 11-30-23 | $149,705.32 |
| 3 Additions | +5,357,000.00 |
| 27 Subtractions | -5,504,528.66 |
| Net fees and charges | -253.00 |
| **Ending balance 12-31-23** | **$1,923.66** |

**Additions**

| Deposits | Date | Serial # | Source | | | |
|---|---|---|---|---|---|---:|
| | 12-4 | 397140 | Wire Deposit | Mirror Lake Cons 0340 | | $7,000.00 |
| | 12-15 | 544907 | Wire Deposit | Conextions Inc  3671 | | 350,000.00 |
| | 12-22 | 629232 | Wire Deposit | 1800 Park Ave Ch 8794 | | 5,000,000.00 |
| | | | **Total additions** | | | **$5,357,000.00** |

**Subtractions**

| Withdrawals | Date | Serial # | Location | | | |
|---|---|---|---|---|---|---:|
| | 12-1 | 363026 | Wire Withdrawal  Mirror Lake Cons 0340 | | | $7,000.00 |
| | 12-1 | 377067 | Internal Wire Wd        6706 | | | 14,803.66 |
| | 12-1 | | Direct Withdrawal, Erase Technolo | | 2261 | 3,000.00 |
| | 12-1 | | Internet Trf To DDA | 541 | 3290 | 60,000.00 |
| | 12-4 | | Internet Trf To DDA | 768 | 3290 | 300.00 |
| | 12-4 | | Internet Trf To DDA | 134 | 3290 | 1,000.00 |
| | 12-5 | 411425 | Wire Withdrawal  Mirror Lake Cons 0340 | | | 7,000.00 |
| | 12-5 | | Internet Trf To DDA | 2848 | 3290 | 1,500.00 |
| | 12-7 | | Internet Trf To DDA | | 3290 | 21,000.00 |
| | 12-11 | | Direct Withdrawal, Erase Technolo | | 2261 | 2,000.00 |
| | 12-14 | | Internet Trf To DDA | 41 | 3290 | 38,800.00 |
| | 12-15 | 545498 | Wire Withdrawal  Chris Snyder     4232 | | | 15,000.00 |
| | 12-15 | 545645 | Wire Withdrawal  American Venture 9645 | | | 30,000.00 |

KeyBank 

**Business Banking Statement**
**December 31, 2023**
page 2 of 3

## Subtractions
(con't)

| Withdrawals | Date | Serial # | Location | | | Amount |
|---|---|---|---|---|---|---|
| | 12-15 | | Internet Trf To DDA 0000 ███ 2848 | 3290 | | 3,000.00 |
| | 12-15 | | Internet Trf To DDA 0000 ███ 4465 | 3290 | | 10,000.00 |
| | 12-15 | | Internet Trf To DDA 0000 ███ 4541 | 3290 | | 15,000.00 |
| | 12-15 | | Internet Trf To DDA 0000 ███ 4541 | 3290 | | 20,000.00 |
| | 12-15 | | Internet Trf To DDA 0000 ███ 4541 | 3290 | | 42,000.00 |
| | 12-18 | | Internet Trf To DDA 0000 ███ 5837 | 3290 | | 3,500.00 |
| | 12-18 | | Internet Trf To DDA 0000 ███ 4541 | 3290 | | 15,000.00 |
| | 12-18 | | Direct Withdrawal, Royal Bank of Caloan Pmnt | | | 34,000.00 |
| | 12-19 | | Internet Trf To DDA 000000 ███ 4541 | 3290 | | 24,000.00 |
| | 12-20 | | Direct Withdrawal, Erase Technologi ███ 2261 | | | 125.00 |
| | 12-20 | | Internet Trf To DDA 000000 ███ 2848 | 3290 | | 2,500.00 |
| | 12-20 | | Internet Trf To DDA 000000 ███ 4541 | 3290 | | 4,000.00 |
| | 12-20 | | Internet Trf To DDA 000000 ███ 4465 | 3290 | | 130,000.00 |
| | 12-22 | | Internet Trf To DDA 000000 ███ 4465 | 3290 | | 5,000,000.00 |
| | | | **Total subtractions** | | | **$5,504,528.66** |

## Fees and charges

| | Date | | | Quantity | Unit Charge | Amount |
|---|---|---|---|---|---|---|
| | 12-11-23 | Kn Inwire | | 1 | 32.00 | -$32.00 |
| | 12-11-23 | Kn Dmwire | | 1 | 221.00 | -221.00 |
| | | | **Fees and charges assessed this period** | | | **-$253.00** |

## Account messages

Important updates have been made to your Small Business Checking Account Fees and Disclosures.
Great news regarding your Small Business Checking Account. The following fees have been eliminated:
The Charge for Special Statement fee has changed from $6.00 to $0.00.
The Out-of-Cycle Statements fee has changed from $7.50 to $0.00.
The Charge for Counterchecks fee of $1.00 has been eliminated.
Also, the Foreign Draft service is no longer available. If you have any questions, please call 1-888-KEY-4BIZ® (1-888-539-4249). For clients using a TDD/TTY device, please call 1-800-539-8336.



