Joseph C. Barsalona II
Amy M. Oden (admitted *pro hac vice*)
Edward Cho-O'Leary (admitted *pro hac vice*)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
233 Broadway, Suite 820
New York, New York 10279
(646) 828-8081

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. | |

**NOTICE OF FILING OF ENGAGEMENT LETTER PURSUANT TO THE DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER UNDER SECTIONS 327(a), 328(a), AND 1107(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULES 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF PASHMAN STEIN WALDER HAYDEN, P.C. AS COUNSEL FOR THE DEBTOR _NUNC PRO TUNC_ TO THE PETITION DATE**

**PLEASE TAKE NOTICE** that on March 6, 2024, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Application for Entry of an Order Under Sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Pashman Stein Walder Hayden, P.C. as Counsel for the Debtor* Nunc Pro Tunc *to the Petition Date* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby files the Pashman Stein Walder Hayden, P.C. engagement letter, attached hereto as **Exhibit A**.

1

Dated:    March 20, 2024               **PASHMAN STEIN WALDER**
New York, New York                     **HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II
Amy M. Oden (admitted *pro hac vice*)
Edward Cho-O'Leary (admitted *pro hac vice*)
233 Broadway, Suite 820
New York, New York 10279
Telephone: (646) 828-8081
Email: jbarsalona@pashmanstein.com
      aoden@pashmanstein.com
      echo-oleary@pashmanstein.com

*Proposed Counsel to the Debtor and*
*Debtor in Possession*