UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

      Kris Daniel Roglieri                  Chapter 11, Subchapter V
                                               Case No.: 24-10157

                           Debtor.

**SUPPLEMENT TO UNITED STATES TRUSTEE'S LIMITED OBJECTION TO
DEBTOR'S APPLICATION FOR ORDER AUTHORIZING RETENTION OF
PACHMAN STEIN WALDER HAYDEN, P.C. AS COUNSEL FOR THE DEBTOR**

TO:     THE HONORABLE ROBERT E. LITTLEFIELD, JR.,
        UNITED STATES BANKRUPTCY JUDGE:

       William K. Harrington, United States Trustee for Region 2, respectfully submits this

supplement to his limited objection to Debtor's retention application filed March 20, 2024 (ECF

73).  The United States Trustee's Limited Objection, at page two, refers to certain withdrawals,

debits, and transfers out of the Prime Commercial Lending, LLC bank account in December

2023.  The bank statement, however, was not attached.  Attached hereto and made a part hereof

as Exhibit "B" is the December 2023 KeyBank account statement for Prime Commercial

Lending, LLC.

Dated: Albany, New York                Respectfully submitted,
        March 20, 2024

                                          WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE, REGION 2

                                          By: */s/ Lisa M. Penpraze*
                                          Assistant United States Trustee
                                          Leo O'Brien Federal Building
                                          11A Clinton Ave, Room 620
                                          Albany, NY 12207
                                          Bar Roll No.: 105165
                                          lisa.penpraze@usdoj.gov
                                          Voice: (518) 434-4553
                                          Fax:    (518) 434-4459



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**December 31, 2023**
page 1 of 3

## EXHIBIT B

31          T

*PRIME COMMERCIAL LENDING LLC
66 S PEARL ST FL 10
ALBANY NY 12207-1533

*Questions or comments?*
*Call  1-800-821-2829*

---

**Commercial Transaction** _____4465
*PRIME COMMERCIAL LENDING LLC

| | |
|---|---|
| Beginning balance 11-30-23 | $9,220.75 |
| 12 Additions | +5,179,970.03 |
| 39 Subtractions | -3,947,692.84 |
| **Ending balance 12-31-23** | **$1,241,497.94** |

## Additions

| Deposits | Date | Serial # | Source | | | |
|---|---|---|---|---|---|---|
| | 12-1 | | Direct Deposit, | Capital Partners6D42 | | $1,965.00 |
| | 12-1 | | Direct Deposit, | Arf Financial Llpayments | | 771.63 |
| | 12-4 | | Direct Deposit, | Vantage | Vantage | 1,575.48 |
| | 12-8 | | Direct Deposit, | Capital Partners6D42 | | 1,461.75 |
| | 12-12 | | Direct Deposit, | Spartanbusiness Ap | | 4,400.00 |
| | 12-15 | | Internet Trf Fr DDA 0000 | 2233 | 3290 | 10,000.00 |
| | 12-15 | | Direct Deposit, | Capital Partners6D42 | | 1,938.00 |
| | 12-20 | | Internet Trf Fr DDA 0000 | 2233 | 3290 | 130,000.00 |
| | 12-21 | | Direct Deposit, | Fundation Ops  Payment | | 48.24 |
| | 12-22 | | Internet Trf Fr DDA 000 | 2233 | 3290 | 5,000,000.00 |
| | 12-27 | 682137 | Wire Deposit | Cti Chicago Metr 9144 | | 24,853.13 |
| | 12-29 | 769837 | Wire Deposit | Chicago Title CO 6379 | | 2,956.80 |
| | | | **Total additions** | | | **$5,179,970.03** |

## Subtractions

| Withdrawals | Date | Serial # | Location | | |
|---|---|---|---|---|---|
| | 12-4 | 388980 | Wire Withdrawal  Triplecapital Ll 5061 | | $1,000.00 |
| | 12-4 | 390850 | Wire Withdrawal  Fun Money Ventur 6456 | | 700.00 |
| | 12-4 | 388959 | Wire Withdrawal  Gary Lockwood  4780 | | 308.00 |
| | 12-4 | | Google *Gsuite_Primeco    Mountain View  CA | | 295.48 |
| | 12-4 | | Key Merchant Svsdiscount, 3881 | | 57.65 |
| | 12-4 | | Google  Gsuite_Fuckyou    Mountain View  CA | | 12.96 |
| | 12-5 | | Dmi* Dell Bus Online    Round Rock    TX | | 1,398.91 |
| | 12-5 | | Key Merchant Svsdiscount 3881 | | 52.44 |

