**Fill in this information to identify your case:**

Debtor 1    Kris Daniel Roglieri
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   Northern          District of   New York
                                                                    (State)

Case number    24-10157-1 rel
               (If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

|  | Your assets |
|---|---|
|  | Value of what you own |
| 1.  *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $  1,519,700.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $  26,269,579.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $  27,789,279.00 |

### Part 2:  Summarize Your Liabilities

|  | Your liabilities |
|---|---|
|  | Amount you owe |
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $  1,606,000.00 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $  558,732.80 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $  5,900,007.06 |
| **Your total liabilities** | $  8,064,739.86 |

### Part 3:  Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I) | | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ | (93,509.16) |
| 5.  *Schedule J: Your Expenses* (Official Form 106J) | | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ | (152,751.93) |

Debtor 1    __Kris Daniel Roglieri_____    Case number (if known) __24-10157-1 rel_____
  First Name    Middle Name        Last Name

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

**7. What kind of debt do you have?**

☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 0

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 558,732.80 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 558,732.80 |

**Fill in this information to identify your case and this filing:**

Debtor 1    Kris Daniel Roglieri
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   Northern   District of New York
(State)

Case number   24-10157-1 rel

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.1.** 40 North Road
Street address, if available, or other description

Queensbury    NY 12804
City    State    ZIP Code

Warren
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 1,519,700.00   $ 1,519,700.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Estate in land

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ _____   $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

Debtor 1 ___Kris_____Daniel_____Roglieri_____    Case number *(if known)*  24-10157-1 rel
            First Name        Middle Name         Last Name

| 1.3. | | What is the property? Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

City          State        ZIP Code

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ....................................➔    $ 1,519,700.00

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1. | Make: | See attachment | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: _____
Year: _____
Approximate mileage: _____
Other information:

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Current value of the entire property?**    **Current value of the portion you own?**

$ 19,490,000    $ 19,490,000

If you own or have more than one, describe here:

| 3.2. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Model: _____
Year: _____
Approximate mileage: _____
Other information:

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

Debtor 1    Kris Daniel Roglieri
First Name    Middle Name    Last Name    Case number *(if known)*    24-10157-1 rel

---

3.3.    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

---

3.4.    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

---

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

[ ] No
[x] Yes

4.1.    Make: _____

Model: _____

Year: _____

Other information:

[ Electric golf cart ]

**Who has an interest in the property?** Check one.

[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ __12,000__    $ __12,000__

---

If you own or have more than one, list here:

4.1.    Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____    $ _____

---

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...............................................→    $ 19,502,000.00

---

Debtor 1    Kris Daniel Roglieri                                    Case number *(if known)* 24-10157-1 rel
          First Name    Middle Name    Last Name

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? |
|---|---|
| | Do not deduct secured claims or exemptions. |

**6. Household goods and furnishings**

*Examples*: Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe......... | See attachment | $ 40,209.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe......... | TV - $10,000 / Cell Phone: $1,000 | $ 11,000.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☒ Yes. Describe......... | See attachment | $ 806,000.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe......... | Pool table | $ 10,000.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☒ Yes. Describe......... | See attachment | $ 28,500.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe......... | Clothes | $ 200,000.00

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe......... | See attachment. | $ 3,300,000.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe......... | | $ 0.00

**14 Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information ............ | | $ 0.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...................................................... ➔ | $ 4,395,709.00 |

Official Form 106A/B                    Schedule A/B: Property                    page 4

| Debtor 1 | Kris | Daniel | Roglieri | Case number *(if known)* | 24-10157-1 rel |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes ........................................................................................................    Cash:  _____  $ _____25.00_____

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes....................                    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Key Bank | $ 60.00 |
| 17.2. Checking account: | Key Bank | $ 201,000.00 |
| 17.3. Savings account: | | $ 0.00 |
| 17.4. Savings account: | | $ 0.00 |
| 17.5. Certificates of deposit: | | $ 0.00 |
| 17.6. Other financial account: | | $ 0.00 |
| 17.7. Other financial account: | | $ 0.00 |
| 17.8. Other financial account: | | $ 0.00 |
| 17.9. Other financial account: | | $ 0.00 |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes...............           Institution or issuer name:

| | |
|---|---|
| | $ 0.00 |
| | $ 0.00 |
| | $ 0.00 |

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No
☒ Yes. Give specific information about them. ....................

| Name of entity: | % of ownership: | |
|---|---|---|
| See attachment | % | $ 2,000,000.00 |
| | % | $ 0.00 |
| | % | $ 0.00 |

Debtor 1    Kris Daniel Roglieri

First Name    Middle Name    Last Name    Case number *(if known)* 24-10157-1 rel

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific       Issuer name:
information about
them....................   _____    $ _____ 0.00
_____    $ _____ 0.00
_____    $ _____ 0.00

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each       Type of account:    Institution name:
account separately..

401(k) or similar plan: _____    $ _____ 0.00

Pension plan: _____    $ _____ 0.00

IRA: _____    $ _____ 0.00

Retirement account: _____    $ _____ 0.00

Keogh: _____    $ _____ 0.00

Additional account: _____    $ _____ 0.00

Additional account: _____    $ _____ 0.00

**22 Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
**Security deposits and prepayments**

☒ No

☐ Yes ......................       Institution  name or individual:

Electric: _____    $ _____ 0.00

Gas: _____    $ _____ 0.00

Heating oil: _____    $ _____ 0.00

Security deposit on rental unit: _____    $ _____ 0.00

Prepaid rent: _____    $ _____ 0.00

Telephone: _____    $ _____ 0.00

Water: _____    $ _____ 0.00

Rented furniture: _____    $ _____ 0.00

Other: _____    $ _____ 0.00

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes......................       Issuer name and description:

_____    $ _____ 0.00
_____    $ _____ 0.00
_____    $ _____ 0.00

Debtor 1    Kris Daniel Roglieri                                    Case number *(if known)* 24-10157-1 rel
_____
First Name    Middle Name    Last Name

---

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes ................................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $ _____ 0.00

_____    $ _____ 0.00

_____    $ _____ 0.00

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific
information about them. .    [_____]    $ _____ 0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No

☒ Yes. Give specific
information about them.    See attachment    $ 20,085.00

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific
information about them. .    [_____]    $ _____ 0.00

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☒ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. .................    Federal:    $ _____ 0.00
State:    $ _____ 0.00
Local:    $ _____ 0.00

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information. ..........    Alimony:    $ _____ 0.00
Maintenance:    $ _____ 0.00
Support:    $ _____ 0.00
Divorce settlement:    $ _____ 0.00
Property settlement:    $ _____ 0.00

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. ..........    [_____] $ 0.00

Debtor 1    Kris Daniel Roglieri                            Case number *(if known)*  24-10157-1 rel
            First Name    Middle Name    Last Name

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance company
of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Bright House Financial | Tina Roglieri | $ Unknown |
| Cincinatti Insurance Companies | Self | $ Unknown |
| | | $ 0.00 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information. ..........
$ 0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. ................    Potential counterclaims against Onward Holding - In re Onward Holding v Prime Capital Ventures Case No. 23-cv-00833
$ Unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim. .................
$ 0.00

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information. ..........
$ 0.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................... →
$ 2,221,170.00

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☒ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No
☐ Yes. Describe ....
$ 0.00

