Henry J. Jaffe (admitted *pro hac vice*)
Joseph C. Barsalona II
Amy M. Oden (admitted *pro hac vice*)
Edward Cho-O'Leary (admitted *pro hac vice*)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
233 Broadway, Suite 820
New York, New York 10279
(646) 828-8081

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for the above-captioned debtor and debtor in possession (the "Debtor"), and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below:

Henry J. Jaffe
**PASHMAN STEIN WALDER HAYDEN, P.C.**
1007 North Orange Street
4th Floor, Suite 183
Wilmington, DE 19801

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect to seek to affect in any way of the Debtors' rights or interests.

| | |
|---|---|
| Dated: March 25, 2024<br>New York, New York | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Henry J. Jaffe*<br>Henry J. Jaffe<br>1007 North Orange Street<br>4th Floor, Suite 183<br>Wilmington, DE 19801<br>Telephone: (302) 592-6496<br>Email: hjaffe@pashmanstein.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |