So Ordered.

Signed this 2 day of April, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    Kris Daniel Roglieri                           Chapter 11, Subchapter V
                                                                                    Case No.: 24-10157

                                      Debtor.

**ORDER DENYING DEBTOR'S MOTION FOR ENTRY OF AN ORDER
ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS**

**UPON** the Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals ("Motion"), filed March 6, 2024 (ECF 46), and the timely objections filed by Paul A. Levine, Esq. Permanent Receiver of Prime Capital Ventures, LLC (ECF 57), the United States Trustee (ECF 75), and 1800 Park Avenue, LLC (ECF 76), and the matter having come on for hearing on March 27, 2024, and Joseph C. Barsalona, II Esq. of Pashman Stein Walder Hayden, P.C. appearing on behalf of the Debtor, and Assistant United States Trustee Lisa M. Penpraze, Esq. appearing on behalf of United States Trustee William K. Harrington, Esq. in opposition to the Motion, and Paul A. Levine, Esq.

appearing in opposition to the Motion, and Chad Miesen, Esq., appearing on behalf of 1800 Parks Avenue, LLC in opposition to the Motion;

And the Court having reviewed the Motion, and the Court having jurisdiction to consider the Motion and the relief requested therein, for the reasons stated on the record,

IT IS HEREBY ORDERED THAT, the relief requested in the Motion is hereby DENIED.

IT IS FURTHER ORDERED THAT, this order is without prejudice to the rights of the Subchapter V Trustee or any professional retained by the Debtor under section 327(a) or 327(e) of the Bankruptcy Code to file an interim or final application seeking the allowance and/or payment of compensation to such person or entity and is also without prejudice to the rights of any party-in-interest to object to or otherwise respond to such application.

###