**Fill in this information to identify the case:**

Debtor Name Kris Daniel Roglieri

United States Bankruptcy Court for the: Northern  District of New York

Case number: 24-10157 (REI)

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: 2/15/2024-29/2024

Date report filed: 04/03/2024
MM / DD / YYYY

Line of business: N/A

NAISC code: N/A

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                Kris Daniel Roglieri

Original signature of responsible party

Printed name of responsible party        Kris Daniel Roglieri

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☒ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☒ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☒ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name **Kris Daniel Roglieri**                                    Case number **24-10157 (REI)**

---

17. Have you paid any bills you owed before you filed bankruptcy?                                ☒  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☒  ☐  ☐

---

## ▮ 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

$251,605.52

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                $ 0

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                - $  8,264.52

Report the total from *Exhibit D* here.

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.                                - $ 8,264.52

This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = 243,341.00

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

---

## ▮ 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$                                                                                    0

*(Exhibit E)*

---

Debtor Name  Kris Daniel Roglieri                                   Case number  24-10157 (REI)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                                    $ _____ 0
      *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                _____ 0

27.  What is the number of employees as of the date of this monthly report?                   _____ 0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?                      $ _____ 0

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ _____ 0

30.  How much have you paid this month in other professional fees?                                                $ _____ 0

31.  How much have you paid in total other professional fees since filing the case?                               $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C | |
| --- | --- | --- | --- | --- | --- | --- |
| | **Projected** | − | **Actual** | = | **Difference** | |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. | |
| 32.  **Cash receipts** | $ _____ N/A | − | $ _____ 0 | = | $ _____ N/A | |
| 33.  **Cash disbursements** | $ _____ N/A | − | $ _____ 8,264.52 | = | $ _____ N/A | |
| 34.  **Net cash flow** | $ _____ N/A | − | $ _____ 8,264.52 | = | $ _____ N/A | |

35.  Total projected cash receipts for the next month:                                          $ _____ 0

36.  Total projected cash disbursements for the next month:                                   - $ _____ 250.17

37.  Total projected net cash flow for the next month:                                        = $ _____ 250.17

Debtor Name  Kris Daniel Roglieri                                   Case number 24-10157 (REI)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**In re: Kris Daniel Roglieri**
**Case No 24-10157 (REI)**

**Bank Statements**



**Date**
February 15, 2024

**Description**
Check # 1380 ✎

**Front**

**Type**
Check

**Transaction Total**
$54.05

**Running Balance**
$251,645.07

**Back**

**Posted Date**
February 15, 2024

| Feb 14, 2024 | Check # 1205 | -$2,569.07 | ⌃ |
| | Check | $251,699.12 | |

🖨 Print    ✖ File a Dispute



Transaction Total
$54.05

Running Balance
$251,497.42

Back

Posted Date
February 16, 2024

| Feb 16, 2024 | Check # 1203 Check | -$54.05 $251,551.47 |

🖨 Print     ⊗ File a Dispute

Date
February 16, 2024

Description
Check # 1203 ✏

Front

Type
Check

Transaction Total
$54.05

Running Balance
$251,551.47

Back

Posted Date
February 16, 2024



🖨 Print    ✖ File a Dispute

**Date**
February 20, 2024

**Description**
Check # 1379 ✏

**Front**

**Type**
Check

**Transaction Total**
$326.40

**Running Balance**
$250,966.21

**Back**

**Posted Date**
February 20, 2024

| Date | Description | | Amount |
|------|-------------|---|--------|
| Feb 20, 2024 | Atm Mac Glens Falls Nation Queensbury Ny<br>ATM | | -$103.00<br>$251,292.61 |
| Feb 20, 2024 | Foreign Transaction Fee<br>Serv Chg | | -$1.52<br>$251,395.61 |
| Feb 20, 2024 | Gnagcn.Com Bucharest Ro<br>Misc | | -$50.69<br>$251,397.13 |
| Feb 20, 2024 | Foreign Transaction Fee<br>Serv Chg | | -$1.44<br>$251,447.82 |
| Feb 20, 2024 | Gnagcn.Com Bucharest Ro<br>Misc | | -$48.16<br>$251,449.26 |
| Feb 16, 2024 | Check # 1207<br>Check | | -$54.05<br>$251,497.42 |

🖨 Print    ✖ File a Dispute

| Feb 26, 2024 | Atm Mac Lake George Mini M Lake Georg Ny | -$103.00 | ⌄ |
| | ATM | $250,122.59 | |
| Feb 26, 2024 | Atm Mac Glens Falls Nation Queensbury Ny | -$103.00 | ⌄ |
| | ATM | $250,225.59 | |
| Feb 23, 2024 | Check # 1384 | -$500.00 | ⌃ |
| | Check | $250,328.59 | |

