**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 (Subchapter V) |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to LBR 2091-1(a)(1), Edward A. Cho-O'Leary hereby withdraws as counsel of record for the above-captioned debtor and debtor in possession (the "Debtor"). Joseph C. Barsalona II of the same firm has filed a notice of appearance and hereby substitutes as counsel of record for the Debtor. Copies of further pleadings and papers in this case must be made upon Joseph C. Barsalona II at the same address.

Dated: April 5, 2024
New York, New York

**PASHMAN STEIN WALDER HAYDEN, P.C.**

/s/ Edward Cho-O'Leary
Edward A. Cho-O'Leary
New York Bar No. 5964432
233 Broadway, Suite 820
New York, New York 10279
Telephone: (646) 828-8081
Email: echo-oleary@pashmanstein.com

*Counsel to the Debtor and*
*Debtor in Possession*