UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    Kris Daniel Roglieri                             Chapter 11, Subchapter V
                                                             Case No.: 24-10157

                            Debtor.

## NOTICE OF UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS

**PLEASE TAKE NOTICE** that William K. Harrington, United States Trustee for Region 2, (the "United States Trustee") respectfully moves this Court before the Hon. Robert E. Littlefield, Jr., United States Bankruptcy Judge, in the United States Bankruptcy Court, James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207 on **May 29, 2024 at 10:30 am**, or as soon thereafter as counsel can be heard, for an order of this Court to convert or dismiss this case for cause pursuant to 11 U.S.C. § 1112(b), and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to appear at the hearing may appear in person at the United States Bankruptcy Court, James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207 or by using the Court's AT&T teleconference system by dialing 877-402-9753 and access code 4954900#.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of New York and be filed with the Court and served upon the Office of the United States Trustee for the Northern District of New York, counsel for the Debtor, the Subchapter V Trustee and all parties who have filed notices of appearance and requested notice pursuant to Federal Rule of Bankruptcy Procedure.

Dated: Albany, New York                          Respectfully submitted,
       April 23, 2024

                                                       WILLIAM K. HARRINGTON
                                                       UNITED STATES TRUSTEE, REGION 2

                                                       By: */s/ Lisa M. Penpraze*
                                                       Assistant United States Trustee
                                                       Leo O'Brien Federal Building
                                                       11A Clinton Ave, Room 620
                                                       Albany, NY 12207
                                                       Bar Roll No.: 105165
                                                       lisa.penpraze@usdoj.gov
                                                       Voice: (518) 434-4553
                                                       Fax:   (518) 434-4459