So Ordered.

Signed this 15 day of May, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    Kris Daniel Roglieri                               Chapter 11, Subchapter V
                                                            Case No.: 24-10157

                    Debtor.

## ORDER CONVERTING CASE TO CHAPTER 7

Upon the motion of William K. Harrington, United States Trustee for Region 2, for an order to convert or dismiss this case for cause pursuant to 11 U.S.C. § 1112(b) filed on April 23, 2023. (ECF 119), and the responses filed by Paul A. Levine, Esq. as Permanent Receiver of Prime Capital Ventures, LLC (ECF 129) and NYS Department of Taxation and Finance (ECF 137), and the joinders filed by Compass-Charlotte 1031, LLC (ECF 124), 526 Murfreesboro, LLCs (ECF 133), Newlight Technologies, Inc. (ECF 134, 139), Piper Capital Funding, LLC (ECF 135), 1800 Park Avenue, LLC (ECF 138), ER Tennessee, LLC (ECF 140), and proof of good and sufficient service having been filed (ECF 120, 122, 125) and the matter having come on to be heard on May 15, 2024, and upon the appearances of counsel for the above-referenced parties, including Joseph C. Barcalona, Esq., II of Pashman Stein Walder Hayden, P.C. for the Debtor pursuant to this Court's appointment order entered April 2, 2024 (ECF 94) and for good cause shown and for the reasons stated on the record, the Court hereby determines and finds that

conversion (rather than dismissal) is in the best interests of creditors and the estate and now therefore, it is

**ORDERED AND DECREED** that the motion filed by the United States Trustee be and hereby is **GRANTED** and this case is **CONVERTED TO CHAPTER 7**. The United States Trustee is hereby authorized and directed to appoint a chapter 7 trustee in this converted case.

###