UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In Re:

Kris Daniel Roglieri,

Debtor.

Case No. 24-10157 (REL)

Chapter 7

## APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
## AND DESIGNATION OF REQUIRED BOND

**CHRISTIAN H. DRIBUSCH, ESQ.** is hereby appointed Interim Trustee for the estate of the above-named debtor.  Unless a trustee is elected at the meeting of creditors to be called pursuant to Section 341 of Title 11, United States Code, in the above referenced case, the Interim Trustee shall serve as Trustee.  In addition, because your blanket acceptance of appointment is on file, you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

This case is covered by the blanket bond for Chapter 7 case trustees, a copy of which is on file with the Court.

Dated: Albany, NY
       May 15, 2024

WILLIAM K. HARRIGNTON
UNITED STATES TRUSTEE
REGION 2

*/s/ Lisa M. Penpraze*
Assistant United States Trustee
Bar Roll No.:  105165
Leo O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, New York 12207
(518) 434-4553
lisa.penpraze@usdoj.gov