# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 7 |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. | |

**ORDER GRANTING MOTION OF PASHMAN STEIN WALDER HAYDEN, P.C. TO WITHDRAW AS COUNSEL TO THE DEBTOR**

Upon the consideration of the Motion of Pashman Stein Walder Hayden, P.C. ("Pashman") to withdrawal as counsel to Kris Daniel Roglieri, the above-captioned debtor (the "Debtor") under Rule 2091-1 of the Local Bankruptcy Rules for the Northern District of New York (the "Local Rules"), it is hereby ordered:

1. The Motion is granted.

2. Under Local Rule 2091-1, Pashman is authorized and hereby is deemed to withdraw as counsel to the Debtor.

3. The Court shall retain jurisdiction to interpret, implement and enforce this order.