So Ordered.

Signed this 22 day of May, 2024.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI

                *Debtor.*

Chapter 7

Case No.  24-10157-1-REL

-------------------------------------------------------------X

**ORDER ON THE CHAPTER 7 CASE TRUSTEE MOTION FOR TURNOVER**

On the motion of Christian H. Dribusch ("*Trustee*") in his capacity as chapter 7 trustee to the bankruptcy estate of the above-captioned Debtors made pursuant to §542 of title 11 of the United States Code ("*Bankruptcy Code*") and Rule 9014 of the Federal Rules of Bankruptcy Procedure ("*FRBP*") for an Order directing the Debtor to account for and turnover property of the Debtor's bankruptcy estate (the "*Motion*") returnable on May 21, 2024, upon the appearances of the parties on the record, the Court having considered the arguments and the Court having found:

(1) sufficient service; and (2) that the Trustee has established the factual and legal basis for the requested relief;

NOW, THEREFORE, over the objection of the Debtor, it is hereby **ORDERED** as follows:

1. The Trustee Motion is granted.

2. The Debtor is to immediately turn over possession, custody, and control of the Estate Assets including but not limited to those described in **EXHIBIT A** annexed hereto to the Trustee.

3. If the Debtor is no longer in possession, custody, or control of an Estate Asset, the Debtor is to provide the Trustee with a detailed affidavit explaining why the Debtor is no longer in possession, custody, or control over the Estate Asset and providing details and contact information for whoever is in possession, custody, or control of the Estate Asset.

4. The Debtor is to immediately turnover through an assignment of ownership interest or such other documentation as the Trustee may reasonably request the possession, custody, and control over the Debtor's ownership interest in the Estate Companies listed on **EXHIBIT B** and to disclose the location of all books and records of the Estate Companies.

5. If the Trustee requires further Orders from the Bankruptcy Court to effectuate the terms of this Turnover Order (e.g., assistance of the U.S. Marshall), the Trustee may request such relief on 3-day notice to the Debtor.

####

# EXHIBIT A
# ESTATE ASSETS

| Make | Model | Year |
|---|---|---|
| Cadillac | Eldorado Biarritz Convertible | 1959 |
| Mercedes | G63 | 2019 |
| Mercedes | GT | 2022 |

| Description |
|---|
| Rape of pillage sculpture |
| Sculpture mancaveq |
| Piller mancave |
| David and Goliath art |
| Spanish painting |
| French console |
| Chendelier ormolu |
| Marble French pillars |
| French statue of pheasants |
| Bust of cleopatra |
| Bust of Napoleon |
| French pedestal column |
| Bronze Ormolu sculpture |
| Andy Warhol: screen print John gotti |
| Charles Antonine Coypel painting |
| Franz Carl Stauder painting |
| Bottega di bartolomero schedoni painting |
| Bronze sculpture of Pericles |
| Bronze statue of soldiers fighting |
| Matching pair of French Guildwood consoles: |
| Da guido Reni painting |
| Sarrifcio di Marco Curzio painting |
| Thomas Stothard: horrors of war painting |
| Lodewijk de Vader painting |
| Tobias and the angle painting |
| French Ebony pillars |
| Italian marble busts of Roman emperors |
| French oral onyx pedestals: |

| |
|---|
| French Omalu Tazza |
| French Omalu cassettes |
| French Orlo painted bronze ewers |
| Nils Hans Christian painting |
| Alfred Bentley painting |

| **Description** |
|---|
| Taurus 357 revolver |
| Kel Tec 380 handgun |
| Smith and Wesson 44 mag revolver |
| Savage 22 long rifle |
| Henry 357 long gun |
| Remington super slug: 12 gauge |
| Mossberg 20 gauge |
| Remington 20 gauge |
| Browning A5 26 gauge |
| 1AB trap over under 12 gauge |
| Remington 700.375 HH |
| Mauser Kar 98 8mm |
| Purshbuchse over under 22 hornet |
| Browning magnum 22 gauge |
| Remington 742 3006 |
| Browning citovi over under 20 gauge |
| Mossberg 930 12 gauge |
| Bennelli unuci 12 gauge |
| Browning light twelve 12 gauge |
| Farm spa pump 12 gauge |
| **Total** |

| **Description** |
|---|
| Rolex Day-Date 40 Platinum Day-Date 40mm Ice Blue Dial |
| Roman Numerals Rolex Day-Date 40 Platinum Baguette Dial Blue |
| Rolex Day-Date 40mm Platinum with Baguette Bezel Meteorite |
| Rolex Day-Date 41 Rose Gold Black Ruby Dial |
| Rolex, 36 mm Gold and Turquoise Baguette |
| Richard Mille RM 65-01 Automatic Chronograph Full Rose Gold |
| Richard Mille RM 011 Felipe Massa Boutique Exclusive DLC Titanium Rose Gold |

| Description | Quantity |
|---|---|
| Leather Conference Chair Chrome | 14 |
| Conference Table Wood | 1 |
| Retractable Office Desk | 14 |
| Large Office Desk: 4 | 4 |
| Cherry Accent Chair: | 24 |
| Leather Conference Chair: | 28 |
| Marble Conference Table: | 1 |
| Basic Office Chair: | 22 |
| Brown Leather Couch: | 2 |
| Accent Chair Leather | 2 |
| Grey Leather Couch | 2 |
| Grey Leather Chair | 2 |
| Pool Table | 1 |
| Computers | 15 |
| **Total** | |

# EXHIBIT "B"
# ESTATE COMPANIES

| Name of Entity | % of Ownership |
|---|---|
| Commercial Capital training group | 100% |
| Digital marketing training group | 100% |
| Prime commercial lending | 100% |
| National lines of commercial loan, brokers | 100% |
| FUPME, LLC | 100% |
| Shark ventures LLC | 100% |