UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI

              *Debtor*.

Chapter 7

Case No. 24-10157

-------------------------------------------------------------X

      **CHRISTIAN H. DRIBUSCH**, certifies:

      I am over the age of 18 years and reside in Delmar, New York. At 11:15 a.m. on June 4, 2024, I personally delivered two copies of the TRUSTEE MOTION FOR SUPPLEMENTAL ORDER TO ENFORCE TURNOVER ORDER (ECF #197) and the EX PARTE ORDER APPROVING FORM, MANNER AND SUFFICIENCY OF NOTICE (ECF #198) together with a check in the amount of $15.00 payable to the Rensselaer County Sheriff's Office for service upon the following person who I confirmed is currently detained at the Rensselaer County Correctional Facility:

Kris Roglieri
Rensselaer County Correctional Facility
4000 Main Street
Troy, NY 12180

                                                          */s/ Christian H. Dribusch*
                                                          Christian H. Dribusch