**EXHIBIT B**

Henry J. Jaffe (admitted *pro hac vice*)
Joseph C. Barsalona II
Amy M. Oden (admitted *pro hac vice*)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
233 Broadway, Suite 820
New York, New York 10279
(646) 828-8081

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Kris Daniel Roglieri<br><br>               Debtor. | Chapter 7<br><br>Case No. 24-10157 (REL) |

**CERTIFICATION OF JOSEPH C. BARSALONA II IN SUPPORT OF FIRST AND FINAL APPLICATION OF PASHMAN STEIN WALDER HAYDEN, P.C. AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE <u>PERIOD FEBRUARY 15, 2024 THROUGH AND INCLUDING MAY 15, 2024</u>**

Joseph C. Barsalona II, certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Pashman Stein Walder Hayden, P.C. ("<u>Pashman</u>"). I submit this certification in support of the First and Final Application of Pashman Stein Walder Hayden, P.C. as Counsel for the Debtor and Debtor in Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 15, 2024 through and Including May 15, 2024 (the "<u>Application</u>").[1]

2. In connection therewith, I hereby certify that:

    a.    I have read the Application;

    b.    To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall with the

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

Local Bankruptcy Rules for the Northern District of New York (the "Local Rules"), and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines");

c. Except to the extent that fees or disbursements are prohibited by the Local Rules or the U.S. Trustee Guidelines, the fees or disbursements sought are billed at rates customarily employed by Pashman and generally accepted by Pashman's clients;

d. In providing a reasonable service, Pashman does not make a profit on that service, whether the service is performed by Pashman in house or through a third party;

e. The Debtor, Subchapter V Trustee, and the UST will each be provided with a copy of the Application simultaneously with the filing thereof and will have at least 14 days to review such Application prior to (i) any objection deadline with respect thereto and (ii) the date set by the Court and any applicable rules for filing fee applications; and

3. In accordance with section 504 of title 11 of the United States Code and 18 U.S.C. § 155, there is no prohibited agreement or understanding between Pashman and any other person for the sharing of compensation to the received for services rendered in the Debtor's chapter 11 case.

Dated: June 10, 2024
New York, New York

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II