**<u>Exhibit C</u>**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Kris Daniel Roglieri<br><br>Debtor. | Chapter 7<br><br>Case No. 24-10157 (REL) |

## STATEMENT IN CONNECTION WITH 2016-1(d) CERTIFICATION

On Friday, May 31, 2024, Kris Daniel Roglieri (the "Debtor") was arrested by the Federal Bureau of Investigation (the "FBI") on allegations of wire fraud. *See* https://www.justice.gov/usao-ndny/pr/prime-capital-ventures-owner-arrested-fraud. On Monday, June 3, 2024, United States Magistrate Judge Christian F. Hummel ordered the Debtor to remain incarcerated in the Rensselaer County Correctional Facility until trial. *See* https://www.timesunion.com/news/article/prime-capital-ceo-roglieri-held-flight-risk-19489839.php.

Due to the Debtor's incaceration, Pashman has been unable to contact the Debtor and unable to obtain the Debtor's certification under Local Rule 2016-1(d).

Dated: June 10, 2024
New York, New York

                                                */s/ Joseph C. Barsalona II*
                                                Joseph C. Barsalona II