**Exhibit D**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 7 |
| Kris Daniel Roglieri | Case No. 24-10157 (REL) |
| Debtor. | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF PASHMAN STEIN WALDER HAYDEN, P.C. AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FEBRUARY 15, 2024 THROUGH AND INCLUDING MAY 15, 2024**

This matter having come before the Court upon the first and final fee application (the "Application") of Pashman Stein Walder Hayden, P.C. as counsel to Kris Daniel Roglieri (the "Debtor"), the Debtor herein, pursuant to sections 330 and 331 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for allowance of compensation for professional services rendered and reimbursement of expenses incurred for the period of February 15, 2024 through May 15, 2024 (the "Application Period"); and the Court having reviewed the Application; and it appearing that this Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the

Application being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the relief requested in

the Application being authorized pursuant to section 331 of the Bankruptcy Code; and proper and

adequate notice of the Application and the hearing thereon having been given and no other or

further notice or hearing being necessary; and after due deliberation thereon and good cause

appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1.      The Application is GRANTED, as set forth herein.

2.      Pashman Stein Walder Hayden, P.C. as counsel to the Debtor, is hereby awarded,

on a final basis, for compensation for professional services rendered in the amount of $379,353.00

and reimbursement of actual and necessary expenses incurred by Pashman Stein Walder Hayden,

P.C. in the amount of $4,934.87, for a total of $384,287.87.

3.      Notice of the Application as provided therein shall be deemed good and sufficient

notice of such Application and the requirements of the local rules of this Court are satisfied by

such notice.

4.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

5.      The Court shall retain jurisdiction with respect to all matters arising from or related

to the implementation of this Order.

**###**