So Ordered.

Signed this 22 day of July, 2024.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

                                   Chapter 7

  KRIS DANIEL ROGLIERI

                                   Case No. 24-10157

                          *Debtor*.
---------------------------------------------------------------X

### ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN COUNSEL

        Upon the application of Christian H. Dribusch, as the Chapter 7 Trustee (the "*Trustee*"),

for the above bankruptcy estate (the "*Estate*") to employ The Dribusch Law Firm (the "*Firm*") as

Trustee attorney, notice having been given to the appropriate parties in interest, and it appearing

to the Court that: (a) the Firm includes attorneys duly admitted to practice in this Court, (b) the

Firm holds or represents no interest adverse to the Trustee or the Estate, (c) the Firm is

"disinterested" within the meaning of §101 of Title 11 of the United States Code, (d) the

employment and retention of the Firm is necessary and is in the best interest of the Estate, (e) the

case appearing to be one justifying retention of the Firm, and (f) no hearing being required by

either § 327 of Title 11 of the United States Code or by Federal Bankruptcy Procedure Rule 2014,

        **NOW, THEREFORE**, it is hereby:

**ORDERED** that pursuant to §327(a) and (d) of Title 11 of the United States Code, the Chapter 7 Trustee is authorized and empowered to the Firm as attorney for the Chapter 7 Trustee effective May 15, 2024.

**ORDERED** that ten business days prior to any increases in the Firm's rates, the Firm shall file a supplemental affirmation with the Court setting forth the basis for the rate increase.

**ORDERED** that parties in interest, including the United States Trustee, shall retain all rights to object to or otherwise respond to any rate increase including, but not limited to, the reasonableness of the rates pursuant to § 330 of Title 11 of the United States Code.

**ORDERED** that any payments to the Firm shall be made only after application to the Court and subject to the approval of the Bankruptcy Court.

**ORDERED** the Firm shall not be compensated for non-transferable duties of the Chapter 7 Trustee as set forth under § 704 of Title 11 of the United States Code.

**####**