**Fill in this information to identify the case:**

Debtor name  Cell-nique Corporation

United States Bankruptcy Court for the: _____ District of _____
                                                                        (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (If known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | $ 26,100 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Berkshire Bank | Check | Many | $ 26,000 |
| 3.2. | Wells Fargo | Check | 3193 | $ 100 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | | $ |
| 4.2. | | $ |

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $ 26,100 |

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | National Grid | $ 5,450 |
| 7.2. | | $ |

Debtor    Cell-nique Corporation
Name                                                                         number (if known)

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $ _____

8.2. _____    $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ _____

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    188,227    –    17,346    = ......➔    $ 170,881
face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    67,885    –    67,885    = ......➔    $ 0
face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 170,881

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    $ _____

14.2. _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                    % of ownership:

15.1. _____    _____ %    $ _____

15.2. _____    _____ %    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    $ _____

16.2. _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

Debtor    Cell-nique Corporation _____    Case number (if known)_____
Name

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | 06/30/2023 MM / DD / YYYY | $ 669,257 | 669,257 | $ 669,257 |
| **20. Work in progress** | 06/30/2023 MM / DD / YYYY | $ 7,261 | 7,261 | $ 7,261 |
| **21. Finished goods, including goods held for resale** | 06/30/2023 MM / DD / YYYY | $ 430,704 | 430,704 | $ 430,704 |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

**23. Total of Part 5**    $ 1,107,222
Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Cell-nique Corporation _____    Case number (if known) _____
       Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                     $ _____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Fully Depreciated Book Value | $0 | 15,000 | $ 15,000 |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ 3,167 | 3,167 | $ 3,167 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                     $ 18,167

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor  Cell-nique Corporation

Name                                              Case number (if known)

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1   Chevy Van | $ 0 | 5,000 | $ 5,000 |
| 47.2   Freightliner and Trailers | $ 29,381 | 40,000 | $ 40,000 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Mfg Production Equipment | $ 1,695,826 | 1,695,826 | $ 1,695,826 |

**51.  Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                      $ 1,740,826

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☒ Yes

Debtor   Cell-nique Corporation
Name                                                    Case number (if known)

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property (Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 22 Hamilton Way Castleton, NY | Lease | 823,923 | 100,000 | $ 100,000 |
| 55.2 | | | $ | | $ |
| 55.3 | | | $ | | $ |
| 55.4 | | | $ | | $ |
| 55.5 | | | $ | | $ |
| 55.6 | | | $ | | $ |

**56. Total of Part 9.** | | | | | $ 100,000 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | $ 1,578,198 | 1,578,198 | $ 1,578,198 |
| 61. | Internet domain names and websites | $ | | $ |
| 62. | Licenses, franchises, and royalties | $ | | $ |
| 63. | Customer lists, mailing lists, or other compilations | $ 1,578,198 | 1,578,198 | $ 1,578,198 |
| 64. | Other intangibles, or intellectual property | $ 1,578,198 | 1,578,198 | $ 1,579,198 |
| 65. | Goodwill | $ 1,578,198 | 1,578,198 | $ 1,578,198 |

**66. Total of Part 10.** | | | | $ 6,312,792 |

Add lines 60 through 65. Copy the total to line 89.

Debtor    Cell-nique Corporation                          Case number *(if known)*
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☒ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable** | | |
| Description (include name of obligor) | | |
| _____ Total face amount − doubtful or uncollectible amount | → | $ _____ |
| 72. **Tax refunds and unused net operating losses (NOLs)** | | |
| Description (for example, federal, state, local) | | |
| Federal NOL Asset | Tax year 2023 | $ 1,165,000 |
| Retained Earnings NOL | Tax year 2023 | $ 16,935,750 |
| | Tax year _____ | $ _____ |
| 73. **Interests in insurance policies or annuities** | | $ _____ |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | | $ _____ |
| Nature of claim _____ | | |
| Amount requested $ _____ | | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | $ _____ |
| Nature of claim _____ | | |
| Amount requested $ _____ | | |
| 76. **Trusts, equitable or future interests in property** | | $ _____ |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | $ _____ |
| | | $ _____ |
| 78. **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | | $ 18,100,750 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

