**CHAPMAN AND CUTLER LLP**
Joseph P. Lombardo (NY Bar No. 5447743)
320 South Canal Street
Chicago, Illinois 60606
(312) 845-3000
lombardo@chapman.com

*Counsel to ER Tennessee LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | |
| KRIS DANIEL ROGLIERI, | Chapter 11 |
| Debtor. | Case No. 24-10157 (REL) |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned case on behalf of ER Tennessee LLC (the "*Appearing Party*"), pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedures (the "*Bankruptcy Rules*") and section 1109(b) of the Bankruptcy Code, and request that all notices given or required to be given in the above-captioned case and all papers served in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in the above-captioned cases, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served upon:

    Joseph P. Lombardo (NY Bar No. 5447743)
    Chapman and Cutler LLP
    320 South Canal Street
    Chicago, Illinois 60606
    (312) 845-3000
    lombardo@chapman.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, fax, email or otherwise, that affect, or may potentially affect, the debtors or the property of the debtors.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorney identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that the attorney identified herein consent to e-mail service.

PLEASE TAKE FURTHER NOTICE that the Appearing Party does not, by filing this Notice of Appearance and Request for Service of Documents or any later appearance, pleading, claim or suit, submit to jurisdiction of the Bankruptcy Court, or intend to waive any rights, including (without limitation): (i) the right to have final order in non-core or *Stern* matters entered only by a district judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: New York, New York  
March 13, 2024

Respectfully submitted,

By: /s/ Joseph P. Lombardo
Joseph P. Lombardo (NY Bar No. 5447743)
CHAPMAN AND CUTLER LLP
320 South Canal Street
Chicago, Illinois 60606
(312) 845-3000
lombardo@chapman.com

*Counsel to ER Tennessee LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 13, 2024, he caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Documents to be served electronically on those parties registered to receive electronic service through the Court's ECF system, as identified on the Court's Notice of Electronic Filing (NEF).

*/s/ Joseph P. Lombardo*
Joseph P. Lombardo