Christian H. Dribusch
THE DRIBUSCH LAW FIRM
187 Wolf Road
Albany, New York 12205
(518) 227-0026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI

          *Debtor*.

Chapter 7

Case No. 24-10157

---------------------------------------------------------------------X

# INVENTORY

    Christian H. Dribusch, the Chapter 7 Trustee to the Bankruptcy Estate of Kris Daniel Roglieri, provides the annexed list of inventories of bankruptcy estate property to supplement the Trustee Motion for Authority to Sell Property of the Bankruptcy Estate as reflected on Bankruptcy Docket Entry Number 242.

Dated: September 11, 2024

                                              */s/ Christian H. Dribusch*
                                              Christian H. Dribusch
                                              Chapter 7 Trustee
                                              187 Wolf Road
                                              Albany, NY 12205
                                              Tel. (518) 227-0026
                                              Email cdribusch@chd-law.com

| Lot # | Item name | Type | VIN # |
|---|---|---|---|
| 1 | 1983 Mercedes Benz 500SL AMG | Vehicles | WDB10704612002915 |
| 2 | 2005 Mercedes Benz CL65 | Vehicles | WDBPJ79J35A046485 |
| 3 | 2014 Ferrari F12 NLargo | Vehicles | ZFF74UFA2E0202504 |
| 4 | 2019 Mercedes Benz G63 AMG | Vehicles | WDCYC7HJ9KX303170 |
| 5 | 2021 Mercedes Benz AMG GT Black Series | Vehicles | W1KYJ8BA5MA041623 |
| 6 | Ez-Go Golf Cart - Street Legal | Vehicles | |

| Lot # | Item name |
|---|---|
| 1 | 2 Ferrari Car Covers |
| 2 | Lamborghini Aventador SV Car Cover & Mercedes Benz Maybach Car Cover |
| 3 | Misc. AMG Car Parts & Bumper Brakets & New AMG Filters & RenTech Hand Held Tuner, AMG GT Black Series Camber Adjustment Plates & Mercedes First Aid Kit |
| 4 | Maserati MC12 Refuler |
| 5 | Mercedes AMG Exhaust System Parts |
| 6 | McLaren Exhaust System |
| 7 | AMG G Wagon Exhaust System |
| 8 | Misc MC12 Parts |
| 9 | Novitec Ferrari 812 Comp. Factory Exhaust System |
| 10 | LaFerrari 320amp Euro Battery Charger and Wall Bracket 25 ilbs |
| 11 | 59 Cadillac Spare Parts |
| 12 | AMG SLS Blacl Series Exhaust System |
| 13 | Ferrari 458 Exhaust & Stock Suspension Springs |
| 14 | Misc. Springs & Ferrari Sill Plates |
| 15 | Maserati MC12 Set of Wheels As New (4) |
| 16 | 2 Parelly 325- 650-18 & 2 Parelly 325-705-18 Racing Sliks |
| 17 | 1 Novitech Parelly P Zero 21 inch Wheel & Tire with Brand New Spare Same Size |
| 18 | Michelin 255 30ZR20 with a McLaren 720S Novitech Wheel/ Michelin Pilot Sport 325 25ZR21 with Novitech McLaren 720 S Nlargo Wheel- NEW |
| 19 | Nitto 315 30ZR18 (3) Racing Tires |
| 20 | Maserati MC12 OZRacing Wheels & Tires |
| 21 | Set of 4 Michelin 285/35 ZR19 Pilot Sport Cup 2 - Brand New |
| 22 | Set of 4 Mercedes SLS AMG Wheels Mounted on Michelin Pilot Sport Cup 2 Tires |
| 23 | Set of 4 Michelin Pilot Sport Cup 2R 335/30 ZR20 |
| 24 | Set of 4 BBS Center Lock Modulare Wheels with Michelin 245/35 ZR19 (2) & Michelin 335/30 ZR20 (2) |
| 25 | 1 Set of Mounted 488 Ferrari Wheels |
| 26 | 3 Nitto P 315/40R18 |
| 27 | 2 Pirelli P Zero 355/25 ZR21 & 1 Outer Modulare Rim |
| 28 | Mercedes AMG Instrument Cluster for 500 SL |
| 29 | Two Jack Stands, 2 1/2 Ton Floor Jack & Misc. Ferrari Parts |
| 30 | 2024 Ford GT ECU Tuner, New Overhead Passenger Air Bag Light Panel, Spare Remote Key, Tow Hook and Bag |
| 31 | AMG Intake Parts |
| 32 | Lamborghini Aventador Rear Tailight Assembly |
| 33 | Ferrari 488 Rear Defuser & Inner side panel |
| 34 | Ferrari 488 Engine Covers & Carbon Fiber Strut Race with Hardware |
| 35 | Lamborghini Aventador In-take Properties |
| 36 | Two complete Ferrari 488 Mirror Assemblies |
| 37 | Ferrari 488 Front Fenders |
| 38 | Ferrari 488 Side Balances & Other Body Parts #265785 |
| 39 | Ferrari 488 Front Bumper Cover |
| 40 | Ferrari 488 Rear Bumper Cover |

