**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Kris Daniel Roglieri, <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-10157 (REL) |

**AMENDED NOTICE OF HEARING ON DEFAULT MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE/DISCHARGEABILITY PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 4004(b) AND 4007(c)**

**PLEASE TAKE NOTICE**, that B and R Acquisition Partners, LLC and JHM Lending Ventures, LLC, by and through its undersigned attorneys, will move this Court at the James T. Foley Courthouse, 445 Broadway, Suite 306, Albany, New York on **October 9, 2024 at 9:15 a.m.**, or as soon thereafter as Counsel can be heard, for an Order pursuant to Federal Rules of Bankruptcy Procedure 4004(b) and 4007(c) extending the time for movants to file an objection to the Debtor's discharge and/or the dischargeability of a debt, together with such other and further relief as to this Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that appearances at the hearing may be made in-person at the Courthouse or by telephone. Any party wishing to appear at the hearing via telephone shall do so using the Court's teleconference system by dialing 1-518-217-2288 and entering access code 939500229#.

**IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE.**

| | |
|---|---|
| Dated: September 13, 2024<br>Jackson, Mississippi | BRADLEY ARANT BOULT CUMMINGS LLP<br><br> /s/ M. Patrick Everman <br>M. Patrick Everman (MS Bar No. 104870)<br><br>BRADLEY ARANT BOULT CUMMINGS LLP<br>One Jackson Place<br>188 E Capitol Street, Suite 1000<br>Jackson, MS 39201<br>peverman@bradley.com<br>Telephone: (601) 592-9948<br><br>*Attorney for B and R Acquisition Partners, LLC and JHM Lending Ventures, LLC* |

4856-9555-9139.5