Christian H. Dribusch (507021)
Chapter 7 Trustee
187 Wolf Road
Albany, New York 12205
(518) 227-0026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI                                    Chapter 7

                *Debtor*.                                    Case No. 24-10157

------------------------------------------------------------X

# REPORT OF SALE

    **PLEASE TAKE NOTICE**, that Christian H. Dribusch, Chapter 7 Trustee to the **Kris Daniel Roglieri bankruptcy estate** as his report of sale attaches hereto as Exhibit A the list of items sold at the Saratoga Automobile auction held on September 21, 2024.

Dated: October 2, 2024

                                              */s/ Christian H. Dribusch*
                                              Christian H. Dribusch
                                              Chapter 7 Trustee

**SARATOGA** MOTORCAR AUCTIONS  **SARATOGA AUTOMOBILE MUSEUM**

110 Avenue of the Pines
Saratoga Springs, NY 12866
Phone: (518) 587-1935
www.saratogaautoauction.org

Customer #

Attention: United States Bankruptcy Court Northern District of New York and Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs NY 12866

# CUSTOMER SUMMARY AT SARATOGA AUTOMOBILE MUSEUM

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| **SOLD:** | | | | | |
| 151 #1665 | Utilitech Infrared Quartz Cabniet Heater & Husky Air Compressor 1 1/2 HP | $175.00 | $0.00 | $0.00 | $175.00 |
| 139 #1655 | Mercedes Benz 1954 Grand Prix Poster | $450.00 | $0.00 | $34.65 | $450.00 |
| 141 #1657 | Mercedes AMG Framed Picture | $350.00 | $0.00 | $26.95 | $350.00 |
| 142 #1658 | OEM Factory Emblems & Wheel Center Caps | $250.00 | $0.00 | $19.25 | $250.00 |
| 148 #1759 | Pair of 488 GTB Floor Mats, Pair of McLaren 720S N-Largo Floor Mats, Carbon Ceramic Brake Disc Ashtray | $350.00 | $0.00 | $0.00 | $350.00 |
| 147 #1699 | 1983 Mercedes Benz SL500 Factory Tool Kit & Owner's Manual | $200.00 | $0.00 | $15.40 | $200.00 |
| 150 #1664 | Miscellanious Battery Chargers & Micro Fiber Dash Duster | $250.00 | $0.00 | $19.25 | $250.00 |

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 143 #1659 | Assorted Ferrari Mercedes & Ford GT License Plate Holders & Ferrari 488 Rear Fog Lamp | $100.00 | $0.00 | $8.80 | $100.00 |
| 138 #1654 | Ferrari Picture | $325.00 | $0.00 | $0.00 | $325.00 |
| 137 #1758 | Mercedes Benz Watercolor Picture | $700.00 | $0.00 | $68.88 | $700.00 |
| 140 #1656 | Ferrari Emblem Picture with Enzo Ferrari | $200.00 | $0.00 | $0.00 | $200.00 |
| 145 #1660 | Bell Racing Helmet Size Small with Bag- Brand New | $75.00 | $0.00 | $0.00 | $75.00 |
| 160 #1673 | Two Jack Stands, 2 1/2 Ton Floor Jack & Misc. Ferrari Parts | $150.00 | $0.00 | $13.20 | $150.00 |
| 146 #1661 | 2 Children's Motorcross Helmets Size Medium & 1 Men's Racequip Helmet Size Large | $275.00 | $0.00 | $0.00 | $275.00 |
| 157 #1671 | Misc. Springs & Ferrari Sill Plates | $175.00 | $0.00 | $15.40 | $175.00 |
| 149 #1663 | Portable Air Compressor, Honda GS 190 Power Washer, Tire Rack 2 Ton Floor Jack | $375.00 | $0.00 | $0.00 | $375.00 |
| 159 #1682 | Mercedes AMG Instrument Cluster for 500 SL | $900.00 | $0.00 | $0.00 | $900.00 |
| 155 #1669 | Lamborghini Aventador SV Car Cover & Mercedes Benz Maybach Car Cover | $125.00 | $0.00 | $11.00 | $125.00 |
| 168 #1680 | Multiple Ferrari Still Shots Poster | $200.00 | $0.00 | $14.70 | $200.00 |

