Christian H. Dribusch (507021)
Chapter 7 Trustee
187 Wolf Road
Albany, New York 12205
(518) 227-0026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI                     Chapter 7

                     *Debtor*.                     Case No.  24-10157

-------------------------------------------------------------X

### SUPPLEMENT TO TRUSTEE MOTION TO SELL WEAPONS AND PERSONAL PROPERTY LOCATED AT RESIDENCE

**PLEASE TAKE NOTICE**, that Christian H. Dribusch, Chapter 7 Trustee to the **Kris Daniel Roglieri bankruptcy estate** supplements the Motion to Sell (ECF #242) and Notice of Motion to Sell (#243) and alleges as follows:

1. The Trustee seeks authority to sell the weapons listed on the attached **Schedule A** by in-person and online auction sale scheduled for on or after November 15, 2024.

2. The Trustee also seeks authority to sell the personal property remaining at the residence including but not limited to those on **Schedule B** by in-person and online auction sale scheduled for on or after November 15, 2024.

3. The weapons and personal property in-person auction location will be at the bankruptcy estate residence located at 40 North Street, Queensbury, New York.

4. The weapons and contents will be marketed online including platforms through Proxibid, Highbid, and Live Auctioneers.

Page | 1

5. The weapons and contents will be available to preview both live and online through the Saratoga Automobile Museum website and other online platforms.

6. The handling of the guns will be coordinated with a federal and state approved licensed gun dealer Firefly Firearms per the attached **Schedule C**.

7. The Trustee will file a Report of Sale following the sale.

WHEREFORE, the Trustee requests authority to sell the weapons and personal property by online and in-person auction sale scheduled for November 15, 2024 or later.

Dated: October 7, 2024

*/s/ Christian H. Dribusch*
Christian H. Dribusch
Chapter 7 Trustee

## SCHEDULE A
## WEAPONS

KelTec P3AT .380 60% condition value # JZJ61

S&W 629 stainless 6" 44 magnum with red dot 85% condition # CFA9010

Taurus 605 2" stainless .357 75% condition # VC77619

Browning Citori 20g IC/MOD choke upland special superpose with browning case 80-85% condition # 04299RRJ63 $1200-2000

Savage MKII .22 with tasco scope 60% rust on exterior functions fine #2797262

Henry Big Boy Octagon Gold Anodized 80% .357 wear on stock from use #BBR003497M

Remington 870 Super Slug 12g 75-80% function well, #RS30112E $500

Auto Ordance 1927-A1 tommy gun semi auto .45acp ***not operable currently*** GUNSMITH SPECIAL, stick mag has been welded at follower, gun has three welds to BCG and fire pin at interior receiver, display item but firearm that can be restored, has drum mag as well.

Weiruch 5mm air rifle PF20

Mossberg 500C slug barrel 70% 20g #T287317

Remington 870 20g 60% external rust, #RS01308C

Browning A5 Magnum 12g 70% #90832 wear from use

IAB Trap 12g single barrel 80% condition #R12838

Remington 700 Safari Custom Shop .375 H&H with 4x scope 85% condition, # 270005

Sporterized K98 Erfurt Mauser 8mm 70% # 2069

Frederic Langenhan – Purschbuchse Underlever .22 Hornet 60% rust external present #3039

Browning A5 Sweet 16 16g mod choke 80% #7S70774

Remington 742 NO MAG broken taped stock, rust exterior worn, .30-06 # A7234140 50%-60%

Mossberg 930 field barrel 12g 28" # AF082753 80% wear on gear from use

Benelli Super Vinci 80% 12g 28", #CH003186C extensive wear at butt pad, needs replacement

Browning Light 12 with slug barrel and extra spare barrel
12g 75% bluing wear, stock wear, #37135

