Kris Roglieri
11 Hill Top Lane
Poughkeepsie, NY 12603

October 3, 2024

FILED
OCT - 7 2024
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Court
Northern District of New York

Re:    Bankruptcy Case No. 24-10157

Dear Judge Littlefield:

I am writing to seek your consideration as to two critical things regarding my Chapter 7 bankruptcy case. As you know, I have no choice but to represent myself in this case, given that bankruptcy trustee Christian Dribusch has taken over my financial resources.

Respectfully, I request for you to consider releasing my $100,000 retainer that has been taken away from my defense attorney, Bill Dreyer. Attorney Dreyer already turned over the $100,000 in his retainer account to Mr. Dribusch. I ask the Court to set aside that transfer, and since my application to the court was originally made before the conversion to Chapter 7, I request that the Court direct the trustee to return the money for Dreyer for legal fees going forward in my pending criminal case. I am in a desperate situation at this time. My federal public defender is an honorable and capable attorney, but he has told me that he has never tried a case or handled a financial crimes case like this or even resembling this one.

I beg the Court to consider this request so that Mr. Dreyer can represent me in the criminal case brought against me. My old bankruptcy council (Joseph Barcelona) has already submitted evidence proof to the Court and Lisa Penpraze to show that the $100,000 retainer came from personal funds from the sale of my 2019 McLaren 720. The proof shows that the car was purchased in 2019, before the time frame of any funds related to Prime Capital Ventures. Not granting this will severely hinder my ability to defend myself in my criminal case.

Furthermore, I ask the Court to grant the release of my personal computer, which is in Mr. Dribusch's possession. This computer has my life's work on it, both personally and professionally. It also has critical documents and evidence that I will need to aid my defense in my criminal case. To date, Mr. Dribusch has refused previous requests to retain the computer.

This is a time-sensitive request, and I respectfully ask the court to hold an emergency hearing regarding these two requests. If you need to reach me, I am currently residing in Rensselaer County Jail.

Best Regards,

Kris D. Roglieri