So Ordered.

Signed this 17 day of October, 2024.



                                         Robert E. Littlefield, Jr.
                                         United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI                              Chapter 7

                *Debtor.*                              Case No.  24-10157

---------------------------------------------------------------X

## **INTERIM ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE** <br> **TO SELL PROPERTY OF THE BANKRUPTCY ESTATE**

On notice, Chapter 7 Trustee Christian H. Dribusch filed a motion to authorize the Trustee to sell the bankruptcy estate's interest in **Estate Property** including weapons and contents of the residence (the "*Property*") as more particularly described under Court Docket #258 (the "*Inventory*") and Court Docket #268 supplement through an auction sale with Saratoga Automobile Museum (the "*Motion*").

The legal authority for the Motion is §363(b), §105 and §704 of Title 11 of the United States Code and Rule 6004(d), 2002, and 9006 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 6004-1(a).

A hearing on the Motion was held before the Bankruptcy Court on September 11, 2024 September 18, 2024, and October 16, 2024, at 9:15 a.m.

At the hearing, the Chapter 7 Trustee Christian H. Dribusch appeared and recommended to the Bankruptcy Court that, based upon the Chapter 7 Trustee's exercise of business judgment, the Chapter 7 Trustee be authorized to sell the Property.

No objections were made to the Motion.

NOW, THEREFORE, upon due deliberation, for the reasons set forth in the record, it is hereby:

**ORDERED** that the Chapter 7 Trustee is authorized under §363(b), §105, and §704 of Title 11 of the United States Code to sell the bankruptcy estate's right, title, and interest in the Property through an auction sale with Saratoga Automobile Museum.

**ORDERED** that the Chapter 7 Trustee is authorized to pay such liens needed to transfer marketable title to the Property.

**ORDERED** that the Chapter 7 Trustee hold the proceeds on the sale of the Property, excepting the lien payments to transfer marketable title provided for in this **ORDER,** in the bankruptcy estate account pending further **ORDER** of the Court.

**ORDERED** that the Chapter 7 Trustee is authorized to provide such documentation as may be reasonably requested to convey the bankruptcy estate's interest in the Property.

**ORDERED**, that the Motion is adjourned to December 11, 2024 at 9:15 a.m. with respect to the sale on the balance of the Inventory.

#####