UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:                                                Chapter 7

KRIS DANIEL ROGLIERI                                  Case No. 24-10157

     *Debtor.*

-----------------------------------------------------------------X

## AUCTIONEER'S REPORT OF SEPTEMBER 21, 2024, AUCTION

Megan A. Hennessey, being duly sworn, depose and say that:

1) I am the Executive Director of the Saratoga Automobile Museum which is the Court appointed Auctioneer. See ECF #241. The Debtor bankruptcy estate was authorized to conduct an auction sale of vehicles, parts, and memorabilia. See ECF #265.

2) Pursuant to Local Bankruptcy Rule 6005-1(c), I state the following:

 a) The sale of the bankruptcy estate assets occurred on September 21, 2024.

 b) The sale took place at Saratoga Casino Hotel in Saratoga Springs, New York pursuant to the notices and online marketing. See Saratoga Automobile Museum (saratogaautoauction.org).

 c) The sales took place commencing at 10:00 a.m. and ended at approximately 5:30 p.m.

 d) The winning bids are reflected in the auctioneer purchaser report annexed hereto as **Schedule A**.

 e) All auction sales have now been completed.

 f) The gross amount realized by the sale herein was $908,683.50 (including 10% buyer's premium).

g)  Auctioneer seeks a commission of 10% on gross proceeds of $825,667.00 for a total commission sought of $82,566.70.

h)  Auctioneer incurred expenses of $14,993.49 as documented on **Schedule B.**

i)  No sale proceeds have been retained by Auctioneer.

j)  A total of 240 registered bidders participated in these auction sales. A copy of the names on the bidders list is annexed hereto as **Schedule C**.

k)  All the property was sold because of the auction sale and no properties were abandoned.

l)  A copy of the terms and conditions of the auction sales are attached hereto as **Schedule D**.

m)  The manner and extent of advertising the sale and the availability of the sale items for inspection prior to the sale was as follows:

1)  The items offered for sale were advertised on the website of Saratoga Automobile Museum and by direct advertising to the possible interested bidders, linking them to the internet sale information.

2)  In addition, the items offered for sale were advertised through marketing materials both in hard copy and digital online format. See, Saratoga Automobile Museum (saratogaautoauction.org) and **Schedule E**.

3)  The items offered for sale were available for inspection at the site of the auction on September 19, 20, and 21, 2024.

4)  Signage was prominently displayed at the auction site.

n)  Sales tax was collected by the Auctioneer as set forth in the Trustee Report of Sale and will be remitted to the appropriate taxing authority by the Auctioneer.

o)    The Auctioneer has not sought reimbursement of a portion of his bond premium

from this sale as the bankruptcy estate has directly paid the auctioneer bond. See

Auctioneer Bond ECF #240.

Dated:  October 18, 2024

Respectfully submitted,

Megan A. Hennessey
**Megan A. Hennessey**

Sworn to before me this
18th day of October 2024

Molly Anne Knott

Notary Public
State of New York
County of Saratoga
Notary Expiration Date of  June 28, 2025

MOLLY ANNE KNOTT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KN6419126
Qualified in Saratoga County
My Commission Expires 06-28-2025