| Stock | Year | Make | Model | Buyers Company Name | Sale Price | Buyers Fee | Sellers Fee |
|---|---|---|---|---|---|---|---|
| S24-137 | | Mercedes Benz | Watercolor Picture | Travis Faulk #2386 | $700.00 | $70.00 | $0.00 |
| S24-138 | | Ferrari | Picture | Golds Auto Inc. #230 | $325.00 | $32.50 | $0.00 |
| S24-139 | | Mercedes Benz | 1954 Grand Prix Poster | Gary Brown #155 | $450.00 | $45.00 | $0.00 |
| S24-140 | | Ferrari Emblem Picture | with Enzo Ferrari | Golds Auto Inc. #230 | $200.00 | $20.00 | $0.00 |
| S24-141 | | Mercedes AMG | Framed Picture | Gary Brown #155 | $350.00 | $35.00 | $0.00 |
| S24-142 | | OEM Factory Emblems & | Wheel Center Caps | James Grotto #306 | $250.00 | $25.00 | $0.00 |
| S24-143 | | Assorted Ferrari Mercedes & Ford GT License Plate Holders | & Ferrari 488 Rear Fog Lamp | Nicholas Turner #309 | $100.00 | $10.00 | $0.00 |
| S24-144 | | Capristo Exhaust | Wiring Harness | Noah Paley #600 | $10.00 | $1.00 | $0.00 |
| S24-145 | | Bell Racing Helmet Size Small | with Bag- Brand New | Phaeton Motors LTD. #139 | $75.00 | $7.50 | $0.00 |
| S24-146 | | 2 Children's Motorcross Helmets Size Medium | & 1 Men's Racequip Helmet Size Large | Phaeton Motors LTD. #139 | $275.00 | $27.50 | $0.00 |
| S24-147 | | 1983 Mercedes Benz SL500 Factory Tool Kit | & Owner's Manual | Kyle Hennessey #157 | $200.00 | $20.00 | $0.00 |
| S24-148 | | Pair of 488 GTB Floor Mats, Pair of McLaren 720S N-Largo Floor Mats, | Carbon Ceramic Brake Disc Ashtray | Vicente Cruz #2419 | $350.00 | $35.00 | $0.00 |
| S24-149 | | Portable Air Compressor, Honda GS 190 Power Washer, | Tire Rack 2 Ton Floor Jack | Phaeton Motors LTD. #139 | $375.00 | $37.50 | $0.00 |
| S24-150 | | Miscellanious Battery Chargers | & Micro Fiber Dash Duster | Gary Brown #155 | $250.00 | $25.00 | $0.00 |
| S24-151 | | Utilitech Infrared Quartz Cabniet Heater | & Husky Air Compressor 1 1/2 HP | Phaeton Motors LTD. #139 | $175.00 | $17.50 | $0.00 |
| S24-152 | | The Ferrari | Book & Pen | Gregg Massini #2304 | $75.00 | $7.50 | $0.00 |
| S24-153 | | Aventador & Black Series | Model Vehicles | Travis Faulk #2386 | $250.00 | $25.00 | $0.00 |
| S24-154 | | Two Ferrari | Vehicle Covers | Derek P Miller #120 | $300.00 | $30.00 | $0.00 |
| S24-155 | | Lamborghini Aventador SV Car Cover | & Mercedes Benz Maybach Car Cover | Nicholas Turner #309 | $125.00 | $12.50 | $0.00 |
| S24-156 | 1959 | Cadillac | Spare Parts | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $75.00 | $7.50 | $0.00 |
| S24-157 | | Misc. Springs | & Ferrari Sill Plates | Nicholas Turner #309 | $175.00 | $17.50 | $0.00 |
| S24-158 | | 2 Pirelli P Zero 355/25 ZR21 | & 1 Outer Modulare Rim | Nicholas Turner #309 | $100.00 | $10.00 | $0.00 |
| S24-159 | | Mercedes AMG Instrument | Cluster for 500 SL | European Auto Solutions LLC #284 | $900.00 | $90.00 | $0.00 |
| S24-160 | | Two Jack Stands, 2 1/2 Ton Floor Jack | & Misc. Ferrari Parts | Nicholas Turner #309 | $150.00 | $15.00 | $0.00 |
| S24-161 | | Lamborghini | Aventador Rear Tailight Assembly | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $450.00 | $45.00 | $0.00 |
| S24-162 | | Lamborghini Aventador | In-take Air Scoops | Krobs Klassics LLC #269 | $325.00 | $32.50 | $0.00 |
| S24-163 | | AMG Carbon Ceramic Picture, AMG Picture | What's Behind You- Enzo Ferrari Quote | Krobs Klassics LLC #269 | $175.00 | $17.50 | $0.00 |
| S24-164 | | Ferrari & Plane Canvas Print, | Gold Rush Rally Pop UP Print | Blue Iron Billionaires, LLC #140 | $200.00 | $20.00 | $0.00 |
