| Date | Invoice | Description | Amount |
|------|---------|-------------|--------|
| 6/6/24 | U-Haul | U-Haul to Transport Inventory to Prime Storage | $ 187.47 |
| 6/11/24 | Harbor Freight | Moving blankets & packing tape | $ 513.16 |
| 6/11/24 | Harbor Freight | Moving blankets & packing tape | $ 327.72 |
| 6/11/24 | 474 Aviation Rd | Fuel for vehicle | $ 25.00 |
| 6/13/24 | U-Haul | U-Haul to Transport Inventory to Prime Storage | $ 262.59 |
| 6/17/24 | Homes Depot | Security Camera's & Locks to secure Roglieri house | $ 443.02 |
| 6/19/24 | Colin's Detail Garage | Detail of the G63,F12,AMG GT Black Series | $ 150.00 |
| 6/21/24 | Uline | Packing Peanuts for sculptures | $ 327.96 |
| 6/24/24 | Home Depot | Supplies to build crates for some sculptures | $ 102.12 |
| 6/25/24 | Home Depot | Supplies to build crates for some sculptures | $ 160.79 |
| 6/25/24 | Home Depot | Wood for building crates for sculptures | $ 68.39 |
| 6/26/24 | Sunoco | Gas for U-Haul | $ 27.48 |
| 7/8/24 | Mohawk Chevrolet | Tire Change on AMG Black Series | $ 45.47 |
| 7/23/24 | Home Depot | Duct Tape for Auction Items at Prime Storage | $ 44.17 |
| 7/23/24 | Firefly Arms LLC | Cleaning, Descriptions & Photos of Firearms | $ 200.00 |
| 7/26/24 | U-Haul | U-Haul to Transport Inventory to Prime Storage | $ 180.49 |
| 7/31/24 | Colin's Detail Garage | Cleaning of the G63,F12,AMG GT Black Series | $ 175.00 |
| 8/8/24 | Home Depot | Bubble Wrap, Totes, ad Tape to package artwork/sculptures | $ 168.76 |
| 8/9/24 | Scotty's | Gas for U-Haul | $ 60.00 |
| 8/13/24 | DMV | Duplicate Titles for Roglieri's vehicles (4 titles @ $20 each) | $ 80.00 |
| 8/13/24 | Colin's Detail Garage | Cleaning of the G63,F12,AMG GT Black Series | $ 75.00 |
| 8/14/24 | FedEx | Shipment of paperwork to get duplicate title for Ferrari N-Largo in Montana | $ 47.55 |
| 8/23/24 | Spa City Motors | 2019 Mercedes Benz G63AMG Serviced | $ 273.00 |
| 8/23/24 | Spa City Motors | 2005 Mercedes Benz CL65 Serviced | $ 251.39 |
| 8/26/24 | FedEx | Shipment of paperwork to get duplicate title for Ferrari N-Largo in Montana | $ 47.55 |
| 8/26/24 | MVD | Duplicate title fee in Montana for N-Largo | $ 10.30 |
| 9/3/24 | Spa City Motors | 2021 Mercedes Benz Serviced | $ 536.93 |
| 9/12/24 | Higgins Energy Alternatives | Drive Belt for Go Kart | $ 76.46 |
| 9/16/24 | Joshua Doret | Work on 1983 ME/BE 500SL | $ 1,517.41 |
| 10/9/24 | Prime Storage | Storage for Roglieri Inventory | $ 8,608.31 |
| | | **Total:** | **$14,993.49** |



# U-HAUL® Receipt

**In-Town Return (In)**

Contract No: 84100627
Thursday, June 6, 2024 11:25 AM

MARION AVE MOBIL
48730

33 MARION AVE
SARATOGA SPRINGS, NY
12866

(518) 587-6880

Customer Name:
Megan Hennessey
110 Avenue Of The PNES
Saratoga Springs, NY 12866

Cust Ph - EMail:
(515) 466-0666
megan@saratogaautomuseum.org

Authorized Driver(s): Megan Hennessey, ANDREW
RYAN HENNESSEY
Tax Exempt No: Z23243

Rental Date/Time: 6/4/2024 9:47 AM
Return Date/Time: 6/6/2024 11:17 AM
Chargeable Rental Periods: 3

| Equipment | MI Out | MI In | MI Rate | MI Charge | Coverage | Missing/Damage Charge | Rental Rate | Rental Charge | Actual Charges |
|---|---|---|---|---|---|---|---|---|---|
| JH4392D AH01075-AZ | 107560.0 | 107568.0 | $0.89 x 8.00 MI | $7.12 | Safe Move: $45.00 | $0.00 | $39.95 | $119.85 | $171.97 |

| E | ⅛ | ¼ | ⅜ | ½ | ⅝ | ¾ | ⅞ | F |

| | |
|---|---|
| Environmental Fee: | $3.00 |
| Fuel Charge: 3 GL: | $12.50 |
| Subtotal: | $187.47 |
| Rental Tax: | $0.00 |
| Total Rental Charges | $187.47 |

Card Type:     Account:              Type:     Ref No.:     Approved:
Visa           XXXX-XXXX-XXXX-8564    Payment              969822
Entry Method: Manual    Application Label: Visa    Merchant ID: 4445301830513

Credit Card Payment: $187.47
Net Paid Today: $187.47

- I agree to indemnify, defend and hold harmless U-Haul from and against all claims, damages and expenses resulting from the use of this equipment, including any fraudulant use.
- I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.
- Equipment in Customer's possession may be equipped with a U-Haul Location Tracking Device and/or OEM devices (such as OnStar®). Location information may be accessed for the reasons set forth in the U-Haul Privacy Policy available at uhaul.com/Legal/PrivacyNotice/.

48730

X _____
Megan Hennessey

U-Haul Signature (48730) - ( 48730)

How are we doing? Please go to https://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.

MobileContractClose

# HARBOR FREIGHT
## QUALITY TOOLS · LOWEST PRICES

```
QUEENSBURY  NY #02989
871 ROUTE 9
QUEENSBURY, NY 12804
Telephone: (518) 685-1900
```

### SALE

```
Customer Name:  Saratoga Automobile Museum
Customer Number:          999058294429
```

| Item | | Price |
|---|---|---|
| 58327 40 X 72 MOVING BLANKET | | $434.25E |
| 75 @ $5.79 = $434.25 | | |
| 58324 72 X 80 MOVING BLANKET | | $44.95E |
| 5 @ $8.99 = $44.95 | | |
| 63241 1-7/8X55 CLEAR PKG TAPE 3PK | | $5.99E |
| 58331 5IN X 1000FT STRETCH WRAP | | $9.99E |
| 70241 PACKAGING TAPE GUN | | $8.99E |
| 70241 PACKAGING TAPE GUN | | $8.99E |

```
Subtotal                          $513.16
Tax Exempt No.5721376
DEFAULT TAX RULE 0.000%             $0.00
Total                            $513.16

Debit                            $513 16
  Card No. XXXXXXXXXXXXX8504
  Auth  No. 000745
  US DEBIT
Chip Read
Verified By PIN
Mode: Issuer
AID: A0000000980840
TVR: 8080048000
IAD: 06010A03600000
TSI: 6800
ARC: 00
```

### Please Retain for Your Records

```
Store: 02989    Res: 02    Tran: 354735
Date: 6/11/2024 8:59:29 AM   Assoc: XXXXXX
Ticket: 02354735

        Item(s) Sold: 84
        Item(s) Returned: 0

     Christopher served you today
     Thank you for shopping at
       QUEENSBURY  NY #02989
```

Proof of Purchase Required for Returns/
Exchanges Within 90 Days of Purchase.

```
***************************************
```

# GET EXCLUSIVE DEALS

# HARBOR FREIGHT
## QUALITY TOOLS   LOWEST PRICES

QUEENSBURY  NY #02989
871 ROUTE 9
QUEENSBURY, NY 12804
Telephone: (518) 685-1900

## SALE

Customer Name:  Saratoga Automobile Museum
Customer Number:              999058294429

58324 72 X 80 MOVING BLANKET    $134.85E
   15 @ $8.99 = $134.85
58062 80 X 144 XL MOVING BLANKET $132.93E
   7 @ $18.99 = $132.93
58331 5IN X 1000FT STRETCH WRAP   $59.94E
   6 @ $9.99 = $59.94

Subtotal                        $327.72
Tax Exempt No.5721376
DEFAULT TAX RULE 0.000%           $0.00
**Total**                       **$327.72**

Debit                           $327.72
   Card No  XXXXXXXXXXXX8504
   Auth. No. 002471
   US DEBIT
Chip Read
Verified By PIN
Mode: Issuer
AID: A0000000980840
TVR: 8080048000
IAD: 06010A03608000
TSI: 6800
ARC: 00

Please Retain for Your Records

Store: 02989    Reg: 02    Tran: 354788
Date: 6/11/2024 11:53:56 AM  Assoc: XXXXXX
Ticket: 02354788

Item(s) Sold: 28
Item(s) Returned: 0

Christopher served you today
Thank you for shopping at
QUEENSBURY NY #02989

Proof of Purchase Required for Returns/
Exchanges Within 90 Days of Purchase.

