| Bidder Numbers Used at 2024 Saratoga Motocar Auction | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100 | 138 | 207 | 240 | 294 | 326 | 407 | 512 |
| 101 | 139 | 208 | 241 | 295 | 327 | 410 | 513 |
| 104 | 140 | 209 | 247 | 296 | 328 | 413 | 514 |
| 106 | 142 | 210 | 248 | 297 | 329 | 415 | 515 |
| 107 | 143 | 211 | 255 | 298 | 330 | 420 | 516 |
| 108 | 144 | 212 | 260 | 299 | 331 | 422 | 517 |
| 109 | 145 | 213 | 266 | 300 | 332 | 423 | 518 |
| 110 | 146 | 214 | 268 | 301 | 333 | 424 | 519 |
| 111 | 147 | 215 | 269 | 302 | 334 | 425 | 520 |
| 112 | 148 | 216 | 270 | 303 | 335 | 426 | 522 |
| 113 | 149 | 217 | 271 | 304 | 336 | 427 | 523 |
| 114 | 150 | 218 | 272 | 305 | 337 | 428 | 524 |
| 115 | 152 | 219 | 273 | 306 | 338 | 429 | 526 |
| 117 | 153 | 220 | 274 | 307 | 339 | 430 | 527 |
| 118 | 154 | 221 | 275 | 308 | 340 | 431 | 600 |
| 119 | 155 | 222 | 276 | 309 | 341 | 432 | 601 |
| 120 | 156 | 223 | 278 | 311 | 342 | 433 | 602 |
| 121 | 157 | 224 | 279 | 312 | 343 | 442 | 604 |
| 122 | 158 | 225 | 280 | 313 | 344 | 455 | 605 |
| 123 | 159 | 226 | 281 | 314 | 345 | 500 | 606 |
| 124 | 160 | 227 | 282 | 315 | 366 | 501 | 609 |
| 125 | 161 | 229 | 283 | 316 | 367 | 502 | 610 |
| 126 | 162 | 230 | 284 | 317 | 369 | 503 | 611 |
| 127 | 163 | 231 | 285 | 318 | 370 | 504 | Total: 240 |
| 128 | 164 | 233 | 286 | 319 | 371 | 505 | |
| 129 | 201 | 234 | 287 | 320 | 372 | 506 | |
| 130 | 202 | 235 | 288 | 321 | 401 | 507 | |
| 131 | 203 | 236 | 289 | 322 | 403 | 508 | |
| 132 | 204 | 237 | 290 | 323 | 404 | 509 | |
| 133 | 205 | 238 | 291 | 324 | 405 | 510 | |
| 137 | 206 | 239 | 293 | 325 | 406 | 511 | |

1