So Ordered.

Signed this 4 day of November, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI

   *Debtor*

Chapter 7

Case No.  24-10157

CHRISTIAN H. DRIBUSCH, as the Chapter 7 Trustee
to the Bankruptcy estate of Kris Daniel Roglieri

   *Plaintiff,*

   -against-

KRIS DANIEL ROGLIERI

   *Defendant*.
---------------------------------------------------------------X

Adv. Pro. No.  24-90015

**ORDER DENYING DISCHARGE TO KRIS DANIEL ROGLIERI**

On August 15, 2024, the captioned Plaintiff filed an adversary complaint to deny Kris Daniel Roglieri ("Debtor") a discharge pursuant to 11 U.S.C. §§ 727(a)(2) through 727(a)(7) (the "Motion") (Adv. ECF No. 1).

On September 23, 2024, the Chapter 7 Trustee filed the Federal Rule of Bankruptcy 7055 Request for Entry of a Default.  (Adv. Proc. Nos. 6,7,8).

On September 26, 2024, the Bankruptcy Clerk issued the Clerk's Entry of Default (Adv. Proc. No. 9).

Certificate evidence of service of the Motion has been filed with the Court. Adv. Proc. No. 15).

A hearing on the Motion was held before the Bankruptcy Court on October 30, 2024, at 9:15 a.m.

No objections were made to the Motion.

NOW, THEREFORE, upon due deliberation, for the reasons set forth in the record, it is hereby:

**ORDERED** that the Debtor, Kris Daniel Roglieri, shall be denied a discharge pursuant to 11 U.S.C. §§ 727(a)(2) through 727(a)(7).

**ORDERED** that the Clerk of the Bankruptcy Court shall not enter a discharge in this case.

###