So Ordered.

Signed this 7 day of November, 2024.



Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

In re:

KRIS DANIEL ROGLIERI

Debtor.

Chapter 7

Case No. 24-10157

------------------------------------------------------------------------ X

## ORDER AUTHORIZING RETENTION OF REAL ESTATE BROKER

The Court having considered the application of the trustee for the authority to employ Davies-Davies Associates Real Estate, LLC as real estate broker herein to sell the real property set forth in the trustee's application, and it appears that Davis-Davies Associates Real Estate, LLC is a disinterested person and the employment is in the best interests of the estate, it is

**ORDERED** that pursuant to 11 U.S.C. §327(a) the trustee be, and he hereby is, authorized to employ Davies-Davies Associates Real Estate, LLC as a real estate broker to market and sell the real estate property of the bankruptcy estate set forth in the trustee's application, said employment to be upon the terms and conditions set forth therein with the clarification that a buyer broker commission, if any, be capped at 1.5% and with such compensation and expenses to be paid in such an amount as may be allowed by the Court upon proper application or applications.

####