So Ordered.

Signed this 14 day of November, 2024.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI

                *Debtor*.

Chapter 7

Case No. 24-10157

-------------------------------------------------------------X

## <u>ORDER ON AUCTIONEER FEE APPLICATION</u>

     Saratoga Automobile Museum filed a motion pursuant to §503 and §330 of Title 11 of the United States Code to approve an auctioneer fee application (ECF #284) requesting fees in the amount of $82,566.70 and expenses of $14,993.49 ("*Motion*").

     The Motion was properly served (ECF # 286)

     The Motion came to be heard on November 13, 2024.

     NOW, THEREFORE, with no objections having been filed, and upon the consent of the United States Trustee, it is:

     **ORDERED** that the Motion is granted.

     **ORDERED** that Saratoga Automobile Museum is awarded $82,566.70 in auctioneer fees and $14,993.49 in auctioneer expenses which sums the Trustee is authorized to pay.

####