Christian H. Dribusch (507021)
Chapter 7 Trustee
187 Wolf Road
Albany, New York 12205
(518) 227-0026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI                                   Chapter 7

                *Debtor*.                               Case No.  24-10157


-------------------------------------------------------------X

### REPORT OF SALE ON THE NOVEMBER 16, 2024
### BANKRUPTCY ESTATE AUCTION SALES

**PLEASE TAKE NOTICE**, that Christian H. Dribusch, Chapter 7 Trustee to the bankruptcy estate of Kris Daniel Roglieri files this report of sale and attaches hereto as Exhibit A the customer summaries for the sale of the bankruptcy estate's interest in personal contents located at 40 North Road, Queensbury, New York and for the sale of the bankruptcy estate interest in weapons both of which sales were part of an online auction held on Saturday, November 16, 2024 and conducted under the auspices of the bankruptcy estate's retained professional, Saratoga Automobile Museum.

Dated:  December 9, 2024

                                                   */s/ Christian H. Dribusch*
                                                   Christian H. Dribusch
                                                   Chapter 7 Trustee

**SARATOGA MOTORCAR AUCTIONS**  **SARATOGA AUTOMOBILE MUSEUM**   Phone: (518) 587-1935

Customer #

Attention: United States Bankruptcy Court Northern District of New York and Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs NY 12866

# CUSTOMER SUMMARY AT SARATOGA AUTOMOBILE MUSEUM

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| **SOLD:** | | | | | |
| E24-106 #2070 | Three Leather Bar Stools | $600.00 | $0.00 | $0.00 | $600.00 |
| E24-100 #2012 | Pool Table & Que Rack | $900.00 | $0.00 | $0.00 | $900.00 |
| E24-103 #2015 | Abbyson Leather Love Seat | $130.00 | $0.00 | $10.28 | $130.00 |
| E24-115 #2025 | Two Island Stools | $50.00 | $0.00 | $0.00 | $50.00 |
| E24-112 #2022 | Four Leather Island Chairs | $450.00 | $0.00 | $35.60 | $450.00 |
| E24-104 #2016 | Abbyson Leather Loveseat | $150.00 | $0.00 | $11.87 | $150.00 |
| E24-101 #2013 | Two Leather Chairs | $200.00 | $0.00 | $15.82 | $200.00 |
| E24-107 #2017 | Leather Bar Stool | $65.00 | $0.00 | $5.14 | $65.00 |

Exhibit A

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-111 #2021 | Mudroom Coat Rack with Mirror | $120.00 | $0.00 | $9.49 | $120.00 |
| E24-119 #2029 | China Cabinet | $550.00 | $0.00 | $0.00 | $550.00 |
| E24-113 #2023 | CellerPro Wine Cooler | $475.00 | $0.00 | $37.57 | $475.00 |
| E24-117 #2027 | Buffet Cabinet | $1,400.00 | $0.00 | $110.74 | $1,400.00 |
| E24-123 #2032 | Paper Shredder | $30.00 | $0.00 | $2.37 | $30.00 |
| E24-139 #2047 | Wooden Table | $230.00 | $0.00 | $18.19 | $230.00 |
| E24-125 #2034 | Wooden End Table | $80.00 | $0.00 | $6.33 | $80.00 |
| E24-149 #2055 | Queen Size Bedroom Set | $140.00 | $0.00 | $11.07 | $140.00 |
| E24-110 #2020 | Sink with Missing Cabinet Doors | $7.00 | $0.00 | $0.55 | $7.00 |
| E24-130 #2038 | Coffee Table | $95.00 | $0.00 | $7.51 | $95.00 |
| E24-132 #2040 | Desk | $50.00 | $0.00 | $3.96 | $50.00 |
| E24-108 #2018 | Poker Table, 8 Card Chairs & Poker Chips Set | $850.00 | $0.00 | $67.24 | $850.00 |
| E24-114 #2024 | National Guard Military Garden Stone | $5.00 | $0.00 | $0.40 | $5.00 |

Exhibit A

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-145 #2052 | Bed Bench & Table | $150.00 | $0.00 | $11.87 | $150.00 |
| E24-156 #2059 | Desk, File Cabinet & Ottoman | $110.00 | $0.00 | $8.70 | $110.00 |
| E24-129 #2037 | 72" Sharp TV with Speakers and aradign Subwoofer | $350.00 | $0.00 | $27.69 | $350.00 |
| E24-157 #2060 | Desk, File Cabinet & Ottoman | $80.00 | $0.00 | $6.33 | $80.00 |
| E24-116 #2026 | Dining Room Table with 12 Chairs | $2,300.00 | $0.00 | $0.00 | $2,300.00 |
| E24-109 #2019 | Dining Room Table with Six Chairs | $350.00 | $0.00 | $27.69 | $350.00 |
| E24-127 #2035 | 51" DELL Monitor & Speakers | $750.00 | $0.00 | $59.33 | $750.00 |
| E24-131 #2039 | Oriental Rug Runner | $120.00 | $0.00 | $9.49 | $120.00 |
| E24-136 #2044 | Cliffside Poster | $1.00 | $0.00 | $0.08 | $1.00 |
| E24-124 #2033 | Paradigm Speakers | $130.00 | $0.00 | $10.28 | $130.00 |
| E24-122 #2031 | Computer Chair | $85.00 | $0.00 | $6.72 | $85.00 |
| E24-138 #2046 | Ductless Aire DC Inventer Mini Split Heat Pump Indoor & Outdoor Unit | $800.00 | $0.00 | $63.28 | $800.00 |
| E24-118 #2028 | Speakers | $25.00 | $0.00 | $1.98 | $25.00 |

