UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:                                                  Chapter 7

KRIS DANIEL ROGLIERI                                    Case No. 24-10157

                *Debtor.*

-------------------------------------------------------------------X

## AUCTIONEER'S REPORT OF NOVEMBER 16, 2024 AUCTION

Megan A. Hennessey, being duly sworn, depose and say that:

1) I am the Executive Director of the Saratoga Automobile Museum which is the Court appointed Auctioneer. See ECF #241. The Debtor bankruptcy estate was authorized to conduct an auction sale of vehicles, parts, and memorabilia. See ECF #278.

2) Pursuant to Local Bankruptcy Rule 6005-1(c), I state the following:

   a) The sale of the bankruptcy estate assets occurred on November 16, 2024.

   b) The sale took place online pursuant to the notices and online marketing. See Previous Results | Saratoga Automobile Museum.

   c) The sales took place commencing at 10:00 a.m. and ended at approximately 5:30 p.m.

   d) The winning bids are reflected in the auctioneer purchaser report annexed hereto as **Schedule A**.

   e) All auction sales have now been completed.

   f) The gross amount realized by the auction sale was $58,771.90 (including 10% buyer's premium).

   g) The Auctioneer seeks a commission of 10% on gross proceeds of $53,429.00 for a total commission sought of $5,342.90.

h) The Auctioneer incurred expenses of $4,460.00 as documented on **Schedule B.**

i) No sale proceeds have been retained by Auctioneer.

j) A total of 22 registered bidders participated in these auction sales. A copy of the bidder list has been provided to the United States Trustee.

k) All the property was sold because of the auction sale and no properties were abandoned.

l) A copy of the terms and conditions of the auction sales are attached hereto as **Schedule C.**

m) The manner and extent of advertising the sale and the availability of the sale items for inspection prior to the sale was as follows:

1) The items offered for sale were advertised on the website of Saratoga Automobile Museum and by advertising to the possible interested bidders, linking them to the internet sale information.

2) In addition, the items offered for sale were advertised through marketing materials in digital online format. See, [Saratoga Automobile Museum (saratogaautoauction.org)](saratogaautoauction.org).

3) The items offered for sale were available for inspection at the site of the auction on November 8th & 9th, 2024 from 12pm -3pm.

n) Based upon the final numbers a sales tax was collected in the amount of $3,636.27 and was remitted on December 17, 2024 to the appropriate taxing authority by the Auctioneer.

o)  The Auctioneer has not sought reimbursement of a portion of the bond premium from this sale as the bankruptcy estate has directly paid the auctioneer bond. See Auctioneer Bond ECF #240.

Dated: December 19, 2024, 2024

Respectfully submitted,

*Megan A. Hennessey* (signature)
**Megan A. Hennessey**

Sworn to before me this
19th day of December 2024

*Molly Anne Knott* (signature)
Notary Public
State of New York
County of Saratoga
Notary Expiration Date of June 28, 2025

MOLLY ANNE KNOTT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KN6419126
Qualified in Saratoga County
My Commission Expires 06-28-2025



Phone: (518) 587-1935

Customer #

Attention: United States Bankruptcy Court Northern District of New York and Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs NY 12866

# CUSTOMER SUMMARY AT SARATOGA AUTOMOBILE MUSEUM

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| **SOLD:** | | | | | |
| E24-106 #2070 | Three Leather Bar Stools | $600.00 | $0.00 | $0.00 | $600.00 |
| E24-100 #2012 | Pool Table & Que Rack | $900.00 | $0.00 | $0.00 | $900.00 |
| E24-103 #2015 | Abbyson Leather Love Seat | $130.00 | $0.00 | $10.28 | $130.00 |
| E24-115 #2025 | Two Island Stools | $50.00 | $0.00 | $0.00 | $50.00 |
| E24-112 #2022 | Four Leather Island Chairs | $450.00 | $0.00 | $35.60 | $450.00 |
| E24-104 #2016 | Abbyson Leather Loveseat | $150.00 | $0.00 | $11.87 | $150.00 |
| E24-101 #2013 | Two Leather Chairs | $200.00 | $0.00 | $15.82 | $200.00 |
| E24-107 #2017 | Leather Bar Stool | $65.00 | $0.00 | $5.14 | $65.00 |

