R&F

**Kris Roglieri**
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180

2025 JAN 16 AM 10: 23

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

**January 10, 2025**

**Honorable Robert E. Littlefield, Jr**
United States Bankruptcy Court
Northern District of New York
445 Broadway
Albany, NY 12207

RE: Chapter 7 Case No. 24-10157-REL

**Dear Judge Littlefield,**

I am writing to express significant concerns regarding the conduct of the Chapter 7 Trustee, Mr. Christian Dribusch, in my bankruptcy case. I believe my rights and exemptions under Chapter 7 have been violated, and I respectfully seek the Court's intervention to address these issues.

From the outset, I have made every effort to cooperate fully with Mr. Dribusch. When he visited my home, I willingly offered to assist in identifying potential buyers to ensure the assets were sold at the highest possible prices. Despite my efforts, Mr. Dribusch excluded me from the process, undersold the assets, and submitted inaccurate statements to the Court, falsely claiming I failed to cooperate, including the destruction of mail and a lack of communication.

The role of a U.S. Trustee is to oversee the bankruptcy process, ensure compliance with the law, and manage the liquidation of non-exempt assets to pay creditors. However, they do not have the authority to intercept, open, or otherwise interfere with personal mail. Under **18 U.S. Code § 1702**, intercepting or opening mail not addressed to the Trustee is generally illegal unless explicitly authorized by law or the Court. Trustees must adhere to federal laws governing mail privacy.

In this case, Mr. Dribusch, as Trustee, has yet to confirm whether he obtained court approval or established any legal grounds to access all my mail during the initial stages of my Chapter 7 case before it was forwarded to my designated Power of Attorney. I know that Mr. Dribusch took possession of all my mail before it was forwarded, as both my Power of Attorney and I are enrolled in USPS Informed Delivery, which tracks all incoming mail.

I have not received an itemized list of the assets seized from my home or any clear explanation regarding their management. To date, I have received no word from Mr. Dribusch on the status of my exemptions. Some of these items, such as shoes and clothes, appear to fall under bankruptcy exemptions that Mr. Dribusch took, and I would like an explanation. I have photographic evidence of personal belongings taken, including critical records and documents vital to my defense in a separate criminal matter.

Despite being aware of my incarceration since May 2024, Mr. Dribusch has made no effort to contact me directly regarding assets, sales, or any financial affairs. Instead, he mailed the Chapter 7 case documents to my 40 North Road address, which he possessed and controlled, and later started mailing documents to my Power of Attorney's address in Poughkeepsie. This has caused significant delays in getting the filings/documents and has prevented me from being able to respond in the designated timeframes. Rather than reaching out to me so we could work together and get top dollar for my possessions, Mr. Dribusch filed documents with the Court stating that I was not cooperative, as reflected in (**Case No. 24-90015-1, Doc 1, Page 13 #113**).

I have acted on the advice of my prior and current legal counsel and have provided all relevant assistance and documentation to the best of my ability at every stage of the process. I was advised by prior legal counsel that there would be an opportunity to provide any additional information or documentation that may have been inadvertently omitted at the beginning stages of the bankruptcy. However, I have been subjected to undue pressure, trial by media, and coercion through the legal system, leading to the current situation, which threatens the potential loss of everything I have worked for throughout my entire life.

This situation has created significant challenges in overseeing the progress of my bankruptcy and criminal cases. I missed Chapter 7 hearings that ended in default due to a lack of proper notice (**Case No. 24-90017-1-rel, Doc 8**).

Furthermore, a real estate listing photograph shows that my personal documents are stored in the garage of my former home. This raises serious concerns about the security and confidentiality of these materials, including all my business and tax documents, which are crucial for my legal defense in my criminal case. If documents are found to be missing, the U.S. Trustee, including Mr. Dribusch, must be held accountable.

I requested these documents at the start of the Chapter 7 conversion, but Mr. Dribusch ignored my requests. These materials are stored in an empty house while being shown to potential buyers, which is highly concerning and a violation of my rights and privacy. I urgently request that these documents be returned to **Linda Oliver**, my designated representative under a valid Power of Attorney, to safeguard my interests.

I feel overwhelmed and disadvantaged in navigating this process without legal representation. I respectfully request that the Court take the following actions:

1. **Order an immediate accounting of all assets seized by the Trustee, including an itemized list and details of their sale.**
2. **Ensure the return of my personal records and documents to Linda Oliver, my designated representative.**
3. **Investigate the Trustee's conduct, particularly the submission of false statements to the Court.**
4. **Protect my rights and exemptions as provided under Chapter 7 of the Bankruptcy Code.**
5. **Approve the submitted Request for Documentation of fees incurred in connection with my case. Case No. 24-10157-REL**

I remain committed to fulfilling my legal obligations but urgently need the Court's assistance to ensure fair and just treatment in this matter. Thank you for your attention to this urgent issue. I trust that the Court will take appropriate action to address my concerns.

**Respectfully,**
**Kris D. Roglieri**
**Case No. 24-10157-REL**











| $1,999,000 | 6 | 4.5 | 10,307 |
|---|---|---|---|
| Price | Beds | Baths | Sq. Ft. |



Request showing