R&F

**Kris Roglieri**
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180

2025 JAN 16 AM 10: 23

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

**January 10, 2025**

**Honorable Robert E. Littlefield, Jr**
United States Bankruptcy Court
Northern District of New York
445 Broadway
Albany, NY 12207

**RE: Request for Documentation of Fees Incurred in Connection with Case Chapter 7 Case No. 24-10157-REL**

**Dear, Honorable Robert E. Littlefield, Jr**

Pursuant to applicable legal standards and in connection with the ongoing proceedings in the above-referenced matter, I hereby formally demand a comprehensive record detailing all fees that have been accumulated in conjunction with this case, including, but not limited to, the fees charged by, Christian Dribusch for services rendered.

Specifically, I request the following information:

1. An itemized statement of all fees charged by Christian Dribusch, broken down by service provided, dates of service, and the hourly or flat rates applied.

2. A detailed account of any disbursements, costs, or additional charges billed in connection with Christian Dribusch's involvement in this case.

3. An explanation of any payments made to date toward Christian Dribush's fees, including amounts paid, the date of payment, and the method of payment.

Please provide the requested documentation within 10 business days from the date of this letter. If you are unable to comply with this request within the specified time frame, I expect to be provided with a detailed explanation of the delay.
Failure to provide the requested records may necessitate further action, including filing a formal

motion with the court to compel disclosure.
Thank you for your prompt attention to this matter.

Sincerely,

**Kris Roglieri**
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180