So Ordered.

Signed this 16 day of January, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI

              *Debtor*.

Chapter 7

Case No. 24-10157

----------------------------------------------------------------X

## ORDER ON AUCTIONEER SECOND FEE APPLICATION

Saratoga Automobile Museum filed a motion pursuant to §503 and §330 of Title 11 of the United States Code to approve an auctioneer fee application (ECF # 323) requesting fees in the amount of $5,342.90 and expenses of $4,460.00 ("*Motion*").

The Motion was properly served (ECF # 324)

The Motion came to be heard on January 15, 2025.

NOW, THEREFORE, with no objections having been filed, it is:

**ORDERED** that the Motion is granted.

**ORDERED** that Saratoga Automobile Museum is awarded $5,342.90 in auctioneer fees and $4,460.00 in auctioneer expenses which sums the Trustee is authorized to pay.

####