So Ordered.

Signed this 16 day of January, 2025.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

KRIS DANIEL ROGLIERI,

Case No. 24-10157
Chapter 7

*Debtor*.

**ORDER SETTING HEARING PURSUANT TO 11 U.S.C. § 105**

On January 16, 2025, the Court received two letters from the Debtor requesting certain relief. (ECF Nos. 331–32). Included among the various requests were concerns regarding personal mail of the Debtor and the storage of certain business and tax documents.

A hearing regarding the matters of the mail, business and tax documents shall be held on **January 21, 2025,** at **11:30 a.m.** The parties may appear either **via call-in number: 518-217-2288, Conference ID: 939500229#**, or **in-person at the U.S. Bankruptcy Court, James T. Foley Courthouse, Room 306, Albany, New York**.

The following parties are expected to appear and other interested parties may attend:

-1-

**Kris Daniel Roglieri**
*Debtor*
Rensselaer County Correctional Facility
4000 Main Street
Troy, New York 12180
-and-
11 Hill Top Lane
Poughkeepsie, New York 12603

**Christian H. Dribusch, Esq.**
Dribusch Law Firm
*Chapter 7 Trustee*
187 Wolf Road, Suite 300-20
Albany, New York 12205

# # #