**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In re:

KRIS DANIEL ROGLIERI,            Case No. 24-10157-REL
                                                          Chapter 7

                              Debtor.

---

In re:

PRIME CAPITAL VENTURES, LLC,        Case No. 24-11029-REL
                                                          Chapter 11

                              Debtor.

---

**STIPULATION RESOLVING AND WITHDRAWING THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF DENALI STATE BANK AND WOODSIDE CREDIT, LLC TO THE JOINT MOTION OF PRIME CAPITAL VENTURES, LLC AND CHRISTIAN H. DRIBUSCH, AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF KRIS DANIEL ROGLIERI, FOR AN ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING A CERTAIN STIPULATION OF SETTLEMENT BETWEEN THE DEBTORS' ESTATES AND THE UNITED STATES OF AMERICA REGARDING THE GOVERNMENT'S CIVIL FORFEITURE CLAIMS**

**WHEREAS**, on December 30, 2024, Prime Capital Ventures, LLC ("Prime") and Christian H. Dribusch, in his capacity as chapter 7 trustee (the "Roglieri Trustee," and together with Prime, the "Movants") of the bankruptcy estate of Kris Daniel Roglieri ("Roglieri," and together with Prime, the "Debtors"), filed a joint-motion (the "Motion") seeking the entry of an order, pursuant to Fed. R. Bankr. P. 9019, approving a certain stipulation between the Movants and the United States of America (the "Government," and together with the Movants, the "Parties"), resolving the Government's civil forfeiture claims and providing for the Debtors' estates' receipt of certain seized property, a copy of which is annexed to the Motion as Exhibit A (the "Stipulation") [Prime Dkt. No. 105]; and

**WHEREAS**, Denal State Bank ("Denali") and Woodside Credit, LLC ("Woodside," and together with Denali, the "Secured Creditor"), filed a limited objection (the "Limited Objection") to the Motion over a concern, among potentially others, that the Stipulation's prescribed sale of the Secured Creditor's collateral, a certain 2020 Lamborghini (VIN: ZHWUM6ZD9LLA09436) (the "Vehicle") by the Prime bankruptcy estate rather than the Roglieri bankruptcy estate [Roglieri Dkt. No. 340];

**NOW THEREFORE**, the Movants and the Security Creditor (collectively, the "Parties," each a "Party") hereby stipulate and agree as follows:

1. Acknowledgment of Lien. The Movants acknowledge that the Secured Creditor has a valid, perfected lien against the Vehicle as evidenced by the recordation and acknowledge of the lien with the New York State Department of Motor Vehicles on the Vehicle's title. The Movants confirm that nothing in the Motion or Stipulation seeks or purports to challenge, amend, circumvent, alter, or otherwise modify the Secured Creditor's lien against, and rights with respect to, the Vehicle. The Movants further confirm that the Secured Creditor is deemed a party to the Prime bankruptcy case to the extent that it needs to enforce the Stipulation, this stipulation, or the Secured Creditor's lien against the Vehicle.

2. Withdrawal of Limited Objection. The Secured Creditor hereby withdraws the Limited Objection without prejudice.

[*Signatures on next page*]

| | |
|---|---|
| Dated: Albany, New York<br>January 27, 2025 | Dated: New York, New York<br>January 27, 2025 |
| **CHRISTIAN H. DRIBUSCH,<br>CHAPTER 7 TRUSTEE** | **KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP** |
| By: */s/ Christian H. Dribusch*<br>Christian H. Dribusch, as Chapter Trustee of the Estate of Kris Daniel Roglieri<br>c/o The Dribusch Law Firm<br>187 Wolf Road, Suite 300-020<br>Albany, New York 12205<br>Tel: (518) 227-0026<br>Email: cdribusch@chd-law.com | By: */s/ Fred Stevens*<br>Fred Stevens<br>Lauren C. Kiss<br>200 West 41st Street, 17th Floor<br>New York, New York 10036<br>Tel: (212) 972-3000<br>Email: fstevens@klestadt.com<br>           lkiss@klestadt.com<br><br>*Counsel to Prime Capital Ventures,<br>  LLC, Debtor and Debtor in possession* |

Dated: Syracuse, New York
January 27, 2025

**HARRIS BEACH MURTHA
 CULLINA PLLC**

By: */s/ Brian D. Roy*
Brian D. Roy
333 W. Washington Street, Suite 200
Syracuse, New York 13202
Tel: (315) 423-7100
Email: broy@harrisbeach.com

*Counsel to Secured Creditor*