# UNITED STATES BANKRUPTCY COURT

**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**



In re:
Kris Roglieri
Debtor
**Case No. 24-10157-REL**
Chapter 7

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the **Motion to Remove Chapter 7 Trustee Christian Dribusch for Misconduct, Mismanagement, and Violations of Fiduciary Duties**, filed by **Kris Roglieri**, will be held before the Honorable **Robert E. Littlefield, Jr., United States Bankruptcy Judge**, at the United States Bankruptcy Court, **Northern District of New York**, located at **445 Broadway, Albany, NY 12207**, on:

**Appearance may be made in person or by telephone:**

- **Date:** March 12, 2025
- **Time:** 9:15 am
- **Location:** United States Bankruptcy Court, **Northern District of New York**, located at **445 Broadway, Albany, NY 12207**
- **Telephone: 518-217-2288**
- **Conference Id: 939-500-229#**
-

**PLEASE BE ADVISED** that objections, if any, to the relief sought in the motion must be filed and served by the **Federal Rules of Bankruptcy Procedure and the Local Rules of the Northern District of New York**.

Dated: February 6, 2025
Troy, New York

**Respectfully submitted,**

**Kris D. Roglieri**
By: Linda Oliver, as Attorney-in-Fact
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180

— POA