**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

In re:
Kris Roglieri
Debtor
**Case No. 24-10157-REL**
**Chapter 7**



**CERTIFICATE OF SERVICE**

I, **Kris Roglieri**, hereby certify that on **February 6, 2025**, I caused to be served a true and correct copy of the **Notice of Hearing** regarding the **Motion to Remove Chapter 7 Trustee Christian Dribusch for Misconduct, Mismanagement, and Violations of Fiduciary Duties**, upon the following parties by **First-Class Mail, Served via U.S. Mail:**

**Honorable Robert E. Littlefield, Jr.**
United States Bankruptcy Court
Northern District of New York
445 Broadway
Albany, NY 12207

**Christian Dribusch, Chapter 7 Trustee**
Dribusch Law Firm
187 Wolf Road, Suite 300-020
Albany, NY 12205

**Office of the United States Trustee**
United States Bankruptcy Court
Northern District of New York
445 Broadway, Room 218
Albany, NY 12207

**Office of the United States Trustee**
Lisa M. Penpraze
Assistant United States Trustee
11A Clinton Avenue, Room 620
Albany, NY 12207

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: **February 6, 2025**
Troy, New York

Respectfully submitted,

**Kris D. Roglieri**
By: Linda Oliver, as Attorney-in-Fact
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180

*[signature]* - POA