Christian H. Dribusch
THE DRIBUSCH LAW FIRM
187 Wolf Road
Albany, New York 12205
(518) 227-0026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI

                *Debtor*.

-------------------------------------------------------------------X

Chapter 7

Case No. 24-10157

## SUPPLEMENTAL INVENTORY

Christian H. Dribusch, the Chapter 7 Trustee to the Bankruptcy Estate of Kris Daniel Roglieri, provides the annexed list of shoes, sunglasses, and tradenames of bankruptcy estate property to supplement the Trustee Motion for Authority to Sell Property of the Bankruptcy Estate as reflected on Bankruptcy Docket Entry Number 242 and the Trustee Inventory as reflected on Bankruptcy Docket Entry Number 258.

Dated: February 21, 2025

                                              */s/ Christian H. Dribusch*
                                              Christian H. Dribusch
                                              Chapter 7 Trustee
                                              187 Wolf Road
                                              Albany, NY 12205
                                              Tel. (518) 227-0026
                                              Email cdribusch@chd-law.com

## SUNGLASSES

| Item: |
|---|
| Versace Model 740 Color 852 |
| Versace Model 2160 |
| Gucci Model GG 2252/S |
| Chrome Hearts Model MBK/MGP WEWE-PV |
| Tom Ford Winter TF707 |
| Gucci Model GG0062S |
| Prada SPR 12Z |
| Tom Ford TOM N.16 30H Photochromic |
| Tom Ford TOM N.16 18D Photochromic |
| Versace Model 2178 |
| Versace Model 2150-Q |
| Versace Model 2178 |
| Versace Model 4391 |
| Versace Model 2225 |
| Gucci Model GG0062S 001 |

# SHOES

| Item: |
|---|
| Gucci Crocodile Loafer Size 10 |
| Christian Louboutin Red Bottoms Size 44 |
| Gucci Loafer 428609 Size 10 |
| Gucci Loafer 406994 Size 10 |
| Gucci Loafer 269653 Size 10 |
| Gucci Loafer 407295 Size 10 |
| Yeezy "Bred" |
| Gucci Loafer 236614 Size 10 |
| Versace Loafer 6488 Size 43 |
| LV Loafer BM 0149 Size 10 |
| D&G A 107 19 Size 9 |
| Gucci Loafer 406994 (Blue) Size 10 |
| Christian Louboutin Spike Shoes Size 44 |
| D&G A60422 Size 9 |
| Magnanni 23192 Size 11 |
| Gucci Loafer 245503 Size 10 |
| Tom Ford J1172T Leopard Size 10 |
| Gucci Loafer 549058 Size 10 |
| Gucci Loafer 407295 Size 10 |
| Buscemi Size 44 |
| Mezlan Custom Size 11 |
| Christian Louboutin Red Bottoms/Spike Size 44 |
| Christian Louboutin Red Bottoms "Crest" Size 44 |
| Gucci Loafer 430088 Size 10 |
| Mark Chris Size 43 #38/50 |
| Gucci Loafer 406994 (Tan) Size 10 |
| D&G A 50433 Size 9 |
| D&G Sneaker CS1768 AJ955 Size 44 |
| D&G Sneaker CS1770 AO228 Size 44.5 |
| Christian Louboutin Red Bottoms/Heel Spike Size 44 |
| Christian Louboutin Red Bottoms Spikes Around Size 44 |
| Gucci Loafer 649479 Size 10 |
| Versace Sneaker Size 10 ? |
| Tom Ford J1443 Size 10 |
| Tom Ford J1373T Size 10 |

| |
|---|
| Gucci Loafer 428609 Stripe Size 10 |
| Gucci Loafer 322500 Size 10 |
| Gucci Sneaker 519723 Size 10 |
| Gucci 233506 Size 10 |
| Christian Louboutin Red Bottom grey Spike Size 43.5 |
| Christian Louboutin Red Bottom Black Spike Size 44 |
| LV Loafer FA 0125 Size 10 |
| LV Loafer ND 1222 Size 10 |
| LV Loafer FA 0154 Size 10 |
| LV Loafer ND 0156 Size 10 |
| LV Loafer ND 1124 Size 10 |
| LV Loafer (No Model #) Size 10 |
| LV Loafer FA 0196 Size 10 |
| LV Loafer ND 0147 Size 10 |
| LV Loafer FA 1118 Size 10 |
| Alexander McQueen 688548 Size 44 |
| Alexander McQueen 662663 Size 43 |
| LV Loafer FA 0135 Size 10 |
| LV Loafer FA 0127 Size 10 |
| LV Loafer ND 0117 Size 10 |
| LV Loafer ND 0128 Size 10 |
| LV Loafer ND 1106 Size 10 |
| LV Loafer FA 0164 Size 10 |
| Gucci Loafer 304763 Brown Size 10.5 |
| Gucci Loafer 304763 Black Size 10.5 |
| Gucci Loafer 170618 Size 10.5 |
| Versace Loafer DSU5088 Size 44 |
| Versace Loafer DSU6011 Size 44 |
| Christian Louboutin Red Bottom Sneaker Spike Size 44 |
| Gucci Loafer 304763 Black Size 10 |
| Gucci Loafer 255350 Size 10.5 |
| LV Loafer ND 0139 Size 10 |
| Christian Louboutin Red Bottom Blue Size 44 |
| Tom Ford J1262T Size 10 |
| Tom Ford Sneaker J1098 |
| Givenchy Sneaker Size 44 |
| Versace Sneaker Size 10 ? |
| Tom Ford Sneaker J0948T Size 11 |
| Tom Ford Sneaker J0948T (Blue) Size 10 |

| |
|---|
| Versace Sneaker Black Size 44 |
| Gucci Loafers 406994 Size 10 |
| Tom Ford Sneaker J0974 Size 11 |
| Saint Laurent Sneaker DE 586586 Size 44 |
| Gucci Sneaker 703034 Size 9.5 |
| Christian Louboutin White/Red Sneaker Size 44.5 |
| Tom Ford Green Slip On Size 10 |
| Tom Ford Sneaker J1423 Size 11 |
| Prada Sneaker 2EE376 Size 10 |
| |

# TRADENAMES

