UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK

In re:
KRIS ROGLIERI, Debtor
Chapter 7 Case No. 24-10157-REL

**AFFIDAVIT OF HARDSHIP DUE TO UNLAWFUL EVICTION**

In response to: Motion #345 to Remove Trustee
March 17, 2025

I, **Linda Oliver**, am the Power of Attorney for **Kris Roglieri** and his girlfriend. I submit this affidavit to document the **extreme hardship, financial distress, and legal violations** I suffered due to Trustee **Christian Dribusch's** unlawful eviction and misconduct related to the bankruptcy estate at **40 North Road, Queensbury, NY**.

# I. UNLAWFUL EVICTION & TRUSTEE MISCONDUCT

### 1. Trustee's Illegal Actions

Trustee **Christian Dribusch** unlawfully evicted me from my residence at **40 North Road, Queensbury, NY**, by:

- **Changing the locks** while I was at work, without notice.
- **Falsely claiming he had a court order**, though no such order exists in PACER or Housing Court records.
- **Leaving me homeless** and depriving me of my belongings, work attire, personal property, and mail.

### 2. Violations of New York Law (RPAPL § 713 & RPAPL § 853)

- Under **RPAPL § 713**, a **legal resident** cannot be removed without a **court order**, even in bankruptcy.
- **RPAPL § 853** entitles a **wrongfully evicted tenant** to damages, including **treble damages** for **illegal eviction**.
- Trustee **Dribusch** acted **beyond his legal authority** by removing me **without a valid court order**.

### 3. Violation of Due Process (Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950))

- **Due process** requires **notice and a hearing** before depriving someone of **housing rights**.

- By **locking me out** without notice, **Trustee Dribusch denied me due process**, violating my **constitutional rights**.

## II. EXTREME FINANCIAL & EMOTIONAL HARDSHIP

### 1. Sudden Eviction & Homelessness

- On **June 12, 2024**, at approximately **4:00 PM**, while I was at work **four hours away**, Mr. Dribusch sent me a text message stating that **the locks had been changed**.
- I had **no prior warning** and was left **homeless overnight**.
- I was **stranded**, unable to retrieve my **clothing, work essentials, personal belongings, and mail**.

### 2. Severe Financial Consequences

As a direct result of this **wrongful eviction, I** suffered **significant financial losses**, including:

- **Forced withdrawal from retirement accounts (Roth & SEP)**, incurring a **10% penalty**, which will increase my **2024 tax burden**.
- **Emergency housing expenses**, including **hotel stays, extended lodging, and food** while displaced.
- **Moving costs**, including **packing supplies, U-Haul rentals, gas, and movers**.
- **Security deposit & rent for new housing**, which was not available until **July 1, 2024**, forcing me to pay **additional fees to move in early**.
- **Penalty fees** due to unexpected **relocation expenses**.

## III. LEGAL VIOLATIONS BY TRUSTEE DRIBUSCH

### 1. Breach of Fiduciary Duty (11 U.S.C. § 704)

A **Chapter 7 trustee** is legally required to **act in the best interest** of the **estate and creditors**.

In In re AFI Holding, Inc., 530 F.3d 832 (9th Cir. 2008), trustees were removed for:

- **Mismanagement of estate assets**.
- **Bad faith administration**.
- **Failure to protect estate property**.

Trustee **Dribusch's** actions **mirror those in AFI Holding**, warranting his **removal under 11 U.S.C. § 324**.

## IV. REQUEST FOR COURT CONSIDERATION & SEALED SUBMISSION OF EVIDENCE

I respectfully submit additional evidence to **support my affidavit**, including:

- **Affidavits** from individuals who **personally witnessed my hardship** due to the **eviction:**
    - Affidavit of Jowita (Professional & Personal Witness)
    - Affidavit of Michael (Personal Witness)
    - Affidavit of Diego (Fashion Industry/Client Witness)
- **Screenshots of text messages** documenting my **distress** after the **wrongful eviction.**

### Sealing of Personal & Financial Information

Due to the **sensitive nature** of these records, which contain **personal financial information** and **witness identities, I respectfully request** that they be **sealed from the public record.** This includes:

- **My financial records, including bank statements and tax-related documents.**
- **The affidavits submitted in support of my hardship, to protect the privacy and personal identity** of individuals providing testimony on my behalf.
- **Screenshots of private communications that document my distress and financial impact.**

Additionally, I seek to submit a **full statement detailing my financial hardship,** including the **total debt incurred** due to the eviction. However, before providing these documents, **I ask the Court to confirm** that my **personal financial records and supporting affidavits** will be **sealed** to protect **my privacy and that of my witnesses.**

## V. CONCLUSION: VIOLATION OF DUE PROCESS & TRUSTEE'S ABUSE OF POWER

Trustee **Dribusch's actions** caused:

- **Extreme financial hardship.**
- **Emotional distress.**
- **Professional harm.**

He **unlawfully evicted me,** violating both **state and federal law.**
He failed in his fiduciary duties, selectively administered assets, and **deprived me of due process.**

### Request for Relief:

I respectfully request that the Court:

1. **Acknowledge the severe harm** caused by **Trustee Dribusch.**
2. **Grant my request to seal my submitted financial records, affidavits, and supporting evidence** from **public disclosure.**
3. **Take corrective action to hold Trustee Dribusch accountable** for his **misconduct and abuse of power.**

I declare **under penalty of perjury** under the **laws of the United States** that the **foregoing is true and correct.**

**Dated:** March 17, 2025

**Respectfully submitted,**

*[signature]*

**Linda Oliver**
Power of Attorney for **Kris Roglieri**

*[signature]*  3/17/2025

DEBORAH PARMA
Notary Public - State of New York
NO. 01PA6351578
Qualified in Suffolk County
My Commission Expires Dec 5, 2028