**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:
**KRIS ROGLIERI, Debtor**
**Chapter 7 Case No. 24-10157-REL**

*[Stamp: 2025 MAR 17 PM 3:39 CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY]*

*[Stamp: R&F]*

## REQUEST TO SUPPLEMENT MOTION #345 WITH ADDITIONAL EVIDENCE

TO: THE HONORABLE ROBERT E. LITTLEFIELD, JR.,
UNITED STATES BANKRUPTCY JUDGE

I, **Kris D. Roglieri**, by and through my **Attorney-in-Fact, Linda Oliver**, respectfully request to supplement **Motion #345 (Motion to Remove Trustee Dribusch)** with **additional evidence** regarding his continued failure to manage estate obligations.

Attached to this request is a **recent electric bill**, which Trustee Dribusch has yet to pay despite his fiduciary duty under **11 U.S.C. § 704(a)(1)** to protect and maintain estate property. The failure to pay this essential utility bill further supports the **grounds for removal** due to mismanagement and neglect.

### Relief Requested:

I respectfully ask that this **unpaid electric bill be added to Motion #345** for consideration at the continued hearing on **March 20, 2025**.

Dated: **March 17, 2025**
Respectfully submitted,

*[signature]*

**Kris D. Roglieri**
By: **Linda Oliver, as Attorney-in-Fact**
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180

**nationalgrid**

March 3, 2025
Bill Account Number:
Service Address: 40 NORTH RD
QUEENSBURY NY 12804

0021345   SP   3562   -C01-P21366-I1



KRIS D ROGLIERI
11 HILL TOP LN
POUGHKEEPSIE NY 12603-6826



Additional emergency funding may be available to you because your account is now in disconnect status. Learn more at ngrid.com/billhelp

## THIS IS A FINAL DISCONNECTION NOTICE.
## PLEASE REFER TO THIS NOTICE WHEN PAYING THIS BILL.

We understand these are financially difficult times which may make it challenging to pay your National Grid bill. Your account remains unpaid with a total balance due of $18,610.40.

If you are unable to pay the past-due balance in full, please call us at 1-800-443-1837 to discuss the possibility of a deferred payment agreement or other options.

You have received a Disconnect Notice which explained that your service could be disconnected at any time after 03/05/2025. Unless full payment is made, your service could be disconnected without further notice.

If your service has been disconnected, please be aware that it may take up to 24 hours to turn your service back on after you have paid your bill. If you have already made payment or made arrangements for payment of your past-due balance, thank you.

### This is an important notice. Please have it translated.

Este é um aviso importante. Quiera mandá-lo traduzir.
Este es un aviso importante. Sírvase mandarlo traducir.
Avis important. Veuillez traduire immediatement.

ĐÂY LÀ MỘT BẢN THÔNG CÁO QUAN TRỌNG
XIN VUI LÒNG CHO DỊCH LẠI THÔNG CÁO ẤY

Questa è un'informazione importante,
Si prega di tradurla.

Это очень важное сообщение.
Пожалуйста, попросите чтобы вам его перевели.

300 Erie Blvd. West, Syracuse, NY 13202-4250
1-800-443-1837 • www.nationalgridus.com

0016 12

| Bill Account Number | Past Due Balance | Total Amount Due |
|---|---|---|
|  | $18,610.40 | $18,610.40 |

KRIS D ROGLIERI
40 NORTH RD
QUEENSBURY, NY 12804

$

**ENTER AMOUNT ENCLOSED**

Write account number on check and make payable to National Grid

National Grid
PO Box 371376
Pittsburgh, PA 15250-7376

**nationalgrid**

| | |
|---|---|
| SERVICE FOR | KRIS D ROGLIERI |
| | 40 NORTH RD |
| | QUEENSBURY NY 12804 |

▶ RECEIVED ◀

MAR 1 4 2025

| BILLING PERIOD | Jan 29, 2025 to Feb 27, 2025 |
|---|---|
| ACCOUNT NUMBER | |
| PLEASE PAY BY | Mar 29, 2025 |
| AMOUNT DUE | $ 20,101.24 |

PAGE **1** of **3**

www.nationalgridus.com
CUSTOMER SERVICE
1-800-642-4272

GAS EMERGENCIES
1-800-892-2345
(Does not replace 911 emergency medical service)

OUTAGE AND ELECTRIC EMERGENCIES
1-800-867-5222

CORRESPONDENCE ADDRESS
300 Erie Blvd West
Syracuse, NY 13202

DATE BILL ISSUED
Mar 5, 2025

### ACCOUNT BALANCE

| | |
|---|---:|
| Previous Balance | 18,610.40 |
| Payment Received   No payments have been received during this billing period | - 0.00 |
| Balance Forward | 18,610.40 |
| Current Charges | + 1,490.84 |
| **Amount Due ▶** | **$ 20,101.24** |

To avoid late payment charges of 1.5%, $ 20,101.24 must be received by Mar 29 2025.

### SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | TOTAL |
|---|---:|---:|---:|
| Electric Service | 376.95 | 1,113.89 | 1,490.84 |
| **Total Current Charges** | **$ 376.95** | **$ 1,113.89** | **$ 1,490.84** |

- Save time and money! Sign up for paperless billing and receive a $ 0.41 credit on your monthly bill. Visit our website to enroll today!

- Utility Worker Safety Reminder: State laws are in place to help protect utility workers while they are performing their job duties. Causing physical injury to, or assaulting, a utility worker is punishable by law, and penalties include potential jail time.

- Payment concerns? We are here to help. To learn about solutions to help you take control of your energy use and bills, visit www.ngrid.com/billhelp.

- ★ WILL WE BE ABLE TO REACH YOU DURING A POWER OUTAGE?: During a power outage, phones with a direct link to a local phone line are able to operate. Phones that are **not** directly linked (for example, wireless phones with answering machines) need electricity to make/receive calls. If you would like to register another phone number, such as a cell phone, as your account's primary phone number, please go to www.nationalgrid.com/myaccount to update your information so that we may be able to reach you with important information during power outages.



ELECTRIC USAGE HISTORY (kWh)

| Daily Averages | Mar 24 | Mar 25 |
|---|---|---|
| kWh | 219.3 | 219.3 |
| Cost | $ 26.43 | $ 51.40 |

■ Actual   ☐ Estimated

---

KEEP THIS PORTION FOR YOUR RECORDS.
RETURN THIS PORTION WITH YOUR PAYMENT.

**nationalgrid**

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| | Mar 29, 2025 | $ 20,101.24 |

300 Erie Blvd West
Syracuse NY 13202-0960

ENTER AMOUNT ENCLOSED

$

Write account number on check and make payable to *National Grid*

2000782 01 MB 0.62 **AUTO T3 0 1064 12603-682611  -C02-P00782-I1



KRIS D ROGLIERI
11 HILL TOP LN
POUGHKEEPSIE NY 12603-6826        013876

NATIONAL GRID
PO BOX 371376
PITTSBURGH PA 15250-7376