United States Bankrupcy Court
Northern District of New York

In. Re:

Kris Roglieri, Debtor
Chapter 7 Case   Case No. 24-10157-REL

"Motion to File Under Seal"

In Support of: Affidavit of Hardship Due to Unlawful Eviction #345.

Filed by: Linda Oliver, Power of Attorney for Kris Roglieri

Date Filed: March 17, 2025

[Stamp: 2025 MAR 17 PM 4:13 CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY] R&F

To the Honorable Robert E. Littlefield, Jr
United States Bankruptcy Judge:

I Linda Oliver, Respectfully submitted the following exhibits in support of my Affidavid of hardship due to Unlawful Eviction. I'm filing this motion to request to Seal Exhibits from the public Record, Due to witness identites, private communication, and the severity of the case in the public. Therefore am asking to be Sealed from public access, pursuant to applicable court procedures and privacy protections. Thank you for your consideration.

I Certify under penalty of perjury under the laws of the united States that the foregoing is true and correct to the best of my knowledge.

Dated: March 17, 2025

Respectfully Submitted,

*[signature]*

Linda Oliver
Power of Attorney for Kris Roglieri