UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

    Kris Daniel Roglieri

                    Debtor.

Chapter 7
Case No.: 24-10157

**UNITED STATES TRUSTEE'S REQUEST FOR COPIES OF DOCUMENTS**

TO:    THE HONORABLE ROBERT E. LITTLEFIELD, JR.,
         UNITED STATES BANKRUPTCY JUDGE:

By letter dated March 17, 2025, the Debtor, through his attorney-in-fact, Linda Oliver, has requested the Court enter an order placing certain undisclosed documents under seal. (ECF 369). According to the March 17, 2025 letter-request, the documents the Debtor seeks to have sealed are in furtherance of the Debtor's Motion to Remove the Chapter 7 Trustee Christian H. Dribusch, Esq. The Court set a hearing on the Debtor's sealing letter-request for March 20, 2025 at 10:30 am.

In order to address the important question of whether the Debtor's request meets the standards set forth in 11 U.S.C. § 107(b), the United States Trustee and the chapter 7 trustee need copies of the documents at issue.

The United States Trustee respectfully requests that the Court direct the Debtor to immediately provide the United States Trustee and Chapter 7 Trustee with copies of the documents sought to be sealed, or authorize the Clerk of the Bankruptcy Court to provide same the United States Trustee and Chapter 7 Trustee in light of the compressed timeframe for these

parties to review and respond appropriately.

Dated: Albany, New York  
      March 18, 2025

Respectfully submitted,

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE, REGION 2

By: */s/ Lisa M. Penpraze*  
Assistant United States Trustee  
Leo O'Brien Federal Building  
11A Clinton Ave, Room 620  
Albany, NY 12207  
Bar Roll No.: 105165  
lisa.penpraze@usdoj.gov  
Voice: (518) 434-4553  
Fax:   (518) 434-4459