R&F

2025 MAR 24  PM 3:12

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
KRIS ROGLIERI, Debtor
Chapter 7 Case No. 24-10157-REL

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO TRUSTEE REMOVAL OPPOSITION (Dkt. No. 345)

TO: The Honorable Robert E. Littlefield, Jr.,
United States Bankruptcy Judge:

I, Kris D. Roglieri, by and through my Attorney-in-Fact, Linda Oliver, respectfully request a 7-day extension to file my response regarding the Motion to Remove Chapter 7 Trustee Christian Dribusch (**Dkt. No. 345**).

The deadline to submit my response is **Friday, March 28, 2025**. Due to my current incarceration, I have extremely limited access to legal resources, documents, and communication, which has delayed my ability to finalize and properly prepare my reply.

I am making every effort to comply with the Court's orders and to respond thoroughly and respectfully. I believe a brief extension of **seven (7) days** through **Friday, April 4, 2025**, will allow sufficient time to complete my response under the circumstances.

This request is made in good faith and not for the purpose of delay. I respectfully ask the Court to grant this short extension so that I may fully address the issues before the Court.

Dated: March 25, 2025,
Respectfully submitted,
**Kris D. Roglieri**
By: **Linda Oliver, Attorney-in-Fact**
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
**KRIS ROGLIERI, Debtor**
Chapter 7 Case No. 24-10157-REL

## CERTIFICATE OF SERVICE

I, Linda Oliver, as Attorney-in-Fact for Kris D. Roglieri, hereby certify that on **March 22, 2025,** I caused a true and correct copy of the **Motion for Extension to File Response to Trustee's Opposition (Dkt. No. 345)**, to be served via U.S. Mail, First-Class, Postage Prepaid, upon the following parties:

**Via U.S. Mail, First-Class, Postage Prepaid:**

- **Honorable Robert E. Littlefield, Jr.**
  United States Bankruptcy Court
  Northern District of New York
  445 Broadway
  Albany, NY 12207

- **Clerk of the United States Bankruptcy Court**
  United States Bankruptcy Court
  Northern District of New York
  445 Broadway, Suite 330
  Albany, NY 12207

- **Christian Dribusch, Chapter 7 Trustee**
  Dribusch Law Firm
  187 Wolf Road, Suite 300-020
  Albany, NY 12205

- **United States Trustee's Office**
  Lisa M. Penpraze, Assistant U.S. Trustee
  Leo W. O'Brien Federal Building
  11A Clinton Avenue, Room 620
  Albany, NY 12207

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 22, 2025,
**Respectfully submitted,**
**KRIS D. ROGLIERI**
**By: Linda Oliver, as Attorney-in-Fact**
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180