R&F

AFFIDAVIT OF ▮▮▮▮▮▮▮▮▮

STATE OF NEW YORK

COUNTY OF RICHMOND

2025 MAR 24  PM 3:20

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

I, ▮▮▮▮▮▮▮, being duly sworn, depose and state as follows:

1. Personal Knowledge & Professional Background:

I submit this affidavit based on my personal knowledge of Linda Oliver and the hardship she experienced due to her wrongful eviction. I am a fashion stylist and have worked with Linda in a professional capacity. She is a respected model in the fashion industry, and maintaining a polished appearance is essential to her career.

2. Immediate Contact After Lockout:

On June 12, 2024, I received a distressed phone call and text messages from Linda Oliver informing me that Christian Dribusch, the bankruptcy trustee, had changed the locks to her home while she was at work. She had received a text message from Dribusch himself confirming this action.

3. Extreme Hardship Due to Commute & Denial of Access to Belongings:

This was particularly devastating for Linda because she had a demanding commute, totaling approximately eight hours daily, traveling between her home in Queensbury and her job in Manhattan. The sudden lockout left her stranded, with no personal access to her belongings, including essential items for work. She was left with only the clothes she was wearing at the time, which caused significant stress and hardship in both her personal and professional life.

4. Impact on Career & Professional Appearance:

As a fashion stylist, I understand how important it is for professionals in the fashion industry to present themselves well at all times. For a model like Linda, being locked out of her home and separated from her wardrobe was a major obstacle in maintaining her professional image. She expressed to me that she felt helpless and embarrassed not having access to proper clothing for her work commitments. This directly impacted her ability to work and maintain her career during an already difficult time.

5. Helping Linda Find Housing:

Given the severity of her situation, I immediately offered Linda assistance in securing permanent housing. Knowing her distress, I helped search for housing options and sent her various listings to assist in finding a new residence.

6. Character and Integrity of Linda Oliver:

I have known Linda for over 12 years, and she is a person of integrity, professionalism, and respect for the law. It is unjust and deeply concerning that Trustee Dribusch falsely claimed he had a court order to remove her from her home when, in fact, no such legal eviction notice was ever issued.

7. Violation of New York Law:

Under New York state law, a legal resident cannot be evicted without a court order. In Linda's case, she was never served with any legal eviction documents, and she had no opportunity to contest her removal before a judge. This is a clear violation of her rights, and no one should ever have to endure such an ordeal.

8. Trustee Dribusch's Accountability:

Given these circumstances, Trustee Dribusch must be held accountable for falsely claiming he had a court order and for causing Linda unnecessary emotional, financial, and professional hardship. His actions were unjust, and the distress caused to Linda was entirely preventable had the proper legal process been followed.

9. Final Statement:

Linda Oliver is a talented and hardworking individual who has endured unwarranted hardship due to the reckless and illegal actions of Trustee Dribusch. No one should ever be put in this situation, and I strongly believe that justice must be served to prevent such misuse of authority from happening again.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: [Date] 3/15/2025

Signature: _____

AFFIDAVIT OF ██████████

STATE OF NEW YORK
COUNTY OF [NEW YORK] ·

I, ██████████, being duly sworn, depose and state as follows:

1. **Personal Knowledge:** I submit this affidavit based on my personal knowledge of Linda Oliver and the hardship she endured.

2. **Linda Oliver's Homelessness:** On or about **June 13, 2024,** after working with us, **Linda Oliver came to me in extreme distress,** explaining that she had been locked out of her home without warning. She was visibly upset and stated that she only had the clothing she was wearing at the time.

3. **Wrongful Eviction Circumstances:** Linda informed me that the Trustee had changed the locks on her residence while she was at work, leaving her without access to her belongings or a place to stay. She had **no prior notice** of this action and was left homeless as a result.

