Christian H. Dribusch (507021)  
187 Wolf Road, Suite 300-20  
Albany, NY 12205  
Tel: 518.227.0026  
cdribusch@chd-law.com  

Hearing Date: April 23, 2025  
Hearing Time: 9:15 a.m.

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF NEW YORK

In re:

KRIS DANIEL ROGLIERI

Debtor.

Chapter 7

Case No.: 24-10157

**APPLICATION TO AUTHORIZE THE CHAPTER 7 TRUSTEE  
TO RETAIN AND COMPENSATE REAL ESTATE COUNSEL**

TO:    Robert E. Littlefield, Jr., United States Bankruptcy Court Judge

Christian H. Dribusch, the chapter 7 trustee in the above-captioned bankruptcy proceeding (the "*Trustee*"), for his motion pursuant to §327(a) and §330 of Title 11 of the United States Code ("*Bankruptcy Code*") to retain Lecce & Arcodia ("*L&A*") as real estate counsel for the Trustee, and for authority to pay L&A $2,000.00 at closing from the proceeds of the sale of the real estate located at 40 North Road, Queensbury, New York respectfully represents as follows:

**Parties, Jurisdiction and Venue**

1.     The Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on February 2024 with the Bankruptcy Court (the "*Court*") for the Northern District of New York (the "*District*").

2.     The Debtor case was converted to Chapter 7 on May 15, 2024.

3.     The Trustee was appointed interim trustee pursuant to Bankruptcy Code §701 and now is the permanent trustee.

4. This motion, made pursuant to Bankruptcy Code §327(a) and §330, is a core proceeding under 28 U.S.C. §157(b)(2)(A) because it relates to matters concerning the administration of the bankruptcy estate.

5. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §157 and §1334.

6. Venue is proper by virtue of 28 U.S.C. §1409(a), as the proceeding arises and relates to a case under the Bankruptcy Code pending before this District.

## Relief Requested and Basis Therefore

7. The Trustee would like to retain L&A to act as real estate counsel for the sale of 40 North Road, Queensbury, New York pursuant to §327(a) of the Bankruptcy Code.

8. The Trustee would like to compensate L&A with a fee of $2,000.00 pursuant to §330 of the Bankruptcy Code with such a sum to be paid from the proceeds of the sale of 40 North Road, Queensbury, New York.

9. Retention is necessary to assist the Trustee in connection with the bankruptcy estate's sale of 40 North Road, Queensbury, New York.

10. The Trustee believes that L&A is well qualified to act as real estate counsel to the Trustee as L&A has experience in matters of this character and can render the services required on a cost-efficient basis.

11. To the best of Trustee's knowledge, L&A has no connection with the Debtor, the creditors or any other party-in-interest, and is a "disinterested" person as defined in Bankruptcy Code §101(14).

12. The Trustee is satisfied that L&A represents no interest adverse to the creditors which would preclude it from acting as real estate counsel to the Trustee in the matter upon which said firm is to be engaged and that its employment will be in the best interests of the bankruptcy estate.

2

13. The fee for real estate legal services is estimated to be $2,000.00. The Trustee requests the authority to pay $2,000.00 to L&A upon closing the sale of 40 North Road, Queensbury, New York property.

14. Any additional time or disbursement will be billed at L&A's customary hourly rates for which a separate fee application will be made to the Court in accordance with the Bankruptcy Code, Bankruptcy Rules, and Local Rules.

15. The Trustee requests that L&A be retained under §327 of the Bankruptcy Code with compensation of $2,000.00 awarded pursuant to §330 of the Bankruptcy Code with such a fee to be paid from the proceeds of the closing of 40 North Road, Queensbury, New York.

16. No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, the Trustee respectfully prays that the estate be authorized to retain Lecce & Arcodia as real estate counsel for the sale of 40 North Road, Queensbury, New York with authority to pay a $2,000.00 fee payable at closing, with any additional compensation plus reimbursement of reasonable out of pocket expenses, to be determined upon application to this Court in accordance with the Rules of this Court and upon further entry of an order of this Court.

Dated:   March 25, 2025

*/s/ Christian H. Dribusch*
**Christian H. Dribusch**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

KRIS DANIEL ROGLIERI

　　　Debtor.

Chapter 7

Case No.: 24-10157

**AFFIRMATION OF ANTHONY ARCODIA, ESQ.**

1.　　I am a member of Lecce & Arcodia ("L&A").

2.　　I make this affirmation in support of Christian H. Dribusch's (the "*Trustee*") application pursuant to §327(a) and §330 of Title 11 of the United States Code (the "*Bankruptcy Code*") to retain and compensate L&A as real estate counsel to represent the Trustee in the sale of 40 North Road, Queensbury, NY 12205.

3.　　At the request of Trustee, and with the permission of this Court, L&A will assist the Trustee in performing his fiduciary duties as they relate to selling 40 North Road, Queensbury, New York.

4.　　Upon information and belief, L&A is a disinterested person within the meaning of Bankruptcy Code §101(14) with no interest adverse to the bankruptcy estate of the Debtor and is eligible to serve as real estate counsel for the Trustee herein.

5.　　L&A has routinely handled sales of residential real estate such as 40 North Road, Queensbury, New York.

6.　　The L&A fee for services such as the one requested by the Trustee is expected to be $2,000.00. L&A requests that the Court authorize the Trustee to pay the $2,000.00 fee at the closing on 40 North Road, Queensbury, New York.

7. If any additional services are required by the Trustee, it is understood that L&A will seek normal compensation at its customary rates plus repayment of costs and disbursements.

8. L&A understands that any additional fees or reimbursements are subject to prior Court approval.

9. L&A has not, and will not, enter into any sharing agreements contrary to the Bankruptcy Code §504 or 18 U.S.C. §155.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2025

*/s/ Anthony Arcodia*
Anthony Arcodia

## CERTIFICATE OF SERVICE

CHRISTIAN H. DRIBUSCH, certifies:

     I am over the age of 18 years and reside in Delmar, New York.  On March 25, 2025, I sent the Trustee Notice Of Trustee Intent To Proceed On Sale Of 40 North Road, Queensbury, New York of Motion to Retain and Compensate Real Estate Counsel as follows:

Kris Daniel Roglieri
11 Hill Top Lane
Poughkeepsie, NY 12603

     On March 25, 2025, the trustee response was also served upon the parties who appear on the ECF/PACER for the case.

Dated: March 25, 2025

                                               */s/ Christian H. Dribusch*
                                               Christian H. Dribusch