So Ordered.

Signed this 25 day of March, 2025.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

*In re:*

    KRIS DANIEL ROGLIERI,

              Debtor.

Chapter 7
Case No. 24-10157- rel

In re:

    WILLIAM K. HARRINGTON,
    UNITED STATES TRUSTEE,
    REGION 2,

Adv. Pro. No.: 24-90017-1-rel

               Plaintiff

v.

    KRIS DANIEL ROGLIERI

              Defendant.

### **JUDGMENT AND ORDER DENYING DISCHARGE**

    Upon entry by the Court of the Order Granting the Motion for Default Judgment in the above-captioned adversary proceeding, judgment for the Plaintiff be and hereby is awarded and the chapter 7 discharge of the Debtor, Kris Daniel Roglieri, is DENIED.

####