UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
**KRIS ROGLIERI, Debtor**
Chapter 7
Case No. 24-10157-REL

## MOTION TO FILE WITNESS AFFIDAVIT UNDER SEAL

TO: THE HONORABLE ROBERT E. LITTLEFIELD, JR.,
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES the undersigned, Linda Oliver, as Attorney-in-Fact for Debtor Kris D. Roglieri, and respectfully requests leave to file a witness affidavit under seal, and in support thereof, states as follows:

1. The affidavit contains information directly relevant to the handling of estate property in this case.

2. The witness has expressed legitimate concerns about personal and professional repercussions if their identity or testimony becomes public.

3. Filing the affidavit under seal is necessary to protect the witness's safety and privacy and to encourage truthful and complete disclosure to the Court.

4. Under 11 U.S.C. § 107(b) and Bankruptcy Rule 9018, the Court has the authority to permit filing under seal to prevent harm or undue risk to individuals, their families, or their businesses.

The undersigned respectfully requests that this Court enter an order allowing the affidavit to be filed under seal and for such other relief as the Court deems just and proper.

Respectfully submitted,
**KRIS D. ROGLIERI**
By: **Linda Oliver, as Attorney-in-Fact**
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180

Dated: April 4, 2025

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
KRIS ROGLIERI, Debtor
Chapter 7
Case No. 24-10157-REL

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I served a true and correct copy of the **Motion to File Witness Affidavit Under Seal** by placing the same in the United States Mail, first-class postage prepaid, addressed to the following parties:

- **Honorable Robert E. Littlefield, Jr.**
  United States Bankruptcy Court
  Northern District of New York
  445 Broadway
  Albany, NY 12207

- **Clerk of the United States Bankruptcy Court**
  United States Bankruptcy Court
  Northern District of New York
  445 Broadway, Suite 330
  Albany, NY 12207

- **Christian Dribusch, Chapter 7 Trustee**
  Dribusch Law Firm
  187 Wolf Road, Suite 300-020
  Albany, NY 12205

- **United States Trustee's Office**
  Lisa M. Penpraze, Assistant U.S. Trustee
  Leo W. O'Brien Federal Building
  11A Clinton Avenue, Room 620
  Albany, NY 12207

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 4, 2025
Respectfully submitted,

**KRIS D. ROGLIERI**
By: Linda Oliver, as Attorney-in-Fact
N-4 #45131
Rensselaer County Jail
4000 Main Street
Troy, NY 12180