UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
**KRIS ROGLIERI**, Debtor
Case No. 24-10157-1-rel
Chapter 7



**MOTION TO SEAL FINANCIAL EXHIBITS ATTACHED TO AFFIDAVIT OF LINDA OLIVER**

NOW COMES **Linda Oliver**, by and through her authority as the Power of Attorney for the Debtor, and respectfully moves this Court for an order permitting the sealing of specific personal financial materials submitted in support of her affidavit filed in connection with the **Debtor's Final Response to Motion #345 to Remove Trustee**, and states as follows:

1. The Linda Oliver affidavit includes personal financial documentation, including **bank account statements in Exhibit B**, retirement account information, and sensitive receipts submitted as part of exhibits supporting claims of financial hardship caused by the trustee's actions.

2. These documents contain confidential information that, if disclosed, could lead to an unwarranted invasion of privacy or risk of financial harm.

3. This request is limited solely to **bank account statements and related financial exhibits** and **does not seek to seal the entirety of the filing** or any non-financial supporting documentation.

4. Linda Oliver has redacted the names and identities of individuals who provided supporting affidavits, with no objection previously raised by the Court.

WHEREFORE, Linda Oliver respectfully requests that this Court issue an order permitting the sealing of the financial documents attached to her affidavit and grant such further relief as the Court deems and proper.

Dated: April 5, 2025,
Respectfully submitted,
**Linda Oliver**
Power of Attorney for Kris Roglieri