CASE # 24-10157

# EXHIBIT 1-G

# Kris Roglieri- 24-10151

# Video footage

RECEIVED 2025 APR -4 PM 3:58 CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY

FILE 2025 APR -4 PM 4:23 CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY

The thumb drive has 3 files

① June 4th — Ring Camera footage of Dribusch Stating he entered the property via garage w/ no court order

② June 5th — Saratoga auto museum staff, a nieghbor, and dribusch enter property w/out letting anyone know and no court order.

③ June 19 — Dribusch had a open house w/ out Linda or Kris knowing while Linda still lives there and you can see the person talking about stealing something

FILE

2025 APR -4  PM 4: 23

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

RECEIVED

2025 APR -4  PM 4: 00

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

Case No. 24-10157

I Linda Oliver, POA will be sending a USB drive with videos & MP3 of evidence via USPS to Trustee Christian Dribusch & United States Assistant UST Lisa Penpraze. Sending on Monday 4/7/25

4/4/25

[signature]