CASE #24-10157
4/4/25

Requesting Extension of Time For submission of Response

I Linda Oliver Power of Attorney of Kris Roglieri, Kindly ask the Court for an extension of 4/7/25 Due to missing Documents & Computer issues!

Thank you.

*[signature]*

2025 APR -4 PM 4:31
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

R&F