

2ND USB Received at NYNB USBC filing office 4/7/25 along with certificate of service.

RECEIVED 2025 APR -7 PM 4:39 CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY