

# Dribusch Law Firm

April 8, 2025

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway
Albany, NY 12205

**Re:** Kris Daniel Roglieri; Case No. 24-10157

Judge Littlefield:

I uploaded a request for the transcript of the June 7, 2024 hearing held before the Bankruptcy Court which I anticipate should take approximately 2 weeks to receive. Accordingly, I am requesting that my response to the Debtor's Final Response (ECF #417) be extended through May 9, 2025.

                        Respectfully yours,

                        */s/ Christian H. Dribusch*
                        Christian H. Dribusch
                        Chapter 7 Trustee

c.c. Kris Daniel Roglieri

187 Wolf Road, Suite 300-020     Albany, NY 12205     Phone: (518) 227-0026
Email: cdribusch@chd-law.com    Website: http://www.chd-law.com