So Ordered.

Signed this 8 day of April, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

KRIS DANIEL ROGLIERI,

*Debtor.*

Case No. 24-10157
Chapter 7

**ORDER SETTING HEARING PURSUANT TO 11 U.S.C. § 105**

On January 16, 2025, the Court received a letter from the Chapter 7 Trustee requesting an extension of time to file his response to the Debtor's Final Response. (ECF No. 421).

A hearing regarding the request shall be held on **April 9, 2025,** at **10:00 a.m.** The parties may appear either **via call-in number: 518-217-2288, Conference ID: 939500229#**, or **in-person at the U.S. Bankruptcy Court, James T. Foley Courthouse, Room 306, Albany, New York**.

The following parties are expected to appear and other interested parties may attend:

**Christian H. Dribusch, Esq.**
Dribusch Law Firm
*Chapter 7 Trustee*
187 Wolf Road, Suite 300-20
Albany, New York 12205

-1-

**Kris Daniel Roglieri**
*Debtor*
Rensselaer County Correctional Facility
4000 Main Street
Troy, New York 12180
-and-
11 Hill Top Lane
Poughkeepsie, New York 12603

# # #