

# Dribusch Law Firm

April 9, 2025

United States Bankruptcy Clerk
James T. Foley Courthouse
445 Broadway
Albany, NY 12205

**Re:**    Kris Daniel Roglieri; Case No. 24-10157

Bankruptcy Clerk:

I uploaded amended requests for transcripts (ECF #428 and #429) on April 8, 2025.  I am requesting that the amended transcript requests be further amended to a **3-day transcript**.

Very truly yours,

*/s/ Christian H. Dribusch*
Christian H. Dribusch
Chapter 7 Trustee