So Ordered.

Signed this 21 day of April, 2025.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| *In re:* | Chapter 7 |
| KRIS DANIEL ROGLIERI, | Case No. 24-10157- rel |
| Debtor. | |

**ORDER DENYING MOTION TO SEAL WITH PREJUDICE**

Upon the reading and filing of the Motion to File Witness Affidavit Under Seal (ECF 407) and the Motion to Seal Financial Exhibits Attached to Affidavit of Linda Oliver (ECF 408-1) filed by Kris Daniel Roglieri ("Debtor") on April 4, 2025, and the United States Trustee having filed an Objection to Debtor's "Motions" to Seal and Request for Denial With Prejudice (ECF 440), and the Bankruptcy Court having conducted a hearing on the matter on April 16, 2025, and the appearances of the Debtor, Ms. Linda Oliver, Chapter 7 trustee Christian H. Dribusch, Esq., Assistant United States Trustee Lisa M. Penpraze, and Assistant New York State Attorney General Robert J. Rock, Esq., and there being no other appearances, and for the reasons set forth on the record and for good cause shown, it is hereby

**ORDERED** that the Motion to Seal Financial Exhibits Attached to Affidavit of Linda Oliver (ECF 408-1) is **DENIED WITH PREJUDICE**.

###