UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI

                *Debtor*.

-------------------------------------------------------------X

Chapter 7

Case No. 24-10157

## REAL ESTATE BROKER AFFIDAVIT ON SALE OF REAL ESTATE

I, Daniel Lloyd Davies, being duly sworn, depose and say that:

1.    I am a principal of Davies and Associates Real Estate, LLC which is the Court appointed real estate broker. See ECF #304.

2.    I attach hereto as Exhibit A background information evidencing my qualifications as a real estate broker.

3.    I am personally familiar with 40 North Road, Queensbury, New York property ("North Road Property").

4.    I file this affidavit in support of the Trustee's motion for authority to sell the North Road Property.

5.    At the request of the Trustee, I have marketed the North Road Property for sale. See, e.g., [Lake George & Adirondack Waterfront Homes, Cabins, Land, Camps, Investment Properties](). In addition to other marketing, my brokerage firm coordinated the following:

    The property has been placed on Global MLS 12/3/2024 (4800 Member MLS)

    The property is listed on the Internet Data Exchange IDX which allows it to be on all other participating IDX Members sites.

    The property is listed on over 90 separate websites with enhanced features on the three largest national portals Zillow.com, Homes.com, Realtor.com

Drone Pictures.

Matter Point with Virtual 3-dimensional interactive walk through were completed.

Professional Photography with over 200 pictures.

Print Advertising in North Country Real Estate Guide.

Multiple Times Print Advertising Lake George Mirror.

Print Advertising 3 Separate Saratoga Publications

Enhanced targeting Adwerx ads for Wall Street Journal-NY Times-Barrons in Saratoga- Albany County zips and some Westchester and Northen New Jersey Zip Codes.

6.      In looking through our records the North Road Property has been shown 27 times starting on December 15, 2024 as follows:

<u>Showings By Agency</u>
Agent Ameristar Home Really LLC Showings (1)
Rhoohan Showings (1)
Keller Williams Showings (3)
Hunt Showings Davies (3)
Davies & Associates Real Estate LLC Showings (5)
Caldwell Banker Prime Showings (3)
Howard Hanna Showings (3)
Clancey Real Estate Showings (1)
Miranda Real Estate Showings (1)
Red Door Real Estate Showings (1)
Julie & Company Showings (2)
Inglenook Realty Showings (1)
Southern Adirondack Realty LLC Showings (1)
Select Sotheby' Showings (1)

7.      Initially there was an offer through Caldwell Banker for 1 million dollars cash to close quickly.  Upon my advice to the Trustee, we stated the offer was too low and they needed to come up.  The offeror elected not to increase their offer.

8.      There was a second offer from Hunt Real Estate at 1.5 million dollars. Upon my advice to the Trustee, we countered. The Hunt offer had electrician, plumbing, heating contractors

provide them estimates and based upon the proposed costs, they held their offer at 1.5 million dollars.

9. There was a third offer which came in from Inglenook Realty Inc. for 1.45 million dollars with some contingencies regarding opening the 40 North Road Property and inspections. Upon the Trustee advice, we countered which included the removal of certain contingencies.

10. There was a fourth offer which came in from Southern Adirondack starting at the 1.5 million dollars range. After counters, the parties eventually settled on a 1.6 million dollars cash no contingency offer which is the one which I recommended to the Trustee, and which offer was initially noticed by the Trustee with the Bankruptcy Court.

11. Upon information and belief, the Inglenook Realty purchasers may now revise their offer to no contingencies 1.625 million dollars cash.

12. I understand that the Southern Adirondack and the Inglenook Realty offerors intend to be at the sale hearing and may participate in a further bid on the North Road Property. Accordingly, there may be competitive bidding at the sale hearing on the North Road Property.

13. I believe that the initial offer recommended by me and noticed by the Trustee on the 40 North Road Property is fair and reasonable and that any subsequent offers will only build upon an already solid offer.

WHEREFORE, I request that the Trustee motion to sell 40 North Road, Queensbury, New York be granted.

*/s/ Daniel Lloyd Davies*
Daniel Lloyd Davies

Sworn to before me this
1st day of May 2025.

*/s/ Michael S. Borgos*
Notary Public
County of Warren
State of New York
Exp. 3/3/2026

# EXHIBIT A
# REALTOR INFORMATION

**Current positions held:**
2025 President Southern Adirondack MLS
2025 New York State Association of Realtors Legislative Affairs Committee Member
2025 New York State Association of Realtor MLS Committee
National Association of Realtors Certified Resort and Second Home Specialist (RSPS)
National Association of Realtors Graduate Real Estate Institute (GRI)
National Association of Realtors Accredited Buyer Representative (ABR)
National Association of Realtors Seller Representative Specialist (SRS)
National Association of Realtors Commitment to Excellence (C2EX)
2025 Council of Business Advisors for the Lake George Association
2025 Lake George Association Member
2025 North Queensbury Fire Company 2nd Assistant Chief
New York State Notary Public
RPAC President Circle Golden R Member


**Awards received:**
2024 New York State Association of Realtors Realtor of the Year
2024 National Association of Realtors Good Neighbor Award Winner
2024 Lake George Chamber of Commerce Sapphire Award
2023 Capital District Business Review Deal Maker of the Year
2020 National Association of Realtors RPAC Hall of Fame
2019 New York State Association
2017 Siena College Maddalone Wall of Success
2016 North Queensbury Fire Company (Firefighter of the Year)
2009 Warren County Association of Realtors (Realtor of the Year)
2008 Post Star 20 Under 40
1999 North Queensbury Fire Company (Firefighter of the year)
1994 North Queensbury Fire Company (Firefighter of the year)

**Past positions held:**
2020-2023 President Global MLS
2023 New York State Association of Realtors MLS Chair
2019 New York State Association of Realtors RPAC Trustee Chair
2021 New York State Association of Realtors Legislative Steering Committee Chair
2021 New York State Association of Realtors Legislative Forum Chair
President Warren County MLS
Treasurer WarrenCounty MLS
Treasurer Warren County Association of Realtors
Board Member Warren County Association of Realtors (11 Years)
Board Member Global MLS (4 Years)
Vice President Lake George Association 2016-2019 (3 Years)
Board of Directors for the Lake George Association
2013-2016 Board of Directors North Queensbury Volunteer Rescue Squad Board of Director North Queensbury Fire Company

**Past committees for the following organizations:**
New York State Association of Realtors
Warren County Association of Realtors
Warren County M LS
Southern Adirondack MLS
Southern Adirondack Board of Realtors
Lake George Association
North Queensbury FireCompany

**Sales volume:**
Total sales volume of my career 1.1 billion and over 1300 transactions
Total Brokered sales that I was acting broker 2.3 billion and 4000 transactions