So Ordered.

Signed this 6 day of May, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI                             Chapter 7

                *Debtor.*                             Case No.  24-10157

-----------------------------------------------------------------X

**<u>INTERIM</u> ORDER AUTHORIZING CHAPTER 7 TRUSTEE
TO SELL PROPERTY OF THE BANKRUPTCY ESTATE**

On notice, the Chapter 7 trustee Christian H. Dribusch ("*Trustee*") filed a motion to authorize the Trustee to sell the bankruptcy estate's interest in bankruptcy estate property including the shoes and sunglasses more particularly described under Court Docket #354 (the "*Items*") as well as tradenames through an auction sale to be conducted through Saratoga Automobile Museum (the "*Motion*").

The legal authority for the Motion is §363(b), §105 and §704 of Title 11 of the United States Code and Rule 6004(d), 2002, and 9006 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 6004-1(a).

The Debtor filed an objection to the Motion (ECF #364).

No other objections were interposed to the Motion.

A hearing on the Motion was held before the Court at 10:00 a.m. on May 6, 2025.

At the hearing, the Trustee appeared and recommended to the Court that based upon the Trustee's exercise of business judgment, as more particularly described in the Motion, oral argument, and supplemental pleadings in support of the Motion, the Court authorizes the Trustee to sell the Items and tradenames for the benefit of the Debtor bankruptcy estate.

NOW, THEREFORE, upon due deliberation, and for the reasons set forth in the record, over the opposition of the Debtor, it is hereby:

**ORDERED** that the Trustee is authorized under §363(b), §105, and §704 of Title 11 of the United States Code to sell the bankruptcy estate's right, title, and interest in the Items and tradenames through an online auction to be conducted through Saratoga Automobile Museum which auction shall occur by no later than June 6, 2025.

**ORDERED** that the Trustee shall promptly file a report of sale which shall include a list of any Items which were not sold at auction ("*Unsold Items*"), if any.

**ORDERED** that the Trustee is authorized to provide such documentation as may be reasonably requested to convey the bankruptcy estate's interest in the assets sold at auction.

**ORDERED** that the Motion is adjourned to 10:00 a.m. on June 25, 2025 to, among other things, coordinate the abandonment of the Unsold Items, if any, to the Debtor.

#####