So Ordered.

Signed this 6 day of May, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

Chapter 7

KRIS DANIEL ROGLIERI

Case No. 24-10157

*Debtor.*

-------------------------------------------------------------X

### ORDER AUTHORZING CHAPTER 7 TRUSTEE
### TO ABANDON PROPERTY OF THE BANKRUPTCY ESTATE

**WHEREAS** Christian H. Dribusch ("Trustee") filed a motion for the proposed

abandonment of Non-Debtor Business Records[1], Wine, and Debtor Miscellaneous Items.

**WHEREAS** the Trustee filed evidence that the notice of proposed abandonment was

served on the parties in interest.

**WHEREAS** the Trustee has received no objection to the notice of proposed abandonment.

**WHEREAS** the Trustee recommends to the Court the abandonment because (i) the items

---

[1] As the terms are defined in the motion to abandon (ECF #394).

are of inconsequential value to the bankruptcy estate; and (ii) the items are burdensome to administer.

**NOW, THEREFORE**, on the pleadings and recommendation of the Trustee, it is hereby:

**ORDERED,** that the Trustee is authorized pursuant to §554(a) of Title 11 of the United States Code to abandon all the bankruptcy estate's right, title and interest in the Non-Debtor Business Records, Wine, and Debtor Miscellaneous Items to the Debtor and/or designated representative of the Debtor.

**ORDERED** that the Debtor and/or Debtor representative coordinate with the Trustee so that the Non-Debtor Business Records, Wine, and Debtor Miscellaneous Items are retrieved by no later than 5:00 p.m. on May 27, 2025.

**ORDERED** that the Debtor and/or Debtor representative shall take the Non-Debtor Business Records and Wine subject to applicable laws and regulations concerning their proper handling.

**ORDERED** that the Trustee is authorized to dispose of Non-Debtor Business Records, Wine, and Debtor Miscellaneous Items that have not been retrieved by 5:00 p.m. on May 27, 2025.

####