R&F

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK

2025 MAY 21  PM 2:31

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

In re:

Kris Roglieri, Debtor

Chapter 7 Case No. 24- 10157- REL

Date: May 21, 2025

To:

The Honorable Robert E. Littlefield, Jr.

United States Bankruptcy Court

Northern District of New York

445 Broadway

Albany, NY 12207

RE: Request for Conference – Related to Document Nos. 394 and 476

**Dear Judge Littlefield:**

I respectfully submit this letter to request a conference with the Court to seek permission to file a motion to inspect the premises and retrieve my personal property before the estate is closed. This request relates explicitly to Document Nos. 394 and 476.

On May 20, 2025, my representative and Power of Attorney drove from Poughkeepsie to the property located at 40 North Road, Queensbury, NY, to perform a walk-through and retrieve my

remaining personal belongings. However, the Chapter 7 Trustee did not permit access to the residence itself and limited my representative solely to the garage area.

The only personal property retrieved was the wine, despite other personal property remaining in the home. The only additional items turned over consisted of business documents and business-related photographs, not personal belongings or miscellaneous items, which I assumed would also have been moved to the garage.

I am seeking the Court's guidance and permission to formally move for inspection and retrieval of the remainder of my personal property still located on the premises.

Thank you for your time and consideration.

Respectfully submitted,

Kris D. Roglieri

By: *Linda Oliver, as Attorney-in-Fact*

N-4 #45131

Rensselaer County Jail

4000 Main Street

Troy, NY 12180