

# Dribusch Law Firm

May 22, 2025

**Hon Robert E. Littlefield, Jr.**
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:   Bankruptcy Estate of Kris Daniel Roglieri

Dear Judge Littlefield:

    I am scheduled to close on the 40 North Road real estate on May 29, 2025 at 3:00 pm.  I am in receipt of the Debtor's letter request ECF #479.

    Kindly advise if the Court wants me to cancel the closing and reschedule.

    Respectfully yours,

    Christian H. Dribusch

c.c.   Kris Roglieri
       11 North Road
       Poughkeepsie, NY 12207