So Ordered.

Signed this 22 day of May, 2025.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

KRIS DANIEL ROGLIERI,

Case No. 24-10157
Chapter 7

*Debtor*.

**ORDER SETTING HEARING PURSUANT TO 11 U.S.C. § 105**

On May 21, 2025, the Court received a letter from the Debtor requesting a conference concerning the retrieval of belongings from the Debtor's real property. (ECF No. 479). On May 22, 2025, the Chapter 7 Trustee filed a letter in response. (ECF Nos. 480–81). Now, after due deliberation, it is hereby

**ORDERED**, that a hearing regarding the letter shall be held on **May 28, 2025,** at **10:00 a.m.** The parties may appear either via call-in number: 518-217-2288, Conference ID: 939500229#, or in-person at the U.S. Bankruptcy Court, James T. Foley Courthouse, Room 306, Albany, New York; and it is further

**ORDERED**, that the following parties are expected to appear and other interested parties may attend:

**Kris Daniel Roglieri**
*Debtor*
Rensselaer County Correctional Facility
4000 Main Street
Troy, New York 12180
-and-
11 Hill Top Lane
Poughkeepsie, New York 12603

**Christian H. Dribusch, Esq.**
Dribusch Law Firm
*Chapter 7 Trustee*
187 Wolf Road, Suite 300-20
Albany, New York 12205

and it is further

**ORDERED**, that the Court's previous order authorizing the abandonment of property (ECF No. 476) and order authorizing the sale of the real property (ECF No. 477) are both stayed pending further order of the Court.

# # #