Christian H. Dribusch (507021)
Chapter 7 Trustee
187 Wolf Road
Albany, New York 12205
(518) 227-0026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI                           Chapter 7

                    *Debtor*.                  Case No.  24-10157


--------------------------------------------------------------X

## REPORT OF AUCTION RESERVE PRICING FOR
## JUNE 4, 5, AND 6, 2025 AUCTION

**PLEASE TAKE NOTICE**, that Christian H. Dribusch, Chapter 7 Trustee to the
bankruptcy estate of Kris Daniel Roglieri files the report of reserve pricing which is
attached hereto and is made in furtherance of the auction authorized by Order of the
Bankruptcy Court under ECF #357 which auction is to be conducted under the auspices of
the bankruptcy estate retained professional, Saratoga Automobile Museum.  The high end of
the range on the reserve report has been redacted.

Dated:  May 22, 2025

                                    */s/ Christian H. Dribusch*
                                    Christian H. Dribusch
                                    Chapter 7 Trustee

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

SARASOTA AUTO AUCTION
FINE ART, PAINTINGS AND PRINTS, THE PROPERTY OF KRIS ROGLIERI
CATALOGUE DESCRIPTIONS AND AUCTION ESTIMATES

| Item No. | Image | Description | Reserve | Est. High | Condition/Notes |
|---|---|---|---|---|---|
| A25-111 | | In the Manner of Marcantonio Bassetti (Italian, 1586-1630)<br><br>The Flagellation of Christ<br><br>17th Century<br><br>Oil on slate, in 18th century giltwood frame<br><br>12" x 9 ¾" | 1500 | | Minor chips and accretions to surface, not examined under blacklight.<br>Losses to frame. |
| A25-142 | | In the Manner of James Baker Pyne (English, 1800-1870)<br><br>A Castle on a North Italian Clifftop<br><br>Oil on canvas, in period giltwood frame<br><br>12" x 14" | 200 | | The canvas verso with a red wax collector's seal and gift inscription in black ink dated 1896.<br><br>The canvas with craquelure, cleaned and restored by Polly Blackett, London in 1988 (card affixed to frame verso) |
| A25-132 | | Continental School<br><br>Portrait of a Nude, Early 20th Century<br><br>Oil on canvas, in period giltwood frame with exhibition label ""Internationale Kunst- und Kulturschau - Lugano" affixed to reverse<br><br>15 ½"  x 10 ¼" | 400 | | |

# WALKER DECORATIVE ARTS, INC.

| | | | | |
|---|---|---|---|---|
| A25-119 | | Thomas Frederick McNight (American, b. 1941)<br><br>Seven Statues, 1986<br><br>Color screenprint on paper, signed in pencil lower right and numbered 171/175 lower left<br><br>Matted, framed and glazed in giltwood frame<br><br>35" x 24" | 200 | |
| A25-113 | | French, 20th/21st Century<br><br>Untitled (Abstract)<br><br>Oil on board, signed "A. Debuissert" lower right, in giltwood frame<br><br>11 ½" x 8 ½" | 150 | |
| A25-110 | | Alfred Bentley (British, 1870-1923)<br><br>Antwerp, Belgium<br><br>Oil on canvas, signed "A. Bentley" lower right, inscribed with artist's name and titled verso, in period giltwood frame<br><br>15 ½" x 11 ½" | 250 | |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

| A25-101 | | Andy Warhol (American, 1928-1987)<br><br>John Gotti<br>1986<br>Screenprint with colored paper collage<br>Unique<br>Sheet: 31 ½" x 24"<br>Float mounted and framed.<br><br>Note: This work is based on a publicity photograph of John Gotti, created for the cover of the September 19th, 1986 issue of *Time* Magazine.<br><br>Provenance:<br>Andy Warhol Foundation.<br>Private Collection, Pacific Northwest.<br>Phillips, New York; Contemporary Art Day Sale, May 2014; 1 out of the set of 5.<br>Revolver Gallery, Los Angeles, California.<br>Acquired from the above, 2022.<br>Private Collection<br><br>Literature:<br>Feldman / Shellmann, IIIB.50 | 15,000 | | Unexamined out of frame, paper is watermarked.<br><br>Internal Note:<br>Potential buyers will want to see the print unframed. The back of the sheet should have a circular stamp from the Andy Warhol Foundation with their corresponding number. As the works are unsigned and were produced late in the artist's lifetime, they were reviewed by the AW Foundation which put their stamp on the works to verify them. The number should be 115.154. |
| A25-145 | | Kevin Platt (British, b.1945)<br><br>Chateau de Josselin, Brittany, France<br><br>Oil on canvas, signed "Kevin Platt", lower right, titled on overlap verso, framed<br><br>17" x 47" | 200 | | |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

| A25-128 | | Nils H. Christianson (1850-1922)<br><br>Sailboat on a Moonlit River<br><br>Oil on canvas, signed lower right, in giltwood frame<br><br>13 ½" x 17 ½" | 300 | | Canvas is relined, overall good condition |
| A25-144 | | Attributed to Lodewijk de Vadder (Brussels, 1605-1655)<br><br>Flemish Landscape with Windswept Path<br><br>In modern giltwood frame 28" x 34"<br><br>Provenance: Diedericks Fine Art, Netherlands, 2017 | 2,000 | | |
| A25-136 | | Circle of Edward Collier (Breda, 1642- 1708 London)<br><br>Vanitas Still Life with Skull, Crown, Sceptre and Bubbles<br><br>Oil on canvas, in giltwood frame<br><br>29 ½" x 24 ½"<br><br>Provenance: The Mckerrells of Hillhouse, Ayrshire, Scotland (19th century armorial label on stretcher verso) | 2,000 | | Internal note:<br>I didn't see any recent provenance/sales history for this, so even though it is unsigned we could possibly tighten the attribution to Collier if we know more about the history of the work. |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C.

