UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

_____

In re:

    Kris Daniel Roglieri,                              Case No. 24-10157
                                              Chapter 7

                     Debtor.

_____

**Notice to Chapter 7 Trustee of Appointment
as Successor Trustee and Fixing Amount of Bond**

To:     Michael J. O'Connor, Esq.

         Due to the resignation of chapter 7 trustee Christian H. Dribusch from this case, you have been appointed, pursuant to 11 U.S.C. § 703(a), as successor interim trustee of the above-referenced case.

         The amount of your bond is covered by the bond of interim trustee in chapter 7 cases which is on file with the Bankruptcy Court.  <u>See</u> 11 U.S.C. § 322(a).  In addition, because your blanket acceptance is on file, you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:       May 23, 2025
              Albany, NY

                                       Respectfully submitted,

                                       WILLIAM K. HARRINGTON
                                       UNITED STATES TRUSTEE
                                       FOR REGION 2


                                       <u>/s/ Lisa M. Penpraze</u>
                                       Lisa M. Penpraze
                                       Bar Roll No.: 105165
                                       Assistant United States Trustee
                                       Office of the United States Trustee
                                       Leo W. O'Brien Federal Building
                                       11A Clinton Ave., Room 620
                                       Albany, New York 12207
                                       (518) 434-4553
                                       lisa.penpraze@usdoj.gov