# O'CONNOR · FIRST

O'CONNOR, O'CONNOR, BRESEE & FIRST PC

ATTORNEYS AT LAW

20 Corporate Woods Blvd., Albany, New York 12211

PHONE New York (518) 465-0400 | FAX (518) 465-0015 | WEBSITE www.1stlaw.com

May 27, 2025

*Via Court's electronic case filing system*

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, NY 12207-2925

Re:  Kris Daniel Roglieri
     Chapter 7 - Case No. 24-10157

Dear Judge Littlefield:

I was recently appointed as Successor Trustee for the above-referenced bankruptcy estate.

I am in receipt of the Amended Order Setting Hearing Pursuant to 11 U.S.C. § 105 dated May 27, 2025.

I spoke with Lisa Penpraze, Assistant United States Trustee over the weekend and advised her of a conflict that I have. I followed up my conversation with Ms. Penpraze by a letter dated May 27, 2025. I believe that there will be a further Successor Trustee appointed as based upon my conflict, I will be unable to serve.

Should you have any questions please do not hesitate to contact me.

Respectfully,

Michael J. O'Connor
E-mail: moconnor@oobf.com

MJO/abk