So Ordered.

Signed this 29 day of May, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

KRIS DANIEL ROGLIERI,

Case No. 24-10157
Chapter 7

*Debtor*.

**ORDER DEEMING MOTION TO REMOVE TRUSTEE MOOT**

On February 3, 2025, the Debtor filed a motion to remove Christian H. Dribusch, Esq. ("Dribusch") as the Chapter 7 trustee in this bankruptcy proceeding (the "Removal Motion"). ECF No. 345. Both Dribusch and the United States Trustee ("UST") filed opposition to the Removal Motion. ECF Nos. 360–61. The parties filed additional papers related to the Removal Motion thereafter. ECF Nos. 363, 365, 367–68, 380–81, 390, 409–10, 417, 419, 421, 445, 448. The Court also held two hearings on the Removal Motion prior to placing the matter on reserve. ECF Nos. 366, 379.

On May 23, 2025, the UST filed a notice indicating that Dribusch had resigned as the Chapter 7 trustee. ECF No. 487; *see also* ECF No. 491 (appointing Marianne O'Toole as the

-1-

successor interim trustee). As such, the relief sought in the Removal Motion "can no longer be given or is no longer needed." *Martin-Trigona v. Shiff*, 702 F.2d 380, 386 (2d Cir. 1983).

Now, after due deliberation, it is hereby

**ORDERED**, that the Removal Motion is deemed moot.

# # #