UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                          Case No.: 24-10157-1-REL

KRIS DANIEL ROGLIERI,                                           Chapter 7

                          Debtor.
--------------------------------------------------------X

### AUCTIONEER'S REPORT OF JUNE 6, 2025 SALE
### OF CERTAIN FINE ART AND ANTIQUITIES

Megan A. Hennessy, being duly sworn, deposes and says that:

1.      I am the Executive Director of Saratoga Automobile Museum ("Auctioneer"),
which was approved by the Court as auctioneer for the Chapter 7 estate of Kris Daniel Roglieri
("Bankruptcy Estate"). See ECF No. 241. The Bankruptcy Estate was authorized to conduct an
auction sale of the Bankruptcy Estate's interest in personal property consisting of, inter alia, certain
fine art and antiquities (collectively, "Art & Antiquities"). See ECF No. 278.

2.      Pursuant to Local Bankruptcy Rule 6005-1(c), I submit this Report of Sale in
connection with the auction of the Art & Antiquities.

3.      The auction sale of the Art & Antiquities ("Auction") was conducted on June 6,
2025 in person at the Embassy Suites, 86 Congress Street, Saratoga Springs, New York 12866
("Auction Site") and online through Proxibid, Invaluable and Live Auctioneers Online Auction
Platform. The Auction commenced at 10:00 a.m. and ended at approximately 12:30 p.m.

4.      The gross amount realized from the Auction was $144,323.91, which includes
buyers' premiums of $11,834.25 and sales tax of $7,629.66.

5.      By separate application, the Auctioneer will seek a commission of $11,834.25 (in
the form of buyers' premiums of 10%), plus reimbursement of out-of-pocket expenses of
$38,819.78. The Auctioneer's out-of-pocket expenses are documented on Exhibit A.

-1-

6.    The Auctioneer's bond is on file with the Court and was previously paid for by the Bankruptcy Estate. See ECF No. 240.

7.    The winning bids from the Auction are reflected in the auctioneer purchase report annexed as Exhibit B.

8.    A total of 159 registered bidders participated in the Auction. A copy of the winning bidder numbers is annexed as Exhibit C.

9.    The following lots were sold post-Auction and are reflected in Exhibit B:

   a.    Lot 200 -- Large Louis XVI Style Gilt Mirror 20th/21st Century -- to bidder 1025 (who purchased other items at the Auction) for the reserve price of $400.00; and

   b.    Lot 195 -- Louis XVI Style Gilt Bronze and Rouge Marble Taxxa Late 19th/early 20th Century – to bidder 912 (who purchased other items at the Auction) after the original bidder defaulted for the original bid price of $2,250.00.

10.    The following lots were not sold at the Auction, but the Auctioneer received the offers listed (which bids were less than the published minimum bids and include a 10% buyer's premium):

   a.    Lot 130 -- Attributed to John MacVicar Andersen Warwick Castle -- $1,500.00 offer received ($2,000.00 published minimum);

   b.    Lot 138 -- Italian School, Callisto and Jupiter -- $800.00 offer received ($3,000 published minimum);

   c.    Lot 144 -- Attributed to Lodewijk de Vadder Flemish Landscape with Windswept --$1,500.00 offer received ($2,000.00 published minimum);

   d.    Lot 155 -- Italian School, The Martyrdom of St Stephen -- $2,000.00 offer received ($3,000.00 published minimum);

   e.    Lot 160 -- Monumental Pair Gilt Bronze and Malachite Veneered Nine Light Torcheres -- $6,000.00 offer ($11,500.00 published minimum);

   f.    Lot 172 -- Xavier Raphael Napoleon Bonaparte on Horseback -- $1,000.00 offer received ($1,600.00 published minimum); and

g.    Lot 176 -- Louis XV Style Giltwood Marble Top Console Table -- $500.00 offer received ($950.00 published minimum).

11.    As reflected in <u>Exhibit B</u>, the following lots were not sold at the Auction:

a.    Lot 111 – In the Manner of Marcantonio Bassetti (Italian, 1586 – 1630) The Flagellation of Christ;

b.    Lot 123 –An Italian Style Wine Bottle Print "Vino Villa Toscano Tuscany" 21st Century;

c.    Lot 156 – Bill Furlong (American, 21st Century) The Pianist;

d.    Lot 166 –An Empire Revival Sèvres Style Porcelain Vase Eary-Mid 20th Century;

e.    Lot 168 – A Large Louis XVI Style Gilt Metal Mounted Particia Green Marble Pedestal Circa 1990;

f.    Lot 171 – Art Pedestal;

g.    Lot 178 – A Louis XIV Style Carved Giltwood Marble Top Center Table Late 19th/Early 20th Century;

h.    Lot 192 – A Large Louis XVI Style Breche Violette Marble Pedestal Late 19th Century;

i.    Lot 208 – A Pair of Louis XV Style Gilt Bronze and Rouge Griotte Marble Four Branch Candelabra.

12.    The manner and extent of advertising the Auction and the availability of the Art & Antiquities for inspection were as follows:

a.    The Art & Antiquities were advertised on the Auctioneer's website and by direct advertising to potentially interested bidders.

b.    The Art & Antiquities were advertised in hard copy and digital online format.

c.    The Art & Antiquities were available for inspection at the Auction Site on June 5th and 6th, 2025.

d.    Signage was prominently displayed at the Auction Site.

13.    Based on the final numbers, sales tax totaling $7,629.66 was collected by the Auctioneer and will be remitted to the appropriate taxing authority by the Auctioneer.

14.    The Auctioneer turned over proceeds of $136,694.25 from the Auction of the Art &

Antiquities (which excludes the sales tax of $7,629.66) to Marianne T. O'Toole, Esq., the successor

Chapter 7 Trustee of the above-captioned Debtor's estate.

Dated: June 27, 2025

Respectfully submitted,

Megan A. Hennessey

Sworn to before me this 27 day of June 2025

Notary Public, State of New York
Reg. No. 01KN6419126
Qualified in Saratoga County
My Commission Expires June 28, 2029

MOLLY ANNE KNOTT
Notary Public, State of New York
Reg. No. 01KN6419126
Qualified in Saratoga County
Commission Expires June 28, 2029

-4-

# **EXHIBIT A**

## Fine Art Auction Expenses

| Date | Description | Amount |
|---|---|---|
| 2/20/25 | duPont Publishing, Inc.- Marketing | $ 4,000.00 |
| 5/22/25 | Waler-Decorative Arts, Inc- Evaluate of Artwork | $ 4,960.00 |
| 6/3/25 | Soave Fair- Fix of Frame for Andy Warhol | $ 39.95 |
| 6/4/25 | Penske- Truck Rental | $ 1,425.98 |
| 6/4/25 | Liveauctioneers- Marketing | $ 450.00 |
| 6/5/25 | Allerdice Building Supply Inc- EPOXY | $ 8.99 |
| 6/6/25 | Proxibid- Event Fee | $ 500.00 |
| 6/6/25 | Proxibid- Credit Card Processing Fee | $ 325.75 |
| 6/6/25 | Mike Coalson- Online Platform Representative | $ 360.00 |
| 6/6/25 | Meredith Stein- Online Platform Representative | $ 300.00 |
| 6/6/25 | Megan Sadler- Online Platform Representative | $ 300.00 |
| 6/7/25 | Invaluable- Fee for Invaluable Platform | $ 987.50 |
| 6/8/25 | 7 Eleven- Gas for Penske Truck | $ 25.87 |
| 6/11/25 | Flash- Parking Fee for Shipment of Andy Warhol | $ 5.00 |
| 10/11/24-6/13/24 | Prime Storage- Storage Units for Roglieri Inventory | $ 16,556.40 |
| 6/4/25-6/10/25 | Embassy Suites- Grand Ballroom Rental | $ 8,574.34 |
| | | **$ 38,819.78** |

**duPont Publishing, Inc.**
**4600 - 140th Avenue North, Suite 210**
**Clearwater, FL 33762**



**BILL TO:**
Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs, NY 12866

**INVOICE:**
Invoice No.: 43917
Date: Feb 20, 2025
Payment Terms:  Net 30
Due Date: Mar 20, 2025
Contract No.: 122985
Sales Rep: Hal Reddick

