UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                  Case No.: 24-10157-1-REL

KRIS DANIEL ROGLIERI,                                     Chapter 7

                Debtor.
-------------------------------------------------------X

## AUCTIONEER'S REPORT OF JUNE 6, 2025 SALE OF CERTAIN SHOES, SUNGLASSES AND TRADENAMES NACLB AND NATIONAL ALLIANCE OF COMMERCIAL LOAN BROKERS

Megan A. Hennessy, being duly sworn, deposes and says that:

1.    I am the Executive Director of Saratoga Automobile Museum ("Auctioneer"), which was approved by the Court as auctioneer for the Chapter 7 estate of Kris Daniel Roglieri ("Bankruptcy Estate"). See ECF No. 241. The Bankruptcy Estate was authorized to conduct an auction sale of the Bankruptcy Estate's interest in personal property consisting of, inter alia, certain designer shoes, designer sunglasses and tradenames NACLB and National Alliance of Commercial Loan Brokers (collectively, "Items"). See ECF No. 474.

2.    Pursuant to Local Bankruptcy Rule 6005-1(c), I submit this Report of Sale in connection with the auction of the Items.

3.    The auction sale of the Items ("Auction") was conducted online on June 6, 2025 through Proxibid and Live Auctioneers Online Auction Platform. The Auction commenced at 1:00 p.m. and ended at approximately 2:15 p.m.

4.    On June 5, 2025, due to an administrative error, the trademark Commercial Capital Training Group and the tradename "CCTG" were inadvertently added to the Auction by the Auctioneer. The Bankruptcy Estate does not own the trademark Commercial Capital Training Group or the tradename "CCTG" and there was no authorization to sell the trademark Commercial

Capital Training Group or the tradename "CCTG". Accordingly, the Successor Chapter 7 Trustee did not confirm the sale of the trademark Commercial Capital Training Group and the tradename "CCTG". The Successor Trustee has directed the Auctioneer to return the funds of $3,627.30 received from the bidder for lot 199 at the Auction.

5. The gross amount realized from the Auction was $256,934.81, which includes buyers' premiums of $23,264.00 and sales tax of $1,030.81.

6. By separate application, the Auctioneer will seek a commission of $23,264.00 (in the form of buyers' premiums of 10%), plus reimbursement of out-of-pocket expenses of $11,921.00. The Auctioneer's out-of-pocket expenses are documented on Exhibit A.

7. The Auctioneer's bond is on file with the Court and was previously paid for by the Bankruptcy Estate. See ECF No. 240.

8. The winning bids from the Auction are reflected in the auctioneer purchase report annexed as Exhibit B.

9. A total of 89 registered bidders participated in the Auction. A copy of the winning bidder numbers is annexed as Exhibit C.

10. The manner and extent of advertising the Auction and the availability of the Items for inspection were as follows:

   a. The designer shoes and sunglasses were advertised on the Auctioneer's website and by direct advertising to potentially interested bidders.

   b. The designer shoes and sunglasses were advertised in digital online format.

   c. The designer shoes and sunglasses were available for inspection upon request at the Embassy Suites, 86 Congress Street, Saratoga Springs, New York 12866 on June 5, 2025 and June 6, 2025.

11. At the Auction, bidding on tradenames NACLB and National Alliance of Commercial Loan Brokers started at $3,000.00; there was competitive bidding between two bidders, and a winning bid of $218,500.00.

12. Based on the final numbers, sales tax totaling $1,030.81 was collected by the Auctioneer and will be remitted to the appropriate taxing authority by the Auctioneer.

13. The Auctioneer turned over proceeds of $255,904.00 from the Auction of the Items (which excludes the sales tax of $1,030.81) to Marianne T. O'Toole, Esq., the successor Chapter 7 Trustee of the above-captioned Debtor's estate.

