**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Marianne T. O'Toole, Esq., Successor Chapter 7 Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                    Case No.: 24-10157-1-REL

KRIS DANIEL ROGLIERI,                                      Chapter 7

        Debtor.
---------------------------------------------------------X

## AMENDED REPORT OF CLOSING

Marianne T. O'Toole, Esq., solely in her capacity as successor Chapter 7 Trustee ("Successor Trustee") of the bankruptcy estate ("Bankruptcy Estate") of Kris Daniel Roglieri ("Debtor"), submits this Report of Closing of the real property and improvements located at 40 North Road, Queensbury, New York 12804 ("Real Estate").

1. By motion dated April 2, 2025, the prior Chapter 7 Trustee for the Debtor sought entry of an Order authorizing and approving the Bankruptcy Estate's sale of the Real Estate to Meadowview Lakes, LLC for the sum of $1,600,000.00 pursuant to a certain contract of sale ("Contract"). See ECF No. 403.

2. By Order entered on May 8, 2025 ("Sale Order"), the Court authorized and approved, inter alia, the Bankruptcy Estate's sale of the Real Estate pursuant to the Contract. See ECF No. 477.

3. On May 27, 2025, Marianne T. O'Toole was appointed pursuant to 11 U.S.C. § 703(a) as successor interim trustee in this case. See ECF No. 491.

4. At the request of the Successor Trustee, the deposit in the amount of $100,000.00 ("Deposit") was turned over to the Successor Trustee by Davies-Davies & Associates Real Estate,

LLC, the real estate broker to the Bankruptcy Estate.

5. On June 20, 2025, the Successor Trustee closed on the sale of the Real Estate to Meadowview Lakes, LLC pursuant to the Sale Order and the Contract. After adjustments in favor of the Bankruptcy Estate for certain real estate taxes, the Successor Trustee collected a total of $1,604,273.70 from the sale of the Real Estate to Meadowview Lakes, LLC.

6. In accordance with the Sale Order, on June 26, 2025, the Successor Trustee made the following payments from the proceeds of the sale of the Real Estate:

   a. the sum of $632,252.43 by check payable to Key Bank National Association in satisfaction of its first mortgage lien on the Real Estate;

   b. the sum of $341,014.05 by check payable to Key Bank National Association in satisfaction of its second mortgage lien on the Real Estate; and

   c. the sum of $320,325.16 by check payable to the New York State Department of Taxation and Finance in satisfaction of its secured claim relating to the Real Estate.

7. On July 1, 2025, the Successor Trustee issued a check to the Debtor from the proceeds of the sale of the Real Estate for his homestead exemption in the amount of $89,975.00 pursuant to section 5206(a) of the New York Civil Practice Law and Rules [ECF No. 470]. On July 2, 2025, the Successor Trustee stopped payment on the check. The undersigned notified the Debtor, through his power-of-attorney Ms. Oliver by e-mail, that the check could not be cashed and that, pending further Order of the Court, the Successor Trustee will reserve the sum of $89,975.00 from the proceeds on the sale of the Real Estate.

Dated: July 3, 2025
     Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Marianne T. O'Toole, Esq., Successor Trustee*

By:   *s/ Holly R. Holecek*
     Holly R. Holecek, Esq.
     A Partner of the Firm
     3305 Jerusalem Avenue, Ste. 201
     Wantagh, New York 11793
     Telephone: (516) 826-6500