**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF NEW YORK**

**In re:**

Kris Daniel Roglieri, Debtor

Chapter 7

Case No.: 24-10157-1-REL

**Kris Roglieri**

N-4 #45131

Rensselaer County Jail

4000 Main Street

Troy, NY 12180

**July 15, 2025**

Honorable Robert E. Littlefield, Jr.

United States Bankruptcy Court

Northern District of New York

445 Broadway

Albany, NY 12207

**RE: Chapter 7 Case No. 24-10157-REL**

**Dear Judge Littlefield,**

**OBJECTION TO TINA ROGLIERI'S REQUEST TO BLOCK DEBTOR'S HOMESTEAD EXEMPTION AND CHALLENGE TO HER CREDITOR STATUS**

Kris Roglieri, by and through his Power of Attorney, Linda Oliver, respectfully submits this written objection in response to Tina Roglieri's attorney's Affirmation in Opposition (Docket No. 520), which seeks to block the release of his properly claimed homestead exemption. He also challenges Ms. Roglieri's standing as a creditor in this case. Her claim is both untimely and without legal merit, and her actions have caused ongoing harm and delay in this bankruptcy proceeding. As detailed below, the Debtor respectfully requests that the Court deny the relief requested in Docket 520 and disallow Claim 23.

**1. Homestead Exemption Was Properly Claimed and Remains Valid**

Debtor Kris Roglieri properly claimed a homestead exemption of $89,975 under CPLR § 5206(a) and 11 U.S.C. § 522. While Tina Roglieri filed a written objection on May 20, 2024 (Doc 183), her objection failed to establish any valid legal grounds to defeat the exemption.

Her objection does not allege fraud, improper exemption selection, or any basis that would invalidate the exemption under Bankruptcy Rule 4003(b) or controlling case law. Moreover, her objection relied solely on general marital interest and equitable distribution, which do not entitle her to reach exempt property, as affirmed in *In re Kalsi*, 637 B.R. 33 (Bankr. S.D.N.Y. 2022).

Tina did not assert that her claim was a domestic support obligation (DSO), nor did she check the required priority designation on her proof of claim. Under 11 U.S.C. § 523(a)(5), there are four legal factors that must be satisfied for a claim to be classified as a DSO:

1. The debt must be owed to or recoverable by a spouse or dependent;

2. It must be in the nature of alimony, maintenance, or support;

3. It must be established by a separation agreement, divorce decree, or court order; and

4. It must not be assigned to a third party.

   Tina's claim fails to meet at least three of these four criteria.

Additionally, since Tina's objection was filed on May 20, 2024, she generally cannot amend or expand it now. Under Bankruptcy Rule 4003(b), objections to exemptions must be filed within 30 days after the meeting of creditors or 30 days after the filing of the list of exemptions, whichever is later. Her failure to raise any qualifying legal grounds within that timeframe renders her objection insufficient. Courts have consistently enforced this 30-day limit. See, e.g., *In re Rolland*, 317 B.R. 402, 413 (Bankr. C.D. Cal. 2004).

Accordingly, the homestead exemption remains valid and enforceable under *Taylor v. Freeland & Kronz*, 503 U.S. 638 (1992), which confirms that exemptions uncontested on proper legal grounds become final and binding.

**2. Tina Roglieri's Claim Was Untimely, and She Is Not a Valid Creditor**

Tina Roglieri filed her proof of claim on August 12, 2024, after the claims bar date of July 24, 2024. As confirmed in the official claims register (Exhibit A), her claim was submitted late and is classified only as a general unsecured claim based on "marital estate interest, equitable distribution, support & maintenance."

Because she failed to comply with Rule 3002(c), her claim must be disallowed under 11 U.S.C. § 502(b)(9). Courts have upheld the strict enforcement of bar dates in similar cases. See *In re Macias*, 195 B.R. 659 (Bankr. W.D. Tex. 1996) ("The court has no discretion to allow a late-filed unsecured claim where the bar date has passed and no exception applies.").

