UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Kris Daniel Roglieri,

Case No.: 24-10157-REL
Chapter 11

Debtor.

### UNITED STATES TRUSTEE'S STATEMENT OF NO OBJECTION

The United States Trustee has no objection to the following final fee applications filed by Trustee Marianne O'Toole, returnable on August 13, 2025:

1. First and Final Fee Application of Davies-Davies & Associates Real Estate, LLC (ECF 522); and

2. First and Final Fee Application of Southern Adirondack Realty, LLC (ECF 523).

Dated: July 25, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
FOR REGION 2

 /s/ Lisa M. Penpraze
Lisa M. Penpraze
Assistant United States Trustee
Bar Roll No.: 105165
Leo O'Brien Federal Building
Room 620
Albany, New York 12207
(518) 434-4553
lisa.penpraze@usdoj.gov