**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF NEW YORK**

**In re:**

**KRIS D. ROGLIERI, Debtor**

**Chapter 7 Case No. 24-10157-REL**

**Re: Request for Removal of Christian Dribusch from ECF Notifications**

**Date: September 5, 2025**

**FILED**

**SEP 09 2025**

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

**Hon. Robert E. Littlefield, Jr.**

United States Bankruptcy Court

Northern District of New York

James T. Foley U.S. Courthouse

445 Broadway, Suite 330

Albany, NY 12207

**Dear Hon. Robert E. Littlefield, Jr.:**

I, Kris D. Roglieri, by and through my Attorney-in-Fact, Linda Oliver, respectfully request that the Court formally remove former Trustee Christian Dribusch from all future CM/ECF notices and electronic service lists in this case.

Mr. Dribusch formally resigned and has since been replaced by Trustee Marianne O'Toole, with Attorney Holly R. Holecek serving as her legal counsel. However, Mr. Dribusch's name and contact information continue to appear on docketed notifications and electronic filings.

As Mr. Dribusch no longer holds any fiduciary or representative capacity in this matter, we respectfully ask the Court to direct the Clerk's Office to remove his name and contact from all future CM/ECF service lists and email distributions, in the interest of maintaining a clear and accurate docket.

Please note this request is not intended to interfere in any way with the administration of the estate. We trust the newly appointed trustee and her legal team to conduct a fair and diligent process. This letter is submitted solely to support an orderly and accurate record.

Thank you for your time and attention to this matter.

**Respectfully submitted,**

**KRIS D. ROGLIERI**

**N-4 #45131**

**Rensselaer County Jail**

**4000 Main Street**

**Troy, NY 12180**

**By: Linda Oliver, as Attorney-in-Fact**