UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

In Re:

**Kris Daniel Roglieri,**

                               **Debtor.**

----------------------------------------------------------------

Case No.: 11, Subchapter V
Chapter 24-10157

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Bankruptcy Case as counsel for Raharney Capital, LLC, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, and hereby demands that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served at the address of their counsel as set forth below:

> Jeffrey V. Basso, Esq.
> Campolo, Middleton & McCormick, LLP
> 4175 Veterans Memorial Highway
> Suite 400
> Ronkonkoma, NY 11779

        CAMPOLO, MIDDLETON & McCORMICK, LLP

        By:   /s/ Jeffrey V. Basso
               Jeffrey V. Basso, Esquire
               Campolo, Middleton & McCormick, LLP
               4175 Veterans Memorial Highway
               Suite 400
               Ronkonkoma, NY 11779

Dated: September 29, 2025

[2444-007/4327197]