Jeffrey V. Basso, Esq.
**CAMPOLO, MIDDLETON & McCORMICK, LLP**
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, New York 11779
(631) 738-9100

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
In re                                                                                  Chapter 7

Kris Daniel Roglieri                                                        Case No.: 24-10157 (REL)

                       Debtor.
-----------------------------------------------------------------X

## AMENDED MOTION FOR LIMITED ADMISSION, PRO HAC VICE OF ROBERT M. BOVARNICK

Pursuant to Local Bankruptcy Rule ("Local Rule") 2014-2(b)(1), Jeffrey V. Basso ("Movant"), a partner with the law firm of CAMPOLO, MIDDLETON & McCORMICK, LLP, and a member in good standing of the Bar of New York, admitted to practice before this Court, moves for the limited admission *pro hac vice* of Robert M. Bovarnick of Bovarnick and Associates, LLC, to act as counsel for Interested Party Raharney Capital, LLC ("Raharney").

Mr. Bovarnick is a member of the bars of the Commonwealth of Pennsylvania and the State of Florida and has been admitted to practice in the courts of the State of Florida, Commonwealth of Pennsylvania, Eastern District of Pennsylvania and the Southern District of Florida. Mr. Bovarnick is a member in good standing of all of the aforementioned bars and courts and is not subject to any pending disciplinary proceedings. See Mr. Bovarnick's Certificate of Good Standing from the Eastern District of Pennsylvania, attached hereto as **"Exhibit A"**.

1

WHEREFORE, the undersigned respectfully requests that the Court enter an Order admitting Robert M. Bovarnick, *pro hac vice*, as counsel for Raharney in the above-captioned Chapter 11 case and any related adversary proceedings.

Dated: Ronkonkoma, New York
      October 2, 2025

                                      **CAMPOLO, MIDDLETON & McCORMICK, LLP**

                                      By: Jeffrey V. Basso, Esq.
                                      4175 Veterans Memorial Highway
                                      Suite 400
                                      Ronkonkoma, New York 11779
Tel.:     (631) 738-9100
Email:   jbasso@cmmllp.com

                                      *Counsel to Interested Party*
                                      *Raharney Capital, LLC*

[2444-007/4327252]

## CERTIFICATION OF ROBERT M. BOVARNICK

Pursuant to LBR 2014-2(b)()(A), I, Robert Bovarnick, hereby certify as follows in support of the motion for limited admission, *pro hac vice*, that has been filed on my behalf:

1. I am eligible for admission, *pro hac vice*, to this Court and am admitted to practice and am a member in good standing of the bars and courts in Commonwealth of Pennsylvania and the State of Florida, Eastern District of Pennsylvania and Southern District of Florida.

2. I reside in Pennsylvania and my office address is 555 City Avenue, Suite 480, Bala Cynwyd, Pennsylvania 19004.

3. I have never been convicted of a felony or misdemeanor crime. There are also no disciplinary proceedings pending against me and no discipline has ever been imposed against me.

4. I also certify that I am generally familiar with the local rules for the U.S. Bankruptcy Court, Northern District of New York. I further affirm faithful adherence to these rules and responsibilities.

Dated: October 2, 2025

                                                         **BOVARNICK AND ASSOCIATES, LLC**

                                                         /s Robert Bovarnick
                                                         By: Robert M. Bovarnick, Esq.
                                                         555 City Avenue, Suite 480
                                                         Bala Cynwyd, Pennsylvania 19004
Tel.:     (215) 568-4480
Email:   rbovarnick@rbovarnick.com

                                                         *Proposed Counsel to Interested Party Raharney Capital, LLC*

[2444-007/4327252]

# Exhibit A

**Certificate of Good Standing of Robert M. Bovarnick**

[2444-007/4327252]