So Ordered.

Signed this 2 day of October, 2025.



_____
Patrick G. Radel
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    Kris Daniel Roglieri,

              Debtor.

Chapter 7

Case No.: 24-10157-1-pgr
Honorable Patrick G. Radel

### ORDER FOR LIMITED ADMISSION – PRO HAC VICE

This matter having been brought before the Court on application for an Order for Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78 and N.D.N.Y. L.B.R. 2014- 2(b)(1), and good cause having been shown; it is

ORDERED that Robert M. Bovarnick be permitted to appear pro hac vice; provided that pursuant to N.D.N.Y. L.B.R. 2014-2(b)(1), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court, if not done already, upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the Northern District of New York and the Local Rules of Bankruptcy Procedure for the Northern District of New York.

###