| | |
|---|---|
| Campolo, Middleton & McCormick, LLP<br>Counsel to Rahanrey Capital, LLC<br>4175 Veterans Memorial Highway<br>Suite 400<br>Ronkonkoma, NY 11779<br>Jeffrey Basso, Esquire | Hearing Date October 30, 2025, at 10:00 a.m.<br>Objection Deadline: 5:00 p.m. October 15 2025 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X    Case No.: 24-10157-1-REL

In Re:                                                                                    Chapter 7

Kris Daniel Roglieri,

                              Debtor.

-------------------------------------------------------------------X

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on October 30, 2025 at 10:00 a.m., or as soon thereafter as counsel can be heard, a hearing ("Hearing") will be held before the Honorable Patrick G. Radel, United States Bankruptcy Judge, United States Bankruptcy Court for the Northern District of New York (the "Court"), on the Motion of Raharney Capital, LLC to Compel the Successor Trustee to Recover and Administer Assets of National Alliance Commercial Loan Brokers, Pursuant to Section 363, Free and Clear of Claims, Liens and Encumbrances, seeking entry of an Order pursuant to §§ 363, 542 and/or 549 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Local Bankruptcy Rule 6004-1 (the "Local Rules"): (i) directing the Successor Trustee to sell certain property of the Debtor's estate, free and clear of all liens, claims and encumbrances (if any);(ii) to the extent any such estate property is currently held by third parties, to take steps to recover the property for the Estate and (iii) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held in-person at the James T. Foley U.S. Courthouse and Federal Building, 445 Broadway, Suite 306, Albany, New York.  Appearances may be made in person at the Courthouse OR by video via Teams, for which pre-registration is required by 3:00 p.m. one business day before the hearing.  Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances to register.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must: (i) be in writing; (ii) conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules; (iii) state with particularity the grounds therefor; and (iv) be filed with the Court no later than **5:00 p.m. on October 25, 2025** as follows: (a) through the Court's CM/ECF system, which may be accessed through the internet at: https://ecf.nynb.uscourts.gov/, in portable document format (PDF); or (b) if a party is unavailable to file electronically, a paper copy of the objection can be mailed to the Clerk of the Court, U.S. Bankruptcy Court, James T. Foley United States Courthouse, 445 Broadway, Suite 330, Albany, New York 12207 for filing. A paper chambers copy of an objection also must be sent to the Court, clearly marked as "ECF CASE – CHAMBERS COPY".

Dated: October 10, 2025
Ronkonkoma, NY 11779

        Campolo, Middleton & McCormick, LLP
        Counsel to Raharney Capital, LLC

        BY:   /s/ Jeffrey Basso
            Jeffrey Basso, Esq.
            4175 Veterans Memorial Highway Suite 400
            Ronkonkoma, NY 11779
            (631) 738-9100