# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Case No.: 24-10157-1-REL

In Re:                                                                                    Chapter 7

Kris Daniel Roglieri,

                    Debtor.
-----------------------------------------------------------------X

## ORDER GRANTING MOTION OF RAHARNEY CAPITAL, LLC TO COMPEL THE SUCCESSOR TRUSTEE TO RECOVER AND ADMINISTER ASSETS OF NATIONAL ALLIANCE OF COMMERCIAL LOAN BROKERS PURSUANT TO SECTION 363, FREE AND CLEAR OF CLAIMS, LIENS AND ENCUMBRANCES

AND NOW, this ___ day of _____, 2025, upon consideration of the Motion of Raharney Capital, LLC to Compel the Successor Trustee to Recover and Administer Assets of National Alliance of Commercial Loan Brokers, Pursuant to Section 363, Free and Clear of Claims, Liens and Encumbrances (the "Motion") and, after notice and opportunity for hearing thereon, it is ORDERED as follows:

1. The Successor Trustee is directed to sell the assets of NACLB (as defined in the Motion), free and clear of all claims, liens and encumbrances.

2. To the extent there are any claims, liens and encumbrances, they shall attach to the proceeds.

3. If any third party has possession of property of the Estate including, but not limited to assets of NACLB, the Successor Trustee shall take all steps to recover such property and administer same.