# EXHIBIT C

 Home  Agenda  Venue  Advisory Council  About  Sponsor    Reserve My Spot    Book My Room

 

# UNLOCK NEW PROFIT POTENTIAL AT THE PREMIER COMMERCIAL LOAN BROKER EVENT OF THE YEAR

Join top brokers and lenders at the Fontainebleau Miami Beach from June 15-17, 2026, for three unforgettable days of deal-making, innovation, and unmatched networking.

A new chapter begins for NACLB. Under **fresh ownership** and visionary leadership, we're bringing new energy, transparency, and **integrity** to the nation's premier commercial loan broker conference. While our mission to **empower brokers and lenders** remains unchanged, the team behind the scenes is brand new, committed to building **trust**, elevating standards, and delivering an unmatched conference experience.

Lock It In    Book My Room

