# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

**CHAMBERS OF THE**
**Honorable Patrick G. Radel**
**U.S. BANKRUPTCY JUDGE**

To:         Jeffrey Basso, Esq.
From:       Chambers
Date:       October 16, 2025

Re:         Kris Roglieri, Debtor
            Case No. 24-10157
            Notice of Hearing (Docket. No. 567) and Amended Motion to Compel Trustee to
            Recover and Administer Assets (Docket. No. 569)

On 10/10/2025, you filed a Notice of Hearing (Docket. No. 567) for your Motion to Compel
Trustee to Recover and Administer Assets (Docket. No. 566) scheduled to be heard on
10/30/2025. On 10/14/2025, you filed an Amended Motion (Docket. No. 569).

Please perform the following actions:

1.  File and serve a Notice of Hearing regarding the Amended Motion at least twenty-one
    (21) days before the return date of the motion pursuant to Local Rule 9013-1; **OR**

2.  File an application for an order shortening time with the Court and link the application to
    the underlying motion. *See* Local Rule 9013-5.

3.  Serve Debtor via first class mail at his physical address in care of Linda Oliver – Kris
    Roglieri c/o Linda Oliver, 11 Hill Top Lane, Poughkeepsie, NY 12603.

Absent compliance by **October 20, 2025**, the Court will deny your Amended Motion to Compel
Trustee to Recover and Administer Assets at Docket No. 569.