KeyBank

page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12205

- Tell us your name and Account number.
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV   - Transfer to Savings Account
XFER FROM SAV - Transfer from Savings Account
XFER TO CKG   - Transfer to Checking Account
XFER FROM CKG - Transfer from Checking Account
PMT TO CR CARD - Payment to Credit Card
ADV CR CARD   - Advance from Credit Card

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101 - 4025.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

① Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ④ List from your check register any checks or other deductions that are *not* shown on your statement. | | ⑤ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL → | $ |

| ② Enter ending balance shown on your statement. |
|---|
| $ |

| ③ Add 5 and 6 and enter total here. |
|---|
| $ |

| ⑥ Enter total from 4. |
|---|
| $ |

| ⑥ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL → | $ |
|---|---|

UST EXHIBIT PAGE 3

**EXHIBIT C**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

———————————————————————

COMPASS-CHARLOTTE 1031, LLC,

　　　　　　　　　　　　　Plaintiff,

　　　-against-

PRIME CAPITAL VENTURES, LLC
BERONE CAPITAL FUND, LP
BERONE CAPITAL PARTNERS LLC
BERONE CAPITAL LLC
BERONE CAPITAL EQUITY FUND I, LP
405 MOTORSPORTS LLC f/k/a Berone Capital Equity
Partners LLC

　　　　　　　　　　　　　Defendants.

———————————————————————

Case No.: 1:24-cv-55

**<u>ORDER TO SHOW CAUSE FOR THE APPOINTMENT OF A RECEIVER ON AN
EMERGENCY BASIS AND FOR EXPEDITED DISCOVERY</u>**

Upon the Verified Complaint filed by Plaintiff on January 12, 2024 and the exhibits
annexed thereto, upon the Declaration of Christopher V. Fenlon, dated January 12, 2024, and upon
Plaintiff's Memorandum of Law in Support of Emergency Motion for Appointment of a Receiver
and for Expedited Discovery (the "Emergency Motion") and Plaintiff having complied with Local
Rule 7.1(e), and good cause having been shown for the relief granted herein, it is:

**ORDERED** that Defendants, Prime Capital Ventures, LLC ("Prime") and Berone Capital
Fund, LP, Berone Capital Partners LLC, Berone Capital LLC, Berone Capital Equity Fund I, LP,
and 405 Motorsports LLC f/k/a Berone Capital Equity Partners LLC (the "Berone Defendants")
(collectively, "Defendants") show cause before the Honorable Mae A. D'Agostino of the United
States District Court for the Northern District of New York at the James T. Foley Federal
Courthouse, 445 Broadway, Albany, New York, on Monday, January 22, 2024, at 9:00 a.m., or as
soon thereafter as counsel can be heard, why an Order should not be entered:

1. Pursuant to Rule 66 of the Federal Rules of Civil Procedure, appointing a receiver until further order of the Court, with all of the usual powers, including but not limited to, the power to: (a) take exclusive possession, custody, and control of all of Defendants' books and records and assets, wherever located; (b) exclusively operate and manage Defendant's businesses until further order of this Court; and (c) pursue such further and other relief as may be proper, necessary or just under the circumstance; and

2. Pursuant to Rules 26, 30, 31, 33, 34, 36, and 45 of the Federal Rules of Civil Procedure, authorizing Plaintiff to take expedited discovery of Defendants and certain third-parties identified in Plaintiff's papers without the requirement of a meeting pursuant to Fed. R. Civ. P. 26(f), and without regard to the limitation of Fed. R. Civ. P. 30(a)(2) and 30(d).

**IT IS FURTHER ORDERED** that, sufficient reason and good cause having been shown therefor, pending the hearing of Plaintiff's Emergency Motion, and pursuant to Rule 66 of the Federal Rules of Civil Procedure, and until further order of the Court, Paul Levine, Esq. of the law firm Lemery Greisler LLC, shall be appointed to serve as the temporary receiver ("Receiver") for the Defendants, and shall have the following powers and duties:

1. The Receiver shall have and retain and is hereby granted exclusive dominion and control over all of the assets, books and records, operations and business affairs of Defendants.

2. The Receiver's authority hereunder shall be, and hereby is, vested in and extended to (a) all of Defendants' real property, equitable property, tangible and intangible personal property, interest, or assets of any nature, wherever located and (b) all claims, demands, or causes of action of any kind, character or description, regardless of the legal principle or theory upon which the same may be based, whether known or unknown, liquidated or unliquidated, disputed or undisputed, contingent or absolute, accrued or unaccrued,

matured or un-matured, insured or uninsured, joint or several, determined or undetermined, determinable or otherwise.