Corporate Banking Statement
**December 31, 2023**
page 2 of 3

## Subtractions
(con't)

| Withdrawals | Date | Serial # | Location | | | |
|---|---|---|---|---|---|---:|
| | 12-11 | | Eig*Constantcontact.CO     Waltham      MA | | | 10.79 |
| | 12-14 | | Internet Trf To DDA ███████4541 | | 3290 | 15,000.00 |
| | 12-14 | | Internet Trf To DDA ███████2848 | | 3290 | 500.00 |
| | 12-15 | | Direct Withdrawal, Bhb Funding Db  Direct Pay | | | 2,500.00 |
| | 12-19 | | Key Merchant Svsdeposit  ██████8881 | | | 750.00 |
| | 12-20 | 603589 | Wire Withdrawal  Brunsiwick Food  6256 | | | 1,748.72 |
| | 12-21 | 610942 | Wire Withdrawal  Wrist Aficionado 0858 | | | 27,000.00 |
| | 12-21 | 606946 | Wire Withdrawal  Cullen and Dykma 1915 | | | 25,000.00 |
| | 12-21 | 607092 | Wire Withdrawal  Branden Wheeles  0509 | | | 20,000.00 |
| | 12-21 | | Internet Trf To DDA 00000███████4541 | | 3290 | 4,000.00 |
| | 12-21 | | Internet Trf To DDA 00000███████4541 | | 3290 | 4,000.00 |
| | 12-22 | 637531 | Wire Withdrawal  Cph Llc       0521 | | | 2,000,000.00 |
| | 12-22 | 634435 | Internal Wire Wd        0411 | | | 950,000.00 |
| | 12-22 | 626786 | Wire Withdrawal  Spartan Towing C 8628 | | | 12,345.00 |
| | 12-22 | | Internet Trf To DDA 0██████4541 | | 3290 | 44,000.00 |
| | 12-22 | | Internet Trf To DDA 0██████4541 | | 3290 | 30,000.00 |
| | 12-22 | | Internet Trf To DDA 0██████4541 | | 3290 | 15,000.00 |
| | 12-22 | | Internet Trf To DDA 0██████2848 | | 3290 | 1,000.00 |
| | 12-26 | 657543 | Wire Withdrawal  Xo Global, Llc  9578 | | | 101,000.00 |
| | 12-26 | 659598 | Wire Withdrawal  Wrist Afficionad 0858 | | | 84,000.00 |
| | 12-26 | 653078 | Wire Withdrawal  Cullen and Dykma 1915 | | | 50,000.00 |
| | 12-26 | 658077 | Wire Withdrawal  Pearl Tower Asso 3452 | | | 27,946.10 |
| | 12-26 | | Ipostalrenewal      █████5770    NY | | | 45.19 |
| | 12-28 | | Internet Trf To DDA 00000███████4541 | | 3290 | 90,000.00 |
| | 12-28 | | Internet Trf To DDA 00000███████2848 | | 3290 | 12,000.00 |
| | 12-28 | | Internet Trf To DDA 00000███████5837 | | 3290 | 10,000.00 |
| | 12-28 | | Internet Trf To DDA 00000███████4541 | | 3290 | 5,000.00 |
| | 12-28 | | Internet Trf To DDA 00000███████2848 | | 3290 | 3,000.00 |
| | 12-29 | 744418 | Wire Withdrawal  Hogan Lovells   9982 | | | 400,000.00 |
| | 12-29 | | Internet Trf To DDA 000006██████2848 | | 3290 | 8,000.00 |
| | 12-29 | | Eig*Constantcontact.CO     Waltham      MA | | | 21.60 |
| | | | **Total subtractions** | | | **$3,947,692.84** |

## Fees and charges

*See your Account Analysis statement for details.*

## Account messages

*DEPOSIT ACCOUNT AGREEMENT CHANGES*
*We've updated Section 6 of our Deposit Account Agreement to reflect how we are
processing certain ATM and Debit Card Transactions. For more information,
please call 1-888-KEY-4BIZ® (1-888-539-4249). For clients using a TDD/TTY
device, please call 1-800-539-8336.*

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or account on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

* Tell us your name and Account number;
* Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
* Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A, P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

* Account Information : Your name and account number.
* Dollar Amount : The dollar amount of the suspected error.
* Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

① Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

* Checks or other deductions shown on our statement that you have *not* already entered.
* The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

* Deposits or other credits shown on your statement that you have *not* already entered.
* The "Interest earned" shown on your statement, if any.

| ④ List from your check register any checks or other deductions that are *not* shown on your statement. | | ⑤ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL → $ | |
| | | | |
| | | ⑥ **Enter ending balance shown on your statement.** | |
| | | $ | |
| | | ⑦ **Add 5 and 6 and enter total here.** | |
| | | $ | |
| | | ⑧ **Enter total from 4.** | |
| | | $ | |
| | | ⑨ **Subtract 8 from 7 and enter difference here.** | |
| | | $ | |
| TOTAL → $ | | This amount should agree with your check register balance. | |