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☒ Yes. Describe ....    See attachment
$ 150,700.00

Debtor 1    Kris Daniel Roglieri                                    Case number *(if known)*  24-10157-1 rel
          First Name    Middle Name    Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes. Describe .....                                                                  $         0.00

**40. Inventory**

☒ No
☐ Yes. Describe .....                                                                  $         0.00

**42 Interests in partnerships or joint ventures**

☒ No
☐ Yes. Describe ......   Name of entity:                          % of ownership:
                                                              _____ %    $         0.00
                                                              _____ %    $         0.00
                                                              _____ %    $         0.00

**43. Customer lists, mailing lists, or other compilations**

☐ No
☒ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

          ☐ No
          ☐ Yes. Describe .......   Customer list for NACLB          $      Unknown

**44. Any business-related property you did not already list**

☒ No
☐ Yes. Give specific
   information..........                                                   $         0.00
                                                                          $         0.00
                                                                          $         0.00
                                                                          $         0.00
                                                                          $         0.00
                                                                          $         0.00

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here**............................................................➔   $   150,700.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                          **Current value of the
                                                          portion you own?**
                                                          Do not deduct secured claims
                                                          or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes .....................                                                $         0.00

Debtor 1    Kris Daniel Roglieri        Case number *(if known)* 24-10157-1 rel

First Name    Middle Name    Last Name

**48. Crops—either growing or harvested**

☐ No

☐ Yes. Give specific information ..........    $_____0.00

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☐ Yes......................    $_____0.00

**50. Farm and fishing supplies, chemicals, and feed**

☐ No

☐ Yes......................    $_____0.00

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No

☐ Yes. Give specific information ..........    $_____0.00

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................................. ➔    $_____0.00

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific information..........    $_____

   $_____

   $_____

**54 Add the dollar value of all of your entries from Part 7. Write that number here** ...................... ➔    $_____0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55. Part 1: Total real estate, line 2**................................................................................................ ➔    $ 1,519,700.00

**56. Part 2: Total vehicles, line 5**    $ 19,502,000.00

**57. Part 3: Total personal and household items, line 15**    $ 4,395,709.00

**58. Part 4: Total financial assets, line 36**    $ 2,221,170.00

**59. Part 5: Total business-related property, line 45**    $ 150,700.00

**60. Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

**61. Part7: Total other property not listed, line 54**    + $ 0.00

**62. Total personal property.** Add lines 56 through 61 ....................    $ 26,269,579.00    Copy personal property total ➔    + $ 1,519,700.00

**63. Total of all property on Schedule A/B.** Add line 55 + line 62.............................................................    $ 27,789,279.00

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kris Daniel Roglieri |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing)  First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | Northern District of New York |
| | (State) |
| Case number | 24-10157-1 rel |
| (If known) | |

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim | **Column C**<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

**2.1** Denali State Bank

Creditor's Name

119 N. Cusman Street
Number      Street

Fairbanks      AK  99701
City          State    ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred      2020

**Describe the property that secures the claim:**   $ 450,000.00   $ 650,000.00   $

2020 Lamborghini Aventador

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number  3  3  3  8

**2.2** First Federal

Creditor's Name

PO Box 351
Number      Street

Port Angeles   WA9836-0055
City          State    ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred      2022

**Describe the property that secures the claim:**   $ 230,000.00   $ 350,000.00   $

2021 Mercedes GT Black Series

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number  4  1  0  9

Add the dollar value of your entries in Column A  on this page. Write that number here:   $ 680,000.00      page 1 of 2

Debtor 1    Kris Daniel Roglieri
_____
First Name    Middle Name    Last Name

Case number (*if known*)  24-10157-1 rel

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

---

**2.3** | **Key Bank**
Creditor's Name

**Describe the property that secures the claim:**  $ 611,000.00   $ 1,519,700   $ _____

127 Public Square
Number      Street

| 40 North Rd Primary Home |

Cleveland        OH   44114
City          State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   Original 2014 and refinalized in 2021

**Last 4 digits of account number**  0  7  6  3

---

**2.4** | **Key Bank**
Creditor's Name

**Describe the property that secures the claim:**  $ 315,000.00   $ 1,519,700   $ _____

127 Public Square
Number      Street

| 40 North Rd Primary Home |

Cleveland        OH   44114
City          State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2018

**Last 4 digits of account number**  8  1  2  3

---

Creditor's Name

**Describe the property that secures the claim:**  $ _____   $ _____   $ _____

Number      Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City          State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  _____    **Last 4 digits of account number**  __  __  __  __

---

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $ 926,000.00 |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $ 1,606,000.00 |

page 2 of 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kris Daniel Roglieri** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **Northern** District of **New York** |
| | (State) |
| Case number | **24-10157-1 rel** |
| (If known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:
Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed,
copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any
additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☒ Yes.

**2.    List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority Amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1** | **New York State Department of Taxation and Finance**
Priority Creditor's Name

| Last 4 digits of account number | 1   0   3   9 | 558,732.30 | $ 558,732.30 | $ 0.00 |

**P.O. Box 5300**
Number        Street

When was the debt incurred?    2021

**Albany            NY    12205-0300**
City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☒ Yes

**2.2** | _____
Priority Creditor's Name

| Last 4 digits of account number | __ __ __ __ | $_____ | $_____ |

When was the debt incurred?    _____

_____
Number        Street

_____
City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1  Kris Daniel Roglieri

First Name    Middle Name    Last Name

Case number *(if known)* 24-10157-1 rel

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority Amount** | **Nonpriority amount** |
|---|---|---|---|

Priority Creditor's Name

Number      Street

City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __        $_____   $_____   $_____

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name

Number      Street

City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __        $_____   $_____   $_____

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Priority Creditor's Name

Number      Street

City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __        $_____   $_____   $_____

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1   **Kris Daniel Roglieri**

First Name        Middle Name        Last Name

Case number *(if known)* 24-10157-1 rel

| Part 1: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**   Barclay Damon

Nonpriority Creditor's Name

$ 60,000.00

80    State Street

Number   Street

Albany                NY    12207

City                  State   ZIP Code

Last 4 digits of account number ___  ___  ___  ___

**When was the debt incurred?** 2023

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Legal fees

---

**4.2**   Caesars Enterainment

Nonpriority Creditor's Name

$ 436,237.18

PO Box   96118

Number   Street

Las Vegas             NV    89193

City                  State   ZIP Code

Last 4 digits of account number ___  ___  ___  ___

**When was the debt incurred?** 2023

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Trade Vendor

---

**4.3**   Chase Bank

Nonpriority Creditor's Name

$ 25,000.00

PO Box   1423

Number   Street

Charlotte             NC    28201-1423

City                  State   ZIP Code

Last 4 digits of account number ___  ___  ___  ___

**When was the debt incurred?** 2023

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify CC Business CCTG

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1    Kris Daniel Roglieri

First Name    Middle Name    Last Name    Case number *(if known)* 24-10157-1 rel

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.4**   Cook Keith & Davis

Nonpriority Creditor's Name

| 6688 | North Central Expressway, Suite 1000 |
|---|---|
| Number | Street |

Dallas     TX    75206

City     State    ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 7 5 7 9

**When was the debt incurred?** _____

$ 5,271.22

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent 888,672
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Legal Fees