🖶 Print    ❌ File a Dispute

**Date**
February 23, 2024

**Front**



**Back**

**Description**
Check # 1384 ✏️

**Type**
Check

**Transaction Total**
$500.00

**Running Balance**
$250,328.59

**Posted Date**
February 23, 2024

| Feb 23, 2024 | Chick Fil A 3602812 Clifton Sprin Ny | -$23.82 | ⌄ |
| | Debit Card | $250,828.59 | |
| Feb 23, 2024 | Apple.Com/Bill 866-712-7753 Ca | -$8.55 | ⌄ |
| | Misc | $250,852.41 | |



Print   ✕ File a Dispute

**Date**
February 28, 2024

**Description**
Check # 1382 ✎

**Front**

**Type**
Check

**Transaction Total**
$2,269.66

**Running Balance**
$243,351.78

**Back**

**Posted Date**
February 28, 2024

| Feb 28, 2024 | Numberguru.Com 7864826779 Ny<br>Misc | -$32.09<br>$245,621.44 | ⌄ |
| Feb 27, 2024 | Regional Atm Withdrawal Fee<br>Serv Chg | -$9.00<br>$245,653.53 | ⌄ |
| Feb 27, 2024 | Interest Payment<br>Interest | +$3.11<br>$245,662.53 | ⌄ |
| Feb 27, 2024 | Internet Trf To Cca Xxxxxxxxxxxx6606 3290<br>Transfer | -$314.65<br>$245,659.42 | ⌄ |
| Feb 26, 2024 | Check # 1383<br>Check | -$4,148.52<br>$245,974.07 | ⌃ |

Print   ✕ File a Dispute

**Date**
February 26, 2024

**Description**
Check # 1383 ✎

**In re: Kris Daniel Roglieri**
**Case No 24-10157 (REI)**

**Exhibit A**

**Question 6:** Have you timely filed your tax returns and paid all of your taxes?

**Response:** No.  The Debtor received an extension of the deadline to file his 2022 tax returns and will file as soon as practicable.  The Debtor is requesting an extension of the deadline to file his 2023 tax returns.

**In re: Kris Daniel Roglieri**
**Case No 24-10157 (REI)**

**Exhibit B**

**Question 10:** Do you have any bank accounts open other than the DIP accounts?

**Response**: Yes, joint account with Tina Roglieri at Keybank with ending digits 2848 was open as of February 29, but all funds were transferred to the DIP account.  Account ending 2848 has subsequently been closed.

**Question 17: Have you paid any bills you owed before you filed bankruptcy?**

**Response**: Yes.

| Date | Recipient of Payment | Amount |
|------|---------------------|--------|
| 2/15/2024 | NJ E-Z Pass | $54.05 |
| 2/16/2024 | NJ E-Z Pass | $54.05 |
| 2/16/2024 | NJ E-Z Pass | $54.05 |
| 2/16/2024 | Audible | $14.95 |
| 2/16/2024 | Netflix.com | $24.60 |
| 2/20/2024 | Marc Lake George Mini M Lake | $103.00 |
| 2/20/2024 | Gnagcn.com Bucharest Ro | $50.69 |
| 2/20/2024 | Gnagcn.com Bucharest Ro | $54.05 |
| 2/22/2024 | Pos Mac Sunoco | $74.83 |
| 2/23/2024 | Chick Fil A | $32.82 |
| 2/23/2024 | Apple.com | $8.55 |
| 2/23/2024 | Apple.com | $5.34 |
| 2/26/2024 | Marc Lake George Mini M Lake | $103.00 |
| 2/26/2024 | Marc Lake George Mini M Lake | $103.00 |
| 2/28/2024 | Numberguru.com | $32.09 |
| 2/28/2024 | First Fed | $2,269.66 |
| 2/29/2024 | Sirusxm.com | $9.99 |

**Question 18: Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?**

**Response**: Yes.

| Date | Check No. | Recipient of Payment | Amount |
|------|-----------|---------------------|--------|
| 2/15/2024 | 1380 | NJ E-Z Pass | $54.05 |
| 2/16/2024 | 1203 | NJ E-Z Pass | $54.05 |
| 2/16/2024 | 1207 | NJ E-Z Pass | $54.05 |
| 2/20/2024 | 1379 | National Grid | $326.40 |
| 2/23/2024 | 1384 | April Greene | $500.00 |

| 2/26/2024 | 1383 | Denali State Bank | $4,148.52 |
| 2/28/2024 | 1382 | First Fed | $2,269.66 |

**In re: Kris Daniel Roglieri**
**Case No 24-10157 (REI)**

**Exhibit D**

| Date | Description | Amount |
|------|-------------|--------|
| 2/20/2024 | ATM Withdrawal for Son | $100.00 |
| 2/26/2024 | ATM Withdrawal for Winter Fair in Lake George | $100.00 |
| 2/26/2024 | ATM Withdrawal for Winter Fair in Lake George | $100.00 |