Debtor    Cell-nique Corporation
Name

Case number (if known) _____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 26,100 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 5,450 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 170,881 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 1,107,222 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 18,167 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 1,740,826 | |
| 88. Real property. *Copy line 56, Part 9.* ....................................→ | | $ 100,000 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 6,312,794 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 18,100,750 | |
| 91. Total. Add lines 80 through 90 for each column. ..................91a. | $ 27,482,187 | + 91b. $ 100,000 |
| 92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ................................... | | $ 27,582,187 |

Fill in this information to identify the case:

Debtor name __Cell-nique Corporation__

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
__Berkshire Bank__

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred __2018__
Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
__Senior Secured on All Assets__    $ 2,100,000    $ 27,582,187
_____
_____

Describe the lien
__UCC1__
Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TD Bank Senior Secured on All Assets
*DANCING DEAL BANKING ON SPECIFIC ASSETS*

**2.2** Creditor's name
__TD Bank__

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred __2018__
Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien
__Senior Secured on All Assets__    $ 110,000    $ 27,582,187
_____
_____

Describe the lien
__UCC1__
Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $22,100,000

Debtor    Cell-nique Corporation    Case number (if known) _____
         Name

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.___ Creditor's name**

NYBDC (Pursuit SBA)

**Describe debtor's property that is subject to a lien**

Subordinated on All Assets          $ 4,500,000        $ 27,582,187

**Creditor's mailing address**

_____

**Describe the lien**
UCC1 + 1st Mortgage on affiliates assets

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 2016

**Last 4 digits of account number** ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___ Creditor's name**

Reiser

**Describe debtor's property that is subject to a lien**

Equipment          $ 100,000        $ 100,000

**Creditor's mailing address**

_____

**Describe the lien**
UCC1

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** 2019

**Last 4 digits of account number** ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Cell-nique Corporation
Name

Case number (if known)

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value | that supports this |
| | | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**4**   Creditor's name

Fernwood Hitachi Lease

Describe debtor's property that is subject to a lien

Specific Equipment                     $ 14,000        $ 14,000

Creditor's mailing address

_____

_____

Describe the lien
UCC1

Creditor's email address, if known

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    2019

Last 4 digits of account
number

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**5**   Creditor's name

Pawnee

Describe debtor's property that is subject to a lien

Equipment                          $ 100,000       $ 100,000

Creditor's mailing address

_____

_____

Describe the lien
UCC1

Creditor's email address, if known

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    2019

Last 4 digits of account
number

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Cell-nique Corporation
          Name                                                        Case number (if known)

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

## Part 1:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**6**  Creditor's name

Citizens Bank (CIT)

Describe debtor's property that is subject to a lien

Specific Equipment                     $ 4,500              $ 45,000

Creditor's mailing address

_____
_____

Describe the lien

UCC1

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    2019

Last 4 digits of account number    __ __ __ __

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**7**  Creditor's name

Dancing Deer Baking Co, LLC

Describe debtor's property that is subject to a lien

All Assets of DDBC                     $ 5,000,000          $ 100,000

Creditor's mailing address

_____
_____

Describe the lien

UCC1

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    2018

Last 4 digits of account number    __ __ __ __

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H);

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      Berkshire Bank
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   Cell-nique Corporation
Name

Case number (if known)

## Part 1:    Additional Page

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**8**

**Creditor's name**

HM Fox, LLC

**Creditor's mailing address**

**Creditor's email address, if known**

Date debt was incurred   2019

Last 4 digits of account
number

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   Berkshire Bank

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Assets of Hodgson Mill                  $ 4,500,000        $ 100,000