| Lot # | Item name |
|---|---|
| 1 | AMG Carbon Ceramic Picture, AMG Picture, What's Behind You- Enzo Ferrari Quote |
| 2 | Ferrari & Plane Canvas Print, Gold Rush Rally Pop UP Print |
| 3 | Ferrari Display Surf Board Sign by Oliver Gal |
| 4 | Ferrari Emblem Light Up Sign |
| 5 | Mercedes Benz Neon Sign |
| 6 | Multiple Ferrari Still Shots Poster |
| 7 | Mercedes Benz 300 SL Picture |
| 8 | Nurburgring Track Picture |
| 9 | Ferrari Neon Clock |
| 10 | Mercedes Framed Picture |
| 11 | Mercedes Benz Watercolor Picture |
| 12 | Ferrari Picture |
| 13 | Mercedes Benz #20 Picture |
| 14 | Ferrari Picture with Enzo |
| 15 | AMG Framed Picture with Doors Opened |
| 16 | OEM Factory Emblems & Wheel Center Caps |
| 17 | Assorted Ferrari Mercedes & Ford GT License Plate Holders & Ferrari 488 Rear Fog Lamp |
| 18 | Capristo Exhaust Wiring Harness |
| 19 | Jaguar V12 Engine Table |
| 20 | Bell Racing Helmet Size Small with Bag- Brand New |
| 21 | 2 Children's Motorcross Helmets Size Medium & 1 Men's Racequip Helmet Size Large |
| 22 | 208R Mudhead Hammerhead Green SN: L6KHMC212LS001678 SN: A20HMC21BG |
| 23 | 208R Mudhead Hammerhead Blue SN: L6KHMC218LS001488 SN: A20HMC21BB |
| 24 | LaFerrari Factory Storage & Garment Bag & Luggage Bag & 2 LaFerrari Tool Kits, LaFerrari Owner's Manual |
| 25 | Ferrari Enzo Owner's Manual, Ferrari Knock Off Wheel Center Lug Socket, Ferrarii Enzo Tool Kit, Ferrari Scarf |
| 26 | 1983 Mercedes Benz SL500 Factory Tool Kit & Owner's Manual |
| 27 | Pair of 488 GTB Floor Mats, Pair of McLaren 720S N-Largo Floor Mats, Carbon Ceramic Brake Disc Ashtray |
| 28 | Portable Air Compressor, Honda GS 190 Power Washer, Tire Rack 2 Ton Floor Jack |
| 29 | Miscellanious Battery Chargers & Micro Fiber Dash Duster |
| 30 | Utilitech Infrared Quartz Cabniet Heater & Husky Air Compressor 1 1/2 HP |