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 172 #1685 | Mercedes Framed Picture | $175.00 | $0.00 | $13.48 | $175.00 |
| 158 #1672 | 2 Pirelli P Zero 355/25 ZR21 & 1 Outer Modulare Rim | $100.00 | $0.00 | $8.80 | $100.00 |
| 162 #1695 | Lamborghini Aventador In-take Air Scoops | $325.00 | $0.00 | $0.00 | $325.00 |
| 161 #1674 | Lamborghini Aventador Rear Tailight Assembly | $450.00 | $0.00 | $0.00 | $450.00 |
| 156 #1670 | 1959 Cadillac Spare Parts | $75.00 | $0.00 | $0.00 | $75.00 |
| 170 #1683 | Nurburgring Track Picture | $200.00 | $0.00 | $0.00 | $200.00 |
| 154 #1668 | Two Ferrari Vehicle Covers | $300.00 | $0.00 | $23.10 | $300.00 |
| 167 #1679 | Mercedes Benz Neon Sign | $1,000.00 | $0.00 | $0.00 | $1,000.00 |
| 165 #1762 | Ferrari Display Surf Board Sign by Oliver Gal | $2,750.00 | $0.00 | $270.60 | $2,750.00 |
| 163 #1675 | AMG Carbon Ceramic Picture, AMG Picture What's Behind You- Enzo Ferrari Quote | $175.00 | $0.00 | $0.00 | $175.00 |
| 171 #1684 | Ferrari Neon Clock | $400.00 | $0.00 | $0.00 | $400.00 |
| 166 #1678 | Ferrari Emblem Light Up Sign | $800.00 | $0.00 | $61.60 | $800.00 |
| 153 #1761 | Aventador & Black Series Model Vehicles | $250.00 | $0.00 | $24.60 | $250.00 |

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 169 #1681 | Mercedes Benz 300 SL Picture | $125.00 | $0.00 | $10.50 | $125.00 |
| 164 #1676 | Ferrari & Plane Canvas Print, Gold Rush Rally Pop UP Print | $200.00 | $0.00 | $15.40 | $200.00 |
| 152 #1760 | The Ferrari Book & Pen | $75.00 | $0.00 | $0.00 | $75.00 |
| 144 #1952 | Capristo Exhaust Wiring Harness | $10.00 | $0.00 | $0.77 | $10.00 |
| 387 #1843 | 2016 Ez-Go Golf Cart 10RLA4B4XG5413611 | $5,500.00 | $0.00 | $0.00 | $5,500.00 |
| 350 #1811 | Maserati MC12 Refuler | $600.00 | $0.00 | $0.00 | $600.00 |
| 368 #1827 | Set of 4 Mercedes SLS AMG Wheels Mounted on Michelin Pilot Sport Cup 2 Tires | $900.00 | $0.00 | $69.30 | $900.00 |
| 369 #1943 | Set of 4 Michelin Pilot Sport Cup 2R 335/30 ZR20 | $850.00 | $0.00 | $74.80 | $850.00 |
| 371 #1829 | 1 Set of Mounted 488 Ferrari Wheels | $1,800.00 | $0.00 | $0.00 | $1,800.00 |
| 366 #1826 | Maserati MC12 OZ Racing Wheels & Tires | $1,700.00 | $0.00 | $0.00 | $1,700.00 |
| 359 #1819 | AMG SLS Black Series Exhaust System | $700.00 | $0.00 | $0.00 | $700.00 |
| 357 #1817 | LaFerrari Factory Storage & Garment Bag & Luggage Bag & 2 LaFerrari Tool Kits, LaFerrari Owner's Manual | $2,600.00 | $0.00 | $200.20 | $2,600.00 |

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 354 #1815 | McLaren Exhaust System | $400.00 | $0.00 | $0.00 | $400.00 |
| 374 #1948 | AMG Intake Parts | $200.00 | $0.00 | $0.00 | $200.00 |
| 361 #1821 | Maserati MC12 Set of Wheels As New (4) | $1,300.00 | $0.00 | $114.40 | $1,300.00 |
| 352 #1813 | MISC MC12 Parts | $500.00 | $0.00 | $0.00 | $500.00 |
| 363 #1823 | 1 Novitech Pirelli P Zero 21 inch Wheel & Tire with Brand New Spare Same Size | $250.00 | $0.00 | $22.00 | $250.00 |
| 356 #1959 | LaFerrari 320amp Euro Battery Charger and Wall Bracket 25 ilbs | $1,200.00 | $0.00 | $92.40 | $1,200.00 |
| 347 #1806 | Maserati Travel Case | $1,100.00 | $0.00 | $105.60 | $1,100.00 |
| 365 #1825 | Nitto 315 P 315/ 40R18 Tires | $300.00 | $0.00 | $0.00 | $300.00 |
| 358 #1818 | Ferrari Enzo Owner's Manual, Ferrari Knock Off Wheel Center Lug Socket, Ferrari Enzo Tool Kit, Ferrari Scarf | $1,900.00 | $0.00 | $0.00 | $1,900.00 |
| 373 #1831 | 2024 Ford GT ECU Tuner, New Overhead Passenger Air Bag Light Panel, Spare Remote Key, Tow Hook and Tow Hook Bag | $900.00 | $0.00 | $0.00 | $900.00 |
| 351 #1812 | Mercedes G63 AMG Exhaust System Parts | $650.00 | $0.00 | $57.20 | $650.00 |