FAB Arms Professional with EO Tech red dot, STF12 80% #PM035654

Parker SXS PH 12g 2.75" steel barrels, #82472

Parker SXS CH Trojan 12g worn from field use 70% #207737

# SCHEDULE B
# PERSONAL PROPERTY

| Lot # | Item name |
|---|---|
| 1 | Pool Table & Pool Stick Rack |
| 2 | TV |
| 3 | Cigar Cabinet |
| 4 | Cigars (In Cabinet) |
| 5 | 3 Bar Chairs |
| 6 | 2 Fur & Leather Chairs |
| 7 | 2 Leather Loveseat Recliners |
| 8 | Bar |
| 9 | Air Conditioner |
| 10 | Wine Cabinet / Cooler |
| 11 | 3 Tan Bar Chairs |
| 12 | 2 Brown Bar Stools |
| 13 | Gold with White Orb Chandelier |
| 14 | Round Dinning Room Table w/ leaf and 4 chairs |
| 15 | 2 Patio Heaters |
| 16 | Patio Furniture |
| 17 | Table |
| 18 | Couch |
| 19 | Dresser |
| 20 | Chandelier |
| 21 | Mirror |
| 22 | Bed |
| 23 | Bench |
| 24 | End Tables |
| 25 | Dresser with Mirror |
| 26 | Table |
| 27 | Chandelier |
| 28 | Rug |
| 29 | 2 Chairs |
| 30 | Leaf for Table in Kitchen |
| 31 | Hallway/Bench/Mirror |
| 32 | Table |
| 33 | Dinning Room Table & Chairs |
| 34 | Fire Place Grate |
| 35 | Mirror |
| 36 | China Cabinet |
| 37 | Dinning Room Hutch |
| 38 | Desk |
| 39 | Chair |
| 40 | Table |
| 41 | Fire Grate |
| 42 | TV & Sound System |

| | |
|---|---|
| 43 | Rug |
| 44 | Desk |
| 45 | Safe |
| 46 | 3 Pairs of Skiis |
| 47 | Chairs |
| 48 | TV (Broken?) |
| 49 | Poker Table |
| 50 | Bike |
| 51 | Bed |
| 52 | Dresser |
| 53 | TV |
| 54 | Nightstand |
| 55 | Chandelier |
| 56 | Chandelier |
| 57 | Bed |
| 58 | Gold Mirror |
| 59 | 2 Chairs |
| 60 | 2 Lamps |
| 61 | 2 Accent Table |
| 62 | Nightstands 2 |
| 63 | 2 Golden Chairs |
| 64 | Silver Garage Cabinets/Tool Chests/ Trash Can |
| 65 | Red & Black Couch |
| 66 | 4 Black 7 White Pictures of People |
| 67 | 2 Treadmills (Matrix Ultimate Deck) |
| 68 | 2 Executive Desks |
| 69 | 1 Big Conference Table |
| 70 | 2 Vehicle Lifts by Total Tool $5,000 each |
| 71 | 2 Desk End Filing Cabinets |
| 72 | Large Office Desk (4) |
| 73 | Weight Rack (Hammer Strength) Complete Set 5ILB to 100ILB in 5ILb Inc. |
| 74 | Empire Four Station Gym |
| 75 | Recline Gym Bench |
| 76 | Red Tire Rack 66" Martins Tire Rack |
| 77 | 3 Boxes of Snap Lock Flooring (TSRDBLK) Stock # |
| 78 | Marble Conference Table |
| 79 | Wooden Conference Table |
| 80 | Leather Conference Chair Chrome (14) |
| 81 | 14 Retractable Office Desks |

## SCHEDULE C

## Firefly Firearms LLC Auction Policies for Saratoga Auto Collection.

Firearm transfer fee $45

Shipping is based on location where item is being shipped to respective Federal Firearm License dealer.

****Insurance is optional and at cost of buyer from the ship service (FEDEX)****

****Overlength packages, >48" will incur an extra $20 per shipper policies (FEDEX) *****

ALL FIREARMS SHIP FEDERAL FIREARM LICENSE DEALER TO FEDERAL FIREARM LICENSE DEALER, NO EXCEPTIONS, NO SALES TO PROHIBITED AREAS, BIDDER/BUYER MUST ENSURE ITEM IS LEGAL IN THEIR LOCATION, ALL SALES ARE FINAL NO EXCEPTIONS, FIREARMS ARE SOLD AS IS, SHOULD BE INSPECTED BY QUALIFIED GUNSMITH PRIOR TO USE.

Items may be retrieved from Firefly Firearms LLC business location by appointment if a New York State resident.