| S24-165 | | Ferrari Display Surf Board | Sign by Oliver Gal | Travis Faulk #2386 | $2,750.00 | $275.00 | $0.00 |
| S24-166 | | Ferrari Emblem | Light Up Sign | Ronald Puglisi #273 | $800.00 | $80.00 | $0.00 |
| S24-167 | | Mercedes Benz | Neon Sign | European Auto Solutions LLC #284 | $1,000.00 | $100.00 | $0.00 |
| S24-168 | | Multiple Ferrari Still | Shots Poster | James Grotto #306 | $200.00 | $20.00 | $0.00 |
| S24-169 | | Mercedes Benz 300 SL | Picture | Gary Brown #155 | $125.00 | $12.50 | $0.00 |
| S24-170 | | Nurburgring | Track Picture | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $200.00 | $20.00 | $0.00 |
| S24-171 | | Ferrari | Neon Clock | National Auto Brokers #304 | $400.00 | $40.00 | $0.00 |
| S24-172 | | Mercedes | Framed Picture | Gary Brown #155 | $175.00 | $17.50 | $0.00 |
| S24-347 | | Maserati | Travel Case | Nicholas Turner #309 | $1,100.00 | $110.00 | $0.00 |
| S24-348 | | Jaguar V12 | Engine Table | Mark Gold #2206 | $2,100.00 | $210.00 | $0.00 |
| S24-349 | | Misc. AMG Car Parts & Bumper Brakets & New AMG Filters | & RenTech Hand Held Tuner, AMG GT Black Series Camber Adjustment Plates & Mercedes First Aid Kit | Mobility Express #526 | $700.00 | $70.00 | $0.00 |
| S24-350 | | Maserati | MC12 Refuler | Phaeton Motors LTD. #139 | $600.00 | $60.00 | $0.00 |
| S24-351 | | Mercedes | G63 AMG Exhaust System Parts | Nicholas Turner #309 | $650.00 | $65.00 | $0.00 |
| S24-352 | | MISC | MC12 Parts | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $500.00 | $50.00 | $0.00 |
| S24-353 | | Mercedes | G63 AMG 4x4^2 Exhaust System | Yousif Kareem #2534 | $800.00 | $80.00 | $0.00 |

| Lot | Year | Description | Details | Buyer | Price | Premium | Tax |
|---|---|---|---|---|---|---|---|
| S24-354 | | McLaren | Exhaust System | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $400.00 | $40.00 | $0.00 |
| S24-355 | | Novitec Ferrari 812 Comp. | Factory Exhaust System | Alex Andonian #2358 | $1,250.00 | $125.00 | $0.00 |
| S24-356 | | LaFerrari 320amp Euro Battery Charger | and Wall Bracket 25 ilbs | Derek P Miller #120 | $1,200.00 | $120.00 | $0.00 |
| S24-357 | | LaFerrari Factory Storage & Garment Bag & Luggage Bag | & 2 LaFerrari Tool Kits, LaFerrari Owner's Manual | Derek P Miller #120 | $2,600.00 | $260.00 | $0.00 |
| S24-358 | | Ferrari Enzo Owner's Manual, Ferrari Knock Off | Wheel Center Lug Socket, Ferrari Enzo Tool Kit, Ferrari Scarf | Krobs Klassics LLC #269 | $1,900.00 | $190.00 | $0.00 |
| S24-359 | | AMG SLS Black Series | Exhaust System | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $700.00 | $70.00 | $0.00 |
| S24-360 | | Ferrari 458 Exhaust | & Stock Suspension Springs | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $800.00 | $80.00 | $0.00 |
| S24-361 | | Maserati MC12 | Set of Wheels As New (4) | Nicholas Turner #309 | $1,300.00 | $130.00 | $0.00 |
| S24-362 | | 2 Pirelli 325- 650-18 | & 2 Pirelli 325-705-18 Racing Sliks | Stephen Durland #2189 | $300.00 | $30.00 | $0.00 |
| S24-363 | | 1 Novitech Pirelli P Zero 21 inch Wheel | & Tire with Brand New Spare Same Size | Nicholas Turner #309 | $250.00 | $25.00 | $0.00 |
| S24-364 | | Michelin 255 30ZR20 with a McLaren 720S Novitech Wheel/ | Michelin Pilot Sport 325 25ZR21 with Novitech McLaren 720 S Nlargo Wheel- NEW | Miguel Quezada #2605 | $700.00 | $70.00 | $0.00 |
| S24-365 | | Nitto 315 P 315/ 40R18 | Tires | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $300.00 | $30.00 | $0.00 |
| S24-366 | | Maserati MC12 | OZ Racing Wheels & Tires | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $1,700.00 | $170.00 | $0.00 |