*******************************************
# GET EXCLUSIVE DEALS
Sign up today at HarborFreight.com/email
or Text TOOLS to 34648



# U-HAUL® **Receipt**

In-Town Return (in)

(518) 587-5880

Contract No: 85441357
Thursday, June 13, 2024 10:16 AM

MARION AVE MOBIL
48730

33 MARION AVE
SARATOGA SPRINGS, NY
12866

Customer Name:
Megan Hennessey
110 Avenue of the pines
SARATOGA SPRINGS, NY 12866

Cust Ph - EMail:
(518) 469-0606
megan@saratogaautomu
seum.org

Authorized Driver(s): Megan Hennessey
Tax Exempt No: 223243

Rental Date/Time: 6/10/2024 3:59 PM
Return Date/Time: 6/13/2024 10:13 AM
Chargeable Rental Periods: 3

| Equipment | MI Out | MI In | MI Rate | MI Charge | Coverage | Missing/Damage Charge | Rental Rate | Rental Charge | Actual Charges |
|---|---|---|---|---|---|---|---|---|---|
| JH4382D AH01075-AZ | 107695.0 | 107761.0 | $0.89 x 66.00 MI | $58.74 | Safe Move: $45.00 | $0.00 | $39.95 | $119.65 | $223.59 |
| Utility Dolly: (1) | | | | | | $0.00 | $5.00 | $21.00 | $21.00 |
| Furniture Pads (Dozen): (6) | | | | | | $0.00 | $5.00 Per 6 Pads | $15.00 | $15.00 |



| | | | | |
|---|---|---|---|---|
| Environmental Fee: | $3.00 |
| Subtotal: | $262.59 |
| Rental Tax: | $0.00 |
| Total Rental Charges | $262.59 |

Card Type: Visa
Account: XXXX-XXXX-XXXX-8504
Entry Method: Manual
Type: Payment
Application Label: Visa
Ref No.: 935800
Merchant ID: 4445001830513
Approved:

**Credit Card Payment:** $262.59
**Net Paid Today:** $262.59

* I agree to indemnify, defend and hold harmless U-Haul from and against all claims, damages and expenses resulting from the use of this equipment, including any fraudulent use.
* I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.
* Equipment in Customer's possession may be equipped with a U-Haul Location Tracking Device and/or OEM devices (such as OnStar®). Location information may be accessed for the reasons set forth in the U-Haul Privacy Policy available at uhaul.com/Legal/PrivacyNotice/.

48730

X _____
Megan Hennessey

U-Haul Signature (48730) - ( 48730)

How are we doing? Please go to https://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.

MobileContractClose



## Order #WM72894868

Placed on: Jun 17, 2024

## Billing Information

**Megan Hennessey**
110 Avenue Of The Pnes
SARATOGA SPRINGS NY 12866

Payment Method: VISA ***8504

| Item | Price/Item | Qty | Line Total |
|------|-----------|-----|-----------|
| **Store Pickup (4 Items)** 3043 Route 50 #1223, Saratoga Springs, NY 12866 **Items picked up from store #1223** | | | |
| **Everbilt** 3/8 in. x 3 ft. Case Hardened Yellow Zinc Plated Anti-Theft Security Chain  Available: Today | $24.58 | 1 | $24.58 |
| **Master Lock** Outdoor Combination Lock, 1-1/2 in. Shackle, Resettable  Available: Today | $18.48 | 1 | $18.48 |
| **Ring** Stick Up Cam Battery - Wireless Camera Indoor/Outdoor Smart Security Wi-Fi Video with 2-Way Talk, Night Vision, Black  Available: Today | $99.99 | 1 | $99.99 |
| **Ring** Stick Up Cam Plug-In -Wired Camera Indoor/Outdoor Smart Security Wi-Fi Video with 2-Way Talk, Night Vision, Black  Available: Today | $99.99 | 3 | $299.97 |

| | | |
|---|---|---|
| Subtotal | | $443.02 |
| Pick Up In Store | | FREE |
| Delivery | | $0.00 |
| Sales Tax | | $0.00 |
| **Total** | | **$443.02** |
| You Saved | | $0.00 |

**Need help?**
Online Customer Support:        Call 7 days a week:
1-800-430-3376                       6 a.m. to 2 a.m. EST

·

**Download Our App**

**How can we help?**
Call 1-868-333-3551 | Text 78465

Stores  |  ©2000-2024 Home Depot  |  Privacy & Security Statement  |  Terms  |  My Preference Center  |  California Privacy Rights & Report  |  Limit the Use of My Sensitive Personal Information  |
Do Not Sell or Share My Personal Information  |  California Supply Chain Act

# INVOICE

**Colin's Detail Garage**
765 Saratoga Road
Burnt Hills, New York 12019

colinfenton09@gmail.com
+1 (518) 360-5211

## SAM

**Bill to**
SAM

**Invoice details**
Invoice no.: 143
Invoice date: 06/19/2024
Due date: 07/19/2024

| # | Date | Product or service | Description | SKU | Qty. | Rate | Amount |
|---|------|--------------------|-------------|-----|------|------|--------|
| 1. | | Details | G63/F12/GT-BS | | | $150.00 | $150.00 |
| | | | | Total | | | **$150.00** |

## Ways to pay

     BANK

## Note to customer

Good morning! I didn't remember until I was in yesterday that I didnt
bill you for the G63 wash and the two other cars. Thank you

**Pay invoice**

# ULINE

**1-800-295-5510**
uline.com

**ORDER CONFIRMATION**

**ORDER # 21515094**
**PO # MEGAN**
**SHIPMENT 1 of 1**

## Thank you for your order!

**SOLD TO:** SARATOGA AUTO MUSEUM
110 AVENUE OF THE PNES
SARATOGA SPRINGS NY 12866
US

**SHIP TO:** SARATOGA AUTO MUSEUM
110 AVENUE OF THE PNES
SARATOGA SPRINGS NY 12866-6220
US

| CUSTOMER NUMBER | SHIP VIA | ORDER DATE | SHIP DATE | TERMS |
|---|---|---|---|---|
| 10255747 | MOTOR FREIGHT - A DUIE PYLE | 06/21/24 | 06/21/24 | NET 30 |

| QUANTITY | U/M | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 5 | BG | S-15245 | BIODEGRADABLE PEANUTS 20 CU FT | 29.00 | 145.00 |
| 1 | CT | S-7632SIL | 12X15 SIL DIE CUT HNDL BG 500/CT | 55.00 | 55.00 |

| SUB-TOTAL | SALES TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| 200.00 | .00 | 127.96 | 327.96 |

**NOTE:**

SHIPMENT #1 SHIPPED 06/21/24

ATTENTION: MEGAN HENNESSEY

TRACK YOUR ORDERS ON ULINE.COM/TRACK



How doers
get more done.

```
3043 RTE.50 SARATOGA SPR.NY.518-581-6480
        THANK YOU FOR YOUR BUSINESS

1223  00051  19045    06/24/24  06:10 PM
SALE SELF CHECKOUT

851414002483 50FT FOAM <A>         14.98
  50' DISH FOAM ROLL
817423016675 DISH FOAM <A>         24.98
  24INX50FT DISH FOAM
764666103191 15/8CSDWSC1# <A,S>
  1-5/8" COARSE DRYWALL SCREW 1 LB
  205.97                           11.94
095421070121 MAGNET <A>
  MAGNET TAPE 1/2X10FT 1ROLL
  209.28                           18.56
764666106246 3"FNDWLSCW5# <A>      24.98
  3" FINE DRYWALL SCREW 5 LB

            SUBTOTAL               95.44
            SALES TAX               6.68
            TOTAL                $102.12
XXXXXXXXXXXXX8504 DEBIT
                              USD$ 102.12
AUTH CODE 001249
Chip Read               Verified By PIN
AID A0000000980840           US DEBIT

      PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-5185 SUMMARY

2024 PRO XTRA SPEND 06/23:    $406 72
```

As of 06/24/2024 your Paint Rewards
level is Member; Spend 990.02 more in
qualifying paint purchases to earn
Bronze (10.0% off) on select paint
items.