Exhibit A

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-133 #2041 | Lamp & Vase | $17.00 | $0.00 | $1.34 | $17.00 |
| E24-140 #2048 | White & Gold Couch | $14.00 | $0.00 | $1.11 | $14.00 |
| E24-135 #2043 | Three Sets of Skiis & Ski Poles with Gloves | $600.00 | $0.00 | $47.46 | $600.00 |
| E24-128 #2036 | Executive Desk & Chair | $5,000.00 | $0.00 | $395.50 | $5,000.00 |
| E24-137 #2045 | Bike Helmets & Bike Pump | $1.00 | $0.00 | $0.08 | $1.00 |
| E24-144 #2051 | Master Bedroom Set | $350.00 | $0.00 | $27.69 | $350.00 |
| E24-102 #2014 | Cherry Wood Humidor | $550.00 | $0.00 | $43.51 | $550.00 |
| E24-146 #2053 | Full Size Bedroom Set | $160.00 | $0.00 | $12.66 | $160.00 |
| E24-143 #2050 | Clothes Rack | $65.00 | $0.00 | $5.14 | $65.00 |
| E24-147 #2054 | Computer Desk | $25.00 | $0.00 | $1.98 | $25.00 |
| E24-151 #2057 | Accent Table | $35.00 | $0.00 | $2.77 | $35.00 |
| E24-158 #2061 | Board Table & 21 Conference Chairs | $600.00 | $0.00 | $0.00 | $600.00 |

Exhibit A

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-150 #2056 | Glass Table with Chairs | $45.00 | $0.00 | $3.56 | $45.00 |
| E24-120 #2030 | Oriental Rug | $2,100.00 | $0.00 | $166.11 | $2,100.00 |
| E24-134 #2084 | Stack On Gun Safe | $200.00 | $0.00 | $15.82 | $200.00 |
| E24-153 #2058 | Two Heaters | $375.00 | $0.00 | $29.66 | $375.00 |
| E24-159 #2062 | Accent Table | $16.00 | $0.00 | $1.27 | $16.00 |
| E24-141 #2071 | Laundry Hamper | $55.00 | $0.00 | $0.00 | $55.00 |
| E24-160 #2076 | Hammer Strength Dumbells | $1,700.00 | $0.00 | $136.85 | $1,700.00 |
| E24-170 #2086 | 5 Statues | $1,870.00 | $0.00 | $143.99 | $1,870.00 |
| E24-166 #2066 | Matrix Ultimate Deck Treadmill | $190.00 | $0.00 | $15.03 | $190.00 |
| E24-167 #2067 | Canvas Pictures | $3.00 | $0.00 | $0.24 | $3.00 |
| E24-148 #2072 | LG Washer & Dryer | $1,300.00 | $0.00 | $0.00 | $1,300.00 |
| E24-105 #2082 | TV with Sound System | $1,800.00 | $0.00 | $142.38 | $1,800.00 |
| E24-121 #2083 | China Set for 12 People | $210.00 | $0.00 | $16.61 | $210.00 |

Exhibit A

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-142 #2049 | Dresser | $100.00 | $0.00 | $7.91 | $100.00 |
| E24-161 #2077 | Gym Bench | $13.00 | $0.00 | $1.05 | $13.00 |
| E24-174 #2090 | 4 Planters | $425.00 | $0.00 | $32.73 | $425.00 |
| E24-164 #2064 | Black & Red Couch | $220.00 | $0.00 | $17.40 | $220.00 |
| E24-177 #2093 | Garage Tiles | $200.00 | $0.00 | $0.00 | $200.00 |
| E24-172 #2088 | 2 Urns | $850.00 | $0.00 | $65.45 | $850.00 |
| E24-171 #2087 | 4 Urns | $1,700.00 | $0.00 | $130.90 | $1,700.00 |
| E24-173 #2089 | Playhouse | $382.00 | $0.00 | $29.41 | $382.00 |
| E24-169 #2085 | 4 Outside Lights | $1,275.00 | $0.00 | $98.18 | $1,275.00 |
| E24-163 #2063 | Executive Gold Chairs | $250.00 | $0.00 | $19.78 | $250.00 |
| E24-152 #2073 | Patio Set | $950.00 | $0.00 | $76.48 | $950.00 |
| E24-162 #2078 | Universal Gym | $1,500.00 | $0.00 | $120.75 | $1,500.00 |
| E24-154 #2074 | Three Patio Lounge Chairs | $375.00 | $0.00 | $30.19 | $375.00 |