**Exhibit A**

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-111 #2021 | Mudroom Coat Rack with Mirror | $120.00 | $0.00 | $9.49 | $120.00 |
| E24-119 #2029 | China Cabinet | $550.00 | $0.00 | $0.00 | $550.00 |
| E24-113 #2023 | CellerPro Wine Cooler | $475.00 | $0.00 | $37.57 | $475.00 |
| E24-117 #2027 | Buffet Cabinet | $1,400.00 | $0.00 | $110.74 | $1,400.00 |
| E24-123 #2032 | Paper Shredder | $30.00 | $0.00 | $2.37 | $30.00 |
| E24-139 #2047 | Wooden Table | $230.00 | $0.00 | $18.19 | $230.00 |
| E24-125 #2034 | Wooden End Table | $80.00 | $0.00 | $6.33 | $80.00 |
| E24-149 #2055 | Queen Size Bedroom Set | $140.00 | $0.00 | $11.07 | $140.00 |
| E24-110 #2020 | Sink with Missing Cabinet Doors | $7.00 | $0.00 | $0.55 | $7.00 |
| E24-130 #2038 | Coffee Table | $95.00 | $0.00 | $7.51 | $95.00 |
| E24-132 #2040 | Desk | $50.00 | $0.00 | $3.96 | $50.00 |
| E24-108 #2018 | Poker Table, 8 Card Chairs & Poker Chips Set | $850.00 | $0.00 | $67.24 | $850.00 |
| E24-114 #2024 | National Guard Military Garden Stone | $5.00 | $0.00 | $0.40 | $5.00 |

**Exhibit A**

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-145 #2052 | Bed Bench & Table | $150.00 | $0.00 | $11.87 | $150.00 |
| E24-156 #2059 | Desk, File Cabinet & Ottoman | $110.00 | $0.00 | $8.70 | $110.00 |
| E24-129 #2037 | 72" Sharp TV with Speakers and aradign Subwoofer | $350.00 | $0.00 | $27.69 | $350.00 |
| E24-157 #2060 | Desk, File Cabinet & Ottoman | $80.00 | $0.00 | $6.33 | $80.00 |
| E24-116 #2026 | Dining Room Table with 12 Chairs | $2,300.00 | $0.00 | $0.00 | $2,300.00 |
| E24-109 #2019 | Dining Room Table with Six Chairs | $350.00 | $0.00 | $27.69 | $350.00 |
| E24-127 #2035 | 51" DELL Monitor & Speakers | $750.00 | $0.00 | $59.33 | $750.00 |
| E24-131 #2039 | Oriental Rug Runner | $120.00 | $0.00 | $9.49 | $120.00 |
| E24-136 #2044 | Cliffside Poster | $1.00 | $0.00 | $0.08 | $1.00 |
| E24-124 #2033 | Paradigm Speakers | $130.00 | $0.00 | $10.28 | $130.00 |
| E24-122 #2031 | Computer Chair | $85.00 | $0.00 | $6.72 | $85.00 |
| E24-138 #2046 | Ductless Aire DC Inventer Mini Split Heat Pump Indoor & Outdoor Unit | $800.00 | $0.00 | $63.28 | $800.00 |
| E24-118 #2028 | Speakers | $25.00 | $0.00 | $1.98 | $25.00 |