4. **Impact on Her Professional Career:** Linda works in the fashion industry, where **her appearance and wardrobe are essential** to her career. The sudden eviction and loss of access to her clothing and personal items created **severe hardship,** making it difficult for her to attend castings, work events, and maintain her professional obligations. The stress of her housing situation **greatly affected her well-being** and her ability to focus on her career.

5. **Immediate Assistance:** Understanding the severity of her situation, I allowed Linda to take clothing from my **showroom closet** to help her manage the immediate aftermath of her eviction.

6. **Emotional and Psychological Toll:** Linda's **emotional distress** was evident. She was in tears and expressed **deep anxiety** about where she would stay and how she would recover from this abrupt displacement. The **sudden eviction** placed an extreme burden on her personally and professionally.

7. **Wrongful Hardship:** The hardship Linda suffered was **unjust, unnecessary, and entirely preventable** had the proper legal process been followed. I firmly believe that Linda Oliver endured **significant financial, emotional, and professional hardship** due to the Trustee's actions.

I declare under **penalty of perjury under the laws of the United States** that the foregoing is true and correct to the best of my knowledge.

Dated: March 17, 2025
Signature: _____
██████████

JOYEETA ANILA
Notary Public - State of New York
NO. 01AN0019979
Qualified in Queens County
My Commission Expires Jan 17, 2028

AFFIDAVIT OF ████████████

STATE OF NEW YORK

COUNTY OF [Nassau]

I, ████████, being duly sworn, depose and state as follows:

**1. Personal Knowledge & Relationship with Linda Oliver**

I have known Linda Oliver for many years, and she is one of my closest friends. On June 12, 2024, I received an urgent call from Linda, who was in a state of panic and distress after learning that she had been locked out of her home without warning. She explained that Trustee Christian Dribusch had changed the locks while she was at work, leaving her with nowhere to go and no way to access her belongings.

**2. Immediate Shock & Concern Over the Lockout**

Linda was devastated and completely blindsided by the situation. She was in tears, explaining how she had never received any formal eviction notice or court documentation regarding her removal. I was shocked and outraged that someone could be locked out of their home like this, especially without legal due process.

**3. My Immediate Decision to Help**

Understanding the urgency of her situation, I told Linda that I would drive up to help her move. I made the trip from Long Island to Queensbury, which is not a short distance, just to assist her during this extremely difficult time. I knew she had no other help, and I couldn't let her go through this alone.

**4. The Difficulty of Moving on Short Notice**

The moving process was chaotic and extremely stressful. Linda had very little time to gather her belongings, and there was a large amount of stuff that needed to be packed and moved quickly. The short notice and urgency of the situation made it an exhausting and overwhelming experience for her.

**5. Caring for Linda's Dog During the Crisis**

In addition to helping her move, I also took care of Linda's dog, ensuring that she was safe and did not experience unnecessary stress from the sudden upheaval. This situation was not just emotionally and physically exhausting for Linda but also for her pet, who was affected by the drastic changes.

**6. Violation of Linda's Rights**

What stood out most was how unfair and unjust this situation was. No legal eviction notice was provided, and no court order was issued to remove Linda from the home. Trustee Dribusch took it upon himself to change the locks without warning, knowing that Linda was at work and had no way to protect herself or her property.

**7. Extreme Hardship & Unnecessary Suffering**

Watching Linda go through this was heartbreaking. No one should be put in a position where they suddenly lose access to their home without due process. The financial burden, stress, and emotional toll this took on her was beyond anything she should have had to endure.

**8. Final Statement**

I strongly believe that Linda was wrongfully removed from her home, and Trustee Dribusch's actions were completely unjustified. The lack of notice, disregard for legal procedures, and the distress this caused Linda were completely avoidable. Linda was put through an unnecessary and cruel situation, and I believe she deserves justice for the hardship she endured.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: 3/14/25

Signature: _____

ERICK GUERRERO
Notary Public, State of New York
Qualified In Nassau County
Reg. 01GU6165605
Expires on 5/14/2027