| | | | | | |
|---|---|---|---|---|---|
| A25-130 | | Attributed to John MacVicar Anderson (British, 1835-1915)<br><br>Warwick Castle<br><br>Oil on canvas<br><br>14 ½" x 23 ½"<br><br>In period giltwood frame | 2,000 | | Condition: Cracking to paint in sky<br><br>https://www.antiques.co.uk/antique/WARWICK-CASTLE-OIL-PAINTING-BY-BRITISH-ARTIST-JOHN-ANDERSON--BORN-1835#itemRHS |
| A25-117 | | A Still Life of Fruits<br><br>Late 20th Century<br><br>Oil on canvas, signed "Jack Z." lower right, in modern rococo style giltwood frame<br><br>19" x 23" | 200 | | |
| A25-131 | | Émile Barau (French, 1851-1930)<br><br>Village with Ruined Abbey<br><br>Oil on canvas, signed lower left and dated 1889, in giltwood frame<br><br>20" x 24" | 600 | | |
| A25-126 | | Wiliaml Pye (English, 1855-1934)<br><br>Rocks at Icart Point, Guernsey<br><br>Oil on canvas, signed lower right, in period giltwood frame<br><br>29 ½"  x 19 ½"<br><br>Provenance: Richard Haworth, Blackburn, England (early 20th century label on stretcher) | 700 | | |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

| A25-133 | | Attributed to the Workshop of Bartolomeo Schedoni (Modena 1578 - Parma 1615)<br><br>The Coronation of the Virgin<br><br>Oil on canvas, in period giltwood frame<br><br>19 ¾" x 15 ¾"<br><br>Provenance:<br>Antichita Castelbarco, Trentino, Italy | 1200 | | |
| - | | Frankie Flores (American, 21st Century)<br><br>Racehorse<br><br>Acrylic on linen, in wood frame<br><br>10" x 19" | 200 | | No useful secondary market comparables for the artist appear to exist<br><br>Condition: chips to wood frame |
| A25-115 | | Italian School<br><br>Bathsheba, 17th Century<br><br>Oil on board, in giltwood frame<br><br>15 ¾" x 13 ½" | 1500 | | |
| A25-125 | | American School, Early 20th Century<br><br>Elk in Landscape<br><br>Oil on canvas, apparently unsigned, in giltwood frame<br><br>31 ½" x 15 ¾" | 400 | | |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C.

| | | | | |
|---|---|---|---|---|
| A25-155 | | Italian School, 18th Century<br><br>The Martyrdom of St Stephen<br><br>Oil on canvas, in period giltwood frame<br><br>45" x 36 ½" | 3,000 | |
| A25-139 | | Dmitriy Krestniy (Ukranian, fl. 21st Century)<br><br>Heart on Sleeve, 2021<br><br>Oil on canvas, in giltwood frame<br><br>47" x 39" | 500 | |
| A25-152 | | Pietro Dandini (Italian, 1646-1712)<br><br>David with the Head of Goliath<br><br>Oil on canvas, in giltwood frame<br><br>50 1/2 " x 37 ¾"<br><br>Provenance:<br>Private Collection, Santa Fe, NM<br>Robert Simon Fine Art, New York, NY<br>Purchased from the above, 2020 | 8,000 | |

# WALKER DECORATIVE ARTS, INC.

| | | | | |
|---|---|---|---|---|
| A25-138 | | Italian School, 18th Century<br><br>Callisto and Jupiter<br><br>Oil on canvas, in modern giltwood frame<br><br>67 ¾" x 48 ½" | 3,000 | | Condition: A few repaired tears, restretched and relined, cleaned. |
| A25-154 | | In the Manner of Girolamo Brusaferro (Venetian, 1677-1745)<br><br>The Sacrifice of Marco Curzio, 18th century<br><br>Oil on canvas, in giltwood frame<br><br>70" x 47"<br><br>Provenance: Antichita Castelbarco, Trentino, Italy<br><br>Note: This impressive canvas depicts Marco Curzio, a legendary character from ancient Rome who, in an act of devotion, sacrificed himself for the salvation of the city by launching himself on horseback into a huge fiery chasm. | 3,000 | | Condition: Restorations, cracking and infill, small split to canvas |
| A25-121 | | Continental School, 19th Century<br><br>View over River with Bridge and Town Beyond<br><br>In giltwood frame<br><br>23 ½" x 47 ½" | 200 | | Condition: Large sigmoidal craquelure, losses to frame |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

| A25-175 | | A Large Louis XV Style Marble Top Giltwood Console Table<br><br>Late 20th Century<br><br>The serpentine white marble top over conforming frame with scrolls and putto masks at the angles<br><br>Height: 23 in.; Width: 83 in.; Depth: 33 in. | 600 | | |
| | | Black Swan Racing Poster<br><br>2013, for the Welt Herausforderung<br><br>16 ¾" x 10 ½"<br><br>In black wood frame | 30 | | |
| | | Hammond Organ Advertisement<br><br>From the "Saturday Evening Post"<br><br>13 ½" x 10 ½"<br><br>In black wood frame | 20 | | |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C.