**Product**

#318872 - **Print - 2025 May-25** - Full Page Display: 1 Pages
#318873 - **Blog/Social** - CP - Branded Content (Blog): May 01, 2025 - May 31, 2025

| | |
|---|---|
| **Sub Total** | **$4,000.00** |
| **Amount Paid** | **$0.00** |
| **Payment** | |
| **Payment Date** | |
| **Total** | **$4,000.00** |

**Please pay online by going to:**
https://secure.mediaos.com/pay/

Your Invoice PIN Number is: **28554**

Or click the direct pay button below:





**Pay Online Now**

**View Open Invoices Online Now**

(Please note:  There will be a 3% convenience fee for payment by credit card)

**WALKER DECORATIVE ARTS, INC**

209 North 4th St, D3

Philadelphia, PA 19106

646-684-9393

david@walkerdecarts.com

## Invoice

05/22/2025

| Invoice for | Payable To | Project |
|---|---|---|
| Saratoga Auto Auction | Walker Decorative Arts | Kris Roglieri Cataloguing and es |
| c/o Megan Hennessy | | |

| Description | Qty | Rate | Price |
|---|---|---|---|
| On Site Time, 05/06/25 9am-4:30pm | 7.5 | $200.00 | $1,500.00 |
| Hotel and meals | | | $260.00 |
| Research and Report Preparation | 16 | $200.00 | $3,200.00 |

With thanks

Chase 021000021

Acct 369770521

| | |
|---|---|
| Total | |
| Tax | **$0.00** |
| | **$4,960.00** |

# SOAVE FAIRE

449 Broadway
Saratoga Springs, New York
12866

518-587-8448

Soave Faire Inc.

TOTAL
## $39.95

| Items | Price |
|---|---|
| Saratoga Automobile museum | $39.95 |

| | |
|---|---|
| Subtotal | $39.95 |
| Total | $39.95 |

**Transaction Record**

| | |
|---|---|
| Visa Purchase | $39.95 |

**AUTHORIZED**
ACCT: •••• •••• •••• 0348
AUTH:
pi_3RVvKmLOsnEuEPS107BmqoZD
Jun 03, 2025, 9.57 AM
MID: 23623757
SOURCE: Chip
TSI: 6800
VISA DEBIT
(A0000000031010)
Verified by signature

Jun 03, 2025, 9 57 AM
Staff at register: Bill S
Receipt: #36-1141
No cash refunds, store credit only



**24/7 Roadside Assistance:**
**1-800-526-0798**

**Rental Agreement Cover Sheet**



| | | | |
|---|---|---|---|
| **Rental Agreement #:10697584** | | **COMMERCIAL LOCAL** | |
| Created by: | THDHELN6DJ | **Pick Up Date:** | **06/04/25 08:51 AM** |
| Completed by: | THDSXV2FU8 | **Expected Drop-Off:** | **06/09/25 08:51 AM** |
| Entered At: | 0733-41 | **Actual Drop-Off:** | **06/08/25 03:14 PM** |
| **Status:** | **COMPLETED** | **End Bill Date** | **06/08/25 03:14 PM** |
| Customer Name: | SARATOGA AUTO MUSEUM | Changed On: | **06/08/25 07:16 PM** |
| Created On: | 06/04/25 12:36 PM | | |

### BILLING INFORMATION

Invoice #:                    PO #:                    Billing Cycle: Weekly

Bill Start Date:06/04/25 08:51 AM

**Remit To: PENSKE TRUCK LEASING CO.,L.P. - P.O.BOX 827380 PHILADELPHIA, PA 19182--738  USA**

### CHARGES

| Type | | Quantity | Unit of Meas | Rate | Charge |
|---|---|---|---|---|---|
| Unit #:586389 | | | | | |
| | | 1 | Week | $950.00 | **$950.00** |
| Mileage | Out: 105,089   In: 105,164 | 75 | Miles | $0.3000 | **$22.50** |
| Ldw $2,000 Responsibility | | 5 | Day | $40.00 | **$200.00** |
| Liability Accident Insurance | | 5 | Day | $30.00 | **$150.00** |
| environmental fee | | 4 Days @ $5.00 | | | **$20.00** |
| Vehicle Licensing Recovery Fee | | 4 Days @ $3.50 | | | **$14.00** |
| | | | | SUBTOTAL: | **$1,356.50** |

### TAXES

| | |
|---|---|
| NY SALES TAX | **$69.48** |
| **TOTAL DUE:** | **$1,425.98** |

### PAYMENTS AND REFUNDS

| Pay Type | Trans | Date | Card # | Approval Code | |
|---|---|---|---|---|---|
| THD Payment(CN) | PYMT | 06/08/2025 | | | **$1.00** |
| Store: 1223,  Trans ID: 6135,  Register #: 97,  VI: 0348: $-1.00 | | | | | |
| THD Payment(CC) | DPST | 06/04/2025 | | | **($1,426.82)** |
| Store: 1223,  Trans ID: 6124,  Register #: 17,  VI: 0348: $1426.82 | | | | | |
| THD Payment(CN) | PYMT | 06/08/2025 | | | **($0.16)** |
| Store: 1223,  Trans ID: 6134,  Register #: 97,  VI: 0348: $0.16 | | | | | |
| | | | | **PAYMENT:** | **($1,425.98)** |
| | | | | **NET DUE:** | **$0.00** |

# Rental Agreement Cover Sheet



**24/7 Roadside Assistance:**
**1-800-526-0798**

**Rental Agreement #:10697584**

COMMERCIAL LOCAL

| | | | |
|---|---|---|---|
| Created by: | THDHELN6DJ | **Pick Up Date:** | **06/04/25 08:51 AM** |
| Completed by: | THDSXV2FU8 | **Expected Drop-Off:** | **06/09/25 08:51 AM** |
| Entered At: | 0733-41 | **Actual Drop-Off:** | **06/08/25 03:14 PM** |
| **Status:** | **COMPLETED** | **End Bill Date** | **06/08/25 03:14 PM** |

Penske respects your privacy. Penske collects contact, driver's license, and payment information from Customers at time of rental, and shares this information with service providers as needed to facilitate the rental process, perform watch list checks, and process payments. You may have the right to request copies or deletion of the personal information we collect about you under certain local privacy laws. For details on how Penske and its trusted partners manage your personal information, provide you with choices regarding your personal information, and a statement of your privacy rights, see our full Privacy Policy at www.gopenske.com/privacy. You may also contact us at privacy@penske.com or (844) 967-0109.

Customer acknowledges that Customer has read, or been given an opportunity to read, the Rental Agreement, including this Cover Sheet, the General Terms and Conditions, as well as any attachments hereto and agrees to be fully bound by its terms. Before deciding whether to purchase the optional limited damage waiver, you may wish to determine whether your own automobile insurance already affords you coverage for damage to the rental vehicle. To the extent the Customer had purchased Limited Damage Waiver coverage, Customer acknowledges reading, understanding, and agreeing with the disclosures, exclusions, and terms and conditions applicable to Limited Damage Waiver as set forth in Attachment D to the Rental Agreement.