Dated: June 27, 2025

Respectfully submitted,

_____
Megan A. Hennessey

Sworn to before me this 27 day of June 2025

_____
Notary Public, State of New York
Reg. No. 01KN6419126
Qualified in Saratoga County
My Commission Expires June 28, 2029

MOLLY ANNE KNOTT
Notary Public, State of New York
Reg. No. 01KN6419126
Qualified in Saratoga County
Commission Expires June 28, 2029

# **EXHIBIT A**

Designer Shoe & Sunglass
Auction Expenses

| Date | Description | Amount |
|---|---|---|
| 6/6/25 | Proxibid- Credit Card Processing Fee | $11,671.00 |
| 6/6/25 | Proxibid- Marketing | $    250.00 |
| | | **$11,921.00** |

# proxibid

# INVOICE

**Remit To:**

Proxibid, Inc.
P.O. Box 735388
Chicago, IL 60673-5388
Phone: (877) 505-7770
Fax: (402) 505-7981
http://www.proxibid.com
acctsrec@proxibid.com

**Billing Address:**

Saratoga Auto Auction
110 Avenue of the Pines
Saratoga Springs, NY 12866

**ACH and Wire Instructions:**

Financial Institution: JPMorgan Chase
Acct Name: Proxibid



| Invoice Number | SIN290768 |
|---|---|
| Invoice Date | 06/06/2025 |
| Due Date | 06/28/2025 |
| Terms | Net 15 |
| Invoice Currency | USD |

| Event Title | Event Date |
|---|---|
| Designer Shoe & Sunglass Auction | 06/06/2025 |

| Line | Product Name | Quantity | Unit Price | Net Value |
|---|---|---|---|---|
| 1 | AMP Tier Discount | 1.00 | $-50.00 | $-50.00 |
| 2 | Sell Thru Fee<br>5.00% of 233420.00 (USD) in Online Sales | 1.00 | $11,671.00 | $11,671.00 |
| 3 | Targeted Art, Antiques & Collectibles Email Standard Ad | 1.00 | $250.00 | $250.00 |
| | | | Net Total | $11,871.00 |
| | | | Tax Total | $0.00 |
| | | | Invoice Total | $11,871.00 |

**Please Note:**

All invoices must be paid in full by the specified due date. A finance charge of 1.5% per month (18% per annum) will be applied to any outstanding balance. Overdue accounts may also be charged re-activation fees, reasonable collection fees and any applicable legal fees. Requests for credits must be received within ten (10) days following the close of the event to be considered for approval.

# **<u>EXHIBIT B</u>**

# SARATOGA AUTOMOBILE MUSEUM

United States Bankruptcy Court Northern District of New York
Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs, NY 12866