In addition to her claim being untimely, the Debtor was not given a meaningful opportunity to object to Tina Roglieri's submission due to the prior trustee's failure to notify him while he was incarcerated. That trustee has since resigned, leaving procedural errors unresolved. This lack of notice constitutes a denial of due process under *Mullane v. Central Hanover Bank*, 339 U.S. 306 (1950), and entitles the Debtor to raise a late objection.

Courts have held that where incarcerated debtors are denied notice, equitable relief is appropriate. See *In re Colon*, 319 B.R. 1 (Bankr. D. Mass. 2004); *In re Franchi*, 451 B.R. 604 (B.A.P. 1st Cir. 2011). Accordingly, the $3 million claim should be stricken as both untimely and procedurally defective.

**3. Equitable Distribution Claims Are Not Domestic Support Obligations**

Tina's claim is not a "domestic support obligation" under 11 U.S.C. § 523(a)(5), and she does not assert any priority status under 11 U.S.C. § 507(a)(1). Courts, including *In re Kalsi*, have held that equitable distribution claims are general unsecured debts and cannot defeat a properly claimed exemption.

### 4. The Trustee Confirms This Is Outside the Scope of Bankruptcy

The Successor Trustee's statement (ECF 519) makes clear that she takes no position on Tina Roglieri's claim and does not treat it as a priority or enforceable interest against exempt property. The trustee is merely seeking a court order to resolve the issue. This aligns with case law, which shows that exempt property is not liable for general unsecured marital claims.

### 5. Tina Roglieri's Actions Are Harassing and Obstructive

Despite having been separated from Kris for over a decade and having received a house purchased for her by Kris after the separation, Tina continues to pursue Kris's exempt funds in bad faith. She is not entitled to any portion of the homestead exemption and is attempting to misuse the bankruptcy process to extract additional funds beyond what the law allows.

### 6. Due Process Violations Require Her Claim to Be Voided

Kris Roglieri was incarcerated when Tina filed her proof of claim. The previous trustee failed to notify him or provide him with an opportunity to object to her late-filed claim. That trustee has

since resigned, leaving critical procedural errors unresolved. As a result, Tina's claim slipped through unnoticed, depriving Kris of his right to respond. This situation constitutes a violation of due process.

Relevant case law supports Kris's right to object and for the court to void Tina's untimely claim:

- *In re Colon*, 319 B.R. 1 (Bankr. D. Mass. 2004): The court permitted a late objection where an incarcerated debtor had no notice of the claim.

- *In re Franchi*, 451 B.R. 604 (B.A.P. 1st Cir. 2011): Failure to notify an incarcerated debtor of the claims deadline violated due process and justified reopening.

- *Mullane v. Central Hanover Bank*, 339 U.S. 306 (1950): A foundational due process case holding that notice must be reasonably calculated to inform affected parties. If not, resulting actions are invalid.

## 7. Breakdown of Exhibits A, B, and C Submitted in Docket 520

- **Exhibit A (Doc 183):** Tina's objection is based solely on marital interest. It lacks any legal basis to override Kris's exemption.

- **Exhibit B (Doc 222):** A notice from the prior trustee listing Tina's claim without legal evaluation. This does not establish its validity.

- **Exhibit C (Claim 23):** Tina's actual proof of claim for $3 million, filed late and not identified as a DSO or priority claim.

These exhibits do not change the legal outcome. Her claim is untimely, unsupported, and cannot touch exempt funds under bankruptcy law.

## 8. Additional Factual Background

In 2019, Kris Roglieri purchased a house for Tina Roglieri for approximately $200,000 in cash.