3. The Receiver is hereby authorized to operate and manage Defendants' business until further order of Court.

4. The Receiver is hereby authorized to take possession of and, in his discretion, close Defendants' existing deposit accounts and open new accounts in the Receiver's name.

5. The Receiver is authorized to take any and all actions the Receiver, in his sole discretion, deems appropriate in order to ascertain the amount and location of Defendants' assets.

6. The Receiver is authorized to retain, employ, and pay for the services of individuals or firms selected by the Receiver in his discretion and in consultation with Plaintiff to assist in the performance of the Receiver's duties. It shall not be grounds for an attorney's disqualification that the attorney is affiliated with the Receiver's law firm.

7. The Receiver shall have the duties and responsibilities of a receiver under law, shall be answerable and account to the Court for the Receiver's activities, and shall maintain a detailed accounting of his activities, including without limitation, any and all funds collected and used for any purpose.

8. The Receiver shall not be liable for any debts or liabilities of Defendant.

**IT IS FURTHER ORDERED** that upon the Court's appointment of the Receiver, Defendants, their agents, servants, representatives, employees, assigns, affiliates, subsidiaries and their affiliates' and subsidiaries' agents, servants, representatives, employees, assigns and nominees (including without limitation Kris Roglieri, Kimberly "Kimmy" Humphrey, and Prime Commercial Lending, LLC and all of its employees) shall immediately turn over Defendants' businesses and all assets to the Receiver (including the keys to all real estate owned by Prime including the house located at 600 Linkhorn Drive, Virginia Beach, Virginia), together with all

UST EXHIBIT PAGE 6

contracts, subcontracts, and other documents, records (both physical and electric), files and other materials relating thereto, and the foregoing individuals and entities shall fully cooperate with and respond to all reasonable requests of the Receiver, including requests immediately to turn over financial records within three (3) business days of the request of the Receiver.

**IT IS FURTHER ORDERED** that the foregoing individuals and entities shall not destroy, alter or conceal any records (including both physical and digital records).

**IT IS FURTHER ORDERED** that Defendants shall pay the reasonable costs, fees, and expenses of the Receiver incurred in connection with the performance of his duties. All applications for costs, fees, and expenses of the Receiver and those employed by him shall be made by application to the Court setting forth in reasonable detail the nature of such costs, fees, and expenses.

**IT IS FURTHER ORDERED** that, sufficient reason and good cause having been shown therefor, pending the hearing of Plaintiff's Emergency Motion, and pursuant to Rules 26, 30, 31, 33, 34, 36, and 45 of the Federal Rules of Civil Procedure, and until further order of the Court, Plaintiff is hereby authorized to take expedited discovery of Defendants and certain third-parties identified in Plaintiff's papers without the requirement of a meeting pursuant to Fed. R. Civ. P. 26(f), and without regard to the limitation of Fed. R. Civ. P. 30(a)(2) and 30(d) as follows:

1. Plaintiff may obtain the production of documents, within three (3) calendar days from service by facsimile, email or otherwise of a subpoena, from any non-party persons or entities.

**IT IS FURTHER ORDERED** that service of a copy of the Verified Complaint, this Order to Show Cause, and supporting papers, upon Defendant Prime by email to Kris Roglieri (kris@primecommerciallending.com)     and     Kimberly     ("Kimmy")     Humphrey (kimmy@primecommerciallending.com) and overnight courier to Prime Capital Ventures, LLC,

UST EXHIBIT PAGE 7

66 Pearl Street – 10th Floor, Albany, New York 12207, and upon the Berone Defendants by email to Fabian Stone (stone@beronecapital.com) and Jeremiah Beguesse (jeremiah@beronecapital.com) and overnight courier to A Registered Agent, Inc., 8 The Green – Suite A, Dover, Delaware 19901 and Sunshine Corporate Filings LLC, 7901 4th Street, N. – Suite 300, St. Petersburg, Florida, 33702, on or before <u>as soon as possible, but no later than Tuesday, January 16, 2024</u>, shall be deemed good and sufficient service thereof.

**IT IS FURTHER ORDERED** that the Defendants shall deliver any opposing papers in response to the Order to Show Cause no later than <u>Thursday, January 18, 2024, at 5:00 p.m.</u> Service shall be made by delivering the papers by email to Plaintiff's counsel and by filing on PACER. Plaintiff shall have until <u>Friday, January 19, 2024, at 5:00 p.m.</u> to serve any reply papers upon the Defendants or their respective counsel, including by any form of service authorized in the foregoing paragraph.

IT IS SO ORDERED.