---

**4.5**   Discover

Nonpriority Creditor's Name

| PO Box | 30943 |
|---|---|
| Number | Street |

Salt Like City    UT    84130

City     State    ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2024

$ 11,000

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Credit Card

---

**4.6**   Hogan and Lovells

Nonpriority Creditor's Name

| 600 | Brickell Avenue, Suite 2700 |
|---|---|
| Number | Street |

Miami     FL    33131

City     State    ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 6 3 0 5

**When was the debt incurred?** 02/6/2024

$ 886,672.84

**As of the date you file, the claim is:** Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Legal Fees

---

Official Form 106E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1   Kris Daniel Roglieri

First Name   Middle Name   Last Name

Case number (if known)   24-10157-1 rel

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.7** Key Bank

Nonpriority Creditor's Name

127   Public Square

Number   Street

Cleveland   OH   44114

City   State   ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   2023

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Biz LOC CCTG

$ 100,000

---

**4.8** Onward Holdings, LLC
c/o Buchalter P.C.

Nonpriority Creditor's Name

60   E. South Temple, Suite 1200

Number   Street

Salt Lake City   UT   8411

City   State   ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   02/5/2024

As of the date you file, the claim is: Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Default Judgment

$ 3,000,000.00

---

**4.9** SBA Department of the Treasury

Nonpriority Creditor's Name

PO Box  830794

Number   Street

Birmingham   AL   35283-0794

City   State   ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number  8   1   0   1

When was the debt incurred?   2021

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Business EIDL

$ 709.655.31

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    Kris Daniel Roglieri

First Name    Middle Name    Last Name

Case number (if known)    24-10157-1 rel

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    Total claim

| 4.10 | Sheppard Mullin |
| --- | --- |

Nonpriority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___

$ 666.170.51

30    Rockefeller Plaza

Number    Street

When was the debt incurred?    08/01/2023 – 01/31/2023

New York    NY    10112

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Legal Fees

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 4.11 | |
| --- | --- |

Last 4 digits of account number ___ ___ ___ ___

$ _____

Nonpriority Creditor's Name

When was the debt incurred?    _____

Number    Street

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 4.12 | |
| --- | --- |

Last 4 digits of account number ___ ___ ___ ___

$ _____

Nonpriority Creditor's Name

When was the debt incurred?    _____

Number    Street

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    Kris Daniel Roglieri

First Name    Middle Name    Last Name

Case number *(if known)* 24-10157-1 rel

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
| --- | --- | --- |
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the Government** | 6b. $ 558,732.80 |
|  | 6c. **Claims for death or personal injury while you were Intoxicated** | 6c. $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 558,732.80 |

|  |  | Total claim |
| --- | --- | --- |
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 5,900,007.06 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 5,900,007.06 |

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | **Kris Daniel Roglieri** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse If filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Northern** | District of | **New York** |
| | | | (State) |
| Case number | **24-10157-1 rel** | | |
| (If known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Denali State Bank**<br>Name<br>**119 N. Cushman Streeet**<br>Number          Street<br>**Fairbanks**          **AK**      **99701**<br>City                State        ZIP Code | Car Loan |
| 2.2 | **First Federal**<br>Name<br>**PO Box 351**<br>Number          Street<br>**Port Angeles**     **WA**     **98362-0055**<br>City                State        ZIP Code | Car Loan |
| 2.3 | **Key Bank**<br>Name<br>**4910 Tiedeman Road, OH-01-MS-SER1**<br>Number          Street<br>**Brooklyn**          **OH**      **44144**<br>City                State        ZIP Code | Mortgage |
| 2.4 | **Key Bank**<br>Name<br>**PO Box 94588**<br>Number          Street<br>**Cleveland**          **OH**     **44101-4588**<br>City                State        ZIP Code | Home Equity Loan |
| 2.5 | **Verizon Wireless**<br>Name<br>**1095 Avenue of the Americas**<br>Number          Street<br>**New York**          **NY**      **10036**<br>City                State        ZIP Code | Cell Phone |

page 1 of <u>1</u>

Debtor 1    Kris Daniel Roglieri
_____
First Name     middle Name          Last Name

Case number *(if known)* 24-10157-1 rel

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| 2.6 **Toadflax Nursery** <br> Name <br> **1621 US-9** <br> Number    Street <br> **South Glens Falls    NY    12803** <br> City    State    ZIP Code | Landscaping |
| 2.__ <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| 2.__ <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| 2.__ <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| 2.__ <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| 2.__ <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| 2.__ <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| 2.__ <br> Name <br> Number    Street <br> City    State    ZIP Code | |

page __ of __

Official Form 106G          **Schedule G: Executory Contracts and Unexpired Leases**

**Fill in this information to identify your case:**

Debtor 1     Kris Daniel Roglieri
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:     Northern      District of  New York
                                                                         (State)

Case number     24-10157-1 rel
(If known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                                     12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____ . Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number          Street

      _____
      City                    State              ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br>_____<br>Number          Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br>_____<br>Number          Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br>_____<br>Number          Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

page 1 of 1

**Fill in this information to identify your case:**

Debtor 1    Kris Daniel Roglieri
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the: ____Northern____ District of __New York__
                                                                        (State)

Case number  24-10157-1 rel
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   income as of the following date:

   _____
   MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☒ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Occupation | | Business owner | |
| Employer's name | | Prime Commercial Lending, LLC | |
| Employer's address | | 30 South Pearl Street | |
| | | Number   Street | Number   Street |
| | | 10th Floor | |
| | | Albany       NY   12207 | |
| | | City       State   ZIP Code | City       State   ZIP Code |
| How long employed there? | | 7/26/06 | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0 | $ |
| 3. **Estimate and list monthly overtime pay.** | 3. + $ 0 | + $ |
| 4. **Calculate gross income.** Add line2 + line 3. | 4. $ 0 | $ |

Debtor 1    Kris Daniel Roglieri    Case number *(if known)*    24-10157-1 rel
First Name    Middle Name    Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here......................................................➔ 4. | $ 0 | $ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0 | $ |
| 5e. **Insurance** | 5e. | $ 0 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0 | $ |
| 5g. **Union dues** | 5g | $ 0 | $ |
| 5h. **Other deductions.** Specify: _____ | 5h. | +$ 0 | + $ |

| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0 | $ |
|---|---|---|---|

| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0 | $ |
|---|---|---|---|

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $ (93,509.16)    $ _____

8b. **Interest and dividends**    8b.   $ 0    $ _____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $ 0    $ _____

8d. **Unemployment compensation**    8d.   $ 0    $ _____

8e. **Social Security**    8e.   $ 0    $ _____

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.   $ 0    $ _____

8g. **Pension or retirement income**    8g.   $ 0    $ _____

8h. **Other monthly income.** Specify: _____    8h.   +$ 0    +$_____

| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ (93,509.16) | $ |
|---|---|---|---|

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.   $ (93,509.16)  +  $ _____  =  $ (93,509.16)

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11.  + $ 0

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.   $ (93,509.16)
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No
☒ Yes. Explain:    Decrease because businesses have suffered.