**Describe the lien**

UCC1

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

Date debt was incurred

Last 4 digits of account
number

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

   $ _____        $ _____

**Describe the lien**

UCC1

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor _____ Cell-nique Corporation _____    Case number (if known)_____
        Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor: __Cell-nique Corporation__

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
__IRS 2013 433D__

As of the petition filing date, the claim is: $ __49,100__     $ __49,100__
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
__2013__

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
__IRS 941__

As of the petition filing date, the claim is: $ __82,809.30__     $ __82,809.30__
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
__July 2023, Aug 2023__

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____

As of the petition filing date, the claim is: $ _____     $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor  Celmique Corporation                          Case number (if known)
        Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,000,000

Robert Ohare c/o Dancing Deer Baking Co, LLC

20 Vesey St

New York NY 10007

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2018

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,557,976

Argosy Credit c/o HM Fox, LP

950 W Valley Rd, Suite 2900

Wayne PA 19087

☐ Contingent
☐ Unliquidated
☒ Disputed

Delaware Case 1:20-cv-01073-RGA Hodgson Mill Corporation v. Hodgson Mill, Inc.

Basis for the claim: _____

Date or dates debt was incurred    2018

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 598,860.55

Fedex C/O Marinstein & Marinstein, Esqs., PLLC

22 First Street

Troy NY 12181-0155

☐ Contingent
☐ Unliquidated
☐ Disputed

Liability Purchased from Dancing Deer Baking Co  See above

Basis for the claim: _____

Date or dates debt was incurred    2018

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 440,000

Taylor McCaffrey, LLP c/o Parkland Industrial Hemp Growers

2200-201 Portage Ave

Winnipeg ,MB ,R3B 3L3

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2018

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 144,000

CFG Merchant Solutions, LLC

180 Malden Ln, 15th Floor

New York NY 10038

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2023

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 100,000

Capital Assist

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2023

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page   of

Debtor   Cell-nique Corporation                                    Case number (if known) _____
         Name

**Part 2:    Additional Page**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|---|

**3.7** | Nonpriority creditor's name and mailing address

US Flour

1 Huntington Quadrangle

Melville NY 11747

Date or dates debt was incurred         2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$   95,126.98

---

**3.8** | Nonpriority creditor's name and mailing address

ArcBest

49 Green Mountain Drive

Cohoes NY 12047-4807

Date or dates debt was incurred         2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$   83,757.37

---

**3.9** | Nonpriority creditor's name and mailing address

Shopify Capital

100 Shockoe Slip, 2nd Floor,

Richmond VA 23219

Date or dates debt was incurred         2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$   76,000

---

**3.10** | Nonpriority creditor's name and mailing address

Keystone Paper and Box Company

31 Edwin Road

South Windsor CT 06074

Date or dates debt was incurred         2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$   72,382.20

---

**3.11** | Nonpriority creditor's name and mailing address

Parkside Funding Group, LLC

_____

_____

Date or dates debt was incurred         2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$   70,000.00

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page ___ of ___

Debtor ___Cell-nique Corporation_____ Case number (if known)_____
      Name

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.
         Amount of claim

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 68,082 |

3.12 Nonpriority creditor's name and mailing address

Mennel Milling Company

PO Box 802294

Kansas City MO 64180

As of the petition filing date, the claim is: $ 68,082
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    2023
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.13 Nonpriority creditor's name and mailing address

Siegel Egg Co Inc.

90 Salem Rd.

North Billerica☐MA☐01862

As of the petition filing date, the claim is: $ 61,678.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2023
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.14 Nonpriority creditor's name and mailing address

Wells Fargo APP 2040-000000238130

MAC S3826-02H PO Box 29482

Phoenix AZ 85038

As of the petition filing date, the claim is: $ 61,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2023
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.15 Nonpriority creditor's name and mailing address

Crisafulli Bros

520 Livingston Avenue

Albany NY 12206

As of the petition filing date, the claim is: $ 49,800
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   Uncompleted Work