| Lot # | Item name |
|---|---|
| 1 | WARMONGER Barbarian Sword Monosteel |
| 2 | Elite Series Damascus Steel Elite Danish Dagger |
| 3 | Remington 870 20g 60% external rust, #RS01308C |
| 4 | Remington 870 Super Slug 12g 75-80% function well, #RS30112E |
| 5 | SMITH AND WESSON 629 6" .44 MAGNUM WITH GENERIC RED DOT, SPEED LOADER AND ORIGINAL BOX, STAINLESS STEEL, 85% CONDITION, NO RUST NOTED FUNCTION CHECKED, VERY NICE CONDITION. |
| 6 | Savage MKII .22 with tasco scope 60% rust on exterior functions fine #2797262 |
| 7 | TAURUS 605 REVOLVER STAINLESS STEEL, 2" .357 MAGNUM, 75-80% CONDITION, NO RUST NOT, WEAR AT MUZZLE FROM USE OR CARRY, FUNCTION CHECKED. |
| 8 | Weiruch 5mm air rifle PF20 |
| 9 | Auto Ordance 1927-A1 tommy gun semi auto .45acp ***not operable currently*** GUNSMITH SPECIAL, stick mag has been welded at follower, gun has three welds to BCG and fire pin at interior receiver, display item but firearm that can be restored, has drum mag as well, unknown value in condition |
| 10 | Benelli Super Vinci 80% 12g 28", #CH003186C extensive wear at butt pad, needs replacement |
| 11 | Browning Citori 20g IC/MOD choke upland special superpose with browning case 80-85% condition # 04299RRJ63 |
| 12 | Browning Light 12 with slug barrel and extra spare barrel 12g 75% bluing wear, stock wear, #37135 |
| 13 | FAB Arms STF12 Professional with EO Tech red dot, STF12 80% #PM035654 |
| 14 | Browning A5 Magnum 12g 70% #90832 wear from use |
| 15 | Henry Big Boy Octagon Gold Anodized 80% .357 wear on stock from use #BBR003497M |
| 16 | IAB Trap 12g single barrel 80% condition #R12838 |
| 17 | KELTEC P3AT .380ACP SEMI AUTO, 70% CONDIITON, COMES WITH TRIGGER LOCK, FACTORY BOX, X1 MAGAZINE. WORN FROM CARRY, STORAGE OR USE, HAS SOME SURFACE RUST, FUNCTION CHECKED |
| 18 | Frederic Langenhan – Purschbuchse Underlever .22 Hornet 60% rust external present #3039 |
| 19 | Sporterized K98 Erfurt Mauser 8mm 70% # 2069 |
| 20 | Mossberg 500C slug barrel 70% 20g #T287317 |
| 21 | Mossberg 930 field barrel 12g 28" # AF082753 |
| 22 | Parker SXS CH Trojan 12g worn from field use 70% #207737 |
| 23 | Parker SXS PH 12g 2.75" steel barrels, #82472 |
| 24 | Remington 700 Safari Custom Shop .375 H&H with 4x scope 85% condition, # 270005 |
| 25 | Remington 742 NO MAG broken taped stock, rust exterior worn, .30-06 # A7234140 |
| 26 | Browning A5 Sweet 16 16g mod choke 80% #7S70774 |

| Lot # | Item name |
|---|---|
| 1 | Andy Warhol Original- "John Gotti" (115.153) 1986 |
| 2 | Alec Painting |
| 3 | The GodFather Movie Poster |
| 4 | Frankie Florez Signed Artwork |
| 5 | 2013 Weltherausforderung Black Swan Racing |
| 6 | Mercedes Wood Sketch |
| 7 | Ferrari Emblem Painting |
| 8 | Casino Movie Poster |
| 9 | Testorossa Artwork by Jay Koka @1990 |
| 10 | Antwerp, Belgium by Alfred Bentley British (1879-1923) |
| 11 | Jesus Painting |
| 12 | War Painting (Person on Horse and Person Dead on Field) |
| 13 | A. Debuissert Painting |
| 14 | Parade Photo Black & White |
| 15 | Nude Woman Painting |
| 16 | "Esther Before the Persian King Ahasuerus" (Parigi 1694-Parigi 1752) |
| 17 | Fruit Artwork Jack Z. Artist |
| 18 | Lighthouse Painting #150/175 |
| 19 | State of Liberty Picture |
| 20 | "Judith with the Head of Holofernes" 1660-1714 |
| 21 | Country Side with Horse on Bridge |
| 22 | "Saint Michael the Archangel" |
| 23 | Vino Villa Toscano Tusbany Picture |
| 24 | 2 Wine in Country Paintings (Mirror each other) |
| 25 | Stag Painting |
| 26 | Antique Oil Painting by William Pye (English, Circa 1910 to 1920) |
| 27 | Claud Monet '83 Painting |
| 28 | Nils Hans Christiansen - Danish (1850-1922) Moonlit Lake, Oil on Canvas, Signed |
| 29 | Tobias and the Angel, 17th Century, Oil on Canvas |
| 30 | Warwick Castle Painting |
| 31 | Emilie Barau Painting 1889 or 1884 |
| 32 | Back of a Woman |
| 33 | "The Coronation of the Virgin" (Modena 1589-Parma 1615) |
| 34 | Horse Glicee |
| 35 | Alexaedre Marie Colin "Death of Valentine" |
| 36 | Crown, Skull, & Letter Painting |
| 37 | Thomas Stothard, London 1755-1834 "The Horrors of War", Oil on Canvas |
| 38 | Cupid with a Woman |
| 39 | Saratoga Picture |
| 40 | Choppy Seas Crashing Waves Boat (James Meadows Snr 1798-1864) |
| 41 | Castle & Tree Painting |
| 42 | Castle on Cliff Side 20th June, 1899 |
| 43 | Greek Columns with Harp Ed. Tabachnik 2006 |