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 362 #1890 | 2 Pirelli 325- 650-18 & 2 Pirelli 325-705-18 Racing Sliks | $300.00 | $0.00 | $0.00 | $300.00 |
| 370 #1828 | Set of 4 BBS Center Lock Modulare Wheels with Michelin 245/35 ZR19 (2) & Michelin 335/30 ZR20 (2) | $1,500.00 | $0.00 | $0.00 | $1,500.00 |
| 364 #1971 | Michelin 255 30ZR20 with a McLaren 720S Novitech Wheel/ Michelin Pilot Sport 325 25ZR21 with Novitech McLaren 720 S Nlargo Wheel- NEW | $700.00 | $0.00 | $60.27 | $700.00 |
| 360 #1820 | Ferrari 458 Exhaust & Stock Suspension Springs | $800.00 | $0.00 | $0.00 | $800.00 |
| 377 #1972 | Two complete Ferrari 488 Mirror Assemblies | $700.00 | $0.00 | $0.00 | $700.00 |
| 376 #1834 | Ferrari 488 Engine Covers & Carbon Fiber Strut Race with Hardware | $450.00 | $0.00 | $39.60 | $450.00 |
| 375 #1891 | Ferrari 488 Rear Defuser & Inner Side Panel | $300.00 | $0.00 | $25.83 | $300.00 |
| 372 #1830 | Nitto 315 30ZR18 (3) Racing Tires | $200.00 | $0.00 | $0.00 | $200.00 |
| 378 #1836 | Ferrari 488 Front Fenders | $700.00 | $0.00 | $0.00 | $700.00 |
| 385 #1842 | EFP8 Four-Post Lift | $4,200.00 | $0.00 | $375.38 | $4,200.00 |
| 379 #1837 | Ferrari 488 Side Valances & Other Body Parts #265785 | $550.00 | $0.00 | $0.00 | $550.00 |

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 380 #1838 | Ferrari 488 Front Bumper Cover | $1,150.00 | $0.00 | $0.00 | $1,150.00 |
| 381 #1839 | Ferrari 488 Rear Bumper Cover | $700.00 | $0.00 | $0.00 | $700.00 |
| 367 #1844 | Set of 4 Michelin 285/35 ZR19 Pilot Sport Cup 2 - Brand New | $500.00 | $0.00 | $0.00 | $500.00 |
| 384 #1841 | EFP8 Four-Post Lift | $4,500.00 | $0.00 | $0.00 | $4,500.00 |
| 355 #1880 | Novitec Ferrari 812 Comp. Factory Exhaust System | $1,250.00 | $0.00 | $0.00 | $1,250.00 |
| 353 #1879 | Mercedes G63 AMG 4x4^2 Exhaust System | $800.00 | $0.00 | $0.00 | $800.00 |
| 382 #1846 | 208R Mudhead Hammerhead Green SN: L6KHMC212LS001678 SN: A20HMC21BG | $1,400.00 | $0.00 | $123.20 | $1,400.00 |
| 386 #1845 | Wall Tool Cabinets & Refrigerator | $800.00 | $0.00 | $70.40 | $800.00 |
| 349 #1878 | Misc. AMG Car Parts & Bumper Brakets & New AMG Filters & RenTech Hand Held Tuner, AMG GT Black Series Camber Adjustment Plates & Mercedes First Aid Kit | $700.00 | $0.00 | $0.00 | $700.00 |
| 465 #1901 | 2005 Mercedes-Benz CL65 AMG WDBPJ79J35A046485 | $36,000.00 | $0.00 | $0.00 | $36,000.00 |
| 383 #1892 | 208R Mudhead Hammerhead Blue SN: L6KHMC218LS001488 SN: A20HMC21BB | $1,300.00 | $0.00 | $100.10 | $1,300.00 |

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 348 #1871 | Jaguar V12 Engine Table | $2,100.00 | $0.00 | $204.67 | $2,100.00 |
| 527 #1938 | 2014 Novitec Ferrari F12 N-Largo ZFF74UFA2E0202504 | $310,000.00 | $0.00 | $0.00 | $310,000.00 |
| 477 #1946 | 2019 Mercedes-Benz G63 AMG WDCYC7HJ9KX303170 | $105,000.00 | $0.00 | $9,492.00 | $105,000.00 |
| 525 #1940 | 2021 Mercedes Benz Renntech R3 AMG GT Black Series W1KYJ8BA5MA041623 | $280,000.00 | $0.00 | $0.00 | $280,000.00 |
| 452 #1919 | 1983 Mercedes-Benz 500SL WDB10704612002915 | $34,000.00 | $0.00 | $2,689.40 | $34,000.00 |
| **SELLER TOTALS:** | (82 UNITS) | $826,985.00 | $0.00 | $0.00 | ($826,985.00) |
| **OTHER EXPENSES:** | | | | | |
| | Other Fee: 10% Buyer's Premium | ($82,698.5) | - | ($82,698.5) | |
| **TOTAL DUE** | (1 UNIT) | | | | ($82,698.50) |

**NET DUE**  ($909,683.50)

Print Name                                    Sign Name