| S24-367 | | Set of 4 Michelin 285/35 ZR19 | Pilot Sport Cup 2 - Brand New | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $500.00 | $50.00 | $0.00 |
| S24-368 | | Set of 4 Mercedes SLS AMG Wheels Mounted | on Michelin Pilot Sport Cup 2 Tires | Gary Brown #155 | $900.00 | $90.00 | $0.00 |
| S24-369 | | Set of 4 Michelin | Pilot Sport Cup 2R 335/30 ZR20 | Nicholas Turner #309 | $850.00 | $85.00 | $0.00 |
| S24-370 | | Set of 4 BBS Center Lock Modulare Wheels with Michelin 245/35 ZR19 | (2) & Michelin 335/30 ZR20 (2) | Northern Auto Sales #338 | $1,500.00 | $150.00 | $0.00 |
| S24-371 | | 1 Set of Mounted 488 | Ferrari Wheels | Krobs Klassics LLC #269 | $1,800.00 | $180.00 | $0.00 |
| S24-372 | | Nitto 315 30ZR18 | (3) Racing Tires | Peter Serravalle #403 | $200.00 | $20.00 | $0.00 |
| S24-373 | 2024 | Ford GT ECU Tuner, New Overhead Passenger Air Bag Light Panel, | Spare Remote Key, Tow Hook and Tow Hook Bag | Krobs Klassics LLC #269 | $900.00 | $90.00 | $0.00 |
| S24-374 | | AMG | Intake Parts | Ken Busta Auto Sales #121 | $200.00 | $20.00 | $0.00 |
| S24-375 | | Ferrari 488 Rear Defuser | & Inner Side Panel | Miguel Quezada #2605 | $300.00 | $30.00 | $0.00 |
| S24-376 | | Ferrari 488 Engine Covers | & Carbon Fiber Strut Race with Hardware | Nicholas Turner #309 | $450.00 | $45.00 | $0.00 |
| S24-377 | | Two complete Ferrari 488 Mirror | Assemblies | Mobility Express #526 | $700.00 | $70.00 | $0.00 |
| S24-378 | | Ferrari 488 | Front Fenders | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $700.00 | $70.00 | $0.00 |
| S24-379 | | Ferrari 488 Side Valances | & Other Body Parts #265785 | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $550.00 | $55.00 | $0.00 |
| S24-380 | | Ferrari 488 Front | Bumper Cover | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $1,150.00 | $115.00 | $0.00 |
| S24-381 | | Ferrari 488 | Rear Bumper Cover | Cadillac Parts & Restoration DBA. Restoration and Parts #500 | $700.00 | $70.00 | $0.00 |
| S24-382 | | 208R Mudhead Hammerhead Green | SN: L6KHMC212LS001678 SN: A20HMC21BG | Spot Auto #163 | $1,400.00 | $140.00 | $0.00 |
| S24-383 | | 208R Mudhead Hammerhead Blue | SN: L6KHMC218LS001488 SN: A20HMC21BB | Anthony Caruso #371 | $1,300.00 | $130.00 | $0.00 |
| S24-384 | | EFP8 | Four-Post Lift | Ken Busta Auto Sales #121 | $3,182.00 | $318.20 | $0.00 |
| S24-385 | | EFP8 | Four-Post Lift | Salvatore Quattrociocchi #517 | $4,200.00 | $420.00 | $0.00 |
| S24-386 | | Wall Tool Cabinets | & Refrigerator | Spot Auto #163 | $800.00 | $80.00 | $0.00 |
| S24-387 | 2016 | Ez-Go | Golf Cart | Gary Brown #155 | $5,500.00 | $550.00 | $0.00 |
| S24-452 | 1983 | Mercedes-Benz | 500SL | Joseph Berlin #2359 | $34,000.00 | $3400.00 | $0.00 |
| S24-465 | 2005 | Mercedes-Benz | CL65 AMG | Apollo Northeast Sales and Service Inc. #283 | $36,000.00 | $3600.00 | $0.00 |
| S24-477 | 2019 | Mercedes-Benz | G63 AMG | Joe Johnson #2479 | $105,000.00 | $10500.00 | $0.00 |

| Lot | Year | Make | Model | Buyer | Hammer | Premium | Balance |
|---|---|---|---|---|---|---|---|
| S24-525 | 2021 | Mercedes Benz Renntech R3 | AMG GT Black Series | Urbano Motors #287 | $280,000.00 | $28000.00 | $0.00 |
| S24-527 | 2014 | Novitec Ferrari | F12 N-Largo | Mobility Express #526 | $310,000.00 | $31000.00 | $0.00 |
| | | | | Totals: $ | 825,667.00 | $82,566.70 | $0.00 |

Hammer + Buyer Premium: $ 908,233.70
3 Body Panels 3 PCS (Sold @ Auction Separately) $250.00
Total to Wire: $ 908,483.70