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit

## 1223  06/24/24  06:10 PM

```
1223 51 19045 06/24/2024 8814
      RETURN POLICY DEFINITIONS
    POLICY ID   DAYS   POLICY EXPIRES ON
A      1         90        09/22/2024
```

**************************************
       DID WE NAIL IT?

Take a short survey for a chance TO WIN
    A $5,000 HOME DEPOT GIFT CARD

          Opine en español

     www.homedepot.com/survey

    User ID: H88 39602 38430
    PASSWORD: 24324 38379

Entries must be completed within 14 days
 of purchase. Entrants must be 18 or
 older to enter. See complete rules on
        website. No purchase necessary.



now doers
get more done.

2?    ..... SARATOGA SPR.NY.518-581-6480
    THANK YOU FOR YOUR BUSINESS

1223  00002  47429    06/25/24  09:16
SALE CASHIER SCOTT

0000-161-640 2X4-96 KD-HT <A>
   2X4 ... WHITEWOOD KD-HT STUD
    24@3.73                      89.52
030699207442 CORNER BRACE <A>
   BRACE, CORNER DBLWIDE 2.5" ZINC 2PK
    3@3.47                       10.41
0000-386-081 7/16 OSB <A>
   7/16 4X8 OSB
    3@16.78                      50.34

              SUBTOTAL          150.27
              SALES TAX          10.52
              TOTAL            $160.79
xxxx xxxxxxxx956. VISA
                                USD$
AUTH DE 006860/0021193
Chip Read
ATD # 00400031010               11

    06/25/24  09:1

        221 00 47429 06/25/2024 10:

    RETURN POLICY DEFINITIONS
   POLICY ID   DAYS   POLICY EXPIRATION
    A    1      90       09/23/2024

**********************  ********************
    DID WE NAIL IT?

Take a short survey for a chance TO WIN
   $5,000 HOME DEPOT GIFT CARD

       Opine en español

    www.homedepot.com/survey

    User ID: H89 96370 95149
    PASSWORD: 24325 95147

   must be completed within 14 days
   chase  ...trants must be 18 or
   ... to ...   See complete rules on
website ... purchase necessary.



How doers
get more done.

820 ROUTE 9, QUEENSBURY, N.Y. 12804
STORE MGR: MICHAEL QUALITERO

6160  00018 95390    06/25/24  12:07 PM
SALE CASHIER LUCA

U88991551107 7/16 OSB <A>
    7/16 4X8 OSB
    4@15.98                              63.92

            SUBTOTAL        63.92
            SALES TAX        4.47
            TOTAL          $68.39
XXXXXXXXXXXXX7725 MASTERCARD

                            USD  68.39
AUTH CODE 100479/0180083
Chip Read
AID A00000000422C3          US Debit

6160  06/25/24   12:07 PM

61   18 95390 06/25/24 5149

        RETURN POLICY DEFINITIONS
    POLICY ID    DAYS    POLICY EXPIR
    A        1      90      09/23/

*****************   *   *********
        DID WE NAIL IT?

Take a short survey for a chance to WIN
    A $5,000 HOME DEPOT gift card

        Opine en español

        www.homedepot.com/survey

        User ID: S 1972   910 7
        PASSW    : 24325 191069

Entries must be completed within 14 days
    of purchase. Entrants must be 18 or
    older to enter. See complete rules on
    website. No purchase necessary.

WELCOME
TO SUNOCO

DATE 6/26/24 9:58
TRAN#9038840
PUMP# 03
SERVICE LEVEL: SELF
PRODUCT: Unleaded
GALLONS:        8.180
PRICE/G:        $3.359
FUEL SALE       $27.48
   DEBIT        $27.48

USD$27.48
Payment from
Primary Account
************9781
Entry: Chip Read
AppName: US DEBIT
AuthNet: PULSE
MODE: Issuer
AID: A0000000980840
Auth #: 9
Resp Code:
Stan: 1223    /35
Invoice #     281
Shift #: 1
Store # ************
****

Verified By PIN
No Signature Needed

LOTTO, COLD BEER,
AND CIGS AVAILABLE.

CUSTOMER #: 121712　　　　　　　　**564868**　　　　
MOHAWK CHEVROLET

*INVOICE*

639 State Route 67
Ballston Spa, NY 12020
(518) 371-5400 · Fax (518)371-6067
www.mohawkchevrolet.com

SARATOGA CAR MUSEM
110 AVE OF THE PINES
SARATOGA SPRINGS, NY 12866
HOME:518-222-8383  CONT:518-222-8383　　　　PAGE 1
BUS:　　　　　CELL:

N.Y. REPAIR SHOP # 7126308

SERVICE ADVISOR:  316 DOMINICK VITTI

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|----------------|-----|
| | 21 | MERCEDES-BENZ AMG GT | W1KYJ8BA5MA041623 | | 7528/7529 | T6489 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|-------|------|---------|-----------|
| 01JAN21 DD | 01JAN2024 | | WAIT 08JUL24 | | 199.00 | CASH | 08JUL24 |

| R.O. OPENED | READY | OPTIONS: | DLR:313071 ENG:4.0_Liter_Twin_Turbo |
|-------------|-------|----------|-------------------------------------|
| 10:05 08JUL24 | 10:58 08JUL24 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|
| A | MOUNT AND BALANCE 1 TIRE | | | | | | | |

CAUSE: MOUNT AND BALANCE 1 TIRE
　　　MB1 MOUNT AND BALANCE 1 TIRE

| | 368 | C | | | | | 39.99 | 39.99 |
| | 1 | WW WHEEL WEIGHT | | | | 2.50 | 2.50 | 2.50 |

PARTS:　　2.50  LABOR:　　39.99  OTHER:　　0.00   TOTAL LINE A:　42.49

mounted and balanced right rear tire
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

B MULTIPOINT INSPECTION
　　MPI MULTIPOINT INSPECTION

| | 368 | C | | | | | 0.00 | 0.00 |

PARTS:　　0.00  LABOR:　　0.00  OTHER:　　0.00   TOTAL LINE B:　　0.00
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

0　　　　　　　　　　　　　　　　　　　　　　　　　　2.98

I, THE CUSTOMER, ACKNOWLEDGE PURSUANT TO OUR AGREEMENT THAT ALL WARRANTIES, EXCEPT THE LIMITED WARRANTY HEREIN, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY DISCLAIMED BY YOU, THE REPAIR SHOP. I REALIZE THESE REPAIRS ARE COVERED BY A LIMITED WARRANTY, LABOR AND PARTS FOR 90 DAYS OR 4,000 MILES, WHICHEVER COMES FIRST. THIS LIMITED WARRANTY IS EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED. I ACKNOWLEDGE THAT YOUR LIABILITY IS LIMITED SOLELY TO REPAIR OR REPLACEMENT UNDER THE LIMITED WARRANTY HEREIN FOR THE PERIOD STATED. YOU SHALL NOT BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, TIME, PROFITS OR INCOME, OR FOR ANY INCONVENIENCE.

**NOTICE:** WE RESERVE THE RIGHT TO CHARGE A REASONABLE FEE FOR HAZARDOUS WASTE REMOVAL.

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 39.99 |
| PARTS AMOUNT | 2.50 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 42.49 |
| LESS DISCOUNT | 0.00 |
| SALES TAX | 2.98 |
| **PLEASE PAY THIS AMOUNT** | **45.47** |

CUSTOMER SIGNATURE

CUSTOMER COPY



How doers
get more done.