Exhibit A

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-155 #2075 | Three Patio Lounge Chairs | $475.00 | $0.00 | $38.24 | $475.00 |
| E24-176 #2092 | Rug | $100.00 | $0.00 | $0.00 | $100.00 |
| E24-168 #2068 | Cleaning Supplies | $45.00 | $0.00 | $3.56 | $45.00 |
| E24-175 #2091 | Shed | $1,530.00 | $0.00 | $117.81 | $1,530.00 |
| E24-165 #2065 | Matrix Ultimate Deck Treadmill | $110.00 | $0.00 | $8.70 | $110.00 |
| **SELLER TOTALS:** | (77 UNITS) | $39,609.00 | $0.00 | $0.00 | ($39,609.00) |
| **OTHER EXPENSES:** | | | | | |
| | Other Fee: Buyer Premium to the DOJ- will be returned to the museum | ($3,960.9) | - | ($3,960.9) | |
| **TOTAL DUE** | (1 UNIT) | | | | ($3,960.90) |
| **NET DUE** | | | | | ($43,569.90) |

Print Name                                                    Sign Name

Exhibit A

  NY
Phone: (518) 587-1935

Customer #

Attention: United States Bankruptcy Court Northern District of New York and Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs NY 12866

# CUSTOMER SUMMARY AT SARATOGA AUTOMOBILE MUSEUM

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| **SOLD:** | | | | | |
| 109 #2000 | Keltec P3AT .380ACP Semi Auto | $85.00 | $0.00 | $6.72 | $85.00 |
| 121 #1989 | Savage MKII with Tasco Scope | $70.00 | $0.00 | $5.54 | $70.00 |
| 100 #1993 | Auto Ordance 1927 | $1,300.00 | $0.00 | $102.83 | $1,300.00 |
| 112 #2002 | Mossberg 500C Slug Barrel | $140.00 | $0.00 | $11.07 | $140.00 |
| 117 #2005 | Remington 742 | $160.00 | $0.00 | $12.66 | $160.00 |
| 101 #1994 | Benelli Super Vinci | $500.00 | $0.00 | $39.55 | $500.00 |
| 122 #2008 | Taurus 605 Revolver Stainless Steel | $220.00 | $0.00 | $17.40 | $220.00 |
| 103 #1995 | Browning Light 12 with Slug Barrell | $325.00 | $0.00 | $25.71 | $325.00 |

Exhibit A

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 113 #2003 | Mossberg 930 Field Barrel 12G | $130.00 | $0.00 | $10.28 | $130.00 |
| 104 #1996 | Browning A5 Magnum | $275.00 | $0.00 | $21.75 | $275.00 |
| 105 #1997 | Browning A5 Sweet 16 | $900.00 | $0.00 | $71.19 | $900.00 |
| 123 #2079 | Weiruch 5MM Air Rifle PF20 | $325.00 | $0.00 | $25.71 | $325.00 |
| 106 #1998 | FAB Arms STF12 Professional | $850.00 | $0.00 | $67.24 | $850.00 |
| 119 #2006 | Remington 870 Super Slug 12G | $450.00 | $0.00 | $35.60 | $450.00 |
| 114 #2004 | Parker SXS CH Trojan 12G | $3,000.00 | $0.00 | $237.30 | $3,000.00 |
| 124 #2010 | Warmonger Barbarian Sword | $325.00 | $0.00 | $25.71 | $325.00 |
| 107 #1999 | Henry Big Boy Octagon Gold Anodized | $550.00 | $0.00 | $43.51 | $550.00 |
| 116 #2081 | Remington 700 Safari Custom Shop .375 H&H with 4x scope | $700.00 | $0.00 | $43.51 | $700.00 |
| 125 #2011 | Elite Danish Dagger (#1618) | $210.00 | $0.00 | $16.61 | $210.00 |
| 120 #2007 | Smith and Wesson 629 6" | $450.00 | $0.00 | $0.00 | $450.00 |
| 115 #1990 | Parker SXS PH 12G 2.75" | $550.00 | $0.00 | $43.51 | $550.00 |

Exhibit A

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 110 #2080 | Frederic Langenhan – Purschbuchse Underlever .22 Hornet | $500.00 | $0.00 | $39.55 | $500.00 |
| 102 #1991 | Browning Citori 20G IC | $1,100.00 | $0.00 | $87.01 | $1,100.00 |
| 108 #1992 | IAB Trap 12G Single Barrel | $325.00 | $0.00 | $25.71 | $325.00 |
| 118 #2069 | Remington 870 20G | $230.00 | $0.00 | $0.00 | $230.00 |
| 111 #2001 | Sporterized K98 Erfurt Mauser 8mm | $150.00 | $0.00 | $11.87 | $150.00 |
| **SELLER TOTALS:** | (26 UNITS) | $13,820.00 | $0.00 | $0.00 | ($13,820.00) |
| **OTHER EXPENSES:** | | | | | |
| | Other Fee: Buyer Premium to DOJ- will be returned | ($1,382) | - | ($1,382) | |
| **TOTAL DUE** | (1 UNIT) | | | | ($1,382.00) |
| **NET DUE** | | | | | ($15,202.00) |

Print Name                                      Sign Name

Exhibit A