# Exhibit A

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-133 #2041 | Lamp & Vase | $17.00 | $0.00 | $1.34 | $17.00 |
| E24-140 #2048 | White & Gold Couch | $14.00 | $0.00 | $1.11 | $14.00 |
| E24-135 #2043 | Three Sets of Skiis & Ski Poles with Gloves | $600.00 | $0.00 | $47.46 | $600.00 |
| E24-128 #2036 | Executive Desk & Chair | $5,000.00 | $0.00 | $395.50 | $5,000.00 |
| E24-137 #2045 | Bike Helmets & Bike Pump | $1.00 | $0.00 | $0.08 | $1.00 |
| E24-144 #2051 | Master Bedroom Set | $350.00 | $0.00 | $27.69 | $350.00 |
| E24-102 #2014 | Cherry Wood Humidor | $550.00 | $0.00 | $43.51 | $550.00 |
| E24-146 #2053 | Full Size Bedroom Set | $160.00 | $0.00 | $12.66 | $160.00 |
| E24-143 #2050 | Clothes Rack | $65.00 | $0.00 | $5.14 | $65.00 |
| E24-147 #2054 | Computer Desk | $25.00 | $0.00 | $1.98 | $25.00 |
| E24-151 #2057 | Accent Table | $35.00 | $0.00 | $2.77 | $35.00 |
| E24-158 #2061 | Board Table & 21 Conference Chairs | $600.00 | $0.00 | $0.00 | $600.00 |

**Exhibit A**

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-150 #2056 | Glass Table with Chairs | $45.00 | $0.00 | $3.56 | $45.00 |
| E24-120 #2030 | Oriental Rug | $2,100.00 | $0.00 | $166.11 | $2,100.00 |
| E24-134 #2084 | Stack On Gun Safe | $200.00 | $0.00 | $15.82 | $200.00 |
| E24-153 #2058 | Two Heaters | $375.00 | $0.00 | $29.66 | $375.00 |
| E24-159 #2062 | Accent Table | $16.00 | $0.00 | $1.27 | $16.00 |
| E24-141 #2071 | Laundry Hamper | $55.00 | $0.00 | $0.00 | $55.00 |
| E24-160 #2076 | Hammer Strength Dumbells | $1,700.00 | $0.00 | $136.85 | $1,700.00 |
| E24-170 #2086 | 5 Statues | $1,870.00 | $0.00 | $143.99 | $1,870.00 |
| E24-166 #2066 | Matrix Ultimate Deck Treadmill | $190.00 | $0.00 | $15.03 | $190.00 |
| E24-167 #2067 | Canvas Pictures | $3.00 | $0.00 | $0.24 | $3.00 |
| E24-148 #2072 | LG Washer & Dryer | $1,300.00 | $0.00 | $0.00 | $1,300.00 |
| E24-105 #2082 | TV with Sound System | $1,800.00 | $0.00 | $142.38 | $1,800.00 |
| E24-121 #2083 | China Set for 12 People | $210.00 | $0.00 | $16.61 | $210.00 |

**Exhibit A**

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-142 #2049 | Dresser | $100.00 | $0.00 | $7.91 | $100.00 |
| E24-161 #2077 | Gym Bench | $13.00 | $0.00 | $1.05 | $13.00 |
| E24-174 #2090 | 4 Planters | $425.00 | $0.00 | $32.73 | $425.00 |
| E24-164 #2064 | Black & Red Couch | $220.00 | $0.00 | $17.40 | $220.00 |
| E24-177 #2093 | Garage Tiles | $200.00 | $0.00 | $0.00 | $200.00 |
| E24-172 #2088 | 2 Urns | $850.00 | $0.00 | $65.45 | $850.00 |
| E24-171 #2087 | 4 Urns | $1,700.00 | $0.00 | $130.90 | $1,700.00 |
| E24-173 #2089 | Playhouse | $382.00 | $0.00 | $29.41 | $382.00 |
| E24-169 #2085 | 4 Outside Lights | $1,275.00 | $0.00 | $98.18 | $1,275.00 |
| E24-163 #2063 | Executive Gold Chairs | $250.00 | $0.00 | $19.78 | $250.00 |
| E24-152 #2073 | Patio Set | $950.00 | $0.00 | $76.48 | $950.00 |
| E24-162 #2078 | Universal Gym | $1,500.00 | $0.00 | $120.75 | $1,500.00 |
| E24-154 #2074 | Three Patio Lounge Chairs | $375.00 | $0.00 | $30.19 | $375.00 |