| A25-108 | | A Cast Signed Original Movie Poster for "Casino" <br><br> 38 ½" x 26 ¼" <br><br> Signed by Robert DeNiro, Sharon Stone, Joe Pesci, James Woods, and others <br><br> In giltwood frame <br><br> Together with a certificate of authenticity | 500 | | Assumed authentic |
|---|---|---|---|---|---|
| A25-103 | | A Cast Signed Original Movie Poster for "The Godfather" <br><br> For the 1997 Italian release, signed by Marlon Brando, Al Pacino, Robert Duvall, Mario Puzo and others <br><br> 38 ½" x 26 ¼" <br><br> In giltwood frame | 600 | | Assumed authentic |
| A25-109 | | Jay Koka (American) <br><br> "Louis' Garage" <br><br> Chromogenic print with re-mark, framed <br><br> 24" x 33" | 150 | | |
| – | | After Marti Bofarull <br><br> Manhattan Skyline <br><br> Chromogenic print, framed <br><br> 23" x 31" | 20 | | https://www.amazon.com/Manhattan-Skyline-Bofarull-Premium-Gallery-Wrapped/dp/B00ONBZZV6 |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

| A25-141 | | English School, 19th Century<br><br>Landscape with Castle Ruins<br><br>Oil on canvas, in giltwood frame<br><br>19" x 25 ½" | 300 | | Condition: Overall good and original, some craquelure to painted surface |
| --- | --- | --- | --- | --- | --- |
| A25- | | Follower of Henry Pether (English, 1800-1880), and Family<br><br>A Moonlit River With Ruined Abbey, 19th Century<br><br>Oil on canvas, in giltwood frame<br>Provenance: Mansion House Antiques, Leicestershire, England | 300 | | https://www.antiques-atlas.com/antique/19th_century_moonlight_study_studio_of_apether_a481/as153a481 |
| A25-104 | | Frankie Flores (American, 21st Century)<br><br>Red Rider<br><br>Acrylic on board, signed and titled verso<br><br>29 ¾" x 20"<br><br>In giltwood frame | 300 | | No secondary market (auction) comparables for this artist could be found |
| A25-120 | | Northern European School, 18th Century<br><br>Judith with the Head of Holofernes<br><br>Oil on canvas, the back of the stretcher with 20th century attribution "Carl Stauder (1680-1751)" in ink, later giltwood frame<br><br>21 ¾" x 17 ¼"<br><br>Provenance: Cambi Auction, | 1000 | | https://www.cambiaste.com/it/asta-0458/scuola-del-nord-europa-della-prima-meta-del-xviii-secolo-giudittabr-205583 |

# WALKER DECORATIVE ARTS, INC.

| | | | | | |
|---|---|---|---|---|---|
| | | Genoa, Italy, 13th December 2019 lot 283 | | | |
| A25-127 | | A Framed Limited Edition Reproduction Print after Claude Monet<br><br>"The Cliff, Etretat, Sunset"<br><br>In giltwood frame<br><br>13" x 18" | 20 | | https://www.art.com/gallery/id--b31321/best-sellers-posters.htm?RFID=187437&utm_medium=cpc&utm_source=google&campaignid=20566084686&utm_campaign=ART_Google_Search_Brand_Coupons&gad_source=1&gad_campaignid=20566084686&gbraid=0AAAAAD_JNKAzxNetc_Ym2tAXiGBR9vdJM&gclid=Cj0KCQjw0LDBBhCnARIsAMpYlApbPCB6iuk7BYLMesuRWO-cMJhZJydQBVVoz0OHUtw-eAt7cBgM_fkaAixdEALw_wcB |
| A25-122 | | Roman School, 17th Century<br><br>The Archangel Michael, after Guido Reni<br><br>Oil on canvas, in 18th century giltwood frame, the back of the stretcher with faint ink inscription in Italian<br><br>23" x 19"<br><br>Note: An Italian 17th century copy of Guido Reni's masterpiece from circa 1636, in the Santa Maria della Concezione de Cappuccini, Rome, Italy.<br><br>Provenance: Provenance: Antichita Castelbarco, Trentino, Italy | 800 | | https://www.andrewgrahamdixon.com/archive/itp-238-st-michael-archangel-by-guido-reni.html |
| A25-129 | | Attributed to Bartolomeo Pedon (Venetian, 1665-1732)<br><br>Landscape with Fisherman and Temple Ruin<br><br>Oil on canvas, the stretcher verso with typed collection label affixed, with attribution to | 500 | | **You've got two paintings here:**<br><br>**https://www.saratogaautoauction.org/parts/32/tobias-and-the-angel-17th-century-oil-on-canvas**<br><br>**This one is the first one.** |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