By: _____

Customer/Authorized Signatory

# Rental Agreement Cover Sheet



**24/7 Roadside Assistance:**
**1-800-526-0798**

| | |
|---|---|
| **Rental Agreement #:10697584** | **COMMERCIAL LOCAL** |



| | | | |
|---|---|---|---|
| Created by: | THDHELN6DJ | **Pick Up Date:** | **06/04/25 08:51 AM** |
| Completed by: | THDSXV2FU8 | **Expected Drop-Off:** | **06/09/25 08:51 AM** |
| Entered At: | 0733-41 | **Actual Drop-Off:** | **06/08/25 03:14 PM** |
| Status: | **COMPLETED** | **End Bill Date** | **06/08/25 03:14 PM** |

**CUSTOMER INFORMATION**
Acct: 3ES0SJ00 - 0733
SARATOGA AUTO MUSEUM
110 AVENUE OF THE PNES
SARATOGA SPRINGS, NY  12866-6220  USA
Day (518) 587-1935

**PICK UP/DROP OFF LOCATION**
HOME DEPOT #1223 (O733-41)
3042 NY-50
SARATOGA, NY  12866      USA
Voice (518) 581-0518

**DRIVER NAME(S):** ANDREW HENNESSEY

**TRAVEL SCOPE:** Intrastate

This lessor cooperates with all Federal, State, and local law enforcement officials nationwide to provide the identity of customers who operate this rental CMV

**UNIT INFORMATION**

| | | |
|---|---|---|
| **Unit #:586389** | Max. Payload: 9,955 lbs. | Rented With Damage: NO |
| 2026 - 26FT SAD MEDIUM VAN | Height: 12 ft.6 in. | Returned With Damage: NO |
| License #: 3267015 | | **Mileage Out: 105,089** |
| License State: IN | | **Mileage In: 105,164** |
| License Exp: 05/31/2026 | | **Diesel Fuel Out: FULL** |
| Owning Location: 0733-10 | | **Diesel Fuel In: FULL** |

**Fuel Receipts Required** This vehicle is equipped with an on-board distance recording device and does not require submission of a Driver Trip Report unless you have been notified that the device is non-operational. All fuel purchase receipts must be submitted weekly to Penske. Customer is responsible for all Motor Fuel and Weight Distance Taxes.

Customer shall be responsible for all tolls incurred in the operation of the Vehicle, whether or not the provided transponder is used.

## NO HAZARDOUS MATERIAL BEING TRANSPORTED

**OPTIONAL PROTECTION PLANS**

| | | |
|---|---|---|
| Limited Damage Waiver/LDW $1000 Responsibility | *DECLINED* | |
| Limited Damage Waiver/LDW $2,000 Responsibility | *ACCEPTED* | |
| Rates: $1,213.33/Month | $280.00/Week | $40.00/Day |
| Limited Damage Waiver/LDW $5000 Responsibility | *DECLINED* | |
| Liability Coverage/LIABILITY ACCIDENT INSURANCE | *PENSKE PROVIDES* | |
| Rates: $910.00/Month | $210.00/Week | $30.00/Day |
| Supplemental Liability | *DECLINED* | |

"Customer is responsible for all fuel and mileage taxes.  Section II.G contains Customer obligations related to filing and completing certain mileage and fuel tax documents, and Customer hereby acknowledges such obligations."

X _____ Initials

This contract offers, for an additional charge, optional vehicle protection to cover your financial responsibility for damage or loss to the rental vehicle.  The purchase of optional vehicle protection is optional and may be declined.  You are advised to carefully consider whether to purchase this protection if you have rental vehicle collision coverage provided by your credit card or automobile insurance policy.  Before deciding whether to purchase optional vehicle protection, you may wish to determine whether your credit card or your vehicle insurance affords you coverage for damage to the rental vehicle and the amount of deductible under such coverage.

**Friday, June 6, 2025 at 9:18:46 AM Eastern Daylight Time**

**Subject:** Fw: LA-AH167913
**Date:** Thursday, June 5, 2025 at 2:19:54 PM Eastern Daylight Time
**From:** Andrew Hennessey
**To:** Molly Knott

Andrew Hennessey
Office Manager & Auction Specialist
Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs, NY 12866
518-401-5187

**From:** Live Auctioneers <bills@liveauctioneers.com>
**Sent:** Wednesday, June 4, 2025 2:35 PM
**To:** Andrew Hennessey <andrew@saratogaautomuseum.org>
**Subject:** LA-AH167913

# liveauctioneers

Bill To:
**Saratoga Auto Auction**
110 Avenue of the Pines
Saratoga Springs  United States  12866

Accounting Contact:
**Andrew Hennessey**
andrew@saratogaautomuseum.org
(518) 587-1935 ex 22

## Invoice

Online Account

Invoice #:LA-AH167913
Terms: Net 30
Date:6/1/25

| | | | |
|---|---|---|---:|
| | | Previous Balance: | **$0.00** |
| | | Total Balance Forward: | **$0.00** |
| 5/23/25 | Marketing | | $450.00 |
| | Category - Sidebar Banner - Fashion 5/23/2025 | | |
| | | Total Current Charges: | **$450.00** |
| | | Total Balance Due (Past + New): | **$450.00** |

**PAY NOW**

| Checks (USD) - **Regular Mail** | Checks Payable to: | Live Auctioneers LLC |
|---|---|---|
| | Remittance Address: | Live Auctioneers LLC<br>PO Box 23771<br>New York, NY 10087-3771 |
| Checks (USD) - **Overnight/Courier** | Checks Payable to: | Live Auctioneers LLC |
| | Remittance Address: | JPMorgan Chase - Lockbox Processing<br>Attn: LiveAuctioneers LLC<br>P.O. Box 23771<br>4 Chase Metrotech Center, 7th Floor East |

Brooklyn, NY 11245

| **Wire Transfers & ACH (USD)** | | |
|---|---|---|
| | Account Name: | Live Auctioneers LLC |
| | Account Number: | |
| | Bank Routing Number: | |
| | SWIFT: | |
| | General Bank Reference Address: | JPMorganChase, New York, NY 10017 |

| **Wire Transfers (Euro)** | | |
|---|---|---|
| | Account Name: | Live Auctioneers LLC |
| | Account Number: | |
| | IBAN: | |
| | SWIFT: | |
| | Bank address: | Taunustor1(TaunusTurm) |
| | | 60310 Frankfurt am Main, Germany |

| **Wire Transfers (GBP)** | | |
|---|---|---|
| | Account Name: | Live Auctioneers LLC |
| | Account Number: | |
| | IBAN: | |
| | SWIFT: | |
| | Sort Code: | 609242 |
| | Bank address: | 25 Bank St |
| | | Canary Wharf, London, E14 5JP |

Thank you in advance for prompt payment. We look forward to working on your next sale.
Billing Inquiries: 402-235-4051 or AR@AuctionTechnologyGroup.com

# ACE BUILDING SUPPLY INC
# 41 WALWORTH STREET
# SARATOGA SPRINGS, NY 12866

## PHONE: (518) 584-5533

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | | TERMS: | CLERK: | DATE / TIME: | |
|---|---|---|---|---|---|---|---|---|
| 2758 | 000 | | | | NET EOM | AS | 6/5/25 | 11:53 |

TERMINAL: 303

**SOLD TO:**
SARATOGA AUTOMOBILE MUSEUM
110 AVENUE OF THE PINES
SUITE 56
SARATOGA SPRGSNY   12866

587-1935

SHIP TO:

TAX: EXE   EXEMPT SALES TAX

## *INVOICE:19352 /1*

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | LOCATION | UNITS | PRICE/ | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EA | 1694322 | MINUTE WELD EPOXY .85oz JBWELD | 3B02 | 1 | 8.991 | /EA | 8.99 N |

| | | |
|---|---|---|
| TAXABLE | | 0.00 |
| NON-TAXABLE | | 8.99 |
| SUBTOTAL | | 8.99 |

** AMOUNT CHARGED TO STORE ACCOUNT **          8.99

| TAX AMOUNT | 0.00 |
|---|---|
| **TOTAL** | **8.99** |

¶^b²²2758000²19352I31001%

**TOT WT: 0.00**

Ace Rewards # 19818164222

X

Received By

# proxibid.

# INVOICE

**Remit To:**

Proxibid, Inc.
P.O. Box 735388
Chicago, IL 60673-5388
Phone: (877) 505-7770
Fax: (402) 505-7981
http://www.proxibid.com
acctsrec@proxibid.com

**Billing Address:**

Saratoga Auto Auction
110 Avenue of the Pines
Saratoga Springs, NY 12866

**ACH and Wire Instructions:**

Financial Institution: JPMorgan Chase



| | |
|---|---|
| **Invoice Number** | SIN290553 |
| **Invoice Date** | 06/06/2025 |
| **Due Date** | 06/24/2025 |
| **Terms** | Net 15 |
| **Invoice Currency** | USD |

| Event Title | Event Date |
|---|---|
| Fine Art & Antiquity Auction | 06/06/2025 |

| Line | Product Name | Quantity | Unit Price | Net Value |
|---|---|---|---|---|
| 1 | Event Fee | 1.00 | $500.00 | $500.00 |
| 2 | Sell Thru Fee<br>*5.00% of 6515.00 (USD) in Online Sales* | 1.00 | $325.75 | $325.75 |
| | | | **Net Total** | $825.75 |
| | | | **Tax Total** | $0.00 |
| | | | **Invoice Total** | $825.75 |

**Please Note:**

All invoices must be paid in full by the specified due date. A finance charge of 1.5% per month (18% per annum) will be applied to any outstanding balance. Overdue accounts may also be charged re-activation fees, reasonable collection fees and any applicable legal fees. Requests for credits must be received within ten (10) days following the close of the event to be considered for approval.