| Lot | Description | Winning Bidder Numbers | Final Bid | Buyer Premium | Total | Sales Tax | Sellers Premium |
|---|---|---|---|---|---|---|---|
| SOLD: | | | | | | | |
| DSS25-100 | Gucci Crocodile Loafer | #1025 | $ 1,600.00 | $ 208.00 | $ 1,808.00 | $ 126.56 | $ - |
| DSS25-101 | Christian Louboutin Red Bottoms | #1034 | $ 210.00 | $ 27.30 | $ 237.30 | $ 16.61 | $ - |
| DSS25-102 | Gucci Loafer | #1020 | $ 70.00 | $ 9.10 | $ 79.10 | $ 2.37 | $ - |
| DSS25-103 | Gucci Loafer | #1020 | $ 160.00 | $ 20.80 | $ 180.80 | $ 12.66 | $ - |
| DSS25-104 | Gucci Loafer | #1020 | $ 160.00 | $ 20.80 | $ 180.80 | $ 12.66 | $ - |
| DSS25-105 | Gucci Loafer | #1020 | $ 30.00 | $ 3.90 | $ 33.90 | $ 1.02 | $ - |
| DSS25-106 | Yeezy Bred | #1020 | $ 50.00 | $ 6.50 | $ 56.50 | $ 1.70 | $ - |
| DSS25-107 | Gucci Loafer | #1016 | $ 100.00 | $ 13.00 | $ 113.00 | $ 7.91 | $ - |
| DSS25-108 | Versace Loafer | #1020 | $ 70.00 | $ 9.10 | $ 79.10 | $ 2.37 | $ - |
| DSS25-109 | Louis Vuitton Loafer | #1030 | $ 325.00 | $ 42.25 | $ 367.25 | $ 25.71 | $ - |
| DSS25-110 | Dolce & Gabana Dress Shoe | #1020 | $ 40.00 | $ 5.20 | $ 45.20 | $ 1.36 | $ - |
| DSS25-111 | Gucci Loafer | #921 | $ 275.00 | $ 41.25 | $ 316.25 | $ 22.14 | $ - |
| DSS25-112 | Christian Louboutin Loafer | #1020 | $ 70.00 | $ 9.10 | $ 79.10 | $ 2.37 | $ - |
| DSS25-113 | Dolce & Gabana Shoes | #1021 | $ 45.00 | $ 5.85 | $ 50.85 | $ 1.53 | $ - |
| DSS25-114 | Magnanni Dress Shoe | #1025 | $ 25.00 | $ 3.25 | $ 28.25 | $ 0.85 | $ - |
| DSS25-115 | Gucci Loafer | #1002 | $ 25.00 | $ 3.25 | $ 28.25 | $ 0.85 | $ - |
| DSS25-116 | Tom Ford Leopard Loafer | #1020 | $ 240.00 | $ 31.20 | $ 271.20 | $ 18.98 | $ - |
| DSS25-117 | Gucci Loafer | #1020 | $ 250.00 | $ 32.50 | $ 282.50 | $ 19.78 | $ - |
| DSS25-118 | Gucci Loafer | #1020 | $ 35.00 | $ 4.55 | $ 39.55 | $ 1.19 | $ - |
| DSS25-119 | Buscemi Shoe | #1021 | $ 60.00 | $ 7.80 | $ 67.80 | $ 2.03 | $ - |
| DSS25-120 | Mezlan Custom Dress Shoes | #1020 | $ 35.00 | $ 4.55 | $ 39.55 | $ 1.19 | $ - |
| DSS25-121 | Christian Louboutin Red Bottom | #1025 | $ 120.00 | $ 15.60 | $ 135.60 | $ 9.49 | $ - |