The property at 40 North Road, by contrast, was purchased solely by Kris Roglieri and titled only in his name. Ms. Roglieri never contributed to any mortgage payments, upkeep, or other property-related expenses. During their marriage, she did not work and was entirely supported by Kris, who also supported their children. Kris continued to provide for her financially until his arrest on May 31, 2024. Following his incarceration, Ms. Roglieri has since obtained full-time employment as a registered nurse.

These facts further support that her attempt to reach Kris's exempt homestead proceeds is neither equitable nor lawful.

## Conclusion

For the foregoing reasons, the Court should:

- Deny Tina Roglieri's request to hold or delay the Debtor's homestead exemption;

- Disallow Claim 23 in its entirety as untimely and non-priority;

- Direct the immediate turnover of the $89,975 exemption to the Debtor;

- Bar Tina Roglieri from further interfering with the exempt property absent court approval.

**Respectfully submitted,**

Kris D. Roglieri

By: *Linda Oliver, as Attorney-in-Fact*

N-4 #45131

Rensselaer County Jail

4000 Main Street

Troy, NY 12180

# Exhibit A

Claims Summary Showing Late Filing of Tina Roglieri's Proof of Claim

# Northern District of New York
# Claims Register

### 24-10157-1-rel Kris Daniel Roglieri Converted 05/15/2024

**Judge:** Robert E. Littlefield, Jr.          **Chapter:** 7
**Office:** Albany                              **Last Date to file claims:** 07/24/2024
**Trustee:** Christian H. Dribusch-Trustee      **Last Date to file (Govt):** 08/13/2024

| | | |
|---|---|---|
| *Creditor:* (909537759) History<br>NYS Dept. Taxation & Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | **Claim No: 1**<br>*Original Filed Date:* 02/21/2024<br>*Original Entered Date:* 02/21/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David M Pugliese<br>*Modified:* |

Amount claimed: $558732.30
Secured claimed: $558732.30

*History:*
Details    1-1    02/21/2024  Claim #1 filed by NYS Dept. Taxation & Finance, Amount claimed: $558732.30 (Pugliese, David)

*Description:* (1-1) pre petition proof of claim
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909537756)<br>First Federal<br>PO Box 351<br>Port Angeles, WA 98362 | **Claim No: 2**<br>*Original Filed Date:* 02/21/2024<br>*Original Entered Date:* 02/21/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

Amount claimed: $229913.63
Secured claimed: $229913.63

*History:*
Details    2-1    02/21/2024  Claim #2 filed by First Federal, Amount claimed: $229913.63 (admin)

*Description:*
*Remarks:* (2-1) Account Number (last 4 digits):4109

| | | |
|---|---|---|
| *Creditor:* (909537790)<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 3**<br>*Original Filed Date:* 02/28/2024<br>*Original Entered Date:* 02/28/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Diane Fredette<br>*Modified:* |

Amount claimed: $1068351.76
Secured claimed:           $0.00
Priority  claimed: $1068351.76

*History:*
Details    3-1    02/28/2024  Claim #3 filed by Internal Revenue Service, Amount claimed: $1068351.76 (Fredette, Diane)

*Description:*
*Remarks:*

| Creditor: (909548926) History<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, TX 75001 | Claim No: 4<br>Original Filed Date: 03/20/2024<br>Original Entered Date: 03/20/2024 | Status:<br>Filed by: CR<br>Entered by: Issa Francis Kamara<br>Modified: |

Amount claimed: $27650.45

History:
Details    4-1    03/20/2024 Claim #4 filed by JPMorgan Chase Bank, N.A., Amount claimed: $27650.45 (Kamara, Issa)
Description:
Remarks:

| Creditor: (909549694)<br>Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Claim No: 5<br>Original Filed Date: 03/22/2024<br>Original Entered Date: 03/22/2024 | Status:<br>Filed by: CR<br>Entered by: Addie Lucas<br>Modified: |