DATED: <u>January 12, 2024</u>

_____
UNITED STATES DISTRICT JUDGE

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**

**January 31, 2024**
page 1 of 3



EXHIBIT D



31          T
*PRIME COMMERCIAL LENDING LLC
66 S PEARL ST FL 10
ALBANY NY 12207-1533

*Questions or comments?*
*Call 1-800-821-2829*

Commercial Transaction            4465
*PRIME COMMERCIAL LENDING LLC

| | |
|---|---|
| Beginning balance 12-31-23 | $1,241,497.94 |
| 6 Additions | +18,931.18 |
| 51 Subtractions | -986,629.53 |
| **Ending balance 1-31-24** | **$273,799.59** |

## Additions

| Deposits Date | Serial # | Source | |
|---|---|---|---|
| 1-2 | 807399 | Wire Deposit     Oceanview Life A 0242 | $7,952.71 |
| 1-4 | | Direct Deposit,   Vantage      Vantage | 1,527.31 |
| 1-18 | | Silver Hill Funding LI    305-341-5580   FL | 1,100.00 |
| 1-23 | | Key Merchant Svsdeposit          3881 | 4,095.00 |
| 1-30 | | Key Merchant Svsdeposit          3881 | 3,695.00 |
| 1-31 | | Direct Deposit,   Fundation Ops   Payment | 561.16 |
| | | **Total additions** | **$18,931.18** |

## Subtractions

| Withdrawals Date | Serial # | Location | | | |
|---|---|---|---|---|---|
| 1-2 | | Internet Trf To DDA        4541 | 3290 | | $4,000.00 |
| 1-2 | | Internet Trf To DDA        2134 | 3290 | | 1,000.00 |
| 1-2 | | Google *Gsuite_Primeco    Mountain View  CA | | | 290.97 |
| 1-2 | | Google *Gsuite_Fuckyou    650-253-0000   CA | | | 12.96 |
| 1-3 | 817103 | Wire Withdrawal  Mark Palines    2765 | | | 60,100.00 |
| 1-3 | | Internet Trf To DDA        541 | 3290 | | 20,000.00 |
| 1-3 | | Internet Trf To DDA        2848 | 3290 | | 15,000.00 |
| 1-3 | | Key Merchant Svsdiscount         3881 | | | 90.35 |
| 1-5 | 859167 | Wire Withdrawal  Ai Design     8422 | | | 150,000.00 |
| 1-5 | 847005 | Wire Withdrawal  Rodolfo Rodrigue 6132 | | | 11,929.06 |
| 1-5 | 846942 | Wire Withdrawal  Erik Martin    9470 | | | 9,916.47 |
| 1-5 | 847852 | Wire Withdrawal  Flex Capital    0338 | | | 3,600.00 |
| 1-5 | 847885 | Wire Withdrawal  Mulberry Atman  7828 | | | 3,516.00 |
| 1-5 | 847029 | Wire Withdrawal  Tsalach Llc     6673 | | | 1,478.40 |

## Subtractions
(con't)

| Withdrawals Date | Serial # | Location | | | |
|---|---|---|---|---|---|
| 1-5 | 847061 | Wire Withdrawal  Erik Martin      9470 | | | 739.20 |
| 1-8 | | Internet Trf To DDA ████████4541    3290 | | | 35,000.00 |
| 1-8 | | Internet Trf To DDA 0████████4541    3290 | | | 30,000.00 |
| 1-8 | | Internet Trf To DDA ████████4541    3290 | | | 30,000.00 |
| 1-8 | | Internet Trf To DDA ████████2134    3290 | | | 25,000.00 |
| 1-8 | | Internet Trf To DDA ████████2848    3290 | | | 11,000.00 |
| 1-8 | | Internet Trf To DDA ████████2848    3290 | | | 6,000.00 |
| 1-9 | 885652 | Wire Withdrawal  Ai Design      8422 | | | 224,329.47 |
| 1-9 | 890854 | Internal Wire Wd      2391 | | | 7,930.00 |
| 1-9 | 889154 | Wire Withdrawal  Bull Capital Sol 7565 | | | 2,123.74 |
| 1-10 | | Internet Trf To DDA 0000████████2848    3290 | | | 18,000.00 |
| 1-11 | 929290 | Wire Withdrawal  Rodino and Assoc 9304 | | | 1,000.00 |
| 1-11 | | Internet Trf To DDA 0000████████4541    3290 | | | 95,000.00 |
| 1-11 | | Eig*Constantcontact.CO      Waltham      MA | | | 10.79 |
| 1-16 | | Internet Trf To DDA 0000████████2848    3290 | | | 7,000.00 |
| 1-17 | 985359 | Wire Withdrawal  Saratoga Capital 7150 | | | 5,036.73 |
| 1-17 | 984158 | Wire Withdrawal  Saratoga Capital 7150 | | | 423.23 |
| 1-17 | 984152 | Wire Withdrawal  Bull Capital Sol 7565 | | | 209.00 |
| 1-18 | | Direct Withdrawal, Discover      E-Payment | | | 21,405.25 |
| 1-18 | | Internet Trf To DDA 0000████████4541    3290 | | | 15,000.00 |
| 1-18 | | Internet Trf To DDA 0000████████5837    3290 | | | 12,000.00 |
| 1-18 | | Corelogic Coll Pymt      Irvine      CA | | | 876.60 |
| 1-18 | | Internet Trf To DDA 0000████████0782    3290 | | | 200.00 |
| 1-19 | | Internet Trf To DDA 0000████████2848    3290 | | | 29,000.00 |
| 1-19 | | Internet Trf To DDA 0000████████2848    3290 | | | 2,000.00 |
| 1-19 | | Cash App*Kdrshark*Add      San Francisco  CA | | | 200.00 |
| 1-23 | | Internet Trf To DDA 00000████████4541    3290 | | | 15,000.00 |
| 1-23 | | Lender Fees      855-722-7558  FL | | | 3,600.00 |
| 1-23 | | Lender Fees      855-722-7558  FL | | | 495.00 |
| 1-23 | | Ipostalrenewal      ████5770    NY | | | 45.19 |
| 1-24 | | Erase Technologies      866-689-2261  FL | | | 4,500.00 |
| 1-25 | | Internet Trf To DDA 0000████████4541    3290 | | | 70,000.00 |
| 1-25 | | Velocity Marketing Ass      Schenectady    NY | | | 876.12 |
| 1-30 | | Lender Fees      855-722-7558  FL | | | 3,200.00 |
| 1-30 | | Lender Fees      855-722-7558  FL | | | 495.00 |
| 1-31 | | Internet Trf To DDA 0000████████4541    3290 | | | 19,000.00 |
| 1-31 | | Internet Trf To DDA 0000████████4541    3290 | | | 9,000.00 |
| | | **Total subtractions** | | | **$986,629.53** |