**Fill in this information to identify your case:**

Debtor 1        Kris Daniel Roglieri
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name          Last Name

United States Bankruptcy Court for the: _____ Northern _____  District of _____ New York
                                                                                (State)

Case number   24-10157-1 rel
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---------|------------------------|

**1. Is this a joint case?**

☒ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☒ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 13 | ☐ No  ☒ Yes |
| Son | 11 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☐ No
☒ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---------|----------------------------------------|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | **Your expenses** |
|--|--|--|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 4,896.20 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 1,256.58 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 26,583.33 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    Kris Daniel Roglieri_____    Case number (if known) 24-10157-1 rel
　　　　　First Name　　Middle Name　　　Last Name

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 2,368.49 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 2,500.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 208.33 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 750.00 |
| 6d. Other. Specify: Pool and security system | 6d. | $ 1,306.66 |
| 7. **Food and housekeeping supplies** | 7. | $ 2,700.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. **Personal care products and services** | 10. | $ 200.00 |
| 11. **Medical and dental expenses** | 11. | $ 3,194.86 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 1,716.67 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 1,500.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 250.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 3,333.33 |
| 15d. Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 4,134.32 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 2,244.00 |
| 17c. Other. Specify: _____ | 17c. | $ 0.00 |
| 17d. Other. Specify: _____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

| Debtor 1 | Kris Daniel Roglieri | | Case number *(if known)* | 24-10157-1 rel |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

21. **Other**. Specify: _____    21.  **+**$ _____ 0.00

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.  $ _____ 59,242.77

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $ _____ 0.00

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $ _____ 59,242.77

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $ _____ (93,509.16)

23b. Copy your monthly expenses from line 22c above.    23b.  $ _____ 59,242.77

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.  $ _____ (152,751.93)

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☒ Yes.    Explain here:
Decrease from cutting or reducing expenses, including no more payments on two vehicles.

**Fill in this information to identify your case:**

Debtor 1    Kris Daniel Roglieri
_____
First Name          Middle Name          Last Name

Debtor 2    _____
(Spouse, if filing)  First Name     Middle Name          Last Name

United States Bankruptcy Court for the: Northern _____    District of New York
(State)

Case number    24-10157-1 rel
(If known)    _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____ . Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Kris Daniel Roglieri                    ✗ _____
Signature of Debtor 1                          Signature of Debtor 2
Kris Daniel Roglieri

Date 03/22/2024                                 Date _____
MM / DD / YYYY                                   MM / DD / YYYY

**In re Kris Daniel Roglieri**

**Case No. 24-10157**

**Question 3**

| | Make | Model | Year | Approximate Mileage | Who has Interest in the Property | Is this a community property | Currnet Value of entire property | Current value of the portion you own |
|---|---|---|---|---|---|---|---|---|
| 3.1 | Cadillac | Eldorado Biarritz Convertible | 1959 | | Debtor 1 | No | $300,000 | $300,000 |
| 3.2 | Ferrari | 488 Narlgo | 2017 | | Debtor 1 | No | $350,000 | $350,000 |
| 3.3 | Ferrari | f12 Nlargo | 2014 | | Debtor 1 | No | $500,000 | $500,000 |
| 3.4 | Ferrari | 812 | 2022 | | Debtor 1 | No | $1,700,000 | $1,700,000 |
| 3.5 | Ferrari | 458 Speciale | 2014 | | Debtor 1 | No | $500,000 | $500,000 |
| 3.6 | Ferrari | Enzo AB Version E | 2003 | | Debtor 1 | No | $2,000,000 | $2,000,000 |
| 3.7 | Ferrari | LaFerrari | 2014 | | Debtor 1 | No | $3,500,000 | $3,500,000 |
| 3.8 | Lamborghini | SVJ | 2020 | | Debtor 1 | No | $650,000 | $650,000 |
| 3.9 | Maserati | MC 12 | 2006 | | Debtor 1 | No | $3,800,000 | $3,800,000 |
| 3.10 | Mercedes | G63 | 2019 | | Debtor 1 | No | $120,000 | $120,000 |
| 3.11 | Mercedes | GT63s | 2019 | | Debtor 1 | No | $115,000 | $115,000 |
| 3.12 | Mercedes | GT | 2022 | | Debtor 1 | No | $350,000 | $350,000 |
| 3.13 | Mercedes | SLS | 2014 | | Debtor 1 | No | $500,000 | $500,000 |
| 3.14 | Mercedes | SLR 722 | 2007 | | Debtor 1 | No | $750,000 | $750,000 |
| 3.15 | Mercedes | 500 SL AMG | 1982 | | Debtor 1 | No | $300,000 | $300,000 |
| 3.16 | Mercedes | G63 | 2022 | | Debtor 1 | No | $500,000 | $500,000 |
| 3.17 | Mercedes | CL 65 AMG | 2006 | | Debtor 1 | No | $40,000 | $40,000 |
| 3.18 | Mercedes Benz | GT63C4S | 2020 | | Debtor 1 | No | $115,000 | $115,000 |
| 3.19 | Mercedes Benz | S680Z4 | 2023 | | Debtor 1 | No | $450,000 | $450,000 |
| 3.20 | Mercedes Benz | SL65 Black Series | 2009 | | Debtor 1 | No | $350,000 | $350,000 |
| 3.21 | Mercedes Benz | 500SL AMG | 1983 | | Debtor 1 | No | $200,000 | $200,000 |
| 3.22 | Mercedes-Benz | 560SEL 6.0 | 1989 | | Debtor 1 | No | $200,000 | $200,000 |
| 3.23 | Mercedes-Benz | 560SEC Widebody | 1987 | | Debtor 1 | No | $700,000 | $700,000 |
| 3.24 | Porsche | Carrera GT Mirage | 2004 | | Debtor 1 | No | $1,500,000 | $1,500,000 |
| | | | | | | | $19,490,000 | |

**Iarene Knits Damage Bozzen**

**Case No. 24-10157**

**Question 6**

| Describe | Value |
|---|---|
| Beds | $ 15,000.00 |
| Stove | $ 500.00 |
| Refrigerator | $ 500.00 |
| Microwave | $ 200.00 |
| Chairs | $ 3,000.00 |
| Kitchen Table | $ 3,000.00 |
| Dining room table and chairs | $ 3,000.00 |
| Buffet chest | $ 1,509.00 |
| China cabinet | $ 2,000.00 |
| Console table | $ 3,000.00 |
| Couches | $ 2,000.00 |
| Dressers | $ 5,000.00 |
| Office Desk | $ 1,500.00 |
| **Total** | **$ 40,209.00** |

**Case No. 24-10157**

**Question 8**

| Description | Value |
| --- | --- |
| Rape of pillage sculpture | $    2,000.00 |
| Sculpture mancaveq | $    5,000.00 |
| Piller mancave | $  10,000.00 |
| David and Goliath art | $  80,000.00 |
| Spanish painting | $  30,000.00 |
| French console | $  27,000.00 |
| Chendelier ormolu | $  11,800.00 |
| Marble French pillars | $  24,500.00 |
| French statue of pheasants | $  12,800.00 |
| Bust of cleopatra | $  24,500.00 |
| Bust of Napoleon | $  19,800.00 |
| French pedestal column | $  12,500.00 |
| Bronze Ormolu sculpture | $  29,800.00 |
| Andy Warhol: screen print John gotti | $ 100,000.00 |
| Charles Antonine Coypel painting | $  15,000.00 |
| Franz Carl Stauder painting | $  10,000.00 |
| Bottega di bartolomero schedoni painting | $  20,000.00 |
| Bronze sculpture of Pericles | $    9,800.00 |
| Bronze statue of soldiers fighting | $  16,800.00 |
| Matching pair of French Guildwood consoles: | $  18,800.00 |
| Da guido Reni painting | $  15,000.00 |
| Sarrifcio di Marco Curzio painting | $  40,000.00 |
| Thomas Stothard: horrors of war painting | $  40,000.00 |
| Lodewijk de Vader painting | $  20,000.00 |
| Tobias and the angle painting | $  12,000.00 |
| French Ebony pillars | $  18,900.00 |
| Italian marble busts of Roman emperors | $  64,500.00 |
| French oral onyx pedestals: | $  39,500.00 |
| French Omalu Tazza | $  16,900.00 |
| French Omalu cassettes | $  13,900.00 |
| French Orlo painted bronze ewers | $  23,500.00 |
| Nils Hans Christian painting | $  20,000.00 |
| Alfred Bentley painting | $    2,500.00 |
| **Total** | **$ 806,800.00** |