Date or dates debt was incurred    2019
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.11 Nonpriority creditor's name and mailing address

Paypal Working Capital Legal Civil

2211 North First St

San Jose☐CA☐95131

As of the petition filing date, the claim is: $ 46,493
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2023
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page ___ of ___

Debtor   **Cell-nique Corporation**
　　　　　Name

Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** | Nonpriority creditor's name and mailing address

Firmenich Incorporated

411 East Gano

Saint Louis MO 63147

Date or dates debt was incurred   **2022**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 43,256.25

---

**3.17** | Nonpriority creditor's name and mailing address

Five Star Packaging

175 Classon Ave
Brooklyn NY 11205

Date or dates debt was incurred   **2022**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 42,655.40

---

**3.18** | Nonpriority creditor's name and mailing address

American International

8066 Fulton St E
Ada MI 49301

Date or dates debt was incurred   **2023**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 41,672.19

---

**3.19** | Nonpriority creditor's name and mailing address

New York Power Authority

123 Main St
*White Plains NY 10601*

Date or dates debt was incurred   **2012**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 40,962.11

---

**3.20** | Nonpriority creditor's name and mailing address

Meyers Saxon c/o International Paper file 271369

3620 Quentin Rd
Brooklyn NY 11234

Date or dates debt was incurred   **2023**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 40,350.71

---

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims           page ___ of ___

Debtor   Cell-nique Corporation
Name

Case number (If known)

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 35,349.78 |
|---|---|---|---|

Kirk Cypel c/o AMI

4371 Northlake Blvd

Palm Beach Gardens FL 33418

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred     2022
Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 32,135.25 |
|---|---|---|---|

Northern Oilseed Mills

Box 126

Rossendale MB R0H 1C0

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     2022
Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 27,796.82 |
|---|---|---|---|

Parlor City Paper Box

PO BOX 756

Binghamton NY 13902

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     2022
Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 24,478.80 |
|---|---|---|---|

Quad Packaging

N61W23044 Harry's Way

Sussex WI 53089

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     2022
Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 24,000 |
|---|---|---|---|

Wholesome Sweeteners, Inc.

1 Sugar Creek Center Blvd

Sugar Land TX 77478

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     2022
Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  Cell-nique Corporation
     Name

Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.26** Nonpriority creditor's name and mailing address

Merrill Industries

26 Village St

Ellington CT 06029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred      2018

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

$ 23,486.2

---

**3.27** Nonpriority creditor's name and mailing address

Budenheim USA, Inc.

889 West Longview Avenue

Mansfield☐OH☐44906

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      2022

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

$ 22,583.5

---

**3.28** Nonpriority creditor's name and mailing address

Christopher Raimondi c/o Source One Packaging LLC

553 Broadway

Massapequa NY 11758

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      2022

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

$ 22,147.33

---

**3.29** Nonpriority creditor's name and mailing address

Blue Dot Americas Limited

43 Church St

St Catharines☐ON☐L2R 7E1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      2022

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

$ 21,900

---

**3.30** Nonpriority creditor's name and mailing address

Feng Ying HK Company LTD

501 Huayuan Community

Shandong China

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred      2022

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

$ 19,300

---

Debtor   Cell-nique Corporation
Name

Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.31** | Nonpriority creditor's name and mailing address

Starlite Services, Inc.

1165 West Crossroads Prky
Romeoville IL 60446

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
  disputed

$ 17,919

Basis for the claim: _____

Date or dates debt was incurred   2022
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address

Stik-Pak Solutions, Inc.