| # | Item |
|---|---|
| 44 | Flemish Landscape including Frame |
| 45 | Le Chateau de Josselin, Brittany ( Kevin Karin Plat) |
| 46 | Casino Movie Poster #2 |
| 47 | Hammond Organ Saturday Evening Post |
| 48 | NYC Sky Line |
| 49 | Village with River with Little Waterfall (Painting has damage) |
| 50 | Guy in little boat with archway |
| 51 | Pyramid with Greek People |
| 52 | David with Head of Goliath |
| 53 | Nino D'Amore City Landscape Against Water |
| 54 | Large Canvas Depicting 'The Sacrifice of Marco Curzio' |
| 55 | Cherubs with Someone getting stoned below them |
| 56 | Bill Furlong Painting- Paino Man |
| 57 | Man on a Cliff |

| Lot # | Item name |
|---|---|
| 1 | Pair of French 19th Renaissance St. Ormolu Marble Ewers |
|   | Pair of French 19th Century Louis XVI Marble Pedestal Columns |
| 2 | Gold Bird Bath |
| 3 | 2 Green & Gold Candle Abra's |
| 4 | Alexander & Cleopatra Kissing |
| 5 | 2 Black & Gold Greek Goddess Candle Abra |
| 6 | Lion Statue |
| 7 | 2 Candleabras Red & Gold with Candle Sticks |
| 8 | 3 Greek Goddess Statue |
| 9 | Greek Charriot Vase |
| 10 | Ash/Cigaret Holder |
| 11 | Art Pedestal |
| 12 | Julius Ceasar Bust |
| 13 | Black Statue |
| 14 | Art Pedestal |
| 15 | Neopolean & Angel Statue |
| 16 | Antique Clock |
| 17 | Marble Vase |
| 18 | While & Gold Table |
| 19 | Decrative Table |
| 20 | Lamp |
| 21 | Round Table |
| 22 | Cherub Table |
| 23 | Gold Mirror |
| 24 | Gold Accent Table |
| 25 | Gold Bench |
| 26 | Greek Bust |
| 27 | 19th Century Neo-Classical Patinated Bronze and Portoro Marble Statue of Soldiers Fighting |
| 28 | French Early 19th Century Regence St. Giltwood and Rouge Jaspe Marble Console |
| 29 | French Mid 19th Century Patinated Bronze and Ormolu Statue of Pheasants, Signed by Jules Moigniez |
| 30 | Italian 19th Century Patinated Broze, Ormolu andVert de Patricia Marble Sculpture, signed Vanetti |
| 31 | Pair of French Louis XV st. 19th century Giltwood Consoles |
| 32 | French 19th century Louis XVI st. patinated bronze and ormolu bust of Pericles |
| 33 | Pair of French 19th century Louis XVI st. White Carrara marble and ormolu pedestal columns |
| 34 | Italian 19th century white Carrara marble bust of Cleopatra signed C. Lapini 1888 |
| 35 | French 19th Century Louis Xvi st. Breche Violette marble and ormolu pedestal column |
| 36 | French 19th Century Bust of Napoleaon in white Carrara Marble after the one by Antonio Canova |
| 37 | French 19th century renaissance st. ormolu six arm chandelier |
| 38 | Pair of French 19th century Louis XVI st. Rouge Griotte and ormolu cassolettes |
| 39 | French 19th century Louis XVI st. Rouge Griotte Marble and Ormolu Tazza |
| 40 | Pair of French 19th century Louis XVI st. ormolu and onyx oedestal columns |
| 41 | Pair of Very Attractive Italian 19th Century Marble Busts of Roman Emperors |
| 42 | A set of Four French 19th century Louis XVI st. Ormolu Sconces |
| 43 | a complete set of four Italian 19th century Renisnance St. Gilt Metal Sconces |