3043 RTE.50 SARATOGA SPR.NY.518-581-6480
THANK YOU FOR YOUR BUSINESS

1223  00051  89303     07/23/24   12:13 PM
SALE SELF CHECKOUT

076308731557 3920WH <A>
  3M WHITE DUCT TAPE 20YD 1PK
  3@5.78                              17.34
051115036835 2090 <A>
  SCOTCHBLUE 1.88" 2090
  3@7.98                              23.94

                    SUBTOTAL          41.28
                    SALES TAX          2.89
                    TOTAL            $44.17
XXXXXXXXXXXXX9701 DEBIT

                              USD$  44.17
AUTH CODE 001512
Chip Read                    Verified By PIN
AID A0000000980840           US DEBIT



1223 07/23/24 12:13 PM

1223 51 89303 07/23/2024 3407
        RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
     A      1     90       10/21/2024

************************************
       DID  WE  NAIL  IT?
Take a short survey for a chance TO WIN
   A $5,000 HOME DEPOT GIFT CARD

          Opine en español

       www.homedepot.com/survey

    User ID: H88 180118 178946
    PASSWORD: 24373 178895

Entries must be completed within 14 days
 of purchase. Entrants must be 18 or
 older to enter. See complete rules on
    website. No purchase necessary.

**Firefly Firearms LLC**
1216 Libby Avenue
Schenectady, NY 12309
5182252035

# INVOICE

| | |
|---|---|
| **Invoice #:** | 4330 |
| **Invoice Date:** | 07/23/24 |
| **Amount Due:** | $200.00 |

**Bill To:**

Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs, NY 12866
United States

| Due Date |
|---|
| 07/23/24 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Firearm prep for sale | Cleaning, descriptions, and photos of firearms. Further photos will be added at client request. No extra charge for photo request up to 10 photos per firearm if needed. $25 per firearm normal charge, discounted to $200 for grouped items, x2 files sent via email including all photos and descriptions | 1 | $200.00 | $200.00 |

| | |
|---|---|
| **Subtotal:** | $200.00 |
| **Sales Tax:** | $0.00 |
| **Total:** | $200.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $200.00 |

# U-HAUL® **Receipt**

**In-Town Return (In)**

**Contract No:** 87318663
Wednesday, June 26, 2024 6:35 PM

SPA CITY MOTORS
30763

2109 DOUBLEDAY AVE
BALLSTON SPA, NY 12020

(518) 309-8145

**Customer Name:**
WILLIAM WINDHAM
67 Tisdale Ln
Clifton Park, NY 12065

**Cust Ph - EMail:**
(406) 599-7083
bill.windam@saratoga
automuseum.org

**Authorized Driver(s):** WILLIAM WINDHAM

**Rental Date/Time:** 9/24/2024 11:30 AM
**Return Date/Time:** 9/26/2024 11:30 AM
**Chargeable Rental Periods:** 2

| Equipment | MI Out | MI In | MI Rate | MI Charge | Coverage | Missing/Damage Charge | Rental Rate | Rental Charge | Actual Charges |
|-----------|--------|-------|---------|-----------|----------|----------------------|-------------|---------------|----------------|
| TT4727F AG63222-AZ | 138970.0 | 139036.0 | $0.89 x 66.00 MI | $58.74 | Safe Move: $30.00 | $0.00 | $39.95 | $79.90 | $168.64 |

E ¼ ¼ ⅜ ½ ⅝ ¾ ⅞ F

**Card Type:**  **Account:**    **Type:**  **Ref No.:**  **Approved:**
Visa    XXXX-XXXX-XXXX-8504    Payment    957727
**Entry Method:** Manual   **Application Label:** Visa   **Merchant ID:** 4445066687467

| | |
|---|---|
| Environmental Fee: | $2.00 |
| Subtotal: | $170.64 |
| Rental Tax: | $9.85 |
| Total Rental Charges | $180.49 |
| Credit Card Payment: | $180.49 |
| Net Paid Today: | $180.49 |

- I agree to indemnify, defend and hold harmless U-Haul from and against all claims, damages and expenses resulting from the use of this equipment, including any fraudulent use.
- I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.
- Equipment in Customer's possession may be equipped with a U-Haul Location Tracking Device and/or OEM devices (such as OnStar®). Location information may be accessed for the reasons set forth in the U-Haul Privacy Policy available at uhaul.com/Legal/PrivacyNotice/.

REYNOLDS350

X
WILLIAM WINDHAM

U-Haul Signature (30763) - ( REYNOLDS350)

How are we doing? Please go to https://www.uhaul.com/review and let us know if you received the level of quality and service you expect from this U-Haul location.

MobileContractClose



# U-HAUL® Equipment Contract

**In-Town Rental (Out)**

| | |
|---|---|
| **Contract No:** 87316663 | **Equipment:** |
| Monday, June 24, 2024 11:30 AM | TT 4727F |

**Dispatched From:** 30763
**Safe-Protection:** (YES)

**Roadside Assistance:**

**Customer Name:**
WILLIAM WINDHAM
67 Tisdale Ln
Clifton Park, NY 12065

(406) 599-7063
DL xxxx4107, MT 1024
bill.windam@saratoga
automuseum.org

**Renting Location:**
SPA CITY MOTORS - (30763)
2109 DOUBLEDAY AVE
BALLSTON SPA, NY 12020
(518) 309-6145

**Authorized Driver(s):** WILLIAM WINDHAM

U-Haul App

**Rental Out Date/Time:**
6/24/2024 11:30 AM

**Rental Due Date/Time:**
6/26/2024 11:30 AM

If you return after store hours please verify your equipment return on your mobile device using the U-Haul App. Or you can choose to have a U-Haul Representative verify it for you the next business day. There is a $20.00 convenience fee for this option

- Failure to return the equipment by the Rental Due time may result in additional charges.

| Equipment | MI Out | MI Rate | MI Charge | Coverage | Rental Rate | Rental Charge | Estimated Charges |
|---|---|---|---|---|---|---|---|
| TT4727F AG63222-AZ | 138970.0 | $0.89 x 75.00 MI | $66.75 | Safe Move: $30.00 | $39.95 | $79.90 | $176.65 |

REGULAR CHECK-IN - EMAIL ON FILE
**Fuel Tank Capacity: 40 Gallons**



Estimated Gallons needed to return to dispatched level of 1/2

| Card Type: | Account: | Type: | Ref No.: | Approved: |
|---|---|---|---|---|
| Visa | XXXX-XXXX-XXXX-8504 | Preauth | 417614268364 | 957727 |

The bank has placed a HOLD for 169.06 on your account. This hold may appear on your statement. U-Haul will not charge/credit your card until you return the equipment and your rental charges are calculated. If the actual rental charges exceed the held amount, or if your rental is extended, U-Haul may charge the original amount and authorize a second amount for the estimated balance.
**Entry Method:** Manual    **Application Label:** Visa    **Merchant ID:** 4445066687467

| | |
|---|---|
| Estimated Environmental Fee: | $2.00 |
| Estimated Subtotal: | $176.65 |
| Estimated Rental Tax: | $10.41 |
| Estimated Charges Paid: | $0.00 |
| Estimated Total Charges: | $189.06 |
| Credit Card Authorization Amount: | $189.06 |
| Net Paid Today: | $0.00 |