**Exhibit A**

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| E24-155 #2075 | Three Patio Lounge Chairs | $475.00 | $0.00 | $38.24 | $475.00 |
| E24-176 #2092 | Rug | $100.00 | $0.00 | $0.00 | $100.00 |
| E24-168 #2068 | Cleaning Supplies | $45.00 | $0.00 | $3.56 | $45.00 |
| E24-175 #2091 | Shed | $1,530.00 | $0.00 | $117.81 | $1,530.00 |
| E24-165 #2065 | Matrix Ultimate Deck Treadmill | $110.00 | $0.00 | $8.70 | $110.00 |
| **SELLER TOTALS:** | **(77 UNITS)** | **$39,609.00** | **$0.00** | **$0.00** | **($39,609.00)** |
| **OTHER EXPENSES:** | | | | | |
| | Other Fee: Buyer Premium to the DOJ- will be returned to the museum | ($3,960.9) | - | ($3,960.9) | |
| **TOTAL DUE** | **(1 UNIT)** | | | | **($3,960.90)** |
| **NET DUE** | | | | | **($43,569.90)** |

Print Name                              Sign Name

# Exhibit A

 

NY
Phone: (518) 587-1935

Customer #

Attention: United States Bankruptcy Court Northern District of New York and Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs NY 12866

## CUSTOMER SUMMARY AT SARATOGA AUTOMOBILE MUSEUM

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| **SOLD:** | | | | | |
| 109 #2000 | Keltec P3AT .380ACP Semi Auto | $85.00 | $0.00 | $6.72 | $85.00 |
| 121 #1989 | Savage MKII with Tasco Scope | $70.00 | $0.00 | $5.54 | $70.00 |
| 100 #1993 | Auto Ordance 1927 | $1,300.00 | $0.00 | $102.83 | $1,300.00 |
| 112 #2002 | Mossberg 500C Slug Barrel | $140.00 | $0.00 | $11.07 | $140.00 |
| 117 #2005 | Remington 742 | $160.00 | $0.00 | $12.66 | $160.00 |
| 101 #1994 | Benelli Super Vinci | $500.00 | $0.00 | $39.55 | $500.00 |
| 122 #2008 | Taurus 605 Revolver Stainless Steel | $220.00 | $0.00 | $17.40 | $220.00 |
| 103 #1995 | Browning Light 12 with Slug Barrell | $325.00 | $0.00 | $25.71 | $325.00 |

**Exhibit A**

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 113 #2003 | Mossberg 930 Field Barrel 12G | $130.00 | $0.00 | $10.28 | $130.00 |
| 104 #1996 | Browning A5 Magnum | $275.00 | $0.00 | $21.75 | $275.00 |
| 105 #1997 | Browning A5 Sweet 16 | $900.00 | $0.00 | $71.19 | $900.00 |
| 123 #2079 | Weiruch 5MM Air Rifle PF20 | $325.00 | $0.00 | $25.71 | $325.00 |
| 106 #1998 | FAB Arms STF12 Professional | $850.00 | $0.00 | $67.24 | $850.00 |
| 119 #2006 | Remington 870 Super Slug 12G | $450.00 | $0.00 | $35.60 | $450.00 |
| 114 #2004 | Parker SXS CH Trojan 12G | $3,000.00 | $0.00 | $237.30 | $3,000.00 |
| 124 #2010 | Warmonger Barbarian Sword | $325.00 | $0.00 | $25.71 | $325.00 |
| 107 #1999 | Henry Big Boy Octagon Gold Anodized | $550.00 | $0.00 | $43.51 | $550.00 |
| 116 #2081 | Remington 700 Safari Custom Shop .375 H&H with 4x scope | $700.00 | $0.00 | $43.51 | $700.00 |
| 125 #2011 | Elite Danish Dagger (#1618) | $210.00 | $0.00 | $16.61 | $210.00 |
| 120 #2007 | Smith and Wesson 629 6" | $450.00 | $0.00 | $0.00 | $450.00 |
| 115 #1990 | Parker SXS PH 12G 2.75" | $550.00 | $0.00 | $43.51 | $550.00 |