| | | | | | |
|---|---|---|---|---|---|
| | | Pedon and inventory no. "Inv. A.F. - 742 twt", in later giltwood frame<br><br>19 ½" x 24 ½" | | | Condition: In need of restoration, areas of unstable paint lifting and craquelure, approx. 2 in. square break to canvas with paint loss |
| A25-135 | | Alexandre Marie Colin (French, 1798-1875)<br><br>Death of Valentin<br><br>Oil on canvas, in fine Empire style giltwood frame<br><br>17" x 21"<br><br>Provenance: Stair Sainty Galleries, London, England | 3000 | | https://www.matthiesengallery.com/work_of_art/death-of-valentin#:~:text=Colin's%20painting%20illustrates%20a%20passage,and%20with%20his%20magical%20assistance. |
| A25-112 | | British School, in the Manner of Sir Edwin Landseer, 19th Century<br><br>Mortal Combat<br><br>Oil on canvas, in later giltwood frame<br><br>15 ½" x 19 ½" | 300 | | Similar but larger - https://www.christies.com/en/lot/lot-1804835<br><br>Depicts a scene from the English civil war, where a mounted Roundhead kills a Cavalier soldier. |
| A25-129 | | In the Manner of Claude Lorrain (French, 1600-1682)<br><br>Tobias and The Angel, Late 17th/ early 18th Century<br><br>Oil on canvas, in period giltwood frame<br><br>18" x 26"<br><br>Provenance: McNaught Fine Art, Santa Cruz, CA, 2017 | 800 | | **See note above - there are two paintings with the same lot number**<br><br>https://www.1stdibs.com/art/paintings/landscape-paintings/unknown-tobias-angel/id-a_123374/ |

# W A L K E R  D E C O R A T I V E  A R T S ,  I N C.

| | | | | |
|---|---|---|---|---|
| A25-118 | | Thomas Frederick McNight (American, b.1941)<br><br>The Lighthouse, 1991<br><br>Serigraph, pencil signed and numbered 150/176, matted and glazed in giltwood frame<br><br>31" x 27" | 100 | | |
| A25-102 | | Alec Monopoly (American, b.1986)<br><br>De Niro Icon (Casino), 2021<br><br>Acrylic, spraypaint, collage and resin on canvas, signed upper left, further signed, dated and inscribed verso. Unframed<br><br>48" x 36" | 3000 | | I think this probably came from Eden Gallery.<br><br>https://www.eden-gallery.com/artist/alec-monopoly-v3?utm_source=google&utm_medium=cpc&utm_campaign=11556667391&utm_term=eden%20gallery%20monopoly&utm_content=166492822730&gad_source=1&gad_campaignid=11556667391&gbraid=0AAAAADfmz3lYzxX0HR9Yz7Y6QFdaFarzd&gclid=Cj0KCQjw0LDBhCnARIsAMpYlApDKXyaxCz0e5fr5Rc5hD2d1VslbOLywZL8h9MgE4VvRaacY1DwwU0aAhkpEALw_wcB |
| A25-143 | | Edward Tabachnik (Russian, b. 1936)<br><br>My Last Exhibition, 1936<br><br>Oil on canvas, signed and dated lower right, further titled, signed and inscribed verso, in giltwood frame<br><br>31 ½" x 39 ¾" | 400 | | There are no secondary market comparables I could find for this artist. |

# WALKER DECORATIVE ARTS, INC.

| | | | | |
|---|---|---|---|---|
| A25-157 | | A Framed Limited Edition Reproduction Print after Caspar David Friederich<br><br>Wanderer Above the Sea of Fog<br><br>In giltwood frame<br><br>13" x 18" | 30 | |
| A25-116 | | After Antoine Coypel (French, 1661-1722)<br><br>Esther Fainting<br><br>Oil on cradled panel, in later giltwood frame<br><br>18 ½" x 23"<br><br>Note:<br>The present work is a copy likely from the 18th century, of Coypel's famous work from 1687, now in the Louvre (inv. 3500, MR 1377).<br><br>Provenance:<br>Antichita Castelbarco, Trentino, Italy | 500 | Condition: The work has been restored, the cradle is likely from the 20th century, there are areas of new varnish.<br><br>https://collections.louvre.fr/en/ark:/53355/cl010062208 |
| A25-137 | | Thomas Stothard (English, 1755-1834)<br><br>The Horrors of War, Circa 1800<br><br>Oil on canvas mounted on board, in later giltwood frame<br><br>23 ¾" x 26"<br><br>Note: The present work, showing a mass of warriors and horses engaged in combat, is one of the very few | 5000 | Extensive Footnote available here:<br><br>https://www.1stdibs.com/art/paintings/figurative-paintings/thomas-stothard-horrors-war/id-a_5778351/ |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