Mike Coalson

15380 Yankee Blade Rd

Reno, NV 89521


Bill To:

Saratoga Automobile Museum

110 Avenue of the Pines

Saratoga Springs, NY 12866

| Date | Description | Amount |
|------|-------------|--------|
| 6/6/25 | Online Platform Representative | $360.00 |

Total Due: $360.00

Please Remit to:

Mike Coalson

15380 Yankee Blade Rd

Reno, NV 89521

Meredith Stein

1953 N. Clybourn Ave, Unit R-148

Chicago, IL 60614


Bill To:

Saratoga Automobile Museum

110 Avenue of the Pines

Saratoga Springs, NY 12866

| Date | Description | Amount |
|------|-------------|--------|
| 6/6/25 | Online Platform Representative | $300.00 |

Total Due: $300.00

Please Remit to:

Meredith Stein

1953 N. Clybourn Ave, Unit R-148

Chicago, IL 60614

Megan Sadler
2056 N Sawyer Apt 3B
Chicago, IL 60647

Bill To:
Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs, NY 12866

| Date | Description | Amount |
|---|---|---|
| 6/6/25 | Online Platform Representative | $300.00 |

Total Due: $300.00

Please Remit to:
Megan Sadler
2056 N Sawyer Apt 3B
Chicago, IL 60647

# invaluable | AuctionZip

## INVOICE 228702

**June 7, 2025**                                          **Payment Terms:** Net 1

**BILLED TO:**                                            **CONTACT:**

Saratoga Automobile Museum dba Saratoga Motorcar Auction          Megan Hennessey
110 Avenue of the Pines                                   megan@saratogaautomuseum.org
Saratoga Springs, NY 12866 USA

**INVOICE DETAIL**

| | |
|---|---:|
| Live! Transaction Fee - Invaluable (June 6, 2025: Fine Art & Antiquity Auction) | $ 237.50 |
| Invaluable Listing Fee - Standard (June 6, 2025: Fine Art & Antiquity Auction) | $ 750.00 |
| VISA charge, 6/8/2025, total USD987.50 | - $ 987.50 |
| Total Current Charges and Credits | $ 0.00 |

**Amount Due**        **$ 0.00**

**PAYMENT DETAILS**

This invoice will be charged to your credit card if held on file on or about the due date.
If your card details have changed, please contact us with your new/updated information.
For payments made by Wire Transfer please contact our Customer Care team for Bank Information.

**North America:** 617-746-9800
**Europe:** +44 (0)1983 559850
**Australia and Asia:** +61-2-8310-4003
**Fax:** 617-746-9801

Remit check payments to:

**Invaluable, LLC**
**P.O. Box 411591**
**Boston, MA 02241-1591**

Note that check payments may take up to 10 business days to post to your account.

customercare@invaluable.com

*Gas for Rentle truck*

```
        WELCOME TO
         7-ELEVEN
          APlus
       3009 St Rt 50
    Saratoga Springs NY
          12866


DATE 6/8/25 14:40
TRAN#9034452
PUMP# 03
SERVICE LEVEL: SELF
PRODUCT: Diesel
GALLONS:          7.187
PRICE/G:         $3.599
FUEL SALE        $25.87
   DEBIT         $25.87

USD$25.87
Payment from
Primary Account
************0348
Entry: Chip Read
AppName: US DEBIT
AuthNet: INTERLNK
MODE: Issuer
AID: A0000000980840
Auth #: 730990
Resp Code: 000
Stan: 1805465460
Invoice #: 556758
Shift #: 1
Store # ************
****

Verified By PIN
No Signature Needed




        THANK YOU
    HAVE A NICE DAY
```

*Parking fee at Fedex*

# FLASH

Brause Realty Inc Congress Park

Congress Park

19 Congress Park

Saratoga, New York 12866

| | |
|---|---|
| Date: | 3:04 PM 11 Jun 2025 |
| Receipt #: | 655814992 |
| Ticket #: | 10214238 |
| Arrived: | 12:41 PM 11 Jun 2025 |
| Departed: | 3:04 PM 11 Jun 2025 |
| Total Duration: | 2 hrs 23 mins |
| Parking Fee: | $5.00 |
| Tax | $0.00 |
| **Total:** | **$5.00** |
| Payment Method: | Visa 0348 |

Powered By
FLASH

Receipts Jun 19, 2024 - Jun 18, 2025
June 18, 2025 9:05 AM

Prime Storage - Saratoga Route 50    4297 Route 50    Saratoga Springs, NY 12866

| Name (59) | Company | Date | Receipt# | Payment | Credit | Applied Refund | Total | Deleted | Email | Source |
|-----------|---------|------|----------|---------|--------|----------------|-------|---------|-------|--------|
| emo | | | | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 6/13/2025 | 30682 | 1,152.00 | 0.00 | 0.00 | 1,152.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 6/11/2025 | 30654 | 384.00 | 0.00 | 0.00 | 384.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 6/10/2025 | 30636 | 768.00 | 0.00 | 0.00 | 768.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 5/13/2025 | 30161 | 1,152.00 | 0.00 | 0.00 | 1,152.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 5/11/2025 | 30140 | 384.00 | 0.00 | 0.00 | 384.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 5/10/2025 | 30121 | 768.00 | 0.00 | 0.00 | 768.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 4/13/2025 | 29630 | 852.00 | 0.00 | 0.00 | 852.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 4/11/2025 | 29597 | 284.00 | 0.00 | 0.00 | 284.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 4/10/2025 | 29579 | 568.00 | 0.00 | 0.00 | 568.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 3/13/2025 | 28855 | 852.00 | 0.00 | 0.00 | 852.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 3/11/2025 | 28816 | 284.00 | 0.00 | 0.00 | 284.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 3/10/2025 | 28794 | 568.00 | 0.00 | 0.00 | 568.00 | | | |
| egan@saratogaautomuseum.org | | | | | | | | | | |
| Card | | | | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | 2/13/2025 | 28346 | 852.00 | 0.00 | 0.00 | 852.00 | | | |