| DSS25-122 | Christian Louboutin Red Bottom Crest | #1030 | $ 120.00 | $ 15.60 | $ 135.60 | $ 9.49 | $ - |
| DSS25-123 | Gucci Loafer | #1025 | $ 325.00 | $ 42.25 | $ 367.25 | $ 25.71 | $ - |
| DSS25-124 | Mark Chris Loafer | #1020 | $ 160.00 | $ 20.78 | $ 180.78 | $ 12.65 | $ - |
| DSS25-125 | Gucci Loafer | #1020 | $ 325.00 | $ 42.25 | $ 367.25 | $ 25.71 | $ - |
| DSS25-126 | Dolce & Gabana Loafer | #1020 | $ 120.00 | $ 15.60 | $ 135.60 | $ 9.49 | $ - |
| DSS25-127 | Dolce & Gabana Sneaker | #1020 | $ 110.00 | $ 14.30 | $ 124.30 | $ 8.70 | $ - |
| DSS25-128 | Dolce & Gabana Sneaker | #1034 | $ 50.00 | $ 6.50 | $ 56.50 | $ 1.70 | $ - |
| DSS25-129 | Christian Louboutin Loafer | #921 | $ 70.00 | $ 10.50 | $ 80.50 | $ 2.42 | $ - |
| DSS25-130 | Christian Louboutin Loafer | #1030 | $ 65.00 | $ 8.45 | $ 73.45 | $ 2.20 | $ - |
| DSS25-131 | Gucci Loafer | #1020 | $ 110.00 | $ 14.30 | $ 124.30 | $ 8.70 | $ - |
| DSS25-132 | Versace Sneaker | #1011 | $ 25.00 | $ 3.25 | $ 28.25 | $ 0.85 | $ - |
| DSS25-133 | Tom Ford Loafer | #1020 | $ 170.00 | $ 22.10 | $ 192.10 | $ 13.45 | $ - |
| DSS25-134 | Tom Ford Loafer | #1020 | $ 350.00 | $ 45.50 | $ 395.50 | $ 27.69 | $ - |
| DSS25-135 | Gucci Loafer | #1032 | $ 80.00 | $ 10.40 | $ 90.40 | $ 2.71 | $ - |
| DSS25-136 | Gucci Loafer | #1020 | $ 110.00 | $ 14.30 | $ 124.30 | $ 8.70 | $ - |
| DSS25-137 | Gucci Sneaker | #1020 | $ 25.00 | $ 3.25 | $ 28.25 | $ 0.85 | $ - |
| DSS25-138 | Gucci Loafer | #1020 | $ 70.00 | $ 9.10 | $ 79.10 | $ 2.37 | $ - |
| DSS25-139 | Christian Louboutin Loafer | #1030 | $ 160.00 | $ 20.80 | $ 180.80 | $ 12.66 | $ - |
| DSS25-140 | Christian Louboutin Loafer | #1030 | $ 85.00 | $ 11.05 | $ 96.05 | $ 2.88 | $ - |
| DSS25-141 | Louis Vuitton Loafer | #1002 | $ 110.00 | $ 14.30 | $ 124.30 | $ 8.70 | $ - |
| DSS25-142 | Louis Vuitton Loafer | #919 | $ 120.00 | $ 18.00 | $ 138.00 | $ 9.66 | $ - |
| DSS25-143 | Louis Vuitton Loafer | #1020 | $ 200.00 | $ 26.00 | $ 226.00 | $ 15.82 | $ - |
| DSS25-144 | Louis Vuitton Loafer | #1015 | $ 250.00 | $ 32.50 | $ 282.50 | $ 19.78 | $ - |