Amount claimed: $7853.61

History:
Details    5-1    03/22/2024 Claim #5 filed by Discover Bank, Amount claimed: $7853.61 (Lucas, Addie)
Description:
Remarks:

| Creditor: (909552508)<br>Onward Holdings, LLC<br>5152 N Edgewood Dr, Suite 375<br>Provo, UT 84604 | Claim No: 6<br>Original Filed Date: 04/01/2024<br>Original Entered Date: 04/01/2024 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: |

Amount claimed: $3000000.00

History:
Details    6-1    04/01/2024 Claim #6 filed by Onward Holdings, LLC, Amount claimed: $3000000.00 (admin)
Description:
Remarks:

| Creditor: (909553476)<br>Denali State Bank and Woodside Capital, LLC<br>Harris Beach PLLC, Attn: Brian D. Roy, E<br>333 W. Washington Street, Suite 200<br>Syracuse, New York 13202 | Claim No: 7<br>Original Filed Date: 04/04/2024<br>Original Entered Date: 04/04/2024 | Status:<br>Filed by: CR<br>Entered by: Brian D. Roy<br>Modified: |

Amount claimed: $397445.59
Secured claimed: $397445.59

History:
Details    7-1    04/04/2024 Claim #7 filed by Denali State Bank and Woodside Capital, LLC, Amount claimed: $397445.59 (Roy, Brian)
Description: (7-1) Lien on Vehicle Title
Remarks:

| | | |
|---|---|---|
| *Creditor:* (909553532)<br>1800 Park Avenue LLC<br>c/o Carpenter Hazlewood Delgado & Bolen<br>1400 E Southern Ave Ste 400<br>Tempe, AZ 85282 | **Claim No: 8**<br>*Original Filed*<br>*Date:* 04/04/2024<br>*Original Entered*<br>*Date:* 04/04/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Chad P. Miesen<br>*Modified:* |

Amount claimed: $15066052.48

*History:*

Details    8-1    04/04/2024 Claim #8 filed by 1800 Park Avenue LLC, Amount claimed: $15066052.48 (Miesen, Chad)

*Description:* (8-1) Fraud, Conversion, RICO (18 USC 1964(c))
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909554059)<br>Brittney Stewart<br>1316 Cougar Lane<br>Capitol Heights, MD 20743 | **Claim No: 9**<br>*Original Filed*<br>*Date:* 04/06/2024<br>*Original Entered*<br>*Date:* 04/06/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

Amount claimed: $96500.00

*History:*

Details    9-1    04/06/2024 Claim #9 filed by Brittney Stewart, Amount claimed: $96500.00 (admin)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909557009)<br>Compass-Charlotte 1031, LLC<br>Attn: William L. Esser IV, Esq.<br>6520 South Tryon Street, Suite 800<br>Charlotte, NC 28202 | **Claim No: 10**<br>*Original Filed*<br>*Date:* 04/18/2024<br>*Original Entered*<br>*Date:* 04/18/2024 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Will Esser<br>*Modified:* |

Amount claimed: $51305136.00

*History:*

Details    10-1    04/18/2024 Claim #10 filed by Compass-Charlotte 1031, LLC, Amount claimed: $51305136.00 (Esser, Will)

*Description:* (10-1) Fraud, conversion, unfair and deceptive trade practices, civil RICO
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909557994)<br>Prime Capital Ventures, LLC<br>c/o Paul A. Levine, Esq., Receiver<br>677 Broadway - 8th Floor<br>Albany, NY 12207 | **Claim No: 11**<br>*Original Filed*<br>*Date:* 04/22/2024<br>*Original Entered*<br>*Date:* 04/22/2024 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Paul A. Levine<br>*Modified:* |

Amount claimed: $100000000.00

*History:*

Details    11-1    04/22/2024 Claim #11 filed by Prime Capital Ventures, LLC, Amount claimed: $100000000.00 (Levine, Paul)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909560798)<br>Caesars Palace<br>c/o McDonald Carano LLP, Ryan J. Works<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102 | **Claim No: 12**<br>*Original Filed Date:* 04/30/2024<br>*Original Entered Date:* 04/30/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