## Fees and charges

*See your Account Analysis statement for details.*

page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV     - Transfer to Savings Account
XFER FROM SAV   - Transfer from Savings Account
XFER TO CKG     - Transfer to Checking Account
XFER FROM CKG   - Transfer from Checking Account
PMT TO CR CARD  - Payment to Credit Card
ADV CR CARD     - Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

①  Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ④ List from your check register any checks or other deductions that are *not* shown on your statement. | | ⑤ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL → | $ |

| ⑥ Enter ending balance shown on your statement. |
|---|
| $ |

| ⑦ Add 5 and 6 and enter total here. |
|---|
| $ |

| ⑧ Enter total from 4. |
|---|
| $ |

| ⑨ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL → | $ |
|---|---|

UST EXHIBIT PAGE 11

EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**COMPASS-CHARLOTTE 1031, LLC,**

**Plaintiff,**                                        **1:24-CV-55**
                                                      **(MAD/CFH)**

 -against-

**PRIME CAPITAL VENTURES, LLC**
**BERONE CAPITAL FUND, LP**
**BERONE CAPITAL PARTNERS LLC**
**BERONE CAPITAL LLC**
**BERONE CAPITAL EQUITY FUND I, LP**
**405 MOTORSPORTS LLC f/k/a Berone Capital Equity**
**Partners LLC,**

**Defendants.**
_____

**PAUL A. LEVINE, as RECEIVER of PRIME CAPITAL**
**VENTURES, LLC,**

**Third-Party Plaintiff,**

 -against-

**KRIS D. ROGLIERI, TINA M. ROGLIERI, KIMBERLY**
**A. HUMPHREY a/k/a "KIMMY" HUMPHREY, PRIME**
**COMMERCIAL LENDING, LLC, COMMERCIAL**
**CAPITAL TRAINING GROUP, THE FINANCE**
**MARKETING GROUP, NATIONAL ALLIANCE OF**
**COMMERCIAL LOAN BROKERS LLC, FUPME, LLC,**

**Third-Party Defendants,**
_____

**ORDER TO SHOW CAUSE FOR ATTACHMENT AND EXPEDITED DISCOVERY**

        Upon the Verified Third-Party Complaint, filed by Paul A. Levine, as Receiver of Prime

Capital Ventures LLC, sworn to on January 27, 2024, and the Exhibits annexed thereto, the

Declaration of Robert A. Lippman, Esq., sworn to on January 29, 2024, and upon the Receiver's

Memorandum of Law in Support of Injunctive Relief, and upon the Receiver/Third-Party Plaintiff

1

having complied with Local Rule 7.1(e), and good cause having been shown for the relief granted herein, it is:

**ORDERED** that Third-Party Defendants Kris D. Roglieri, Tina M. Roglieri, Kimberly A. Humphrey a/k/a Kimmy Humphrey, Prime Commercial Lending, LLC, Commercial Capital Training Group, LLC, The Finance Marketing Group, National Alliance of Commercial Loan Brokers, and FUPME, LLC (hereinafter collectively "Third-Party Defendants") show cause before the Honorable Mae A. D'Agostino of the United States District Court for the Northern District of New York at the James T. Foley Federal Courthouse, 445 Broadway, Albany, New York, on Thursday, February 15, 2024, at 2:30 p.m., or as soon thereafter as counsel can be heard, why an Order should not be granted:

A. Pursuant to Rule 64 of the Federal Rules of Civil Procedure, enjoining Third-Party Defendants from making payments, distributions, or otherwise withdrawing or encumbering funds to themselves, to each other, or to their respective affiliates and/or family members, from any bank accounts where Third-Party Plaintiff, Prime Capital Ventures, LLC ("Prime"), or any Third-Party Defendant herein deposited, held or received in connection with loan financing to Prime's borrowers, including but not limited to the following entities and individuals: Compass-Charlotte 1031, LLC, HCW Biologics Inc., Newlight Technologies, Inc., 526 Murfreesboro, LLC, Motos America Inc., Piper Capital Funding, ER Tennessee LLC, B&R Acquisition Partners, Onward Holdings/Onward Partners LLC, Camshaft CRE 1, LLC and 1800 Park Avenue LLC (collectively hereinafter the "Borrowers"), specifically including, but not limited to Borrower Interest Credit Account ("ICA") funds deposited to the following bank accounts, which are hereby attached, hereinafter, collectively defined as the "ICA Accounts", to wit:

UST EXHIBIT PAGE 13

a. CitiBank, account ending in 6945;

b. KeyBank, account ending in 2233;

c. KeyBank, account ending in 2878;

d. Farmers State Bank, account ending in 5665;

e. Interactive Brokers, account ending in 0095;

f. Interactive Brokers, account ending in 0712;

g. Interactive Brokers, account ending in 0067;

h. RBC, account ending in 0017;

B. Pursuant to Rule 64 of the Federal Rules of Civil Procedure, enjoining Third-Party

Defendants from transferring, selling, disposing, driving or encumbering the following

automobile assets, which are hereby attached:

| Year | Make/Model | Tag | Color |
|------|------------|-----|-------|
| 2017 | Novitec Ferrari 488 N-Largo | NLargo2 | Rosso Corsa |
| 2022 | Ferrari 812 Competizione | 812ZIONE | Blu Corsa |
| ? | Ford GT '69 Gulf Livery Heritage Edition | DPL987 | Gulf Blue |
| 2021 | Mercedez-Benz AMG GT Black Series | GTBLACK | Designo Graphite Grey Magno |
| 2020 | Lamborghini Aventador SVJ | SVJSHARK | Nero Aldebaran |
| 2014 | Mercedes-Benz SLS AMG Black Series | BKSERIES | Obsidian Black Metallic |
| 2019 | Novitec McLaren 720S N-Largo | NLARGO3 | Supernova Silver |
| 2014 | Novitec Ferrari F12 N-Largo | NLARGO | Nero Daytona |
| 2004 | Gemballa Mirage GT | ? | Blue Metallic |
| 2002 | Ferrari Enzo | S11GAR | Rosso Corsa |

3

| 2006 | Maserati MC12 Corsa | ? | MC Victory Blue |
| 2014 | Ferrari LaFerrari | ? | Rosso Corsa |

C. Pursuant to Rule 64 of the Federal Rules of Civil Procedure, enjoining Third-Party

Defendants from transferring, selling, disposing or encumbering any real estate, personal

property or other tangible assets in their possession or to which they hold title or any legal

interest, which tangible assets were purchased with monies from the above-identified ICA

Accounts, including but not limited to the following:

a. That certain real property known as 600 Linkhorn Drive, Virginia Beach, VA;

b. That certain property known as 40 North Road, Queensbury, NY;

c. A Richard Mille Skull 52-01 Tourbillon Skull wristwatch, purchased by Prime

Capital Ventures from Platinum Times, for $2,275,000 (currently in the possession

of the Receiver, Paul A. Levine, Esq.)

d. The additional items of personal property, vehicles (or vehicle related

expenditures) identified in Paragraph "77" of the Third-Party Complaint, having

been purchased from or through AI Design, Cars USA Shipping, Capital Ford,

Scott Oliver Law, RENNtech Inc., Bonhams Butterfields Trust, Rockland Auto,

RM Auctions Inc. (aka "RM Sotheby's"), CFR Classic LLC, Hunter Motorsports,

Keeler Motor Car Co., Wrist Afficionado, 1st Dibs, Cedric Dupont, Prive Porter,

Platinum Times LLC, Timepiece Trading, Giganti and Giganti, Luxury Bazaar and

Richemont North.