Document    Page 34 of 47

**Knits Damaged lien**

**Case No. 24-10157**

**Question 10**

| Description | Value |
|---|---|
| Taurus 357 revolver | $ 500.00 |
| Kel Tec 380 handgun | $ 800.00 |
| Smith and Wesson 44 mag revolver | $ 1,500.00 |
| Savage 22 long rifle | $ 800.00 |
| Henry 357 long gun | $ 1,000.00 |
| Remington super slug: 12 gauge | $ 1,000.00 |
| Mossberg 20 gauge | $ 900.00 |
| Remington 20 gauge | $ 2,000.00 |
| Browning A5 26 gauge | $ 2,000.00 |
| 1AB trap over under 12 gauge | $ 3,000.00 |
| Remington 700.375 HH | $ 1,300.00 |
| Mauser Kar 98 8mm | $ 900.00 |
| Purshbuchse over under 22 hornet | $ 1,000.00 |
| Browning magnum 22 gauge | $ 2,000.00 |
| Remington 742 3006 | $ 800.00 |
| Browning citovi over under 20 gauge | $ 3,000.00 |
| Mossberg 930 12 gauge | $ 500.00 |
| Bennelli unuci 12 gauge | $ 2,500.00 |
| Browning light twelve 12 gauge | $ 2,000.00 |
| Farm spa pump 12 gauge | $ 1,000.00 |
|  | $ 28,500.00 |

**Donecraft Damien Rogan**
**Case No. 24-10157**
**Question 12**

| Description | Value | |
|---|---|---|
| Rolex Day-Date 40 Platinum Day-Date 40mm Ice Blue Dial | $ | 120,000.00 |
| Roman Numerals Rolex Day-Date 40 Platinum Baguette Dial Blue | $ | 75,000.00 |
| Rolex Day-Date 40mm Platinum with Baguette Bezel Meteorite | $ | 120,000.00 |
| Rolex Day-Date 41 Rose Gold Black Ruby Dial | $ | 60,000.00 |
| Rolex, 36 mm Gold and Turquoise Baguette | $ | 75,000.00 |
| Richard Mille RM 65-01 Automatic Chronograph Full Rose Gold | $ | 450,000.00 |
| Richard Mille RM 011 Felipe Massa Boutique Exclusive DLC Titanium Rose Gold | $ | 200,000.00 |
| Richard Mille Tourbillion Skull RM 052 Watch | $ | 2,200,000.00 |
| | $ | 3,300,000.00 |

**Case No. 24-10157**

**Question 19**

| Name of Entity | % of Ownership | Value | |
|---|---|---|---|
| Commercial Capital training group | 100% | $ | 500,000.00 |
| Digital marketing training group | 100% | $ | 5,000.00 |
| Prime commercial lending | 100% | $ | 200,000.00 |
| Prime capital ventures | 100% | $ | 50,000.00 |
| National lines of commercial loan, brokers | 100% | $ | 1,000,000.00 |
| FUPME, LLC | 100% | $ | 2,000,000.00 |
| Shark ventures LLC | 100% | $ | - |
| **Total** | | **$** | **3,755,000.00** |

**In re: Kris Daniel Roglieri**
**Case No. 24-10157**
**Question 26**

| Domain Name | Value |
|---|---|
| 360CAPITALLENDING.COM | $65.00 |
| AFTERSCHOOLEDUCATIONCLUB.COM | $65.00 |
| AFTERSCHOOLTUTORING.ORG | $65.00 |
| AFTERSCHOOLTUTORINGCENTER.COM | $65.00 |
| BESTCOMMERCIALCAPITALTRAINING.COM | $65.00 |
| BESTFINANCIALBUSINESSOPPORTUNITY.COM | $65.00 |
| BESTFINANCIALFRANCHISEBUSINESS.COM | $65.00 |
| BESTFINANCIALFRANCHISEOPPORTUNITIES.COM | $65.00 |
| BESTFINANCIALFRANCHISEOPPORTUNITY.COM | $65.00 |
| BESTFINANCIALSERVICESBUSINESS.COM | $65.00 |
| BOSLEYFINANCIALGROUP.COM | $65.00 |
| BUSINESSENTREPRENEUROPPORTUNITY.NET | $65.00 |
| BUSINESSOPPORTUNITYFORSALE.NET | $65.00 |
| BUSINESSTOBUSINESSFRANCHISES.COM | $65.00 |
| buzzmarketingmedia.com | $65.00 |
| buzzmarketingmedia.info | $65.00 |
| buzzmarketingmedia.net | $65.00 |
| buzzmarketingmedia.org | $65.00 |
| buzzmarketingmedia.us | $65.00 |
| CAPITAL-TRAINING.BIZ | $65.00 |
| CAPITAL-TRAINING.COM | $65.00 |
| CAPITAL-TRAINING.NET | $65.00 |
| CAPITAL-TRAININGS.COM | $65.00 |
| carscastleskids.com | $65.00 |
| cctg.review | $65.00 |
| cctg.reviews | $65.00 |
| cctgcomplaints.com | $65.00 |
| cctgcomplaints.info | $65.00 |
| cctgcomplaints.net | $65.00 |
| cctgcomplaints.org | $65.00 |
| cctgcrm.com | $65.00 |
| cctgcrm.info | $65.00 |
| cctgcrm.net | $65.00 |
| cctgcrm.org | $65.00 |
| cctggrads.com | $65.00 |
| cctgholdings.com | $65.00 |
| CCTGMARKETING.COM | $65.00 |
| CCTGMARKETING.INFO | $65.00 |
| CCTGMARKETING.NET | $65.00 |
| CCTGMARKETING.ORG | $65.00 |
| cctgporthole.com | $65.00 |