60 Commerce Road
Rocky Mount VA 24151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,730.75

Basis for the claim: _____

Date or dates debt was incurred   2021
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address

North Central C/O Altus

PO Box 1389
Kenner LA 70063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,300

Basis for the claim: _____

Date or dates debt was incurred   2022
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

Unicorr Packaging Group

300 Cedar Hill Street
Marlborough MA 01752

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,517.53

Basis for the claim: _____

Date or dates debt was incurred   2022
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

Dan Beyers

31 N. 1600 East Road
Rosamond IL 62083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,781

Basis for the claim: _____

Date or dates debt was incurred   2019
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor   Cell-nique Corporation
　　　　 Name

Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **336** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $ 13,640 |
| Braden Packaging Supply | Check all that apply. |
| | ☐ Contingent |
| 7856 State Rte 5 | ☐ Unliquidated |
| Clinton NY 13323 | ☐ Disputed |
| | ☐ Liquidated and neither contingent nor disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number   ____ ____ | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **337** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $ 10,005 |
| Ecom Ingredients | Check all that apply. |
| | ☐ Contingent |
| 6 Penns Trail Suite 215 | ☐ Unliquidated |
| Newtown☐PA☐18940 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   2021 | **Is the claim subject to offset?** |
| Last 4 digits of account number   ____ ____ | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **338** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $ 9,730 |
| Barry Callebaut USA LLC | Check all that apply. |
| | ☐ Contingent |
| 4863 Hanoverville Road | ☐ Unliquidated |
| Bethlehem PA 18020 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   2022 | **Is the claim subject to offset?** |
| Last 4 digits of account number   ____ ____ | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **3.39** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $ 7,741 |
| Hillcrest Foods, Inc. | Check all that apply. |
| | ☐ Contingent |
| 217 Edie Rd | ☐ Unliquidated |
| Saratoga Springs NY 12866 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   2022 | **Is the claim subject to offset?** |
| Last 4 digits of account number   ____ ____ | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **340** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $ 7,238 |
| UNITED BAGS | Check all that apply. |
| | ☐ Contingent |
| 1355 N Warson Rd | ☐ Unliquidated |
| St Louis☐MO☐63132 | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   2023 | **Is the claim subject to offset?** |
| Last 4 digits of account number   ____ ____ | ☐ No |
| | ☐ Yes |

Debtor   Cell-nique Corporation
Name                                                                          Case number (if known)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|

**3.41** Nonpriority creditor's name and mailing address

Stoltzfus Trucking Brokerage Inc

30 Slaymaker Hill Road

Kinzers PA 17535

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
    disputed

Basis for the claim: _____

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,093

---

**3.42** Nonpriority creditor's name and mailing address

Pure Functional Foods Inc

267 Route 89 South
Savannah NY 13146

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,053

---

**3.43** Nonpriority creditor's name and mailing address

Emmons Metro LLC

453 N Peral St
Menands NY 12204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,024

---

**3.44** Nonpriority creditor's name and mailing address

ADM Milling Co

250 Ganson St

Buffalo NY 14203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,905

---

**3.45** Nonpriority creditor's name and mailing address

NFC Packaging INC

170 Water Street North

Cambridge ON M1R 5G8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,824

---

Debtor    Cell-nique Corporation
          Name                                                                    Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**346** Nonpriority creditor's name and mailing address

Flavor Producers

28350 Witherspoon Parkway

Valencia CA 91355

As of the petition filing date, the claim is:    $ 5,689
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    2022

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**347** Nonpriority creditor's name and mailing address

DRP FLEXPACK LLC

716 Broad Street EXT
Waterford CT 06385

As of the petition filing date, the claim is:    $ 4,462
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2023

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**348** Nonpriority creditor's name and mailing address

Cristo Demolition, Inc.

241 N Peral St
Albany NY 12207

As of the petition filing date, the claim is:    $ 4,006
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2022

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.49** Nonpriority creditor's name and mailing address

St. Charles Trading

98 Executive Avenue

Edison NJ 08817

As of the petition filing date, the claim is:    $ 3,645
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2022

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**350** Nonpriority creditor's name and mailing address

The Leavitt Corporation

100 Santilli Highway

Everett MA 02149

As of the petition filing date, the claim is:    $ 3,634
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    2022

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor ___Cell-nique Corporation_____ Case number (if known)_____
     Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.51** Nonpriority creditor's name and mailing address

Pines International

1992 East 1400 Road

Lawrence KS 66044

Date or dates debt was incurred          2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:      $ 3,420
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.52** Nonpriority creditor's name and mailing address

Nitco LLC

P.O. Box 22241

New York NY 10087-2241

Date or dates debt was incurred          2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:      $ 3,338
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

Van Drunen Farms

300 West 6th Street

Momence IL 60954

Date or dates debt was incurred          2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:      $ 3,320
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Distribution 2000, Inc.