| | |
|---|---|
| 44 | A set of Eight French 19th century Louis XVI St. Ormolu Sconces |
| 45 | A complete set of six French 19th century louis XVI St. Ormolu Sconces #11735-11737 |
| 46 | A complete set of four French 19th century Loui XVI St.Ormolu Sconces #11387-11388 |
| 47 | A complete set of four French 19th century Loui XVI St.Ormolu Sconces #11626-11627 |
| 48 | A set of four Roman 18th century Giltwood Electrified Mirrored Sconces |
| 49 | A Pair italian 18th century Baroque Period Giltwood Mirrors |
| 50 | A pair of Flemish Early 19th century Baroque St. Tortoiseshell Mirrors |
| 51 | A pair of French 19th century Louis XVI St. Giltwood Mirrors |
| 52 | A pair of italian 18th century Venetian St. giltwood Mirros |
| 53 | A pair of Italian early 19th century Regenxe st. giltwood mirrors |
| 54 | Italian 17th century Louis XIV period rectangular Mirrors, circa 1680 |
| 55 | A pair of Italian 18th century Giltwood Mirrors from Northern Italy |

| Lot # | Item name |
|---|---|
| 1 | Pool Table & Pool Stick Rack |
| 2 | TV |
| 3 | Cigar Cabniet |
| 4 | Cigars (In Cabniet) |
| 5 | 3 Bar Chairs |
| 6 | 2 Fur & Leather Chairs |
| 7 | 2 Leather Loveseat Recliners |
| 8 | Bar |
| 9 | Air Conditioner |
| 10 | Wine Cabniet / Cooler |
| 11 | 3 Tan Bar Chairs |
| 12 | 2 Brown Bar Stools |
| 13 | Gold with White Orb Chandilier |
| 14 | Round Dinning Room Table w/ leaf and 4 chairs |
| 15 | 2 Patio Heaters |
| 16 | Patio Furniture |
| 17 | Table |
| 18 | Couch |
| 19 | Dresser |
| 20 | Chandilier |
| 21 | Mirror |
| 22 | Bed |
| 23 | Bench |
| 24 | End Tables |
| 25 | Dresser with Mirror |
| 26 | Table |
| 27 | Chandilier |
| 28 | Rug |
| 29 | 2 Chairs |
| 30 | Leaf for Table in Kitchen |
| 31 | Hallway/Bench/Mirror |
| 32 | Table |
| 33 | Dinning Room Table & Chairs |
| 34 | Fire Place Grate |
| 35 | Mirror |
| 36 | China Cabniet |
| 37 | Dinning Room Hutch |
| 38 | Desk |
| 39 | Chair |
| 40 | Table |
| 41 | Fire Grate |

| | |
|---|---|
| 42 | TV & Sound System |
| 43 | Rug |
| 44 | Desk |
| 45 | Safe |
| 46 | 3 Pairs of Skiis |
| 47 | Chairs |
| 48 | TV (Broken?) |
| 49 | Poker Table |
| 50 | Bike |
| 51 | Bed |
| 52 | Dresser |
| 53 | TV |
| 54 | Nightstand |
| 55 | Chandilier |
| 56 | Chandilier |
| 57 | Bed |
| 58 | Gold Mirror |
| 59 | 2 Chairs |
| 60 | 2 Lamps |
| 61 | 2 Accent Table |
| 62 | Nightstands 2 |
| 63 | 2 Golden Chairs |
| 64 | Silver Garage Cabniets/Tool Chests/ Trash Can |
| 65 | Red & Black Couch |
| 66 | 4 Black 7 White Pictures of People |
| 67 | 2 Treadmills (Matrix Ultimate Deck) |
| 68 | 2 Executive Desks |
| 69 | 1 Big Conference Table |
| 70 | 2 Vehicle Lifts by Total Tool $5,000 each |
| 71 | 2 Desk End Filing Cabniets |
| 72 | Large Office Desk (4) |
| 73 | Weight Rack (Hammer Strength) Complete Set 5ILB to 100ILB in 5ILb Inc. |
| 74 | Empire Four Station Gym |
| 75 | Recline Gym Bench |
| 76 | Red Tire Rack 66" Martins Tire Rack |
| 77 | 3 Boxes of Snap Lock Flooring (TSRDBLK) Stock # |
| 78 | Marble Conference Table |
| 79 | Wooden Conference Table |
| 80 | Leather Conference Chair Chrome (14) |
| 81 | 14 Retractable Office Desks |