- Customer agrees to verify U-Haul Vehicle's fuel level before leaving the premises and return it with the same amount of fuel. Customer agrees to pay a $5.00 per gallon convenience fee for the estimated fuel not replaced and an additional $30.00 service fee if returned with less than 1/4 tank. Company does not reimburse if U-Haul Vehicle is returned with more fuel than the amount at dispatch. Company does reimburse for motor oil (save receipts).
- I understand that I am financially responsible for at least the first $150.00 of new damage to Equipment TT4727F. I further understand that there is a $250.00 deductible for new damage caused by collision with an overhead object.
- I agree to indemnify, defend and hold harmless U-Haul from and against all claims, damages and expenses resulting from the use of this equipment, including any fraudulent use.
- I understand that this equipment must be returned to the same U-Haul location where it was rented. I understand that the minimum rental charge for equipment returned to a different location is twice the amount of the current One Way rate from this U-Haul location to the actual drop-off location.
- Customer understands Equipment is water resistant and not waterproof.
- Customer agrees they have received and are responsible for fully reading, understanding, and complying with applicable U-Haul User Instructions before and while operating Equipment.
- Watch for overhead objects and lock the cargo box.
- CUSTOMER ACKNOWLEDGES AND AGREES THAT THIS U-HAUL EQUIPMENT CONTRACT IS SUBJECT TO THE U-HAUL ARBITRATION AGREEMENT, HEREBY INCORPORATED BY REFERENCE AND AVAILABLE AT UHAUL.COM/LEGAL/ARBITRATION OR FROM THEIR LOCAL U-HAUL REPRESENTATIVE. THAT GOVERNS ANY DISPUTES BETWEEN THEM AND U-HAUL. THIS ARBITRATION AGREEMENT WILL: 1) ELIMINATE CUSTOMER'S RIGHT TO A JURY TRIAL; AND 2) SUBSTANTIALLY AFFECT CUSTOMER'S RIGHTS, INCLUDING PREVENTING CUSTOMER FROM BRINGING, JOINING, OR PARTICIPATING IN CLASS ACTION OR CONSOLIDATED PROCEEDINGS. CUSTOMER ACKNOWLEDGES THE APPLICABLE U-HAUL ARBITRATION AGREEMENT IS THAT WHICH IS IN EFFECT AS OF THE DATE OF THIS TRANSACTION.
- Customer acknowledges they have received, understand, and agree to all terms and conditions of this U-Haul Equipment Contract and the Rental Contract Addendum.
- The failure to timely return Equipment as stated herein shall be a material breach and shall constitute theft, conversion, or another crime subject to applicable law. If Company is required to recover Equipment, Company will provide Customer notice at their provided contact information. Upon service of notice, Customer shall contact Company within 72 hours to remove any Cargo. If Customer does not contact Company within that time, Customer agrees Company will dispose of all Cargo at Company's sole discretion and cost.
- "AUTHORIZED DRIVER" – Any driver listed on the U-Haul Equipment Contract as authorized by Company to operate Equipment. "UNAUTHORIZED DRIVER" – Anyone NOT listed on the U-Haul Equipment Contract as an "Authorized Driver."
- The operation of a U-Haul Vehicle by any Unauthorized Driver shall constitute non-permissive use of the Equipment, and such use is expressly prohibited by this Agreement.
- Customer acknowledges they received a text/email to their provided contact information, which provides Customer the opportunity to acknowledge Equipment's condition, cleanliness, mileage, license plate, and fuel at the time of the rental. If Customer does not respond, Customer hereby accepts Equipment as represented in the text/email. Customer agrees they are responsible for any and all damage, cleaning, mileage, and fuel charges as determined by Company upon return of Equipment.
- Equipment in Customer's possession may be equipped with a U-Haul Location Tracking Device and/or OEM devices (such as OnStar®). Location information may be accessed for the reasons set forth in the U-Haul Privacy Policy available at uhaul.com/Legal/PrivacyNotice/

kh030763k

X _____
WILLIAM WINDHAM

U-Haul Signature (30763) - ( kh030763k)

**Questions or need help? Call me.** _____    (518) 309-6145

69461162(H) 03/17
PointOfSale

10/9/24, 12:56 PM

**Colin's Detail Garage**
862 Saratoga Road
Ballston, NY 12019
5183605211

# INVOICE

| | |
|---|---|
| **Invoice #:** | 144 |
| **Invoice Date:** | 07/31/24 |
| **Amount Due:** | $175.00 |

**Bill To:**

Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs, NY 12866
United States

| Due Date |
|---|
| 07/31/24 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Car Detailing | Amg BS, G63, F12 cleaning | 1 | $175.00 | $175.00 |

| | |
|---|---|
| **Subtotal:** | $175.00 |
| **Sales Tax:** | $0.00 |
| **Total:** | $175.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $175.00 |

To pay online, go to https://app02.us.bill.com/p/00802DURWNQQDVA36g3c



*Rosher: moving Anastin*

## How doers get more done.

820 ROUTE 9, QUEENSBURY, N.Y. 12804
STORE MGR: MICHAEL QUALITERO

6160  00052  68354    08/08/24  02:22 PM
SALE CASHIER STEVE

810016118657 3/16X24X90HB <A>
  3/16X24X90 FT. HEMI CLEAR BUBBLE
  2@31.98                              63.96
840254200463 17G CLR/YLW <A>
  HDX 17G TOUGH TOTE - CLEAR/YELLOW
  6@14.98                              89.88
638060855010 BOXLOCK <A,S>             3.88
  SCOTCH BOX LOCK 54YDS RD 1PK

               SUBTOTAL        157.72
               SALES TAX        11.04
               TOTAL          $168.76
XXXXXXXXXXXXX8504 DEBIT

                            USD$ 168.76
AUTH CODE 000631
Chip Read               Verified By PIN
AID A0000000980840          US DEBIT

       PRO XTRA MEMBER STATEMENT

  PRO XTRA ###-###-5185 SUMMARY

  2024 PRO XTRA SPEND 08/07:    $516.13

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit

6160  08/08/24  02:22 PM

6160 52 68354 08/08/2024 5457
       RETURN POLICY DEFINITIONS
       POLICY ID    DAYS    POLICY EXPIRES ON
  A       1          90         11/06/2024

```
            WELCOME TO
             SCOTTY'S
              EXIT 16
            WILTON NY
           [518] 584-1444
              Sunoco
           215 Ballard Rd
            Wilton  NY
              12831


    DATE 8/9/24 11:32
    TRAN# 9047364
    PUMP# 04
    SERVICE LEVEL: SELF
    PRODUCT: UNLD
    GALLONS:      16.221
    PRICE/G:      $3.699
    FUEL SALE     $60.00
       DEBIT      $60.00


    US DEBIT
    USD$60.00
    Payment from
    Primary Account
    ************8504
    Entry: Chip Read
    APP LABEL: US DEBIT
    AuthNet: INTERLNK
    MODE: Issuer
    AID: A0000000980840
    Auth #: 902554
    Resp Code: 000
    Stan: 29846553154
    Invoice #: 229098
    Shift #: 1
    Store # ************
    ****


    Verified By PIN
    No Signature Needed




       THANK YOU FOR
     SHOPPING WITH US
```

New York State
Department of Motor Vehicles

DUPLICATE TITLE
$20.00

SERVICE
AMOUNT PAID

PLATE    REG TYPE    YR    MAKE    REG EXPIRES
                2005 ME/BE

VIN    WDBPJ79J35A046485
SURRENDER DATE
ITEMS SURRENDERED

ROGLIERI, KRIS, DANIEL
110 AVE OF THE PINES
SARATOGA SPGS    NY    12866

5984807H AUG 13 2024
LRS SPA952    20240813124218

5984807H

FS-6T (1/21)    COMMISSIONER OF MOTOR VEHICLES    PART 2

---

New York State
Department of Motor Vehicles

DUPLICATE TITLE
$20.00

SERVICE
AMOUNT PAID

PLATE    REG TYPE    YR    MAKE    REG EXPIRES
                2005 ME/BE

ROGLIERI, KRIS, DANIEL
110 AVE OF THE PINES
SARATOGA SPGS    NY    12866

VIN    WDBPJ79J35A046485
SURRENDER DATE
ITEMS SURRENDERED

VISA 8592 322284    20.00
                5984807H AUG 13 2024
                LRS SPA952

5984807H

FS-6T (1/21)    COMMISSIONER OF MOTOR VEHICLES    PART 1

New York State
Department of Motor Vehicles

SERVICE     DUPLICATE TITLE
AMOUNT PAID           $20.00

PLATE     REG TYPE     YR     MAKE     REG EXPIRES
                     1983    ME/BE

VIN   WDB10704612002915
SURRENDER DATE
ITEMS SURRENDERED

ROGLIERI, KRIS, D
110 AVE OF THE PINES
SARATOGA SPGS   NY   12866

VISA  8592 419935    20.00
                5984808H  AUG  13  2024
                LRS SPA952

5984808H
COMMISSIONER OF MOTOR VEHICLES     PART 1

---

New York State
Department of Motor Vehicles

SERVICE     DUPLICATE TITLE
AMOUNT PAID           $20.00

PLATE     REG TYPE     YR     MAKE     REG
                     1983    ME/BE

VIN   WDB10704612002915
SURRENDER DATE
ITEMS SURRENDERED

ROGLIERI, KRIS, D
110 AVE OF THE PINES
SARATOGA SPGS   NY   12866

5984808H  AUG  13  2024
          20240813124505
LRS SPA952

5984808H
FS-6T (1/21)     COMMISSIONER OF MOTOR VEHICLES     PART 2

New York State
Department of Motor Vehicles

SERVICE
AMOUNT PAID

DUPLICATE TITLE
$20.00

PLATE    REG TYPE    YR    MAKE    REG EXPIRES

2019 ME/BE

VIN    WDCYC7HJ9KX303170
SURRENDER DATE
ITEMS SURRENDERED

ROGLIERI, KRIS, DANIEL
110 AVE OF THE PINES
SARATOGA SPGS    NY    12866

5984806H AUG 13 2024
LRS SPA952    2024081313123902

5984806H

FS-6T (1/21)    COMMISSIONER OF MOTOR VEHICLES    PART 2

---

New York State
Department of Motor Vehicles

SERVICE
AMOUNT PAID

DUPLICATE TITLE
$20.00

PLATE    REG TYPE    YR    MAKE    REG EXPIRES

2019 ME/BE

ROGLIERI, KRIS, DANIEL
110 AVE OF THE PINES
SARATOGA SPGS    NY    12866

VIN    WDCYC7HJ9KX303170
SURRENDER DATE
ITEMS SURRENDERED

VISA 8592 424406    20.00
5984806H AUG 13 2024
LRS SPA952

5984806H

FS-6T (1/21)    COMMISSIONER OF MOTOR VEHICLES    PART 1

New York State
Department of Motor Vehicles



DUPLICATE TITLE
$20.00

SERVICE
AMOUNT PAID

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|---|---|---|---|---|
| | | 2021 | ME/BE | |