**Exhibit A**

| Lot | Description | Final Bid | Premium | Fees/Tax | Total |
|---|---|---|---|---|---|
| 110 #2080 | Frederic Langenhan – Purschbuchse Underlever .22 Hornet | $500.00 | $0.00 | $39.55 | $500.00 |
| 102 #1991 | Browning Citori 20G IC | $1,100.00 | $0.00 | $87.01 | $1,100.00 |
| 108 #1992 | IAB Trap 12G Single Barrel | $325.00 | $0.00 | $25.71 | $325.00 |
| 118 #2069 | Remington 870 20G | $230.00 | $0.00 | $0.00 | $230.00 |
| 111 #2001 | Sporterized K98 Erfurt Mauser 8mm | $150.00 | $0.00 | $11.87 | $150.00 |
| **SELLER TOTALS:** | (26 UNITS) | $13,820.00 | $0.00 | $0.00 | ($13,820.00) |
| **OTHER EXPENSES:** | | | | | |
| | Other Fee: Buyer Premium to DOJ- will be returned | ($1,382) | - | ($1,382) | |
| **TOTAL DUE** | (1 UNIT) | | | | ($1,382.00) |
| **NET DUE** | | | | | ($15,202.00) |

Print Name                                             Sign Name

**Exhibit A**

AID
Firearms and Estate Items
Saratoga Auto Auction

## proxibid — Auctioneer Marketing Program

| Firearms | Category | Run Dates | Standard Rate |
|---|---|---|---|
| **Category Display Advertising** | | | |
| Category Tower Ad | Guns & Military Artifacts | 11-10-24 - 11-16-24 | $625.00 |
| **Targeted Emails** | | | |
| Targeted Email - Top Custom Banner | Guns & Military Artifacts - Tuesday | 11/12/2024 | $625.00 |
| Weekly Newsletter - Standard Ad | Guns & Military Artifacts - Friday | 11/8/2024 | $75.00 |
| | | Total | $1,325.00 |
| **Estate Furnishings** | | | |
| **Engagement Package (Category B)** | | | $4,250.00 |
| Homepage Slider | Homepage | 11-10-24 - 11-16-24 | included in package |
| Homepage Chronological Featured Event Listing | Homepage | 11-10-24 - 11-16-24 | included in package |
| Homepage Featured Item x2 | Homepage | 11-10-24 - 11-16-24 | included in package |
| Category Slider | Art Antiques & Collectibles | 11-7-24 - 11-13-24 | included in package |
| Weekly Newsletter - Featured Event | Art Antiques & Collectibles - Tuesda | 11/12/2024 | included in package |
| Dedicated Email - Primary Category List (5,000 targets) | Art Antiques & Collectibles | 11/13/2024 | included in package |
| | | Price without Package Discount | $5,675.00 |
| | | Savings | $1,425.00 |
| | | Total | $4,250.00 |
| | | **Gold Tier Discount** | **$4,460.00** |

PLEASE NOTE: Where assets within packages are unavailable at the time of booking, an alternative will be found of equal or higher value.
Partner Tier and Timed event discounts will be reflected in your final invoice.

# Exhibit B

BIDDER'S TERMS AND CONDITIONS OF SALE

1. ALL BIDS ARE FINAL: If you are awarded the final bid, ownership changes hands at the end of the auction, you are responsible for payment in full. All bids made during the sale may not be withdrawn for any reason by any bidders.

2. BUYER'S FEE: A buyer's premium will be charged on all lots sold. If your bid price is accepted as the winning bid on any lot, you will be charged a buyer's premium in addition to the accepted bid price. Online purchases are subject to a buyer's premium of 13% for purchases. Premium will be added to the purchase price. Paperwork processing, postage, and sales tax, if applicable, will be charged on the final total of purchase price plus premiums.