|  |  | known preliminary oil sketches for Thomas Stothard's most important and famous work, the Hell Staircase at Burghley House, Stamford, Lincolnshire, England.<br><br>Provenance:<br>Martin Henry Colnaghi (1821-1908) and Amy Mary Colnaghi, née Smith (1859-1940), by 1894.<br>Private Collection, USA, until 2018.<br>Robert Simon Fine Art, New York<br>Acquired from the above.<br><br>Exhibited: Winter Exhibition, Royal Academy of Arts, London, 1 January – 10 March 1894, no. 250, as "Battle Scene," by Thomas Stothard, lent by Mrs. Martin Colnaghi, according to a label verso<br><br>Literature: Exhibition of Works by The Old Masters, and by Deceased Masters of the British School; Including Special Collections of the Works of Thomas Stothard, R.A., of William Blake, and of John Pettie, R.A., Royal Academy of Arts, London, 1894, p. 51, as Thomas Stothard. |  |  |  |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C.

| | | | | | |
|---|---|---|---|---|---|
| A25-136 | | Bill Furlong (American, 21st Century)<br><br>The Pianist<br><br>Oil on canvas, signed lower right, signed and inscribed by the artist verso, in black wood frame<br><br>24" x 36" | 300 | | No secondary market sales appear to exist for the artist |
| A25-153 | | A Contemporary Italian Painting of the Amalfi Coast<br><br>21st Century<br><br>Oil on canvas, signed "Nino D'Amore" lower left, with artist's stamp verso, in giltwood frame<br><br>35" x 47" | 200 | | No auction comparables could be found, retail appears to be around $1500. |
| A25-151 | | Italian School, in the style of Giovanni Ghisolfi (1623-1683)<br><br>Capriccio with a Biblical Scene Amongst Ruins, probably 18th century<br><br>Oil on canvas, in later giltwood frame<br><br>39" x 39" | 800 | | |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C.

| | | | | |
|---|---|---|---|---|
| A25-140 | | Attributed to James Meadows Senior (British, 1798-1864)<br><br>Ships in Rough Seas<br><br>Oil on canvas, apparently unsigned, in giltwood frame<br><br>28" x 47" | 400 | | |
| A25-124 | | Two Paintings by Marilyn Dunlap<br><br>'Wine and Lavender' and 'Wine and Poppies'<br><br>Framed<br><br>21 ½" x 17 ¾" | 100 | | |
| A25-123 | | An Italian Style Wine Bottle Print "Vino Villa Toscano Tuscany"<br><br>21st Century<br><br>Framed<br><br>27 ½" x 21 ½" | 30 | | |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

### SARASOTA AUTO AUCTION
### FURNITURE, SCULPTURE AND DECORATIVE ARTS: THE PROPERTY OF KRIS ROGLIERI
### CATALOGUE DESCRIPTIONS AND AUCTION ESTIMATES

| | | | | | |
|---|---|---|---|---|---|
| A25-179 | | A French Louis XV Style Giltwood Mirror<br><br>Circa 1900<br><br>The cartouche shaped frame composed of C-scrolls and rocaille, with a winged putto at the left of the crest, and a putto mask lower right<br><br>61" high x  37" wide x 6" deep<br><br>Provenance: Jans Antiques, Los Angeles, CA. | 1000 | | https://www.jansantiques.com/Lot/jac1963.php |
| A25176 | | A Louis XV Style Giltwood Marble Top Console Table<br><br>Late 19th Century<br><br>The serpentine *fleur de pecher* marble top over conforming frame frame carved with C-scrolls and acanthus, the apron centered by a C-scroll cartouche, stamped "925" to top edge<br><br>31 ½" high x 55" wide x 19 ½" deep | 1000 | | |

# WALKER DECORATIVE ARTS, INC.

| A25175 | | A Large Louis XV Style Marble Top Giltwood Console Table<br><br>Late 20th Century<br><br>The serpentine white marble top over conforming frame with scrolls and putto masks at the angles<br><br>23" high x 83" wide x 33" deep | 600 | | |

| A25178 | | A Louis XIV Style Carved Giltwood Marble Top Center Table<br><br>Late 19th/Early 20th Century<br><br>The circular gray marble top over conforming base carved with a garland frieze, on three square tapering legs united by stretchers centered by an urn<br><br>33" high x 42" diameter | 600 | | |
| A25191 | | Cesare Lapini (Italian, 1848-1893)<br><br>Bust of Cleopatra<br><br>Carved marble, signed "Cesare Lapini/ Firenze 1888" on conforming marble plinth<br><br>25" high overall<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 3000 | | |