| Name | Museum | Email | Date | Number | Amount | Col2 | Col3 | Total | Desc |
|---|---|---|---|---|---|---|---|---|---|
| | | egan@saratoga... | | | | | | | myHub Autobill Credit |
| | | | | | | | | | Card |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 2/11/2025 | 28317 | 284.00 | 0.00 | 0.00 | 284.00 | myHub Autobill Credit |
| | | | | | | | | | Card |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 2/10/2025 | 28299 | 568.00 | 0.00 | 0.00 | 568.00 | myHub Autobill Credit |
| | | | | | | | | | Card |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 1/16/2025 | 27912 | 852.00 | 0.00 | 0.00 | 852.00 | myHub Autobill Credit |
| | | | | | | | | | Card |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 1/15/2025 | 27897 | 340.80 | 0.00 | 0.00 | 340.80 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 1/15/2025 | 27896 | 340.80 | 0.00 | 0.00 | 340.80 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 1/15/2025 | 27895 | 284.00 | 0.00 | 0.00 | 284.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 12/16/2024 | 27436 | 568.00 | 0.00 | 0.00 | 568.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 12/13/2024 | 27379 | 284.00 | 0.00 | 0.00 | 284.00 | myHub Autobill Credit |
| | | | | | | | | | Card |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 12/12/2024 | 27358 | 568.00 | 0.00 | 0.00 | 568.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 12/11/2024 | 27350 | 284.00 | 0.00 | 0.00 | 284.00 | myHub Autobill Credit |
| | | | | | | | | | Card |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 11/15/2024 | 26944 | 568.00 | 0.00 | 0.00 | 568.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 11/13/2024 | 26908 | 284.00 | 0.00 | 0.00 | 284.00 | myHub Autobill Credit |
| | | | | | | | | | Card |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 11/11/2024 | 26895 | 568.00 | 0.00 | 0.00 | 568.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 11/11/2024 | 26894 | 284.00 | 0.00 | 0.00 | 284.00 | myHub Autobill Credit |
| | | | | | | | | | Card |
| Hennessey, Megan | Saratoga Automobile Museum | egan@saratogaautomuseum.org | 10/15/2024 | 26483 | 0.00 | 56.80 | 0.00 | 56.80 | Payment Screen |
| | | aived Late Fee - One Time Courtesy | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | | 10/15/2024 | 26478 | 752.00 | 0.00 | 0.00 | 752.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | Payment Screen |
| egan@saratogaautomuseum.org | 10/13/2024 | 26453 | 234.00 | 0.00 | 0.00 | 234.00 | |
| Card | | | | | | | myHub Autobill Credit |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 10/11/2024 | 26436 | 284.00 | 0.00 | 0.00 | 284.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 10/11/2024 | 26434 | 284.00 | 0.00 | 0.00 | 284.00 | myHub Autobill Credit |
| Card | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 9/13/2024 | 26001 | 234.00 | 0.00 | 0.00 | 234.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 9/13/2024 | 26000 | 234.00 | 0.00 | 0.00 | 234.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 9/13/2024 | 25999 | 234.00 | 0.00 | 0.00 | 234.00 | Autobill Credit Card |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 9/12/2024 | 25983 | 568.00 | 0.00 | 0.00 | 568.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 9/11/2024 | 25966 | 284.00 | 0.00 | 0.00 | 284.00 | Autobill Credit Card |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 8/15/2024 | 25541 | 2.20 | 0.00 | 0.00 | 2.20 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 8/15/2024 | 25537 | 0.00 | 93.60 | 0.00 | 93.60 | Payment Screen |
| aived Late Fee - One Time Courtesy | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 8/15/2024 | 25532 | 253.74 | 0.00 | 0.00 | 253.74 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 8/15/2024 | 25531 | 236.74 | 0.00 | 0.00 | 236.74 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 8/13/2024 | 25488 | 234.00 | 0.00 | 0.00 | 234.00 | Autobill Credit Card |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 8/12/2024 | 25479 | 234.00 | 0.00 | 0.00 | 234.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 8/12/2024 | 25478 | 234.00 | 0.00 | 0.00 | 234.00 | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 8/11/2024 | 25470 | 251.00 | 0.00 | 0.00 | 251.00 | myHub Autobill Credit |
| Card | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | | | | | | |
| egan@saratogaautomuseum.org | 8/9/2024 | 25431 | 4.39 | 0.00 | 0.00 | 4.39 | Autobill Credit Card |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hennessey, Megan | Saratoga Automobile Museum | 7/15/2024 | 25054 | 1245.00 | 0.00 | 0.00 | 1245.00 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| Hennessey, Megan | Saratoga Automobile Museum | 7/15/2024 | 25053 | 0.00 | 46.80 | 0.00 | 46.80 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| ther - See note on tenant account | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 7/15/2024 | 25052 | 0.00 | 46.80 | 0.00 | 46.80 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| ther - See note on tenant account | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 7/15/2024 | 25051 | 0.00 | 376.00 | 0.00 | 376.00 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| ther - See note on tenant account - Rent: Non-MoveIn, Non-MoveOut | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 7/15/2024 | 25050 | 0.00 | 376.00 | 0.00 | 376.00 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| ther - See note on tenant account - Rent: Non-MoveIn, Non-MoveOut | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 7/15/2024 | 25049 | 0.00 | 376.00 | 0.00 | 376.00 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| ther - See note on tenant account - Rent: Non-MoveIn, Non-MoveOut | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 7/11/2024 | 24997 | 234.00 | 0.00 | 0.00 | 234.00 |
| egan@saratogaautomuseum.org | | | | | | | Autobill Credit Card |
| Hennessey, Megan | Saratoga Automobile Museum | 7/10/2024 | 24993 | 0.00 | 17.57 | 0.00 | 17.57 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| enant provided Proof of Insurance - Insurance | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 7/10/2024 | 24992 | 0.00 | 17.57 | 0.00 | 17.57 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| enant provided Proof of Insurance - Insurance | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 7/10/2024 | 24991 | 0.00 | 2.27 | 0.00 | 2.27 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| enant provided Proof of Insurance - Insurance | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 7/10/2024 | 24990 | 0.00 | 2.27 | 0.00 | 2.27 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| enant provided Proof of Insurance - Insurance | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 7/10/2024 | 24989 | 0.00 | 2.27 | 0.00 | 2.27 |
| egan@saratogaautomuseum.org | | | | | | | Payment Screen |
| enant provided Proof of Insurance - Insurance | | | | | | | |
| Hennessey, Megan | Saratoga Automobile Museum | 7/10/2024 | 24974 | 1.13 | 0.00 | 0.00 | 1.13 |
| egan@saratogaautomuseum.org | | | | | | | Autobill Credit Card |

SARATOGA AUTO MUSEUM

110 AVENUE OF THE PINES

SARATOGA SPRINGS NY  12866
UNITED STATES OF AMERICA

SAM
6/4/2025 12:00:00 AM
6/10/2025 12:00:00 AM

Rate Plan:
HH #
AL:
Car:

6/18/2025

| Date | Number | Description | Amount |
|------|--------|-------------|--------|
| 6/4/2025 | 1859674 | GRAND BALLROOM ROOM RENTAL | $1,250.00 |
| 6/4/2025 | 1859674 | MISC SALES TAX | $87.50 |
| 6/5/2025 | 1860247 | VEGETABLE CRUDITE | $550.00 |
| 6/5/2025 | 1860247 | FOOD TAX | $38.50 |
| 6/5/2025 | 1860248 | FRUIT DISPLAY | $550.00 |
| 6/5/2025 | 1860248 | FOOD TAX | $38.50 |
| 6/5/2025 | 1860249 | COOKIES & BROWNIES | $165.00 |
| 6/5/2025 | 1860249 | FOOD TAX | $11.55 |
| 6/5/2025 | 1860250 | WIRELESS MICROPHONE ON PODIUM | $75.00 |
| 6/5/2025 | 1860250 | MISC SALES TAX | $5.25 |
| 6/5/2025 | 1860251 | GRAND BALLROOM ROOM RENTAL | $1,250.00 |
| 6/5/2025 | 1860251 | MISC SALES TAX | $87.50 |
| 6/5/2025 | 1860252 | *BANQUETS-GROUP SVC | $253.00 |
| 6/5/2025 | 1860252 | FOOD TAX | $17.71 |
| 6/6/2025 | 1860763 | ASSORTED MUFFINS & DANISHES | $99.00 |
| 6/6/2025 | 1860763 | FOOD TAX | $6.93 |
| 6/6/2025 | 1860764 | ASSORTED BAGELS | $99.00 |
| 6/6/2025 | 1860764 | FOOD TAX | $6.93 |
| 6/6/2025 | 1860765 | GRAND BALLROOM ROOM RENTAL | $1,250.00 |
| 6/6/2025 | 1860765 | MISC SALES TAX | $87.50 |
| 6/6/2025 | 1860766 | WIRELESS MICROPHONE ON PODIUM | $75.00 |
| 6/6/2025 | 1860766 | MISC SALES TAX | $5.25 |
| 6/6/2025 | 1860799 | BANQUETS #181 [XFR FR H EMBASSY SALES GROUPS RCPT A - 6/5/2025] | $119.94 |
| 6/6/2025 | 1860834 | REGULAR, DECAF & HOT WATER BY THE GALLON | $201.00 |