| DSS25-145 | Louis Vuitton Loafer | #1002 | $ 70.00 | $ 9.10 | $ 79.10 | $ 2.37 | $ - |
| DSS25-146 | Louis Vutton Loafer | #1002 | $ 160.00 | $ 20.80 | $ 180.80 | $ 12.66 | $ - |
| DSS25-147 | Louis Vuitton Loafer | #1020 | $ 50.00 | $ 6.50 | $ 56.50 | $ 1.70 | $ - |
| DSS25-148 | Louis Vuitton Loafer | #1002 | $ 55.00 | $ 7.15 | $ 62.15 | $ 1.86 | $ - |
| DSS25-149 | Louis Vuitton Loafer | #1020 | $ 150.00 | $ 19.50 | $ 169.50 | $ 11.87 | $ - |
| DSS25-150 | Alexander McQueen Sneaker | #921 | $ 140.00 | $ 21.00 | $ 161.00 | $ 11.27 | $ - |
| DSS25-151 | Alexander McQueen Sneaker | #1021 | $ 30.00 | $ 3.90 | $ 33.90 | $ 1.02 | $ - |
| DSS25-152 | Louis Vuitton Loafer | #1025 | $ 150.00 | $ 19.50 | $ 169.50 | $ 11.87 | $ - |
| DSS25-153 | Louis Vuitton Loafer | #1025 | $ 275.00 | $ 35.75 | $ 310.75 | $ 21.75 | $ - |
| DSS25-154 | Louis Vuitton Loafer | #1015 | $ 120.00 | $ 15.60 | $ 135.60 | $ 9.49 | $ - |
| DSS25-155 | Louis Vuitton Loafer | #1002 | $ 70.00 | $ 9.10 | $ 79.10 | $ 2.37 | $ - |
| DSS25-156 | Louis Vuitton Loafer | #1002 | $ 55.00 | $ 7.15 | $ 62.15 | $ 1.86 | $ - |
| DSS25-157 | Louis Vuitton Loafer | #1002 | $ 65.00 | $ 8.45 | $ 73.45 | $ 2.20 | $ - |
| DSS25-158 | Gucci Loafer | #909 | $ 70.00 | $ 10.50 | $ 80.50 | $ 2.42 | $ - |
| DSS25-159 | Gucci Loafer | #1020 | $ 190.00 | $ 24.70 | $ 214.70 | $ 15.03 | $ - |
| DSS25-160 | Gucci Loafer | #1025 | $ 110.00 | $ 14.30 | $ 124.30 | $ 8.70 | $ - |
| DSS25-161 | Versace Loafer | #1024 | $ 50.00 | $ 6.50 | $ 56.50 | $ 1.70 | $ - |
| DSS25-162 | Versace Loafer | #1020 | $ 100.00 | $ 13.00 | $ 113.00 | $ 7.91 | $ - |
| DSS25-163 | Christian Louboutin Red Bottom Sneaker | #1030 | $ 375.00 | $ 48.75 | $ 423.75 | $ 29.66 | $ - |
| DSS25-164 | Gucci Loafer | #1021 | $ 65.00 | $ 8.45 | $ 73.45 | $ 2.20 | $ - |
| DSS25-165 | Gucci Loafer | #1002 | $ 35.00 | $ 4.55 | $ 39.55 | $ 1.19 | $ - |
| DSS25-166 | Louis Vuitton Loafer | #1020 | $ 160.00 | $ 20.80 | $ 180.80 | $ 12.66 | $ - |
| DSS25-167 | Christian Louboutin Red Bottom | #1020 | $ 95.00 | $ 12.35 | $ 107.35 | $ 3.22 | $ - |