Amount claimed: $436237.18

*History:*
Details    12-1    04/30/2024 Claim #12 filed by Caesars Palace, Amount claimed: $436237.18 (admin)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909545005)<br>Christopher M. Desiderio<br>Nixon Peabody LLP<br>bob CoNextions Medical, Inc.<br>55 West 46th Street<br>New York, NY 10036 | **Claim No: 13**<br>*Original Filed Date:* 05/02/2024<br>*Original Entered Date:* 05/02/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Christopher M. Desiderio<br>*Modified:* |

Amount claimed: $6150000.00

*History:*
Details    13-1    05/02/2024 Claim #13 filed by Christopher M. Desiderio, Amount claimed: $6150000.00 (Desiderio, Christopher)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909562118)<br>Piper Capital Funding LLC<br>95 Fairway Drive<br>Harrisburg, IL 62946 | **Claim No: 14**<br>*Original Filed Date:* 05/07/2024<br>*Original Entered Date:* 05/07/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jon Travis Powers<br>*Modified:* |

Amount claimed: $10658259.84

*History:*
Details    14-1    05/07/2024 Claim #14 filed by Piper Capital Funding LLC, Amount claimed: $10658259.84 (Powers, Jon)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909562383)   History<br>ER Tennessee LLC<br>Joseph P. Lombardo<br>320 South Canal Street<br>28th Floor<br>Chicago, IL 60606 | **Claim No: 15**<br>*Original Filed Date:* 05/08/2024<br>*Original Entered Date:* 05/08/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Joseph Lombardo<br>*Modified:* |

Amount claimed: $15355473.21

*History:*
Details    15-1    05/08/2024 Claim #15 filed by ER Tennessee LLC, Amount claimed: $15355473.21 (Lombardo, Joseph)
*Description:*
*Remarks:*

*Creditor:* (909568087)  
KeyBank National Association  
c/o Nolan Heller Kauffman LLP  
80 State St., 11th Floor  
Albany, NY 12207

**Claim No: 16**  
*Original Filed Date:* 05/28/2024  
*Original Entered Date:* 05/28/2024

*Status:*  
*Filed by:* CR  
*Entered by:* Francis J. Brennan  
*Modified:*

Amount claimed: $112130.00  
Secured claimed:     $0.00  
Priority claimed:     $0.00

*History:*

Details    16-1    05/28/2024 Claim #16 filed by KeyBank National Association, Amount claimed: $112130.00 (Brennan, Francis)

*Description:* (16-1) Personal Guarantees of Merchant Processing Agreements  
*Remarks:*

---

*Creditor:* (909569176)  
SP Harbor QOZB, LP  
c/o Matthew F. Kye, Esq.  
Kye Law Group, P.C.  
201 Old Country Road, Suite 120  
Melville, NY 11747

**Claim No: 17**  
*Original Filed Date:* 07/11/2024  
*Original Entered Date:* 07/11/2024

*Status:*  
*Filed by:* CR  
*Entered by:* Matthew F. Kye  
*Modified:*

Amount claimed: $2500000.00

*History:*

Details    17-1    07/11/2024 Claim #17 filed by SP Harbor QOZB, LP, Amount claimed: $2500000.00 (Kye, Matthew)

*Description:*  
*Remarks:*

---

*Creditor:* (909582247)  
KEYBANK, N.A.  
c/o Weltman, Weinberg & Reis Co., LPA  
5990 West Creek Road, Suite 200  
Independence, OH 44131

**Claim No: 18**  
*Original Filed Date:* 07/18/2024  
*Original Entered Date:* 07/18/2024

*Status:*  
*Filed by:* CR  
*Entered by:* Garry Alan Masterson  
*Modified:*

Amount claimed: $102764.17  
Secured claimed: $102764.17

*History:*

Details    18-1    07/18/2024 Claim #18 filed by KEYBANK, N.A., Amount claimed: $102764.17 (Masterson, Garry)