D.  Requiring Third-Party Defendants to return all funds withdrawn from the aforesaid

ICA Accounts which were withdrawn for any purpose other than that provided for in the

Line of Credit lending documents or agreements executed between a Borrower and Prime

4

UST EXHIBIT PAGE 15

Capital Ventures, LLC, Prime Commercial Lending, LLC, Commercial Capital Training

Group, The Finance Marketing Group, National Alliance of Commercial Loan Brokers

LLLC, or FUPME, LLC;

E. Authorizing the Receiver, pursuant to F.R.C.P. 26, 30, 31, 33, 34, 36 and 45, to take

expedited discovery of Third-Party Defendants and necessary third-parties identified

herein and in the Third-Party Complaint, without the requirement of a meeting pursuant to

F.R.C.P. 26(f), and without regard to the limitation of F.R.C.P. 30(a)(2) and 30(d).[1]

**IT IS FURTHER ORDERED** that, sufficient reason and good cause having been shown

therefor, pending the hearing of the Receiver's Emergency Motion, and pursuant to Rule 64 of the

Federal Rules of Civil Procedure, and until further order of the Court, that Third-Party Defendants

are hereby temporarily restrained from withdrawing or encumbering funds to themselves, to each

other, or to their respective affiliates and/or family members, from any bank accounts where

Third-Party Plaintiff Prime Capital Ventures, LLC, or any Third-Party Defendant herein

deposited, held or received in connection with loan financing to Prime's Borrowers, specifically

including the ICA Accounts, to wit:

      a. CitiBank, account ending in 6945;

      b. KeyBank, account ending in 2233;

      c. KeyBank, account ending in 2878;

      d. Farmers State Bank, account ending in 5665;

      e. Interactive Brokers, account ending in 0095;

---

[1] The Court denies the Receiver's request for temporary expedited discovery prior to the hearing because discovery is currently stayed pending the Second Circuit's decision on Defendant Prime Capital Ventures, LLC's interlocutory appeal.  *See* Dkt. No. 68.  The parties should be prepared to discuss whether discovery should resume at the Show Cause hearing.

5

UST EXHIBIT PAGE 16

f. Interactive Brokers, account ending in 0712;

g. Interactive Brokers, account ending in 0067;

h. RBC, account ending in 0017;

**AND IT IS FURTHER ORDERED** that Third-Party Defendants are hereby temporarily restrained from transferring, selling, disposing or encumbering the vehicles listed below, shall immediately cease driving said vehicles or exposing them to any damage or depreciation, and shall immediately turn over to the Receiver the insurance policies, in connection with the following:

| Year | Make/Model | Tag | Color |
|------|------------|-----|-------|
| 2017 | Novitec Ferrari 488 N-Largo | NLargo2 | Rosso Corsa |
| 2022 | Ferrari 812 Competizione | 812ZIONE | Blu Corsa |
| ? | Ford GT '69 Gulf Livery Heritage Edition | DPL987 | Gulf Blue |
| 2021 | Mercedez-Benz AMG GT Black Series | GTBLACK | Designo Graphite Grey Magno |
| 2020 | Lamborghini Aventador SVJ | SVJSHARK | Nero Aldebaran |
| 2014 | Mercedes-Benz SLS AMG Black Series | BKSERIES | Obsidian Black Metallic |
| 2019 | Novitec McLaren 720S N-Largo | NLARGO3 | Supernova Silver |
| 2014 | Novitec Ferrari F12 N-Largo | NLARGO | Nero Daytona |
| 2004 | Gemballa Mirage GT | ? | Blue Metallic |
| 2002 | Ferrari Enzo | S11GAR | Rosso Corsa |
| 2006 | Maserati MC12 Corsa | ? | MC Victory Blue |
| 2014 | Ferrari LaFerrari | ? | Rosso Corsa |

**AND IT IS FURTHER ORDERD** that Third-Party Defendants are hereby temporarily

6

UST EXHIBIT PAGE 17

enjoined from transferring, selling, disposing of or encumbering any of the real estate, personal property or other tangible assets in their possession or to which they hold title, which were purchased with monies from the ICA Accounts, or modified or repaired with monies from the ICA Accounts, including but not limited to the following:

    a. That certain real property known as 600 Linkhorn Drive, Virginia Beach, VA;

    b. That certain property known as 40 North Road, Queensbury, NY;

    c. A Richard Mille Skull 52-01 Tourbillon Skull wristwatch, purchased by Prime Capital Ventures from Platinum Times, for $2,275,000 (currently in the possession of the Receiver, Paul A. Levine, Esq.)

    d. The additional items of personal property identified in Paragraph "77" of the Third-Party Complaint, having been purchased from or through AI Design, Cars USA Shipping, Capital Ford, Scott Oliver Law, RENNtech Inc., Bonhams Butterfields Trust, Rockland Auto, RM Auctions Inc. (aka "RM Sotheby's"), CFR Classic LLC, Hunter Motorsports, Keeler Motor Car Co., Wrist Afficionado, 1st Dibs, Cedric Dupont, Prive Porter, Platinum Times LLC, Timepiece Trading, Giganti and Giganti, Luxury Bazaar and Richemont North.