**Gregory Davis Bogdon**
**Case No. 24-10157**
**Question 26**

| Domain Name | Value |
|---|---|
| cctgreview.com | $65.00 |
| cctgreview.info | $65.00 |
| cctgreview.net | $65.00 |
| cctgreview.org | $65.00 |
| cctgreviews.com | $65.00 |
| cctgreviews.info | $65.00 |
| cctgreviews.net | $65.00 |
| cctgreviews.org | $65.00 |
| cctgscam.com | $65.00 |
| cctgscam.info | $65.00 |
| cctgscam.net | $65.00 |
| cctgscam.org | $65.00 |
| CHILDRENSLEARNINGSOCIETY.COM | $65.00 |
| COLLEGEFUNDRAISINGCLUB.COM | $65.00 |
| COMMERCIALCAPITAL.TRAINING | $65.00 |
| COMMERCIALCAPITALMARKETING.COM | $65.00 |
| COMMERCIALCAPITALPROGRAM.COM | $65.00 |
| COMMERCIALCAPITALSOLUTIONSINC.COM | $65.00 |
| COMMERCIALCAPITALTRAINING.BIZ | $65.00 |
| COMMERCIALCAPITALTRAINING.COM | $65.00 |
| COMMERCIALCAPITALTRAINING.INFO | $65.00 |
| COMMERCIALCAPITALTRAINING.MOBI | $65.00 |
| COMMERCIALCAPITALTRAINING.NET | $65.00 |
| COMMERCIALCAPITALTRAINING.ORG | $65.00 |
| commercialcapitaltraining.review | $65.00 |
| commercialcapitaltraining.reviews | $65.00 |
| COMMERCIALCAPITALTRAININGBLOG.COM | $65.00 |
| COMMERCIALCAPITALTRAININGGROUP.BIZ | $65.00 |
| COMMERCIALCAPITALTRAININGGROUP.COM | $65.00 |
| COMMERCIALCAPITALTRAININGGROUP.INFO | $65.00 |
| COMMERCIALCAPITALTRAININGGROUP.NET | $65.00 |
| COMMERCIALCAPITALTRAININGGROUP.ORG | $65.00 |
| commercialcapitaltraininggroup.review | $65.00 |
| commercialcapitaltraininggroup.reviews | $65.00 |
| COMMERCIALCAPITALTRAININGGROUPARTICLES.COM | $65.00 |
| COMMERCIALCAPITALTRAININGGROUPNEWS.COM | $65.00 |
| commercialcapitaltraininggrouppreview.com | $65.00 |
| commercialcapitaltraininggrouppreview.info | $65.00 |
| commercialcapitaltraininggrouppreview.net | $65.00 |
| commercialcapitaltraininggrouppreview.org | $65.00 |
| commercialcapitaltraininggrouppreviews.com | $65.00 |

**Domain Knits Damages Sold**
**Case No. 24-10157**
**Question 26**

| Domain Name | Value |
|---|---|
| commercialcapitaltraininggroupreviews.info | $65.00 |
| commercialcapitaltraininggroupreviews.net | $65.00 |
| commercialcapitaltraininggroupreviews.org | $65.00 |
| commercialcapitaltraininggroupscam.com | $65.00 |
| commercialcapitaltraininggroupscam.info | $65.00 |
| commercialcapitaltraininggroupscam.net | $65.00 |
| commercialcapitaltraininggroupscam.org | $65.00 |
| COMMERCIALCAPITALTRAININGGROUPVIDEOS.COM | $65.00 |
| COMMERCIALCAPITALTRAININGINSTITUTE.BIZ | $65.00 |
| COMMERCIALCAPITALTRAININGINSTITUTE.COM | $65.00 |
| COMMERCIALCAPITALTRAININGINSTITUTE.INFO | $65.00 |
| COMMERCIALCAPITALTRAININGINSTITUTE.NET | $65.00 |
| COMMERCIALCAPITALTRAININGINSTITUTE.ORG | $65.00 |
| COMMERCIALCAPITALTRAININGNOW.COM | $65.00 |
| COMMERCIALCAPITALTRAININGPROGRAM.BIZ | $65.00 |
| COMMERCIALCAPITALTRAININGPROGRAM.COM | $65.00 |
| COMMERCIALCAPITALTRAININGPROGRAM.NET | $65.00 |
| commercialcapitaltrainingreview.com | $65.00 |
| commercialcapitaltrainingreview.info | $65.00 |
| commercialcapitaltrainingreview.net | $65.00 |
| commercialcapitaltrainingreview.org | $65.00 |
| commercialcapitaltrainingreviews.com | $65.00 |
| commercialcapitaltrainingreviews.info | $65.00 |
| commercialcapitaltrainingreviews.net | $65.00 |
| commercialcapitaltrainingreviews.org | $65.00 |
| commercialcapitaltrainingscam.com | $65.00 |
| commercialcapitaltrainingscam.info | $65.00 |
| commercialcapitaltrainingscam.net | $65.00 |
| commercialcapitaltrainingscam.org | $65.00 |
| COMMERCIALCAPITALTRAININGSITE.COM | $65.00 |
| COMMERCIALFINANCE.TRAINING | $65.00 |
| COMMERCIALFINANCEBROKER.ORG | $65.00 |
| COMMERCIALFINANCECONSULTANTS.BIZ | $65.00 |
| COMMERCIALFINANCECONSULTANTS.NET | $65.00 |
| commercialfinancetraining.biz | $65.00 |
| commercialfinancetraining.info | $65.00 |
| commercialfinancetraining.net | $65.00 |
| commercialfinancetraining.org | $65.00 |
| COMMERCIALFRANCHISE.NET | $65.00 |
| COMMERCIALFRANCHISE.ORG | $65.00 |
| commercialloanbrokertraining.biz | $65.00 |

**In re Prime Core 47**
**Case No. 24-10157**
**Question 26**

| Domain Name | Value |
|---|---|
| commercialloanbrokertraining.com | $65.00 |
| commercialloanbrokertraining.info | $65.00 |
| commercialloanbrokertraining.net | $65.00 |
| commercialloanbrokertraining.org | $65.00 |
| commercialloanbrokertrainingreview.com | $65.00 |
| commercialloanbrokertrainingreview.info | $65.00 |
| commercialloanbrokertrainingreview.net | $65.00 |
| commercialloanbrokertrainingreview.org | $65.00 |
| commercialloanbrokertrainingreviews.com | $65.00 |
| commercialloanbrokertrainingreviews.info | $65.00 |
| commercialloanbrokertrainingreviews.net | $65.00 |
| commercialloanbrokertrainingreviews.org | $65.00 |
| commercialrealestatefinance.biz | $65.00 |
| commercialrealestatefinance.info | $65.00 |
| commercialrealestatefinance.net | $65.00 |
| commercialrealestatefinance.org | $65.00 |
| COUNTRYGIRLDC.COM | $65.00 |
| digitalmarketingbusiness.biz | $65.00 |
| digitalmarketingbusiness.com | $65.00 |
| digitalmarketingbusinessreview.com | $65.00 |
| digitalmarketingbusinessreview.info | $65.00 |
| digitalmarketingbusinessreview.net | $65.00 |
| digitalmarketingbusinessreview.org | $65.00 |
| digitalmarketingbusinessreviews.com | $65.00 |
| digitalmarketingbusinessreviews.info | $65.00 |
| digitalmarketingbusinessreviews.net | $65.00 |
| digitalmarketingbusinessreviews.org | $65.00 |
| digitalmarketingtraininggrouppreview.com | $65.00 |
| digitalmarketingtraininggrouppreview.info | $65.00 |
| digitalmarketingtraininggrouppreview.net | $65.00 |
| digitalmarketingtraininggrouppreview.org | $65.00 |
| digitalmarketingtraininggrouppreviews.com | $65.00 |
| digitalmarketingtraininggrouppreviews.info | $65.00 |
| digitalmarketingtraininggrouppreviews.net | $65.00 |
| digitalmarketingtraininggrouppreviews.org | $65.00 |
| dmtggrads.com | $65.00 |
| EDUCATINGTEENS.NET | $65.00 |
| EDUCATIONTUTORING.ORG | $65.00 |
| ELEMENTARYEDUCATIONCENTER.COM | $65.00 |
| ENTREPRENEUROPPORTUNITY.BIZ | $65.00 |
| ENTREPRENEUROPPORTUNITY.ORG | $65.00 |