1165 West Crossroads Prky

Romeoville IL 60446

Date or dates debt was incurred          2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:      $ 2,612
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

Draco Natural Products

539 Parrott Street

San Jose CA 95112

Date or dates debt was incurred          2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:      $ 2,540
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    Cell-nique Corporation
    Name

Case number (if known) _____

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.56** Nonpriority creditor's name and mailing address

Double Q Pecans

10440 Hwy 341 South

Fort Valley GA 3130

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,242

---

**3.57** Nonpriority creditor's name and mailing address

KDM FOODSALES

PO BOX 63
DOWNINGTOWN PA 19335

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes.

$ 2,010

---

**3.58** Nonpriority creditor's name and mailing address

Champlain Valley Milling

19 Myers Way
Willsboro NY 12996

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,910

---

**3.59** Nonpriority creditor's name and mailing address

Amherst Label

15 Westchester Drive

Milford NH 03055

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,865

---

**3.60** Nonpriority creditor's name and mailing address

Livingston International, Inc.

P.O. Box 7410166

Chicago IL 60674-0166

Date or dates debt was incurred    2022

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,810

---

Debtor     Cell-nique Corporation                                                     Case number (if known)
Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.61** Nonpriority creditor's name and mailing address

MAYER BROS

230 South LaSalle St

Chicago, IL 60604-1404

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred     2022

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 1,796

---

**3.62** Nonpriority creditor's name and mailing address

Alliant Food Safety Labs

1810 New Britain Avenue

Farmington CT 6032

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     2022

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 1,429

---

**3.63** Nonpriority creditor's name and mailing address

Dan Ratner

22 Hamilton Way

Castleton NY 12033

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     2022

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 1,274

---

**3.64** Nonpriority creditor's name and mailing address

Universal EDI Corporation

122 Fifteenth Street #635

San Diego CA 92130

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     2022

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 1,158

---

**3.65** Nonpriority creditor's name and mailing address

All-Fill, Inc.

418 Creamery Way

Exton PA 19341

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     2022

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 956

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Debtor    Cell-nique Corporation
Name                                                      Case number (if known)

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | | |
|---|---|---|
| **3.66** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 920 |
| Capital Region Environmental Laboratory | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ Liquidated and neither contingent nor disputed | |
| 137 Columbia Turnpike | | |
| Rensselaer NY 12144 | Basis for the claim: _____ | |
| Date or dates debt was incurred        2022<br>Last 4 digits of account number    ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.67** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 826 |
| Walter S. Pratt & Sons, Inc. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| PO Box 170 | | |
| Rensselaer NY 12144 | Basis for the claim: _____ | |
| Date or dates debt was incurred        2022<br>Last 4 digits of account number    ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.68** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 790 |
| Albany Fire Extinguisher | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| P.O Box 429 | | |
| Watervliet NY 12189 | Basis for the claim: _____ | |
| Date or dates debt was incurred        2022<br>Last 4 digits of account number    ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.69** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 787 |
| Good Year Tire & Rubber | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| 999 US Route 9 | | |
| Castleton On Hudson NY 12033 | Basis for the claim: _____ | |
| Date or dates debt was incurred        2022<br>Last 4 digits of account number    ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.70** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 448 |
| Haun Welding Supply Inc | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| 564 Broadway | | |
| Albany NY 12204 | Basis for the claim: _____ | |
| Date or dates debt was incurred        2022<br>Last 4 digits of account number    ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page    of