VIN   W1KYJ8BA5MA041623
SURRENDER DATE
ITEMS SURRENDERED

ROGLIERI, KRIS, DANIEL
110 AVE OF THE PINES
SARATOGA SPGS   NY    12866

5984809H AUG 13 2024
LRS SPA952        20240813124759

5984809H

FS-6T (1/21)    COMMISSIONER OF MOTOR VEHICLES        PART 2

---

New York State
Department of Motor Vehicles

DUPLICATE TITLE
$20.00

SERVICE
AMOUNT PAID

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|---|---|---|---|---|
| | | 2021 | ME/BE | |

ROGLIERI, KRIS, DANIEL
110 AVE OF THE PINES
SARATOGA SPGS   NY    12866

VIN   W1KYJ8BA5MA041623
SURRENDER DATE
ITEMS SURRENDERED

VISA 8592 417606    20.00
5984809H AUG 13 2024
LRS SPA952

5984809H

FS-6T (1/21)    COMMISSIONER OF MOTOR VEHICLES        PART 1

**Colin's Detail Garage**
862 Saratoga Road
Ballston, NY 12019
5183605211

# INVOICE

| | |
|---|---|
| **Invoice #:** | 145 |
| **Invoice Date:** | 08/13/24 |
| **Amount Due:** | $75.00 |

**Bill To:**

Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs, NY 12866
United States

| Due Date |
|---|
| 08/13/24 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Car Detailing | Amg BS, G63, F12 cleaning | 1 | $75.00 | $75.00 |

| | |
|---|---|
| **Subtotal:** | $75.00 |
| **Sales Tax:** | $0.00 |
| **Total:** | $75.00 |
| **Payments:** | $0.00 |
| **Amount Due:** | $75.00 |

To pay online, go to https://app02.us.bill.com/p/00802DURWNQQDVA36g3c

 **Shipment Receipt**

**Address Information**
**Ship from:**

Molly Knott
Saratoga Automobile Museum
110 Ave of the Pines

SARATOGA SPRINGS, NY 12866
US
5185871935 –
molly@saratogaautomuseum.org

**Ship to:**

State of Montana
Montana Department of Motor Vehicle
PO Box 201431

HELENA, MT 59620
US
4064443881 --
mvdtitleinfo@mt.gov

**Shipment Information**
Tracking number:          777974511177
Ship date:                     Aug 14, 2024
Your estimated rate:      $47.55 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx Standard Overnight®
Packaging type: FedEx Envelope
No. of packages: 1
Declared value: $0.00 USD
Customs value: $0.00 USD
Special services: None specified
Pickup/Drop-off: Drop-off at FedEx location
Pickup number:

**Billing Information**
Payment method: Credit Card - VISA: ************8504

Thank you for shipping online with FedEx.
Please note
FedEx will not be responsible for any claim in excess of $100 per package, whether the
result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you
declare a higher value, pay an additional charge, document your actual loss and file a
timely claim. Limitations found in the current FedEx Service Guide apply. Your right to
recover from FedEx for any loss, including intrinsic value of the package, loss of sales,
income interest, profit, attorney's fees, costs, and other forms of damage whether
direct, incidental, consequential, or special is limited to the greater of $100 or the
authorized declared value. Recovery cannot exceed actual documented loss.
Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals,
negotiable instruments and other items listed in our Service Guide. Written claims must
be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your
shipment. Differences may occur based on actual weight, dimensions, and other
factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for
details on how shipping charges are calculated.

**Spa City Motors**
2109 Double Day Ave
Ballston Spa, NY  12020 USA
5182883583
cbusta@spacitymotors.net

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Saratoga Auto Museum | Saratoga Auto Museum |
| Saratoga Automobile Museum | Saratoga Automobile Museum |
| 110 Ave of The Pines | 110 Ave of The Pines |
| Saratoga Springs, NY  12866 | Saratoga Springs, NY  12866 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| sale2160 | 08/23/2024 | $273.00 | 09/22/2024 | Net 30 | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Labor Rate customer | Serviced vehicle went thru and corrected scratches and gashes in topcoat. re set all service lights and checked vehicle over mechanically | 1 | 120.00 | 120.00 |
| Non Inventory Part | Oil Filter WL10077 | 1 | 23.00 | 23.00 |
| Non Inventory Part | Oil 5w40 10 qts | 1 | 130.00 | 130.00 |

2019 Mercedes-Benz G63AMG
last six vin#303170
mileage 98562

| | |
|---|---|
| SUBTOTAL | 273.00 |
| TAX | 0.00 |
| TOTAL | 273.00 |
| BALANCE DUE | **$273.00** |

**Spa City Motors**
2109 Double Day Ave
Ballston Spa, NY  12020 USA
5182883583
cbusta@spacitymotors.net

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Saratoga Auto Museum | Saratoga Auto Museum |
| Saratoga Automobile Museum | Saratoga Automobile Museum |
| 110 Ave of The Pines | 110 Ave of The Pines |
| Saratoga Springs, NY  12866 | Saratoga Springs, NY  12866 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| sale2159 | 08/23/2024 | $251.39 | 09/22/2024 | Net 30 | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Oil Lube Filter | Oil Lube and Filter, checked all fluids, went thru and did visual inspection all is OK | 1 | 50.00 | 50.00 |
| Non Inventory Part | oil 5w40 10 qts | 1 | 130.00 | 130.00 |
| Non Inventory Part | Oil Filter | 1 | 26.39 | 26.39 |
| Non Inventory Part | license plate bulb | 1 | 15.00 | 15.00 |
| Labor Rate customer | Replace license bulb and checked all lights | 0.25 | 120.00 | 30.00 |

2005 ME/Benz Cl65
A046485
mileage 42854

| | |
|---|---|
| SUBTOTAL | 251.39 |
| TAX | 0.00 |
| TOTAL | 251.39 |
| BALANCE DUE | **$251.39** |

**FedEx**   **Shipment Receipt**

**Address Information**
**Ship from:**

Megan Hennessey
Saratoga Automobile Museum
110 Avenue of the Pines

SARATOGA SPRINGS, NY 12866
US
5185871935 –
megan@saratogaautomuseum.org


**Ship to:**

Montana Department of Justice
Motor Vehicle Division
P.O. Box 201431

HELENA, MT 59620
US
4064443661 –
mvdtitleinfo@mt.gov


**Shipment information**
Tracking number:              778194183344
Ship date:                    Aug 26, 2024
Your estimated rate:          $47.55 USD

**Package information**
Pricing option: FedEx One Rate
Service type: FedEx Standard Overnight®
Packaging type: FedEx Envelope
No. of packages: 1
Declared value: $0.00 USD
Customs value: $0.00 USD
Special services: None specified
Pickup/Drop-off: Drop-off at FedEx location
Pickup number:

**Billing information**
Payment method: Credit Card - VISA: ************8504


Thank you for shipping online with FedEx.
Please note
FedEx will not be responsible for any claim in excess of $100 per package, whether the
result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare
a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx
for any loss, including intrinsic value of the package, loss of sales, income interest, profit,
attorney's fees, costs, and other forms of damage whether direct, incidental, consequential,
or special is limited to the greater of $100 or the authorized declared value. Recovery cannot
exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g.,
jewelry, precious metals, negotiable instruments and other items listed in our Service Guide.
Written claims must be filed within strict time limits; Consult the applicable FedEx Service
Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment.
Differences may occur based on actual weight, dimensions, and other factors. Consult the
applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping
charges are calculated.