3. TERMS OF PAYMENT: Payment in full is required by 5 pm, Monday November 18, 2024. All payments must be in the form of bank wire transfer, cash or certified funds unless other arrangements have been approved in advance by the Executive Director. Cash payments of $10,000.00 or higher will be reported according to U.S. Federal government requirements. Should a bidder default on payment in any manner, without limiting any recourse the Saratoga Automobile Museum may have, bidder agrees to pay the Saratoga Automobile Museum all lost auction fees (which is the maximum published rates for (a.) the seller's fee, (b.) the buyer's premium, and (c.) the entry fee), this amount and due and payable without relief. Bidder agrees to also pay the Saratoga Automobile Museum's costs of collection, including attorney's fees and costs.

4. CONDITIONS OF SALE: Statements printed in catalogs, signs, window cards, and verbal statements made by auctioneers or auction staff are representations made by the Consignor and the Saratoga Automobile Museum has no obligation to verify or authenticate any such claims on items, whereas, with no representations or warranties, expressed or implied. The CONSIGNOR AND THE SARATOGA AUTOMOBILE MUSEUM DISCLAIM ALL WARRANTIES, EXPRESSED OR IMPLIED AS TO CONDITION, ORIGINALITY, OR AUTHENTICITY, PREVIOUS USE OR OWNERSHIP, MANUFACTURING OR RESTORATION PROCESSES, YEAR OR AGE, SERIAL NUMBER, MAKE, MODEL, OPTIONS, TOOLS, OR MILEAGE OF ANY VEHICLE OR COMPONENT OF ANY VEHICLE, AND SPECIFICALLY DISCLAIM ANY WARRANTIES OR MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE. In no event shall the Saratoga Automobile Museum, the auctioneer, or any of its employees, agents, associates or affiliates be responsible or liable in any way for any warranties, guarantees, histories, or descriptions of any vehicle or article offered for sale.

5. RISK OR LOSS: The Saratoga Automobile Museum encourages bidders to self-inspect the lots before bidding to ensure the quality

# Exhibit C

of the conditions and/or repair/restoration. Once the Auction ends and the winning bidder number is called, the risk of loss or damages passes on to the winning bidder.

6. REMOVAL: Items shall be removed from the premise no later than Tuesday, November 19, 2024, and thereafter, the Saratoga Automobile Museum may charge a reasonable daily storage fee of up to $100 per day, should any items be left on the premises.

7. TRANSPORTATION OF Items: We may, from time to time in our discretion, transport or arrange via third parties to transport items belonging to you at your request and/or deemed necessary or desirable by us. In such cases, we are not liable for theft, conversion, loss, injuries, damage, claims, expenses (including legal fees), suits, or demands related to such vehicles (collectively, transportation claims), howsoever caused and to whomever caused. Such items are being transported for you and at your request, and you assume all risks associated with the transportation of your items. You further acknowledge and agree that your only claim or remedy for transportation claims, if any, shall be to and against the third-party carrier, its insurer, your own insurer, or the third-party that caused the alleged damage, and not to, against, or involving the Saratoga Automobile Museum.

8. ADDITIONAL LOT ITEMS: Buyer acknowledges that the Saratoga Automobile Museum shall not be responsible for safekeeping or delivery of any of the provenance, books, build sheets, Protect-O-Plates, window stickers, or other records, awards or documents regarding the lot, and that the Seller is ultimately responsible for safekeeping of these items.

9. ADDITIONAL TERMS: In the event either party brings action against the other, the prevailing party, as determined by the court, shall be entitled to recover its reasonable attorneys? fees and costs.
The law of the state in which the auction is held shall govern the provisions of this bid card. Jurisdiction for any action brought shall lie exclusively in a court of competent jurisdiction in the judicial district in which Saratoga County, New York  is located. You are responsible for all bids made with your bidder number, whether or not made by you and whether or not authorized by you. If your bidder card is lost or stolen, immediately report to the auction office as all bids made with this bidder number will be your responsibility.

# Exhibit C