# WALKER DECORATIVE ARTS, INC.

| A25169 | | An Italian Grand Tour Carved Marble Bust of Youthful Bacchus<br><br>Late 19th Century<br><br>On green marble socle<br><br>29" high<br><br>Note: Copied from a Roman marble of the 2nd century AD, in the Vatican, Rome, which was a copy of a Greek original from the 2nd century BC. This bust was originally thought to represent Ariadne but is now believed to depict | 2000 | | Condition: Some discoloration to marble consistent with age, chips to marble socle |

| | | a youthful Bacchus. | | | |
| A25193 | | A French Carved Marble Bust of Napoleon<br><br>After Antonio Canova, Late 19th Century<br><br>Engraved NAPOLEON below the chest<br><br>20" high | 3000 | | |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

| A25174 | | A French Louis XV Style Carved Marble and Gilt Bronze Jardiniere Vase<br><br>Paris, Circa 1880<br><br>*Rouge royale* marble, with well-cast gilt bronze satyr mask handles to the shoulder<br><br>18 ½" high x 21" wide x 17" deep | 2000 | | https://www.1stdibs.com/furniture/decorative-objects/vases-vessels/planters-cachepots-jardinieres/french-19th-century-louis-xv-style-marble-gilt-bronze-mounted-planter-urn/id-f_4769393/ |
| --- | --- | --- | --- | --- | --- |
| A25183 | | A French Carved Carrara Marble Bust of Madame du Barry<br><br>After Augustin Pajou, Late 19th / early 20th Century<br><br>Signed "Pajou Sc.", on circular white marble socle<br><br>27" high<br><br>Note: After the original bust by Augustin Pajou from 1773, today in the Louvre. | 1500 | | |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

| A25197 | | After the Antique, A Pair of Italian Marble Busts of Roman Emperors<br><br>Carrara marble, *alabastro fiorito* marble shoulders and drapery, on grey marble socles<br><br>25 ½" high<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 6000 | | |
| --- | --- | --- | --- | --- | --- |
| A25198 | | A Louis XV Style Gilt and Patinated Bronze Centerpiece<br><br>Late 19th/early 20th Century<br><br>The navette form bowl supported by a pair of recumbent winged putti, on garland draped rectangular base on toupie feet<br><br>15" high  x 21" wide  x 10" deep | 600 | | |

# WALKER DECORATIVE ARTS, INC.

| | | | | |
|---|---|---|---|---|
| A25190 | | A Pair of Louis XVI Style Gilt Bronze Mounted Carrara Marble Pedestals<br><br>20th Century<br><br>44 ½" high<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 3000 | |
| A25186 | | Jules Moignez (French, 1835-1894)<br><br>Partridges<br><br>Parcel gilt patinated bronze, signed in cast<br><br>14" high x 13 ½" wide  x 6" deep | 1200 | The gilded elements were possibly gilded later |
| A25163 | | An Italian Gilt Bronze Model of the Medici Lion<br><br>20th Century<br><br>On a nero antico marble base<br><br>12 ½" high x 14 ½" wide x 8 ¼" deep | 800 | |

# WALKER DECORATIVE ARTS, INC.

| | | | | |
|---|---|---|---|---|
| A25161 | | A Bronze Group of "Le Baiser Donne"<br><br>After Jean-Antoine Houdon (1741-1828), Second Half 19th Century<br><br>On cylindrical *Patricia Green* marble column<br><br>17 ¾" high | 1000 | |
| A25195 | | A Louis XVI Style Gilt Bronze and Rouge Marble Tazza<br><br>Late19th/early 20th Century<br><br>The circular marble top centered by a gilt bronze oval medallion cast with a Vestal Virgin, supported on a pair of gilt bronze winged putti, on chamfered square base<br><br>11 ½" high x 11 ½" diameter | 1500 | |
| A25165 | | A French Bronze Figural Group of the Three Graces<br><br>After German Pilon (c.1525-1590), 20th Century<br><br>Each modelled standing, wearing gilt bronze robes, on concave base<br><br>17 ½" high | 800 | |

# WALKER DECORATIVE ARTS, INC.

| | | | | | |
|---|---|---|---|---|---|
| – | | A Gilt Metal, Grain Painted Wood and Marble Center Table<br><br>20th Century<br><br>In the Empire taste, The circular top supported by three lion monopodia supports, on triangular base with paw feet<br><br>26 ½" high x 28 ½" diameter | 500 | | |
| A25196 | | A Pair of Louis XVI Style Green Onyx and Gilt Bronze Pedestals<br><br>Early 20th Century<br><br>Square tapering form, with applied anthemion and foliate bands, and musical trophy and cornucopia mounts<br><br>43 ¼" high x 12 ½" wide x 10" deep<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 4000 | | |

# WALKER DECORATIVE ARTS, INC.

| A25158 | | A Pair of French Gilt Metal, Ebonized Wood and Marble Pedestals<br><br>19th/20th Century<br><br>Each with a rouge royale marble top with gilt metal edge, over fluted column with gilt metal *chandelles*, on square bases<br><br>43" high x 10" wide x 10" deep (tops)<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 2000 | | |
| | | A Large Louis XVI Style Gilt Metal Mounted Patricia Green Marble Pedestal<br><br>Circa 1900<br><br>Square tapering form with applied Medusa mask and serpent entwined caduceus mounts<br><br>48" high x 14" wide x 14" deep | 2000 | | |
| A25192 | | A Large Louis XVI Style *Breche Violette* Marble Pedestal<br><br>Late 19th Century<br><br>Tapering square form, with applied gilt bronze mounts<br><br>43 ½"  x 11 x 11 | 2000 | | |