375415 A

SARATOGA AUTO MUSEUM

110 AVENUE OF THE PINES

SARATOGA SPRINGS NY  12866
UNITED STATES OF AMERICA

SAM
6/4/2025 12:00:00 AM
6/10/2025 12:00:00 AM

Rate Plan:
HH #
AL:
Car:

6/18/2025

| Date | Number | Description | Amount |
|------|--------|-------------|--------|
| 6/6/2025 | 1860834 | FOOD TAX | $14.07 |
| 6/6/2025 | 1860835 | BOTTLED WATER | $48.00 |
| 6/6/2025 | 1860835 | FOOD TAX | $3.36 |
| 6/6/2025 | 1860836 | *BANQUETS-GROUP SVC | $89.40 |
| 6/6/2025 | 1860836 | FOOD TAX | $6.26 |
| 6/7/2025 | 1861332 | Grand Ballroom | $1,250.00 |
| 6/7/2025 | 1861332 | MISC SALES TAX | $87.50 |
| 6/9/2025 | 1862460 | Grand Ballroom Room Rental | $1,250.00 |
| 6/9/2025 | 1862460 | MISC SALES TAX | $87.50 |
| 6/18/2025 | 1867016 | MISC SALES TAX ALLOWANCE | ($448.00) |
| 6/18/2025 | 1867017 | BANQUETS FOOD ALLOW | ($143.81) |
| | | **BALANCE** | $8,574.34 |

375415 A

# **EXHIBIT B**

# SARATOGA
# AUTOMOBILE
# MUSEUM

United States Bankruptcy Court Northern District of New York
Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs, NY 12866

| Lot | Description | Winning Bidder Numbers | Final Bid | Buyer Premium | Total | Sales Tax | Sellers Premium |
|---|---|---|---|---|---|---|---|
| **SOLD:** | | | | | | | |
| A25-101 | Andy Warhol Screenprint with Colored Paper Collage- "John Gotti" (115.153) 1986 | #103 | $ 15,000.00 | $ 1,500.00 | $ 16,500.00 | $ - | $ - |
| A25-102 | Alec Monopoly (American, b.1986) De Niro Icon (Casino), 2021 | #106 | $ 4,300.00 | $ 430.00 | $ 4,730.00 | $ - | $ - |
| A25-103 | A Cast Signed Original Movie Poster for "The Godfather" | #102 | $ 600.00 | $ 60.00 | $ 660.00 | $ 46.20 | $ - |
| A25-104 | Frankie Flores (American, 21st Century) Red Rider | #100 | $ 300.00 | $ 30.00 | $ 330.00 | $ 23.10 | $ - |
| A25-105 | Black Swan Racing Poster 2013, for the Welt Herausforderung | #2007 | $ 45.00 | $ 5.85 | $ 50.85 | $ 3.56 | $ - |
| A25-106 | Mercedes Wood Sketch | #102 | $ 25.00 | $ 2.50 | $ 27.50 | $ 1.93 | $ - |
| A25-107 | Ferrari Emblem Painting | #106 | $ 110.00 | $ 10.00 | $ 120.00 | $ - | $ - |
| A25-108 | A Cast Signed Original Movie Poster for "Casino" | #901 | $ 650.00 | $ 97.50 | $ 747.50 | $ 52.33 | $ - |
| A25-109 | Jay Koka (American) "Louis' Garage" | #100 | $ 175.00 | $ 17.50 | $ 192.50 | $ 13.48 | $ - |
| A25-110 | Alfred Bentley (British, 1870-1923) Antwerp, Belgium | #2009 | $ 250.00 | $ 32.50 | $ 282.50 | $ 19.78 | $ - |
| A25-112 | British School, in the Manner of Sir Edwin Landseer, 19th Century Mortal Combat | #2009 | $ 325.00 | $ 42.25 | $ 367.25 | $ 25.71 | $ - |
| A25-113 | French, 20th/21st Century Untitled (Abstract) | #2010 | $ 150.00 | $ 19.50 | $ 169.50 | $ 11.87 | $ - |
| A25-114 | Parade Photo Black & White | #901 | $ 40.00 | $ 6.00 | $ 46.00 | $ 3.22 | $ - |
| A25-115 | Italian School Bathsheba, 17th Century | #901 | $ 1,500.00 | $ - | $ 1,500.00 | $ 105.00 | $ - |
| A25-116 | After Antoine Coypel (French, 1661-1722) Esther Fainting | #901 | $ 500.00 | $ - | $ 500.00 | $ 35.00 | $ - |
| A25-117 | A Still Life of Fruits Late 20th Century | #2008 | $ 200.00 | $ 26.00 | $ 226.00 | $ 15.82 | $ - |
| A25-118 | Thomas Frederick McNight (American, b.1941) The Lighthouse, 1991 | #2009 | $ 225.00 | $ 29.25 | $ 254.25 | $ 17.80 | $ - |
| A25-119 | Thomas Frederick McNight (American, b. 1941) Seven Statues, 1986 | #2009 | $ 375.00 | $ 48.75 | $ 423.75 | $ 29.66 | $ - |
| A25-120 | Northern European School, 18th Century Judith with the Head of Holofernes | #901 | $ 1,000.00 | $ - | $ 1,000.00 | $ 70.00 | $ - |
| A25-121 | Continental School, 19th Century View over River with Bridge and Town Beyond | #2009 | $ 200.00 | $ 26.00 | $ 226.00 | $ 15.82 | $ - |
| A25-122 | Roman School, 17th Century The Archangel Michael, after Guido Reni | #1020 | $ 800.00 | $ 120.00 | $ 920.00 | $ 64.40 | $ - |
| A25-124 | Two Paintings by Marilyn Dunlap 'Wine and Lavender' and 'Wine and Poppies' | #2010 | $ 100.00 | $ 10.00 | $ 110.00 | $ 7.70 | $ - |
| A25-125 | American School, Early 20th Century Elk in Landscape | #105 | $ 525.00 | $ 52.50 | $ 577.50 | $ 40.43 | $ - |
| A25-126 | WiliamI Pye (English, 1855-1934) Rocks at Icart Point, Guernsey | #2009 | $ 700.00 | $ 35.00 | $ 735.00 | $ 51.45 | $ - |
| A25-127 | A Framed Limited Edition Reproduction Print after Claude Monet "The Cliff, Etretat, Sunset" | #2009 | $ 30.00 | $ 3.90 | $ 33.90 | $ 2.37 | $ - |
| A25-128 | Nils H. Christianson (1850-1922) Sailboat on a Moonlit River | #1021 | $ 550.00 | $ 15.00 | $ 565.00 | $ 39.55 | $ - |
| A25-129 | In the Manner of Claude Lorrain (French, 1600-1682) Tobias and The Angel | #105 | $ 800.00 | $ 80.00 | $ 880.00 | $ 61.60 | $ - |
| A25-131 | Émile Barau (French, 1851-1930) Village with Ruined Abbey | #2009 | $ 600.00 | $ 30.00 | $ 630.00 | $ 44.10 | $ - |
| A25-132 | Continental School Portrait of a Nude, Early 20th Century | #105 | $ 400.00 | $ 40.00 | $ 440.00 | $ 30.80 | $ - |
| A25-133 | (Modena 1578 - Parma 1615) The Coronation of the Virgin | #901 | $ 1,200.00 | $ - | $ 1,200.00 | $ 84.00 | $ - |
| A25-134 | Frankie Flores (American, 21st Century) Racehorse | #908 | $ 375.00 | $ 56.25 | $ 431.25 | $ 30.19 | $ - |
| A25-135 | Alexandre Marie Colin (French, 1798-1875) Death of Valentin | #901 | $ 3,000.00 | $ 450.00 | $ 3,450.00 | $ 241.50 | $ - |
| A25-136 | Circle of Edward Collier (Breda, 1642- 1708 London) Vanitas Still Life | #101 | $ 2,000.00 | $ 200.00 | $ 2,200.00 | $ 154.00 | $ - |
| A25-137 | Thomas Stothard (English, 1755-1834) The Horrors of War, Circa 1800 | #901 | $ 5,000.00 | $ 750.00 | $ 5,750.00 | $ 402.50 | $ - |
| A25-139 | Dmitriy Krestniy (Ukranian, fl. 21st Century) Heart on Sleeve, 2021 | #2009 | $ 500.00 | $ 25.00 | $ 525.00 | $ 36.75 | $ - |
| A25-140 | Attributed to James Meadows Senior (British, 1798-1864) Ships in Rough Seas | #2009 | $ 450.00 | $ 58.50 | $ 508.50 | $ 35.60 | $ - |
| A25-141 | English School, 19th Century Landscape with Castle Ruins | #105 | $ 350.00 | $ 35.00 | $ 385.00 | $ 26.95 | $ - |
| A25-142 | In the Manner of James Baker Pyne (English, 1800-1870) A Castle on a North Italian Clifftop | #910 | $ 275.00 | $ 41.25 | $ 316.25 | $ 22.14 | $ - |