| ID | Item | # | | | | |
|---|---|---|---|---|---|---|
| DSS25-168 | Tom Ford Sneaker | #917 | $ 230.00 | $ 34.50 | $ 264.50 | $ 18.52 | $ - |
| DSS25-169 | Tom Ford Sneaker | #921 | $ 120.00 | $ 18.00 | $ 138.00 | $ 9.66 | $ - |
| DSS25-170 | Givenchy Sneaker | #919 | $ 190.00 | $ 28.50 | $ 218.50 | $ 15.30 | $ - |
| DSS25-171 | Versace Sneaker | #1034 | $ 30.00 | $ 3.90 | $ 33.90 | $ 1.02 | $ - |
| DSS25-172 | Tom Ford Sneaker | #1025 | $ 275.00 | $ 35.75 | $ 310.75 | $ 21.75 | $ - |
| DSS25-173 | Tom Ford Sneaker | #917 | $ 220.00 | $ 33.00 | $ 253.00 | $ 17.71 | $ - |
| DSS25-174 | Versace Sneaker | #913 | $ 45.00 | $ 6.75 | $ 51.75 | $ 1.55 | $ - |
| DSS25-175 | Gucci Loafer | #921 | $ 700.00 | $ 105.00 | $ 805.00 | $ 56.35 | $ - |
| DSS25-176 | Tom Ford Sneaker | #1020 | $ 90.00 | $ 11.69 | $ 101.69 | $ 3.05 | $ - |
| DSS25-177 | Saint Laurent Sneaker | #1034 | $ 30.00 | $ 3.90 | $ 33.90 | $ 1.02 | $ - |
| DSS25-178 | Gucci Sneaker | #1001 | $ 110.00 | $ 14.30 | $ 124.30 | $ 8.70 | $ - |
| DSS25-179 | Christian Louboutin Sneaker | #1020 | $ 100.00 | $ 13.00 | $ 113.00 | $ 7.91 | $ - |
| DSS25-180 | Tom Ford Sneaker | #1020 | $ 30.00 | $ 3.90 | $ 33.90 | $ 1.02 | $ - |
| DSS25-181 | Tom Ford Sneaker | #1020 | $ 170.00 | $ 22.10 | $ 192.10 | $ 13.45 | $ - |
| DSS25-182 | Prada Sneaker | #1026 | $ 45.00 | $ 5.85 | $ 50.85 | $ 1.53 | $ - |
| DSS25-183 | Versace Sunglasses | #1002 | $ 110.00 | $ 14.30 | $ 124.30 | $ 8.70 | $ - |
| DSS25-184 | Versace Sunglasses | #1036 | $ 40.00 | $ 5.20 | $ 45.20 | $ 3.16 | $ - |
| DSS25-185 | Gucci Sunglasses | #1008 | $ 80.00 | $ 10.40 | $ 90.40 | $ 6.33 | $ - |
| DSS25-186 | Chrome Hearts Sunglasses | #1030 | $ 450.00 | $ 58.50 | $ 508.50 | $ 35.60 | $ - |
| DSS25-187 | Tom Ford Sunglasses | #1008 | $ 220.00 | $ 28.60 | $ 248.60 | $ 17.40 | $ - |
| DSS25-188 | Tom Ford Sunglasses | #1030 | $ 220.00 | $ 28.60 | $ 248.60 | $ 17.40 | $ - |
| DSS25-189 | Versace Sunglasses | #1002 | $ 40.00 | $ 5.20 | $ 45.20 | $ 3.16 | $ - |
| DSS25-190 | Versace Sunglasses | #917 | $ 40.00 | $ 6.00 | $ 46.00 | $ 3.22 | $ - |
| DSS25-191 | Versace Sunglasses | #1020 | $ 40.00 | $ 5.20 | $ 45.20 | $ 3.16 | $ - |
| DSS25-192 | Gucci Sunglasses | #1020 | $ 110.00 | $ 14.30 | $ 124.30 | $ 8.70 | $ - |
| DSS25-193 | Versace Sunglasses | #1020 | $ 80.00 | $ 10.40 | $ 90.40 | $ 6.33 | $ - |
| DSS25-194 | Versace Sunglasses | #1008 | $ 80.00 | $ 10.40 | $ 90.40 | $ 6.33 | $ - |
| DSS25-195 | Gucci Sunglasses | #1032 | $ 100.00 | $ 13.00 | $ 113.00 | $ 7.91 | $ - |
| DSS25-196 | Prada Sunglasses | #1008 | $ 90.00 | $ 11.70 | $ 101.70 | $ 7.12 | $ - |
| DSS25-197 | Tom Ford Sunglasses | #1034 | $ 210.00 | $ 27.28 | $ 237.28 | $ 16.61 | $ - |
| DSS25-198 | National Alliance of Commercial Loan Brokers Trademark and "NACLB" | #1019 | $ 218,500.00 | $ 28,405.00 | $ 246,905.00 | $ - | $ - |
| | Seller Sub Totals: | | $ 232,640.00 | $ 30,287.55 | $ 262,927.55 | $ 1,030.81 | |
| | Credit Card Fees Due to Online Auction Platforms | | | $ (7,023.55) | $ (7,023.55) | | |
| | Net Due to Trustee | | | | $ 255,904.00 | | |
| **REFUND UPON APPROVAL:** | | | | | | | |
| DSS25-199 | Commercial Capital Training Croup Trademark and "CCTG" | | $ 3,000.00 | $ 390.00 | $ 3,390.00 | $ 237.30 | |
| | Refund Totals: | | | | $ 3,390.00 | $ 237.30 | |

# **EXHIBIT C**

| | |
|---|---|
| 909 | 1017 |
| 913 | 1018 |
| 917 | 1019 |
| 919 | 1020 |
| 921 | 1021 |
| 1000 | 1022 |
| 1001 | 1023 |
| 1002 | 1024 |
| 1003 | 1025 |
| 1004 | 1026 |
| 1005 | 1027 |
| 1006 | 1028 |
| 1007 | 1029 |
| 1008 | 1030 |
| 1009 | 1031 |
| 1010 | 1032 |
| 1011 | 1033 |
| 1012 | 1034 |
| 1013 | 1035 |
| 1014 | 1036 |
| 1015 | 1037 |
| 1016 | |