*Description:*  
*Remarks:*

---

*Creditor:* (909583450)  
SQRL Holdings, LLC  
Wuersch & Gering  
100 Wall Street, 10th Floor  
New York, NY 10005

**Claim No: 19**  
*Original Filed Date:* 07/23/2024  
*Original Entered Date:* 07/23/2024

*Status:*  
*Filed by:* CR  
*Entered by:*  
*Modified:*

Amount claimed: $4462500.00

*History:*

Details    19-1    07/23/2024 Claim #19 filed by SQRL Holdings, LLC, Amount claimed: $4462500.00 (admin)

*Description:*  
*Remarks:*

| Creditor: (909583644)<br>526 Murfreesboro LLC<br>c/o Nolan Heller Kauffman LLP<br>80 State St., 11th Floor<br>Albany, NY 12207 | Claim No: 20<br>Original Filed Date: 07/23/2024<br>Original Entered Date: 07/23/2024 | Status:<br>Filed by: CR<br>Entered by: Justin A. Heller<br>Modified: |

Amount claimed: $13246937.76

History:
Details    20-1    07/23/2024 Claim #20 filed by 526 Murfreesboro LLC, Amount claimed: $13246937.76 (Heller, Justin)
Description: (20-1) Breach of Contract, Fraud, RICO
Remarks:

| Creditor: (909583679)<br>Mark J. Schlant **(ADMINISTRATIVE)**<br>1600 Main Place Tower<br>350 Main Street<br>Buffalo, NY 14202 | Claim No: 21<br>Original Filed Date: 07/23/2024<br>Original Entered Date: 07/23/2024 | Status:<br>Filed by: CR<br>Entered by: Mark J. Schlant-Trustee<br>Modified: |

Admin claimed: $7589.68

History:
Details    21-1    07/23/2024 Claim #21 filed by Mark J. Schlant, Admin claimed: $7589.68 (Schlant-Trustee, Mark)
Description: (21-1) For fees and expenses as Chapter 11/Subchapter V trustee
Remarks:

| Creditor: (909584082)<br>Newlight Technologies Inc.<br>c/o Nolan Heller Kauffman LLP<br>80 State St., 11th Floor<br>Albany, NY 12207 | Claim No: 22<br>Original Filed Date: 07/24/2024<br>Original Entered Date: 07/24/2024 | Status:<br>Filed by: CR<br>Entered by: Justin A. Heller<br>Modified: |

Amount claimed: $7762603.44

History:
Details    22-1    07/24/2024 Claim #22 filed by Newlight Technologies Inc., Amount claimed: $7762603.44 (Heller, Justin)
Description: (22-1) Breach of Contract, Fraud, RICO
Remarks:

*[Handwritten annotation: After 7/24/24: late / should object]*

| Creditor: (909588885)    History<br>Tina Roglieri<br>O'Connell and Aronowitz<br>54 State Street, 9th Floor<br>Albany, NY 12207 | Claim No: 23<br>Original Filed Date: 08/12/2024<br>Original Entered Date: 08/12/2024 | Status:<br>Filed by: CR<br>Entered by: Brian M Culnan<br>Modified: |

Amount claimed: $3000000.00

History:
Details    23-1    08/12/2024 Claim #23 filed by Tina Roglieri, Amount claimed: $3000000.00 (Culnan, Brian)
Description: (23-1) marital estate interest, equitable distribution, support & maintenance
Remarks:

| | | |
|---|---|---|
| *Creditor:* (909588920)<br>Camshaft CRE 1 Limited Liability Company<br>950 Brickell Bay Dr<br>5107<br>Miami, FL 33131 | **Claim No: 24**<br>*Original Filed Date:* 08/12/2024<br>*Original Entered Date:* 08/12/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