    **AND IT IS FURTHER ORDERED** the Third-Party Defendants shall not destroy, alter or conceal any records (including both physical and digital records);

    **AND IT IS FURTHER ORDERED** that service of a copy of the Verified Third-Party Complaint, this Order, and the underlying papers on which it has been granted, shall be deemed sufficient, as follows: by email to Kris Roglieri, at kris@primecommerciallending.com; to Kimberly ("Kimmy") Humphrey by email, at kimmy@primecommerciallending.com and via overnight courier to 600 Linkhorn Drive, Virginia Beach, Virginia; to Prime Capital Ventures,

UST EXHIBIT PAGE 18

LLC, Prime Commercial Lending, LLC, Commercial Capital Training Group, The Finance

Marketing Group, National Alliance Of Commercial Loan Brokers LLC, and FUPME, LLC, by

personal service or overnight courier at 66 Pearl Street – 10th Floor, Albany, New York 12207, to

Plaintiff Compass-Charlotte 1031, LLC by email to William Esser, at willesser@parkerpoe; and

upon the Berone Defendants by email to Fabian Stone (stone@beronecapital.com) and Jeremiah

Beguesse (jeremiah@beronecapital.com) and overnight courier to A Registered Agent, Inc., 8

The Green – Suite A, Dover, Delaware 19901 and Sunshine Corporate Filings LLC, 7901 4th

Street, N. – Suite 300, St. Petersburg, Florida, 33702, on or before Friday, February 2, 2024, shall

be deemed good and sufficient service thereof;

 **AND IT IS FURTHER ORDERED** that the Third-Party Defendants shall deliver any

opposing papers in response to the Order to Show Cause no later than Wednesday, February 7,

2024 at 5:00 p.m.  Service shall be made by delivering the papers by email to Receiver's counsel

and by filing on PACER.  The Receiver shall have until Monday, February 12, 2024, at 5:00 p.m.

to serve any reply papers upon the Third-Party Defendants or their respective counsel, including

by any form of service authorized in the foregoing paragraph.

**IT IS SO ORDERED.**

DATED: January 30, 2024

**Mae A. D'Agostino**
**U.S. District Judge**

UST EXHIBIT PAGE 19

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

Corporate Banking Statement
**February 29, 2024**
page 1 of 3



EXHIBIT F

31          T
*PRIME COMMERCIAL LENDING LLC
66 S PEARL ST FL 10
ALBANY NY 12207-1533

*Questions or comments?*
*Call 1-800-821-2829*

---

**Commercial Transaction** ████ 4465
*PRIME COMMERCIAL LENDING LLC

| | |
|---|---:|
| Beginning balance 1-31-24 | $273,799.59 |
| 2 Additions | +5,352.14 |
| 16 Subtractions | -220,452.76 |
| **Ending balance 2-29-24** | **$58,698.97** |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---:|
| | 2-1 | | Direct Deposit,    Vantage       Vantage | $1,402.04 |
| | 2-27 | 504955 | Wire Deposit    Apex Closing Ser 8027 | 3,950.10 |
| | | | **Total additions** | **$5,352.14** |

## Subtractions

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---:|
| | 2-1 | | Google *Gsuite_Fuckyou    650-253-0000  CA | $12.96 |
| | 2-2 | | Google*Gsuite Primecom    Cc Google.Com  CA | 276.42 |
| | 2-5 | | Key Merchant Svsdiscount ████ 3881 | 308.06 |
| | 2-6 | 260701 | Wire Withdrawal  NY Attorney Trus 8631 | 100,000.00 |
| | 2-12 | | Aacfb          Louisville    KY | 899.00 |
| | 2-12 | | Eig*Constantcontact.CO    Waltham      MA | 10.79 |
| | 2-20 | | Internet Trf To DDA 000 ████ 4541    3290 | 15,000.00 |
| | 2-20 | | Internet Trf To DDA 000 ████ 4541    3290 | 15,000.00 |
| | 2-20 | | Fedex600507903        800-4633339      TN | 32.14 |
| | 2-22 | | Internet Trf To DDA 0000 ████ 541    3290 | 70,000.00 |
| | 2-22 | | Internet Trf To DDA 0000 ████ 541    3290 | 15,000.00 |
| | 2-23 | | Ipostalrenewal          ████ 770    NY | 45.19 |
| | 2-27 | | 8X8, Inc.        888-898-8733  CA | 163.48 |
| | 2-29 | 540331 | Wire Withdrawal  Erik J Martin    9470 | 1,563.58 |
| | 2-29 | 541056 | Wire Withdrawal  Saratoga Capital 7150 | 1,482.79 |
| | 2-29 | 541007 | Wire Withdrawal  26 Enterprise Ll 0172 | 658.35 |
| | | | **Total subtractions** | **$220,452.76** |

**Corporate Banking Statement**
**February 29, 2024**
page 2 of 3

**Fees and charges**    *See your Account Analysis statement for details.*

page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

① Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ④ List from your check register any checks or other deductions that are *not* shown on your statement. | | ⑤ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL → | $ |

| ⑥ Enter ending balance shown on your statement. |
|---|
| $ |

| ⑦ Add 5 and 6 and enter total here. |
|---|
| $ |

| ⑧ Enter total from 4. |
|---|
| $ |

| ⑨ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL → | $ |
|---|---|