Knits Damian Boutin
Case No. 24-10157
Question 26

| Domain Name | Value |
|---|---|
| FACTORING.NET | $65.00 |
| FINANCE-BUSINESS-OPPORTUNITY.BIZ | $65.00 |
| FINANCE-BUSINESS-OPPORTUNITY.COM | $65.00 |
| FINANCE-BUSINESS-OPPORTUNITY.NET | $65.00 |
| FINANCEBIZ.COM | $65.00 |
| FINANCEBUSINESSFORSALE.BIZ | $65.00 |
| FINANCEBUSINESSFORSALE.COM | $65.00 |
| FINANCEBUSINESSFORSALE.NET | $65.00 |
| FINANCEBUSINESSOPPORTUNITY.BIZ | $65.00 |
| FINANCEBUSINESSOPPORTUNITY.NET | $65.00 |
| FINANCECLUBS.ORG | $65.00 |
| FINANCIAL-BUSINESS-OPPORTUNITY.BIZ | $65.00 |
| FINANCIAL-BUSINESS-OPPORTUNITY.NET | $65.00 |
| FINANCIAL-FRANCHISE-OPPORTUNITY.COM | $65.00 |
| FINANCIALBUSINESSOPP.COM | $65.00 |
| FINANCIALBUSINESSOPPORTUNITIES.COM | $65.00 |
| FINANCIALBUSINESSOPPORTUNITIES.NET | $65.00 |
| FINANCIALBUSINESSOPPORTUNITY.BIZ | $65.00 |
| FINANCIALBUSINESSOPPORTUNITY.COM | $65.00 |
| FINANCIALBUSINESSOPPORTUNITY.NET | $65.00 |
| FINANCIALFRANCHISEBUSINESS.COM | $65.00 |
| FINANCIALFRANCHISEFORSALE.COM | $65.00 |
| FINANCIALFRANCHISEOPP.COM | $65.00 |
| FINANCIALFRANCHISEOPPORTUNITIES.BIZ | $65.00 |
| FINANCIALFRANCHISEOPPORTUNITIES.COM | $65.00 |
| FINANCIALFRANCHISEOPPORTUNITIES.NET | $65.00 |
| FINANCIALFRANCHISEOPPORTUNITY.BIZ | $65.00 |
| FINANCIALFRANCHISEOPPORTUNITY.COM | $65.00 |
| FINANCIALFRANCHISEOPPORTUNITY.NET | $65.00 |
| FINANCIALHOMEBASEDBUSINESS.COM | $65.00 |
| FINANCIALLEAGUE.COM | $65.00 |
| FINANCIALOPPORTUNITIES.COM | $65.00 |
| FINANCIALOPPORTUNITY.COM | $65.00 |
| FINANCIALSERVICESBUSINESS.NET | $65.00 |
| FINANCIALSERVICESBUSINESSOPPORTUNITY.COM | $65.00 |
| FINANCING-BUSINESS.BIZ | $65.00 |
| FINANCING-BUSINESS.NET | $65.00 |
| FITCHCAPITALGROUP.COM | $65.00 |
| fuckyoupayme.com | $65.00 |
| FULLTIMEBUSINESSOPPORTUNITY.COM | $65.00 |
| fupme.com | $65.00 |

**James Davis Boldt**
**Case No. 24-10157**
**Question 26**

| Domain Name | Value |
|---|---|
| getmyppploannow.com | $65.00 |
| GLOBAL-BROKER-SYSTEMS.BIZ | $65.00 |
| GLOBAL-BROKER-SYSTEMS.COM | $65.00 |
| GLOBAL-BROKER-SYSTEMS.INFO | $65.00 |
| GLOBAL-BROKER-SYSTEMS.NET | $65.00 |
| GLOBAL-BROKERSYSTEMS.BIZ | $65.00 |
| GLOBAL-BROKERSYSTEMS.COM | $65.00 |
| GLOBAL-BROKERSYSTEMS.NET | $65.00 |
| GLOBALBROKER-SYSTEMS.BIZ | $65.00 |
| GLOBALBROKER-SYSTEMS.COM | $65.00 |
| GLOBALBROKER-SYSTEMS.NET | $65.00 |
| GLOBALBROKERSYSTEMS.BIZ | $65.00 |
| GLOBALBROKERSYSTEMS.INFO | $65.00 |
| GLOBALBROKERSYSTEMS.NET | $65.00 |
| HELPINGCOLLEGESCHOLARS.ORG | $65.00 |
| HELPINGCOLLEGESTUDENTS.COM | $65.00 |
| HELPINGMINORS.COM | $65.00 |
| HOMEFINANCIALBUSINESSOPPORTUNITY.COM | $65.00 |
| KNOWLEDGETUTORING.COM | $65.00 |
| LOANBROKER.BIZ | $65.00 |
| LOANBROKERBUSINESS.NET | $65.00 |
| LOANBROKERBUSINESS.ORG | $65.00 |
| LOANBROKERTRAINING.COM | $65.00 |
| LOANBROKERTRAINING.NET | $65.00 |
| LOANBROKERTRAINING.ORG | $65.00 |
| loanbrokertrainingreview.com | $65.00 |
| loanbrokertrainingreview.info | $65.00 |
| loanbrokertrainingreview.net | $65.00 |
| loanbrokertrainingreview.org | $65.00 |
| loanbrokertrainingreviews.com | $65.00 |
| loanbrokertrainingreviews.net | $65.00 |
| loanbrokertrainingreviews.org | $65.00 |
| LOANBROKERTRAININGS.COM | $65.00 |
| LOANBROKERTRAININGS.NET | $65.00 |
| LOANBROKERTRAININGS.ORG | $65.00 |
| loanprocessing.support | $65.00 |
| MERCERFINANCIALCORP.COM | $65.00 |
| MYCOLLEGEBLOG.ORG | $65.00 |
| MYCOMMERCIALCAPITALTRAINING.COM | $65.00 |
| MYFINANCEBUSINESS.COM | $65.00 |
| MYFINANCEBUSINESS.INFO | $65.00 |