**Fill in this information to identify the case:**

Debtor name ___Cell-nique Corporation___

United States Bankruptcy Court for the: _____ District of _____
                                                           (State)

Case number (If known) _____    Chapter _____

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

| | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Pawnee<br>Specific Equipment | |
| | State the term remaining | Maturity 4/15/2025 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Fernwood Hitachi<br>Specific Equipment | |
| | State the term remaining | Maturity 4/25/2026 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Reiser<br>Specific Equipment | |
| | State the term remaining | Maturity 6/15/2024 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Physicians Capitol Corp<br>Mgmt Contract | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | PCC Castleton Corp<br>Real Estate Rental | |
| | State the term remaining | 12/31/2027 | |
| | List the contract number of any government contract | | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page 1 of

**Fill in this information to identify the case:**

Debtor name  Cell-nique Corporation

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| Name | Mailing address | | Name | Check all schedules that apply |
| 2.1  Dancing Deer Corp | Street 22 Hamilton Way | | Berkshire Bank<br>Dancing Deer Baking Co, LLC | ☐ D<br>☐ E/F<br>☐ G |
| | City Castleton | State NY  ZIP Code 12033 | | |
| 2.2  Hodgson Mills Corp | Street Same as Above | | Berkshire Bank<br>HM Fox, LLC | ☐ D<br>☐ E/F<br>☐ G |
| | City | State  ZIP Code | | |
| 2.3  Cell-nique Corporation | Street Same as Above | | Berkshire Bank<br>NYBDC Pursuit SBA<br>TD Bank<br>DDBC<br>HM Fox<br>190 Fountain St | ☐ D<br>☐ E/F<br>☐ G |
| | City | State  ZIP Code | | |
| 2.4  PCC Castleton Corp | Street Same as Above | | NYBDC/Pursuit/SBA<br>Berkshire Bank | ☐ D<br>☐ E/F<br>☐ G |
| | City | State  ZIP Code | | |
| 2.5  Physicians Capitol Corp | Street Same as Above | | NYBDC/Pursuit/SBA<br>Berkshire Bank | ☐ D<br>☐ E/F<br>☐ G |
| | City | State  ZIP Code | | |
| 2.6  Living Harvest, Inc | Street Same as Above | | NYBDC/Pursuit/SBA<br>Berkshire Bank | ☐ D<br>☐ E/F<br>☐ G |
| | City | State  ZIP Code | | |

Debtor    **Cell-nique Corporation**
    Name

Case number *(if known)*_____

---

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |

2.**7**  Hudson River Foods Corporation

Same as above

| Street | | |
| City | State | ZIP Code |

NYBDC/Pursuit/SBA
Berkshire Bank

☐ D
☐ E/F
☐ G

---

2.___

| Street | | |
| City | State | ZIP Code |

☐ D
☐ E/F
☐ G

---

2.___

| Street | | |
| City | State | ZIP Code |

☐ D
☐ E/F
☐ G

---

2.___

| Street | | |
| City | State | ZIP Code |

☐ D
☐ E/F
☐ G

---

2.___

| Street | | |
| City | State | ZIP Code |

☐ D
☐ E/F
☐ G

---

2.___

| Street | | |
| City | State | ZIP Code |

☐ D
☐ E/F
☐ G

---

2.___

| Street | | |
| City | State | ZIP Code |

☐ D
☐ E/F
☐ G

---

2.___

| Street | | |
| City | State | ZIP Code |

☐ D
☐ E/F
☐ G

---

Official Form 206H      **Schedule H: Codebtors**      page ____ of ____

Fill in this information to identify the case:

Debtor name  Cell-nique Corporation

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*............................................................  $ 100,000

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*...........................................................  $ 27,482,187

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*............................................................  $ 27,582,187

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...............................  $ 6,793,743

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................  $ 132,000

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............  + $ 12,242,644

4. **Total liabilities**...............................................................................
  Lines 2 + 3a + 3b    $ 19,168,386