# Application for Replacement Certificate of Title

**MVD**

PLEASE PRINT P.O. Box 201431 Helena, MT 59620-1431 • Phone (406) 444-3661 • Fax (406) 444-0116• mvdtitleinfo@mt.gov • mvdmt.gov

## 1: Fees:

**Make checks payable to "State of Montana"**
**Replacement Title Fee $10.30**
**Fees include 3% administration fee per** § 61-3-111, MCA
☐ Update personal information (e.g., legal name change); Montana driver license must be updated before proceeding with this option. A copy of the license is required.
Go to https://mvdmt.gov/replace-license-id/

FOR OFFICIAL USE ONLY

## 2: Vehicle Information:

Year **2014**    Make **Ferrari**    Model **F12**    Title Number *(optional)* **AA6448702**

Vehicle/Vessel Identification Number

| Z | F | F | 7 | 4 | U | F | A | 2 | E | 0 | 2 | 0 | 2 | 5 | 0 | 4 |

License Plate Number          Year Expired          MT Boat Number

## 3: Registered Owner Information:

**Shark Ventures Llc**
Registered Owner (1) (please print)

**845 612 845**
(Required) DL/FEIN/Tribal ID/Corp ID (owner one)

Registered Owner (2) (please print)          (Required) DL/FEIN/Tribal ID/Corp ID (owner two)

I authorize the replacement certificate of title to be mailed to:

Street/P.O. Box  **110 Avenue of the Pines**

City:  **Saratoga Springs**          State:  **New York**     Zip:  **12866**

Name associated with this address (e.g. mail to dealership, etc.):
**Saratoga Automobile Museum**

Email Address:  **info@saratogaautomuseum.org**     Phone Number **518-587-1935**

Under penalty of law ( § 45-7-203, MCA), I certify that:

- I certify that the statements made, and information contained on this form are true and correct to the best of my knowledge, information, and belief;
- I am the same person named on the face of the title;
- If signing for a business entity or trust, I have the full authority to do so; and
- The title is lost, mutilated, or illegible and I request that a replacement be issued and sent to the address shown.

*Megan A Hennessey*
Printed Name of Registered Owner (only one owner's name is required)

*Megan A Hennessey*                    8/14/24
Legal Signature of Registered Owner (only one owner's signature is required)     Date

### ***Be sure to complete all sections, sign this form, and include payment before mailing***

*DL = Driver License number; FEIN = Federal Employer Identification Number; Trial ID = Tribal Identification Number; Corp ID = Corporate Identification Number

MV7 (11/23)

Montana county and state authorities reserve the right to reject any form that has been altered
This form is available in alternate formats for people with disabilities

**Spa City Motors**
2109 Double Day Ave
Ballston Spa, NY  12020 USA
5182883583
cbusta@spacitymotors.net

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Saratoga Auto Museum | Saratoga Auto Museum |
| Saratoga Automobile Museum | Saratoga Automobile Museum |
| 110 Ave of The Pines | 110 Ave of The Pines |
| Saratoga Springs, NY  12866 | Saratoga Springs, NY 12866 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| sale2168 | 09/03/2024 | $536.93 | 10/03/2024 | Net 30 | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Labor Rate customer | Serviced vehicle , checked lights and fluids | 0.50 | 120.00 | 60.00 |
| Labor Rate customer | Front Splitter Code, tore down, lubricated and cleared codes. | 2.50 | 120.00 | 300.00 |
| Non Inventory Part | Oil 5w40 10 qts | 1 | 130.00 | 130.00 |
| Non Inventory Part | Oil Filter MSL 10077 | 1 | 16.93 | 16.93 |
| Non Inventory Part | LED bulb | 2 | 15.00 | 30.00 |

2021 Mercedes-Benz

| | |
|---|---|
| SUBTOTAL | 536.93 |
| TAX | 0.00 |
| TOTAL | 536.93 |
| BALANCE DUE | **$536.93** |

# I N V O I C E

PAGE: 1

**HIGGINS ENERGY ALTERNATIVES**
140 Worcester Road
Barre, MA 01005
Phone #: (978)355-6343
Fax #: (978)355-4582

PHONE #:
CELL #: **(518)222-8383**
FAX #:
P.O.#:
TERMS: **Net  0**
SALES ORDER#: **1281690**
SALES TYPE: **Sales**
CP: **BM**
SALES REP: **BM**

DATE: **9/12/2024 3:48:56 PM**
INVOICE #: **640714**
CUSTOMER#: **57043**
LOCATION: **1**

**BILL TO  57043**

SARATOGA AUTOMOBILE
110 AVENUE OF THE PINES
SARATOGA SPRINGS, NY 12866 US

**SHIP TO**

SARATOGA AUTOMOBILE
110 AVENUE OF THE PINES
SARATOGA SPRINGS, NY 12866 US

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|------|----------------|---------------------------|------|-----|---------|---------|---------|
| POL | 9.110.018 | DRIVE BELT | 1 | 0 | $25.99 | $25.99 | $25.99 |
| **** | 64 | SHIP/HANDL-OUTGOING POWER | 1 | 0 | $48.85 | $48.85 | $48.85 |

Thank you for your business!
No returns on electrical parts
All manufacturer promotions to dealer.
Special Orders are NON-Returnable and require full payment at time of order

| | |
|---|---|
| SUBTOTAL: | $74.84 |
| TAX: | $1.62 |
| INVOICE TOTAL: | $76.46 |
| 9/12/2024 PMT MC/VISA  : 8504-bm | $76.46 |
| AMOUNT DUE: | $0.00 |

Picked Up By: _____

JOSHUA DOSET
272 FINLEY RD
BALLSTON SPA NY 12020

MATERIAL: ALL PARTS NEW UNLESS SPECIFIED. IF USED, RE-BUILD, RE-RECONDITIONED —

| QTY. | PART NO. | NAME OF PART | PRICE | WARRANTY Y/N |
|---|---|---|---|---|
| 1 | 13G4041 | Fuel Filter | 36.27 | |
| 1 | 305261 | Fuel Pump | 85.73 | |
| 1 | G4412 | 1/2" Fuel Hose | 7.95 | |
| 2 | 4C2 | Hose Clamps | 2.15 | |
| 4 | 55532 | Exhaust Hangers | 22.36 | |
| 1 | 7595 | Battery | 189.15 | |
| 5 | Gals | 91 None ETH Fuel | 22.50 | |

TOTAL PARTS **367.41**

MECHANICS RECOMMENDATIONS

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN.
I UNDERSTAND THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE,
INCLUDING A COMPLETION DATE, IF MY FINAL BILL WILL EXCEED $100. ($50 in MD)

____ I REQUEST A WRITTEN ESTIMATE. THE FINAL BILL MAY NOT EXCEED THIS
ESTIMATE WITHOUT MY WRITTEN APPROVAL

____ I DO NOT REQUEST A WRITTEN ESTIMATE. AS LONG AS THE REPAIR COSTS DO NOT EXCEED
$_____ THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL

____ I DO NOT REQUEST A WRITTEN ESTIMATE.

*Discount lines apply if repairs must check at fixed rates
This charge represents costs and profits to the labor within in repair facility for installation/service shop suppliers or waste disposal
This amount includes a charge of $_____ within is required under

---

NAME **SARATOGA MOTORCAR AUCTION**   PHONE
ADDRESS **110 AVE OF THE PINES**
CITY, STATE, ZIP **SARATOGA SPRINGS NY 12866**
AUTHORIZED NAME

**CUSTOMER'S INFORMATION**

| RECEIVED (DATE & TIME) | A.M. P.M. | CUSTOMER'S ORDER NO | PROMISED (DATE & TIME) | A.M. P.M. |
|---|---|---|---|---|
| YEAR • MAKE • MODEL **1933 AE 153** | | **5005LAWLS** | SERIAL #/VIN | |
| LICENSE NO **OLDING** | | ODOMETER | MOTOR # WRITTEN BY | |

☐ LUBE  ☐ OIL CHANGE  ☐ FLUSH TRANS.  ☐ FLUSH DIFF  ☐ WASH  ☐ POLISH

CHARGE FOR HAZARDOUS OR OTHER WASTE REMOVAL *

PICK UP + DROP OFF W/ TRAILER ............ 325
LABOR TO CLEANUP R + L FUEL PUMP, FILTER, HOSE ......
FUEL TANK, R + L BATTERY ............ 675
REPAIR EXHAUST + REPLACE HANGERS ............ 150