# WALKER DECORATIVE ARTS, INC.

| A25159 | | A Belle Epoque Gilt Metal and Marble Pedestal Urn<br><br>Late 19th/early 20th Century<br><br>The two handled gadrooned urn with fluted socle, on square pedestal with applied mask mounts<br><br>52" high x 16" wide (over handles) | 400 | | https://www.invaluable.com/auction-lot/pair-of-marble-and-bronze-pedestal-urns-79-c-3f94ce094d<br><br>One handle loose |
| A25158 | | A Pair of Gilt and Patinated Bronze Ewers<br><br>Late 19th Century<br><br>In the Renaissance style with dragon handles, winged maidens under the spout, and the bodies cast with figures, scrolls, and animals, on rouge griotte marble bases<br><br>25" high | 1500 | | https://www.nyeandcompany.com/auction-lot/pair-of-bronze-renaissance-style-ewers_C1C4098809 |

# WALKER DECORATIVE ARTS, INC.

| A25185 | | A French Regence Style Giltwood Marble Top Console Table<br><br>19th Century<br><br>The serpentine *rouge jasper* marble top over a lattice frieze centered by a cartouche, on acanthus capped C-scroll legs united by a scallop shaped stretcher<br><br>36" high x 55" wide x 16" deep<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 2000 | | |
| A25164 | | A Pair of Louis XV Style Gilt Bronze and Marble Seven Light Candelabra<br><br>France, Late 19th/ early 20th Century<br><br>With seven acanthus-scroll candlearms, on *sarancolin* marble vasiform supports and square bases with scroll feet<br><br>28" high x 15 1/2" diameter | 1000 | | |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C.

| A25166 | | An Empire Revival Sèvres Style Porcelain Vase<br><br>Early-Mid 20th Century<br><br>Campana form, decorated with a horse drawn chariot, the two handles with mask terminals, on socle and square base, spurious interlaced "L" marks to underside<br><br>18" high; 13" diameter | 600 | | |
| A25170 | | After Giambologna (1509-1608), 20th Century<br><br>The Rape of the Sabine Women<br><br>Bronze patinated copper over plaster core<br><br>28" high | 400 | | |
| A25162 | | A Pair of Louis XVI Style Gilt Bronze and Black Marble Six-Light Candelabra<br><br>Late 19th Century<br><br>Each modeled as a classical maiden holding aloft the scrolling candlebranches, on black marble pedestal bases with applied lion's mask handles, relief plaques, on paw feet<br><br>26" high x 9 ½" wide | 1000 | | |

# WALKER DECORATIVE ARTS, INC.

| A25189 | | A Continental Bronze and Ormolu Bust of Athena Giustiniani<br><br>Late 19th century<br><br>On circular socle and square base<br><br>18" high<br><br>Note: Cast after the full-length Roman marble statue of Pallas Athena, now in the Vatican Museums, Rome.<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 800 | | https://www.invaluable.com/auction-lot/a-continental-patinated-bronze-bust-of-athena-giu-45-c-af04c92b0f?objectID=165565658&algIndex=undefined&queryID=fe036e7125717f0c608baac13ddc4266<br><br>https://en.wikipedia.org/wiki/Athena_Giustiniani |

| A25206 |  | A French Style Gilt Resin Decorative Console Table<br><br>21st Century, by Design Toscano<br><br>Labeled to underside<br><br>37" high x  32" wide x 17" deep | 150 | | https://a11oy.com/products/design-toscano-madame-antoinette-wall-mount-console-table-35-inch-antique-gold-finish/?gad_source=1&gad_campaignid=22187463508&gbraid=0AAAAAC4sZLdPw4DzMso_4qVVDQ7n4KJoS&gclid=CjwKCAjw87XBBhBIEiwAxP3_A1UIeV89_MKn0WRrl-Y3FPdLXkLMDHq8f8OTqk679RxMDVsAXvIG_BoCoL8QAvD_BwE |

# WALKER DECORATIVE ARTS, INC.

| A25181 | | A Louis XV Style Giltwood Overmantel Mirror and Console Table<br><br>Late 20th/21st Century<br><br>In the rococo style with C-scrolls, the console with white marble top<br><br>64" high x 48" wide (mirror) | 800 | | |
| A25182 | | A Louis XV Style Giltwood Window Seat<br><br>20th Century<br><br>Upholstered in tufted white silk<br><br>25 ½" high x 50 x" wide 17" deep | 300 | | |
| A25203 | | A Louis XV Style Gilt Metal Mounted Side Table<br><br>20th Century<br><br>The top painted with trellis and flowers in imitation marquetry, the legs with gilt metal chutes and sabots<br><br>29 ½" high x 35" wide x 20" deep | 200 | | |

# WALKER DECORATIVE ARTS, INC.

| A25204 | | A Set of French Style Brass Fireplace Accessories<br><br>Early 20th Century<br><br>Comprising a pair of chenets with fender, and a mesh firescreen<br><br>30" high (screen); 17" high (chenets) | 300 | | |
| --- | --- | --- | --- | --- | --- |
| – | | A Set of French Style Brass Fireplace Accessories<br><br>Early 20th Century<br><br>Comprising a pair of chenets with fender, and a mesh firescreen<br><br>30" high (screen); 17" high (chenets) | 500 | | Some screws replaced to chenets |
| A25164 | | A Pair of Louis XV Style Gilt Bronze and Rouge Griotte Marble Four Branch Candelabra<br><br>Early 20th Century<br><br>With central nozzle and three acanthus scroll arms, attached to a central marble vase, on three C- scroll and acanthus legs on triangular base<br><br>26" high | 1200 | | Previously wired for electricity.<br><br>There are 2 pairs of candelabra illustrated on the website as lot 164 - this is the second pair, and a bit more valuable |