| Lot | Description | # | | | | | |
|---|---|---|---|---|---|---|---|
| A25-143 | Edward Tabachnik (Russian, b. 1936)<br>My Last Exhibition, 1936 | #2009 | $ 475.00 | $ 61.75 | $ 536.75 | $ 37.57 | $ - |
| A25-145 | Kevin Platt (British, b.1945)<br>Chateau de Josselin, Brittany, France | #2009 | $ 275.00 | $ 35.75 | $ 310.75 | $ 21.75 | $ - |
| A25-146 | Casino Movie Poster #2 | #107 | $ 60.00 | $ 6.00 | $ 66.00 | $ 4.62 | $ - |
| A25-147 | Hammond Organ Advertisement<br>From the "Saturday Evening Post" | #2008 | $ 20.00 | $ - | $ 20.00 | $ 1.40 | $ - |
| A25-148 | After Marti Bofarull  Manhattan Skyline | #2008 | $ 80.00 | $ 10.40 | $ 90.40 | $ 6.33 | $ - |
| A25-149 | Attributed to Bartolomeo Pedon (Venetian, 1665-1732)<br>Landscape with Fisherman and Temple Ruin | #105 | $ 525.00 | $ 52.50 | $ 577.50 | $ 40.43 | $ - |
| A25-150 | Follower of Henry Pether (English, 1800-1880), and<br>Family A Moonlit River With Ruined Abbey | #105 | $ 450.00 | $ 45.00 | $ 495.00 | $ 34.65 | $ - |
| A25-151 | Italian School, Capriccio with a Biblical<br>Scene Amongst Ruins | #101 | $ 900.00 | $ 90.00 | $ 990.00 | $ 69.30 | $ - |
| A25-152 | Pietro Dandini (Italian, 1646-1712)<br>David with the Head of Goliath | #901 | $ 11,000.00 | $ 1,650.00 | $ 12,650.00 | $ 885.50 | $ - |
| A25-153 | A Contemporary Italian Painting of<br>the Amalfi Coast  21st Century | #2010 | $ 250.00 | $ 32.50 | $ 282.50 | $ 19.78 | $ - |
| A25-154 | In the Manner of Girolamo Brusaferro<br>(Venetian, 1677-1745)<br>The Sacrifice of Marco Curzio | #1020 | $ 3,000.00 | $ 450.00 | $ 3,450.00 | $ 241.50 | $ - |
| A25-157 | Limited Edition Reproduction Print after Caspar<br>David Friederich<br>Wanderer Above the Sea of Fog | #2009 | $ 50.00 | $ 6.50 | $ 56.50 | $ 3.96 | $ - |
| A25-158 | Pair of French Gilt Metal, Ebonized Wood &<br>Marble Pedestals &<br>Pair of Gilt & Patinated Bronze Ewers | #101 | $ 3,500.00 | $ 350.00 | $ 3,850.00 | $ 269.50 | $ - |
| A25-159 | A Belle Epoque Gilt Metal and Marble Pedestal Urn<br>Late 19th/early 20th Century | #106 | $ 425.00 | $ 42.50 | $ 467.50 | $ - | $ - |
| A25-161 | A Bronze Group of "Le Baiser Donne" After<br>Jean-Antoine Houdon (1741-1828) | #101 | $ 1,000.00 | $ 100.00 | $ 1,100.00 | $ 77.00 | $ - |
| A25-162 | A Pair of Louis XVI Style Gilt Bronze and Black Marble<br>Six-Light Candelabra Late 19th Century | #901 | $ 1,000.00 | $ 150.00 | $ 1,150.00 | $ 80.50 | $ - |
| A25-163 | An Italian Gilt Bronze Model of the<br>Medici Lion 20th Century | #2010 | $ 1,050.00 | $ 136.50 | $ 1,186.50 | $ 83.06 | $ - |
| A25-164 | A Pair of Louis XV Style Gilt Bronze<br>and Marble Seven<br>Light Candelabra France | #901 | $ 1,000.00 | $ 150.00 | $ 1,150.00 | $ 80.50 | $ - |
| A25-165 | S-8 A French Bronze Figural Group of the Three Graces<br>After German Pilon (c.1525-1590), 20th Century | #912 | $ 800.00 | $ 120.00 | $ 920.00 | $ 64.40 | $ - |
| A25-167 | A French Bronze Smoker's Stand Late 19th Century | #106 | $ 90.00 | $ 9.00 | $ 99.00 | $ - | $ - |
| A25-169 | An Italian Grand Tour Carved<br>Marble Bust of Youthful<br>Bacchus Late 19th Century | #913 | $ 4,500.00 | $ 675.00 | $ 5,175.00 | $ - | $ - |
| A25-170 | After Giambologna (1509-1608), 20th Century<br>The Rape of the Sabine Women | #1029 | $ 400.00 | $ 60.00 | $ 460.00 | $ - | $ - |
| A25-173 | A French Gilt and Patinated Bronze<br>Mantel Clock Circa 1880,<br>retailed by Lemaire, Paris | #102 | $ 450.00 | $ 45.00 | $ 495.00 | $ 34.65 | $ - |
| A25-174 | A French Louis XV Style Carved Marble and Gilt Bronze<br>Jardiniere Vase Paris, Circa 1880 | #101 | $ 2,400.00 | $ 240.00 | $ 2,640.00 | $ 184.80 | $ - |
| A25-175 | A Large Louis XV Style Marble Top<br>Giltwood Console Table<br>Late 20th Century | #917 | $ 1,400.00 | $ 210.00 | $ 1,610.00 | $ 112.70 | $ - |
| A25-177 | A Rococo Style Giltwood<br>Lamp Late 20th Century | #2010 | $ 110.00 | $ 14.30 | $ 124.30 | $ 8.70 | $ - |
| A25-180 | A Louis XV Style Giltwood<br>Overmantel Mirror | #2009 | $ 400.00 | $ 52.00 | $ 452.00 | $ 31.64 | $ - |
| A25-181 | A Louis XV Style Giltwood<br>Overmantel Console Table | #2009 | $ 525.00 | $ 68.25 | $ 593.25 | $ 41.53 | $ - |
| A25-182 | A Louis XV Style Giltwood<br>Window Seat 20th Century | #2010 | $ 300.00 | $ 39.00 | $ 339.00 | $ 23.73 | $ - |
| A25-183 | A French Carved Carrara Marble Bust of Madame du<br>Barry After Augustin Pajou | #101 | $ 1,500.00 | $ 150.00 | $ 1,650.00 | $ 115.50 | $ - |
| A25-184 | An Italian Bronze Sculpture of Roman Soldiers in Combat<br>First half 20th Century | #101 | $ 800.00 | $ 80.00 | $ 880.00 | $ 61.60 | $ - |
| A25-185 | A French Regence Style Giltwood Marble Top Console<br>Table 19th Century | #915 | $ 2,000.00 | $ 300.00 | $ 2,300.00 | $ 161.00 | $ - |
| A25-186 | Jules Moignez (French, 1835-1894) Partridges | #102 | $ 1,200.00 | $ 120.00 | $ 1,320.00 | $ 92.40 | $ - |
| A25-187 | A French Gilt and Patinated Bronze Chariot<br>Group Cast from<br>a Model by Antonio Vanetti, Circa 1890 | #912 | $ 5,000.00 | $ 750.00 | $ 5,750.00 | $ 402.50 | $ - |
| A25-188 | A Pair of Louis XV Style Carved Giltwood Marble Top<br>Console Tables Late 19th Century | #921 | $ 3,500.00 | $ 525.00 | $ 4,025.00 | $ 281.75 | $ - |
| A25-189 | A Continental Bronze and Ormolu Bust of<br>Athena Giustiniani Late 19th century | #101 | $ 900.00 | $ 90.00 | $ 990.00 | $ 69.30 | $ - |
| A25-190 | A Pair of Louis XVI Style Gilt Bronze Mounted<br>Carrara Marble Pedestals 20th Century | #912 | $ 3,750.00 | $ 562.50 | $ 4,312.50 | $ 301.88 | $ - |
| A25-191 | Cesare Lapini (Italian, 1848-1893) Bust of Cleopatra | #101 | $ 3,000.00 | $ 300.00 | $ 3,300.00 | $ 231.00 | $ - |