Amount claimed: $16594117.64

*History:*

Details    24-1   08/12/2024 Claim #24 filed by Camshaft CRE 1 Limited Liability Company, Amount claimed: $16594117.64 (admin)

*Description:*

*Remarks:* (24-1) Filer Comment: Due to confidentiality documents available upon request

| | | |
|---|---|---|
| *Creditor:* (909589158)<br>Hogan Lovells US LLP<br>Attn: Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | **Claim No: 25**<br>*Original Filed Date:* 08/13/2024<br>*Original Entered Date:* 08/13/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

Amount claimed: $1083205.79

*History:*

Details    25-1   08/13/2024 Claim #25 filed by Hogan Lovells US LLP, Amount claimed: $1083205.79 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909589717)<br>B and R Acquisition Partners, LLC<br>c/o Balch & Bingham LLP<br>188 E. Capitol Street, Suite 1400<br>Jackson, MS 39201 | **Claim No: 26**<br>*Original Filed Date:* 08/14/2024<br>*Original Entered Date:* 08/14/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michael Patrick Everman<br>*Modified:* |

Amount claimed: $17400000.00

*History:*

Details    26-1   08/14/2024 Claim #26 filed by B and R Acquisition Partners, LLC, Amount claimed: $17400000.00 (Everman, Michael)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (909589718)<br>JHM Lending Ventures, LLC<br>c/o Balch & Bingham LLP<br>188 E. Capitol Street, Suite 1400<br>Jackson, MS 39201 | **Claim No: 27**<br>*Original Filed Date:* 08/14/2024<br>*Original Entered Date:* 08/14/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michael Patrick Everman<br>*Modified:* |

Amount claimed: $17400000.00

*History:*

Details    27-1   08/14/2024 Claim #27 filed by JHM Lending Ventures, LLC, Amount claimed: $17400000.00 (Everman, Michael)

*Description:*

*Remarks:*

# Claims Register Summary

Case Name: Kris Daniel Roglieri
Case Number: 24-10157-1-rel
Chapter: 7
Date Filed: 02/15/2024
Total Number Of Claims: 27

| Total Amount Claimed* | $288021864.85 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $1288855.69 | |
| Priority | $1068351.76 | |
| Administrative | $7589.68 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/20/2024 09:36:14 | | | |
| PACER Login: | genmal465 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 24-10157-1-rel Filed or Entered From: 8/13/2022 Filed or Entered To: 8/20/2024 |
| Billable Pages: | 3 | Cost: | 0.30 |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF NEW YORK**

**In re:**

**KRIS ROGLIERI**, Debtor

**Chapter 7**

**Case No. 24-10157-REL**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2025, I caused a true and correct copy of the foregoing **Objection to Tina Roglieri's Request to Block Debtor's Homestead Exemption and Challenge to Her Creditor Status** to be served by U.S. Mail, first-class postage prepaid, upon the following parties:

- **Clerk of the United States Bankruptcy Court**

    United States Bankruptcy Court

    Northern District of New York

    445 Broadway, Suite 330

    Albany, NY 12207

- **United States Trustee's Office**

    Attn: Lisa M. Penpraze, Assistant U.S. Trustee

    Leo W. O'Brien Federal Building

    11A Clinton Avenue, Room 620

    Albany, NY 12207

- **Marieanne O'Toole, Chapter 7 Trustee**

  2 Depot Plaza, Suite 2E

  Bedford Hills, NY 10507

- **Holly R. Holecek, Esq.**

  Partner

  3305 Jerusalem Avenue

  Wantagh, New York 11793

- **Brian M. Culnan, Esq.**

  Of Counsel, O'Connell and Aronowitz, P.C.

  54 State Street

  Albany, NY 12207

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Dated:** July 15, 2025

**Respectfully submitted,**

Kris D. Roglieri

By: *Linda Oliver, as Attorney-in-Fact*

N-4 #45131

Rensselaer County Jail

4000 Main Street

Troy, NY 12180