**Janet Knits Damato Boggess**
**Case No. 24-10157**
**Question 26**

| Domain Name | Value |
|---|---|
| MYFINANCEBUSINESS.NET | $65.00 |
| MYFINANCEBUSINESS.ORG | $65.00 |
| MYUNIVERSITYBLOG.COM | $65.00 |
| NACLB.NET | $65.00 |
| NACLB.ORG | $65.00 |
| NATIONALALLIANCECOMMERCIALLOANBROKERS.COM | $65.00 |
| NATIONALALLIANCECOMMERCIALLOANBROKERS.INFO | $65.00 |
| NATIONALALLIANCECOMMERCIALLOANBROKERS.NET | $65.00 |
| NATIONALALLIANCECOMMERCIALLOANBROKERS.ORG | $65.00 |
| NEWCOMMERCIALCAPITALTRAINING.COM | $65.00 |
| NEWFINANCEBUSINESS.COM | $65.00 |
| NEWFINANCEBUSINESSOPPORTUNITY.COM | $65.00 |
| NEWFINANCIALBUSINESSOPPORTUNITY.COM | $65.00 |
| NEWFINANCIALFRANCHISEOPPORTUNITIES.COM | $65.00 |
| NEWFINANCIALFRANCHISEOPPORTUNITY.COM | $65.00 |
| NEWSTARTBUSINESS.COM | $65.00 |
| outrankdigitalmedia.com | $65.00 |
| outrankdigitalmedia.info | $65.00 |
| outrankdigitalmedia.net | $65.00 |
| outrankdigitalmedia.org | $65.00 |
| outrankdigitalmedia.us | $65.00 |
| OWNAFINANCIALBUSINESS.BIZ | $65.00 |
| OWNAFINANCIALBUSINESS.COM | $65.00 |
| OWNAFINANCIALBUSINESS.NET | $65.00 |
| OWNAFINANCINGCOMPANY.BIZ | $65.00 |
| OWNAFINANCINGCOMPANY.COM | $65.00 |
| OWNAFINANCINGCOMPANY.NET | $65.00 |
| OWNFINANCIALBUSINESS.BIZ | $65.00 |
| OWNFINANCIALBUSINESS.COM | $65.00 |
| OWNFINANCIALBUSINESS.NET | $65.00 |
| OWNFINANCINGCOMPANY.BIZ | $65.00 |
| OWNFINANCINGCOMPANY.COM | $65.00 |
| OWNFINANCINGCOMPANY.NET | $65.00 |
| pclfunding.com | $65.00 |
| pclfunding.info | $65.00 |
| pclfunding.net | $65.00 |
| pclfunding.org | $65.00 |
| PRIMECOMMERCIALLENDING.BIZ | $65.00 |
| PRIMECOMMERCIALLENDING.COM | $65.00 |
| PRIMECOMMERCIALLENDING.INFO | $65.00 |
| PRIMECOMMERCIALLENDING.NET | $65.00 |

**James Daniel Boglien**
**Case No. 24-10157**
**Question 26**

| Domain Name | Value |
|---|---|
| PRIMECOMMERCIALLENDING.ORG | $65.00 |
| PRIMECOMMERCIALLENDING.US | $65.00 |
| STARTAFINANCIALBUSINESS.BIZ | $65.00 |
| STARTAFINANCIALBUSINESS.COM | $65.00 |
| STARTAFINANCIALBUSINESS.NET | $65.00 |
| STARTAFINANCINGCOMPANY.BIZ | $65.00 |
| STARTAFINANCINGCOMPANY.COM | $65.00 |
| STARTAFINANCINGCOMPANY.NET | $65.00 |
| STARTYOUROWNCOMPANY.CO | $65.00 |
| STARTYOUROWNCOMPANY.NET | $65.00 |
| STARTYOUROWNCOMPANY.ORG | $65.00 |
| THECOMMERCIALCAPITALTRAININGGROUP.BIZ | $65.00 |
| THECOMMERCIALCAPITALTRAININGGROUP.COM | $65.00 |
| THECOMMERCIALCAPITALTRAININGGROUP.INFO | $65.00 |
| THECOMMERCIALCAPITALTRAININGGROUP.NET | $65.00 |
| THECOMMERCIALCAPITALTRAININGGROUP.ORG | $65.00 |
| THECOMMERCIALCAPITALTRAININGINSTITUTE.BIZ | $65.00 |
| THECOMMERCIALCAPITALTRAININGINSTITUTE.COM | $65.00 |
| THECOMMERCIALCAPITALTRAININGINSTITUTE.INFO | $65.00 |
| THECOMMERCIALCAPITALTRAININGINSTITUTE.NET | $65.00 |
| THECOMMERCIALCAPITALTRAININGINSTITUTE.ORG | $65.00 |
| YOUNGENTREPRENEURSCLUBS.COM | $65.00 |
| **Total** | **$20,085.00** |

**Dunn Knit Danta Bottsen**
**Case No. 24-10157**
**Question 39**

| Description | Quantity | Value |
|---|---:|---|
| Leather Conference Chair Chrome | 14 | $        12,000.00 |
| Conference Table Wood | 1 | $        15,000.00 |
| Retractable Office Desk | 14 | $        25,000.00 |
| Large Office Desk: 4 | 4 | $        16,000.00 |
| Cherry Accent Chair: | 24 | $        10,000.00 |
| Leather Conference Chair: | 28 | $        14,000.00 |
| Marble Conference Table: | 1 | $        25,000.00 |
| Basic Office Chair: | 22 | $          7,000.00 |
| Brown Leather Couch: | 2 | $          3,000.00 |
| Accent Chair Leather | 2 | $          2,500.00 |
| Grey Leather Couch | 2 | $          3,000.00 |
| Grey Leather Chair | 2 | $          1,200.00 |
| Pool Table | 1 | $          5,000.00 |
| Computers | 15 | $        12,000.00 |
| **Total** | | **$      150,700.00** |

## <u>Attachment to Schedule I Q.1</u>

1. Commercial Capital Training Group, LLC
   30 South Pearl Street
   10th Fl.
   Albany, New York 12207
   How long employed there: 11/6/09

2. Digital Marketing Training Group, LLC
   30 South Pearl Street
   10th Fl.
   Albany, New York 12207
   How long employed there: 9/9/11

3. National Alliance Of Commercial Loan Brokers LLC
   30 South Pearl Street
   10th Fl.
   Albany, New York 12207
   How long employed there: 7/18/12

4. FUPME, LLC
   30 South Pearl Street
   10th Fl.
   Albany, New York 12207
   How long employed there: 3/19/21

5. Shark Ventures LLC
   30 South Pearl Street
   10th Fl.
   Albany, New York 12207
   How long employed there: 2023

6. Prime Capital Ventures, LLC*
   30 South Pearl Street,
   10th Fl.
   Albany, New York 12207
   How long employed there: 12/14/2021

## Attachment to Schedule I Q.8a

| Company | Monthly Receipts | Monthly Expenses | Monthly Income |
|---|---|---|---|
| Prime Commercial Lending, LLC+ | $47,254.08 | ($28,288.33) | $18,965.75 |
| Commercial Capital Training Group, LLC | $251,232.42 | ($385,053) | ($133,823.08) |
| Digital Marketing Training Group, LLC | $1,938.66 | ($2,441.17) | ($502.50) |
| National Alliance Of Commercial Loan Brokers LLC | $92,593.33 | ($70,745.15) | $21,848.25 |
| FUPME, LLC* | $0 | $0 | $0 |
| Shark Ventures LLC* | $0 | $0 | $0 |
| Prime Capital Ventures, LLC** | N/A | N/A | N/A |

* FUPME, LLC and Shark Ventures, LLC are holding companies and do not have gross receipts or ordinary and necessary business expenses.

** Due to pending receivership and litigation involving Prime Capital Ventures, LLC, such information is not available for the Debtor at this time and what is available is subject to material dispute and proper accounting.

+ Due to pending litigation involving Prime Commercial Lending, LLC, information pertaining to a deposit is subject to material dispute and proper accounting and has not been included in this evaluation.