**METHOD OF PAYMENT**
☐ CHECK  ☐ CHARGE
☐ CASH

**LABOR**
☐ FLAT RATE  ☐ HOURLY
☐ BOTH

☐ RETAIN PARTS
☐ DESTROY PARTS

AUTHORIZED BY

GUARANTEED ITEM(S)

GUARANTEE EFFECTIVE DATE
TIME
MILEAGE

| | |
|---|---|
| LABOR ONLY | |
| PARTS | |
| ACCESSORIES | |
| GAS, OIL & GREASE | |
| MISC. MERCHANDISE | |
| SUBLET REPAIRS | |
| STORAGE FEE | |
| TAX | |

TOTAL ► **1577**

1150
367

SIGNED _____

DATE _____

# Payment History
## Wednesday, October 9, 2024

Printed on Wednesday, October 9, 2024 12:59:44PM

Hennessey, Megan
Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs NY 12866

NY38 - Prime Storage - Saratoga Route 50, 4297 Route 50, Saratoga Springs NY 12866     TEL: 518-450-7009

| | | | | | | |
|---|---|---|---|---|---|---|
| **Unit** 0014 | | **Date Out** | **Credit Balance** | 0.00 | | |
| **Lease #** 2360 | | **Paid Thru** 10/12/2024 | **Charge Balance** | 0.00 | | |
| **Lease Date** 6/13/2024 | | | **Deposit Liability** (Cash Basis) | 0.00 | | 1731898 |

| Date | Description | Memo | Source | NSF | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 9/13/2024 | Visa *8504 | | Automatic Credit Card | | 25999 | 234.00 |
| 8/13/2024 | Visa *8504 | | Automatic Credit Card | | 25488 | 234.00 |
| 8/9/2024 | Visa *8504 | | Automatic Credit Card | | 25431 | 2.74 |
| 7/15/2024 | Credit | | Normal Payment | | 25051 | 376.00 |
| 7/15/2024 | Visa *8504 | | Normal Payment | | 25054 | 259.00 |
| 7/10/2024 | Credit | | Normal Payment | | 24989 | 2.27 |
| 6/13/2024 | Visa *8504 | | Normal Payment | | 24566 | 639.00 |
| | | | | | **Subtotal** | **1,747.01** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Unit** 0017 | | **Date Out** | **Credit Balance** | 0.00 | | |
| **Lease #** 2361 | | **Paid Thru** 10/12/2024 | **Charge Balance** | 0.00 | | |
| **Lease Date** 6/13/2024 | | | **Deposit Liability** (Cash Basis) | 0.00 | | 1731915 |

| Date | Description | Memo | Source | NSF | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 9/13/2024 | Visa *8504 | | Normal Payment | | 26000 | 234.00 |
| 8/15/2024 | Visa *8504 | | Normal Payment | | 25531 | 236.74 |
| 7/15/2024 | Credit | | Normal Payment | | 25050 | 376.00 |
| 7/15/2024 | Visa *8504 | | Normal Payment | | 25054 | 259.00 |
| 7/10/2024 | Credit | | Normal Payment | | 24990 | 2.27 |
| 6/13/2024 | Visa *8504 | | Normal Payment | | 24567 | 639.00 |
| | | | | | **Subtotal** | **1,747.01** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Unit** 0018 | | **Date Out** | **Credit Balance** | 0.00 | | |
| **Lease #** 2362 | | **Paid Thru** 10/12/2024 | **Charge Balance** | 0.00 | | |
| **Lease Date** 6/13/2024 | | | **Deposit Liability** (Cash Basis) | 0.00 | | 1731918 |

| Date | Description | Memo | Source | NSF | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 9/13/2024 | Visa *8504 | | Normal Payment | | 26001 | 234.00 |
| 8/15/2024 | Visa *8504 | | Normal Payment | | 25532 | 253.74 |
| 7/15/2024 | Credit | | Normal Payment | | 25049 | 376.00 |
| 7/15/2024 | Visa *8504 | | Normal Payment | | 25054 | 259.00 |
| 7/10/2024 | Credit | | Normal Payment | | 24991 | 2.27 |
| 6/13/2024 | Visa *8504 | | Normal Payment | | 24569 | 639.00 |
| | | | | | **Subtotal** | **1,764.01** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Unit** 0024 | | **Date Out** | **Credit Balance** | 0.00 | | |
| **Lease #** 2359 | | **Paid Thru** 10/10/2024 | **Charge Balance** | 0.00 | | |
| **Lease Date** 6/11/2024 | | | **Deposit Liability** (Cash Basis) | 0.00 | | 1731172 |

| Date | Description | Memo | Source | NSF | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 9/11/2024 | Visa *8504 | | Automatic Credit Card | | 25966 | 284.00 |
| 8/11/2024 | Visa *8504 | | Hub Auto Credit Card | | 25470 | 251.00 |
| 8/9/2024 | Visa *8504 | | Automatic Credit Card | | 25431 | 1.65 |
| 7/11/2024 | Visa *8504 | | Automatic Credit Card | | 24997 | 234.00 |
| 7/10/2024 | Visa *8504 | | Automatic Credit Card | | 24974 | 1.13 |
| 6/11/2024 | Visa *8504 | | Normal Payment | | 24532 | 263.00 |
| 6/11/2024 | Visa *8504 | | Normal Payment | | 24533 | 60.96 |

# Payment History
## Wednesday, October 9, 2024

Hennessey, Megan
Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga  Springs NY 12866

NY38 - Prime Storage - Saratoga Route 50, 4297 Route 50, Saratoga Springs NY 12866          TEL: 518-450-7009

|  |  |  |  | Subtotal | 1,095.74 |
|---|---|---|---|---|---|

| Unit | 0026 | Date Out |  | Credit Balance | 0.00 |  |  |
|---|---|---|---|---|---|---|---|
| Lease # | 2357 | Paid Thru | 10/9/2024 | Charge Balance | 0.00 |  |  |
| Lease Date | 6/10/2024 |  |  | Deposit Liability (Cash Basis) | 0.00 |  | 1730578 |

| Date | Description | Memo | Source | NSF | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 9/12/2024 | Visa *8504 |  | Normal Payment |  | 25983 | 284.00 |
| 8/15/2024 | Credit |  | Normal Payment |  | 25537 | 46.80 |
| 8/15/2024 | Visa *8504 |  | Normal Payment |  | 25541 | 1.10 |
| 8/12/2024 | Visa *8504 |  | Normal Payment |  | 25478 | 234.00 |
| 7/15/2024 | Credit |  | Normal Payment |  | 25052 | 46.80 |
| 7/15/2024 | Visa *8504 |  | Normal Payment |  | 25054 | 234.00 |
| 7/10/2024 | Credit |  | Normal Payment |  | 24992 | 17.57 |
| 6/10/2024 | Visa *8504 |  | Normal Payment |  | 24514 | 263.00 |
|  |  |  |  |  | Subtotal | 1,127.27 |

| Unit | 0028 | Date Out |  | Credit Balance | 0.00 |  |  |
|---|---|---|---|---|---|---|---|
| Lease # | 2358 | Paid Thru | 10/9/2024 | Charge Balance | 0.00 |  |  |
| Lease Date | 6/10/2024 |  |  | Deposit Liability (Cash Basis) | 0.00 |  | 1730586 |

| Date | Description | Memo | Source | NSF | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 9/12/2024 | Visa *8504 |  | Normal Payment |  | 25983 | 284.00 |
| 8/15/2024 | Credit |  | Normal Payment |  | 25537 | 46.80 |
| 8/15/2024 | Visa *8504 |  | Normal Payment |  | 25541 | 1.10 |
| 8/12/2024 | Visa *8504 |  | Normal Payment |  | 25479 | 234.00 |
| 7/15/2024 | Credit |  | Normal Payment |  | 25053 | 46.80 |
| 7/15/2024 | Visa *8504 |  | Normal Payment |  | 25054 | 234.00 |
| 7/10/2024 | Credit |  | Normal Payment |  | 24993 | 17.57 |
| 6/10/2024 | Visa *8504 |  | Normal Payment |  | 24515 | 263.00 |
|  |  |  |  |  | Subtotal | 1,127.27 |

|  |  |  |  | Total | 8,608.31 |
|---|---|---|---|---|---|