# WALKER DECORATIVE ARTS, INC.

| A25172 | | Xavier Raphanel (French, 1876-1957)<br><br>Napoleon Bonaparte on Horseback, Circa 1890<br><br>Gilt and patinated bronze, showing Napoleon riding beside a gilded relief of a military scene, Nike the goddess of victory flying above, signed "X Raphanel" on the base in cast<br><br>24" high x 16" wide x 10 ½" deep<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 2000 | | https://www.invaluable.com/auction-lot/xavier-raphanel466-c-07f4706b76?objectID=196137891&algIndex=undefined&queryID=205f784c86b679850fd48f2fe778e7f7 |
| A25187 | | A French Gilt and Patinated Bronze Chariot Group<br><br>Cast from a Model by Antonio Vanetti, Circa 1890<br><br>Depicting a Roman charioteer driving a triga, on a Patricia Green marble base<br><br>14 ¼" high x 27" long x 16 ½" wide<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 1500 | | https://www.invaluable.com/auction-lot/a-gilt-bronze-figural-group-in-the-manner-ofangi-63027-c-efd4f27ba6?objectID=175680269&algIndex=undefined&queryID=f043391b22c8989bf8c5ce393b5b062d |

# WALKER DECORATIVE ARTS, INC.

| A25184 | | An Italian Bronze Sculpture of Roman Soldiers in Combat<br><br>First half 20th Century<br><br>Indistinctly signed "T. ?Camiella" and dated 1920 in cast, on portor marble base<br><br>14 ½" high x 16 ½" wide x 12 ¾" deep | 800 | | |
|---|---|---|---|---|---|
| | | Provenance: Cedric DuPont Antiques, West Palm Beach, FL | | | |
| A25173 | | A French Gilt and Patinated Bronze Mantel Clock<br><br>Circa 1880, retailed by Lemaire, Paris<br><br>In the Renaissance style, the dial with roman numerals, the back of the movement with Marti pastille stamp<br><br>28 ½" high x 15" wide x 10" deep | 400 | | No pendulum, key or bell |
| A25177 | | A Rococo Style Giltwood Lamp<br><br>Late 20th Century<br><br>Composed of two opposing C-scrolls, with stitched shade<br><br>32" high (overall) | 100 | | |

# WALKER DECORATIVE ARTS, INC.

| A25200 | | A Large Louis XVI Style Gilt Mirror<br><br>20th/21st Century<br><br>With foliate crest<br><br>83" high x 36 ½" wide (approx.) | 400 | | https://www.frenchcountryfurnitureusa.com/versailles-carved-floor-mirror/ |
| --- | --- | --- | --- | --- | --- |
| A25202 | | A Baroque Style Gilt Wall Mirror<br><br>Late 20th/early 21st Century<br><br>The oval plate within an openwork frame with acanthus scrolls | 150 | | |
| A25201 | | A Louis XV Style Gilt Wall Mirror<br><br>Late 20th/early 21st Century<br><br>With arched crest and C-scroll frame<br><br>45" high x 25" wide | 300 | | |

# WALKER DECORATIVE ARTS, INC.

| A25199 | | A Rectangular Gilt Wall Mirror<br><br>Late 20th/early 21st Century<br><br>With bevelled glass plate<br><br>46" x 36" | 200 | | |
| A25167 | | A French Bronze Smoker's Stand<br><br>Late 19th Century<br><br>With cigar cutter and cigarette holder on tray<br><br>4" high x 7" wide x 3 ½" deep | 30 | | |
| A25194 | | A Pair of French Gilt Bronze Rouge Griotte Marble Garniture Vases<br><br>Late 19th Century<br><br>The bodies with acorn finials, applied musical trophy mounts and winged putti to each side of the body, on square bases with cast drapery<br><br>15 ½" high<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 800 | | The vases possibly married to the bases - the bases look too large to me |

# W A L K E R   D E C O R A T I V E   A R T S ,   I N C .

| A25188 | | A Pair of Louis XV Style Carved Giltwood Marble Top Console Tables<br><br>Late 19th Century<br><br>The thick incarna turquin marble tops over cabriole leg frames carved with acanthus and rocaille<br><br>32.5" high x 27.75" wide x 14.5" deep<br><br>Provenance: Cedric DuPont Antiques, West Palm Beach, FL | 1500 | | |
| A25160 | | A Monumental Pair Gilt Bronze and Malachite Veneered Nine Light Torcheres<br><br>20th Century<br><br>In the Louis XV style, of baluster form, with applied acanthus and foliate mounts and scrolling rococo candlearms<br><br>62" high [approx.] | 15000 | | |