| A25-193 | A French Carved Marble Bust of Napoleon After Antonio Canova, Late 19th Century | #913 | $ 3,000.00 | $ 450.00 | $ 3,450.00 | $ - | $ - |
| A25-194 | A Pair of French Gilt Bronze Rouge Griotte Marble Garniture Vases Late 19th Century | #912 | $ 1,100.00 | $ 165.00 | $ 1,265.00 | $ 88.55 | $ - |
| A25-195 | A Louis XVI Style Gilt Bronze and Rouge Marble Tazza Late19th/early 20th Century | #912 | $ 2,250.00 | $ 168.75 | $ 2,418.75 | $ 169.31 | $ - |
| A25-196 | A Pair of Louis XVI Style Green Onyx and Gilt Bronze Pedestals Early 20th Century | #101 | $ 4,250.00 | $ 425.00 | $ 4,675.00 | $ 327.25 | $ - |
| A25-197 | After the Antique, A Pair of Italian Marble Busts of Roman Emperors | #912 | $ 8,500.00 | $ 1,275.00 | $ 9,775.00 | $ 684.25 | $ - |
| A25-198 | A Louis XV Style Gilt and Patinated Bronze Centerpiece Late 19th/early 20th Century | #919 | $ 950.00 | $ 142.50 | $ 1,092.50 | $ 76.48 | $ - |
| A25-199 | A Rectangular Gilt Wall Mirror Late 20th/early 21st Century | #2009 | $ 200.00 | $ 10.00 | $ 210.00 | $ 14.70 | $ - |
| A25-200 | A Large Louis XVI Style Gilt Mirror 20th/21st Century | #1025 | $ 400.00 | $ 40.00 | $ 440.00 | $ 30.80 | $ - |
| A25-201 | A Louis XV Style Gilt Wall Mirror Late 20th/early 21st Century | #2009 | $ 300.00 | $ 39.00 | $ 339.00 | $ 23.73 | $ - |
| A25-202 | A Baroque Style Gilt Wall Mirror Late 20th/early 21st Century | #2009 | $ 150.00 | $ 19.50 | $ 169.50 | $ 11.87 | $ - |
| A25-203 | A Louis XV Style Gilt Metal Mounted Side Table 20th Century | #2009 | $ 300.00 | $ 39.00 | $ 339.00 | $ 23.73 | $ - |
| A25-204 | A Set of French Style Brass Fireplace Accessories Early 20th Century | #917 | $ 400.00 | $ 60.00 | $ 460.00 | $ 32.20 | $ - |
| A25-205 | A Set of French Style Brass Fireplace Accessories Early 20th Century | #917 | $ 700.00 | $ 105.00 | $ 805.00 | $ 56.35 | $ - |
| A25-206 | A French Style Gilt Resin Decorative Console Table 21st Century, by Design Toscano | #2009 | $ 150.00 | $ 7.50 | $ 157.50 | $ 11.03 | $ - |
| A25-207 | A Gilt Metal,Grain Painted Wood and Marble Center Table 20th Century | #2009 | $ 500.00 | $ 25.00 | $ 525.00 | $ 36.75 | $ - |
| | Seller Sub Totals: | | $ 124,860.00 | $ 15,136.70 | $ 139,996.70 | $ 7,629.66 | $ - |
| | Credit Card Fees Due to Online Auction Platforms | | | $ (3,302.45) | $ (3,302.45) | | |
| | Net Due to Trustee | | | | $ 136,694.25 | | |

| STILL AVAILABLE: | | | | | | | |
| A25-192 | A Large Louis XVI Style Breche Violette Marble Pedestal Late 19th Century | | | | | | |
| A25-130 | Attributed to John MavVicar Anderson (British, 1835-1915) Warwick Castle | | | | | | |
| A25-123 | An Italian Style Wine Bottle Print "Vino Villa Toscano Tuscany" 21st Century | | | | | | |
| A25-208 | A Pair of Louis XV Style Gilt Bronze and Rouge Griotte Marble Four Branch Candelabra | | | | | | |
| A25-178 | A Louis XIV Style Carved Giltwood Marble Top Center Table Late 19th/Early 20th Century | | | | | | |
| A25-168 | A Large Louis XVI Style Gilt Metal Mounted Patricia Green Marble Pedestal Circa 1900 | | | | | | |
| A25-156 | Bill Furlong (American, 21st Century) The Pianist | | | | | | |
| A25-155 | Italian School, 18th Century The Martyrdom of St Stephen | | | | | | |
| A25-144 | Attributed to Lodewijk de Vadder (Brussels, 1605-1655) Flemish Landscape with Windswept Path | | | | | | |
| A25-138 | Italian School, 18th Century Callisto and Jupiter | | | | | | |
| A25-111 | In the Manner of Marcantonio Bassetti (Italian, 1586-1630) The Flagellation of Christ | | | | | | |
| A25-171 | Art Pedestal | | | | | | |
| A25-176 | A Louis XV Style Giltwood Marble Top Console Table Late 19th Century | | | | | | |
| A25-160 | A Monumental Pair Gilt Bronze and Malachite Veneered Nine Light Torcheres 20th Century | | | | | | |
| A25-172 | Xavier Raphanel (French, 1876-1957) Napoleon Bonaparte on Horseback, Circa 1890 | | | | | | |
| A25-166 | An Empire Revival Sevres Style Porcelain Vase Early-Mid 20th Century | | | | | | |

# EXHIBIT C

| | |
|---|---|
| 100 | 1026 |
| 101 | 1027 |
| 102 | 1029 |
| 103 | 1030 |
| 104 | 1031 |
| 105 | 1032 |
| 106 | 1033 |
| 107 | 1034 |
| 901 | 1035 |
| 908 | 1037 |
| 910 | 1038 |
| 912 | 1040 |
| 913 | 1042 |
| 915 | 1043 |
| 917 | 1044 |
| 918 | 1045 |
| 919 | 1046 |
| 921 | 1047 |
| 1000 | 1048 |
| 1003 | 2000 |
| 1004 | 2001 |
| 1005 | 2002 |
| 1006 | 2003 |
| 1007 | 2004 |
| 1008 | 2005 |
| 1009 | 2006 |
| 1010 | 2007 |
| 1012 | 2008 |
| 1013 | 2009 |
| 1014 | 2010 |

| | |
|---|---|
| **1015** | 2011 |
| **1016** | 2012 |
| **1019** | 2013 |
| **1020** | 2014 |
| **1021** | 2015 |
| **1022** | 2016 |
| **1024** | 2017 |
| **1025** | 2018 |
| | 2019 |
| | 2020 |