UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                                          Case No.: 24-10157-1-pgr

KRIS DANIEL ROGLIERI,                                           Chapter 7

                        Debtor.
------------------------------------------------------X

## AUCTIONEER'S REPORT OF PUBLIC AUCTION SALE OF THE DEBTOR'S 1959 CADILLAC ELDORADO BIARRITZ AND 2017 FERRARI 488 GTB NLARGO

Megan A. Hennessey, being duly sworn, deposes and says that:

1.      I am the Executive Director of Saratoga Automobile Museum ("Auctioneer").

2.      By application dated July 15, 2024, Christian H. Dribusch, the prior Chapter 7 Trustee ("Prior Trustee") of the estate of Kris Daniel Roglieri ("Debtor"), sought entry of an Order authorizing the retention of the Auctioneer. See ECF No. 229. By Order entered on August 7, 2024, the Court authorized the retention of the Auctioneer of properties owned by the Debtor. See ECF No. 41.

3.      In or around May 23, 2025, the Prior Trustee resigned.

4.      On May 27, 2025, Marianne T. O'Toole was appointed as successor trustee of the Debtor's estate pursuant to section 703(a) of the Bankruptcy Code ("Successor Trustee"). See ECF No. 491.

5.      By motion dated August 15, 2025, the Successor Trustee sought entry of an Order authorizing the public auction sale bankruptcy estate's right, title and interest in and to the Debtor's: (a) 1959 Cadillac Eldorado Biarritz, VIN ending 8951 ("1959 Cadillac"); and (b) 2017 Ferrari 488 GTB NLargo, VIN ending 8191 ("2017 Ferrari" and, together with the 1959 Cadillac, "Vehicles") on September 20, 2025 and granting related relief. See ECF No. 543. As set forth the motion, the Auctioneer had been promoting the auction. See, e.g., id. at p. 7.

-1-

6.      By Order entered on September 10, 2025 ("Authorization Order"), the Successor

Trustee was authorized to proceed with the public auction sale of the Vehicles on September 20,

2025. See ECF No. 553.

7.      Pursuant to Local Bankruptcy Rule 6005-1(c), I submit this Report of Sale in

connection with the public auction sale of the Vehicles.

8.      The Vehicles were included in a motorcar auction conducted by the Auctioneer

between September 18, 2025 and September 21, 2025 ("Auction"). The Auction was conducted in

person at the Saratoga Casino Hotel located at 342 Jefferson Street, Saratoga Springs, New York

12866 ("Auction Site"). Bidding was also available by phone and online through Proxibid.

9.      The public auction sale of the Vehicles commenced at approximately 4:00 p.m. and

ended at approximately 5:30 p.m. on Saturday, September 20, 2025.

10.     The gross amount realized from the public auction sale Vehicles was $577,500.00,

which includes buyers' premiums of $52,500.00.

11.     The winning bids from the public auction sale of the Vehicles were as follows: (a)

the sum of $355,000.00 for the 2017 Ferrari from Isaac Alimin; and (b) the sum of $170,000.00

for the 1959 Cadillac from Ellingson Motorcars, LLC. The Auctioneer has agreed to waive any

commission in connection with the 1959 Cadillac, such that the Debtor's bankruptcy estate will

retain the entire $187,000.00 paid by the successful bidder.

12.     By separate application, the Auctioneer will seek a commission of $35,500.00 (in

the form of a buyers' premium of 10% relating to the sale of 2017 Ferrari), plus reimbursement of

out-of-pocket expenses of $6,928.11. The Auctioneer's out-of-pocket expenses are documented on

**Exhibit A**.

13.    An Auctioneer Bond dated September 16, 2025 was obtained and paid from the estate per the Authorization Order.

14.    A total of 793 registered bidders participated in the Auction. See **Exhibit B**.

15.    The manner and extent of advertising the Auction and the availability of the Vehicles for inspection were as follows:

a.    The Auction was promoted at: (i) Amelia Island Concours, Florida event, which occurred on March 5-8, 2025, (ii) Premier Auction Group, Florida event, which occurred on March 14-15, 2025, and (iii) Mecum Auctions Harrisburg, Pennsylvania event, which occurred on July 23-26, 2025, and (iv) Regional Car Shows which occurred/are scheduled to occur from May 2025 through September 2025.

b.    Full page ads were run in the DUPONT REGISTRY, SPORTS CAR MARKET, HEMMINGS MOTOR NEWS, OLD CARS, POST STAR, SARATOGA LIVING MAGAZINE, and SARATOGA REPORT.

c.    The Auctioneer sent flyers to its list of over 1,000 potential bidders and custom car collectors.

d.    The Auctioneer sent email blasts to its contact list of over 25,000 potential bidders and custom car collectors.

e.    The Auction was advertised on the Auctioneer's website and social media platforms.

f.    The Vehicles were available for inspection at the Auction Site beginning on September 18, 2025.

g.    Signage was prominently displayed at the Auction Site.

 

16.    The Auctioneer turned over proceeds of $577,500.00 from the public auction sale

of the Vehicles to the Successor Trustee.

Dated: October 17, 2025

                                       Respectfully submitted,

                                       *Megan A. Hennessey*

                                       Megan A. Hennessey

Sworn to before me this 17th day of October 2025

*Molly Anne Knott*

Notary Public, State of New York
Reg. No. 01KN6419126
Qualified in Saratoga County
My Commission Expires June 28, 2029

                                    MOLLY **ANNE** KNOTT
                           Notary Public, State of New York
                              Reg. No. 01KN6419126
                            Qualified in **Saratoga** County
                     Commission Expires June 28, 2029

# **<u>EXHIBIT A</u>**

# SARATOGA
# AUTOMOBILE
# MUSEUM

United States Bankruptcy Court Northern District of New York

Expense Report

| Date | Item Description | Account | Amount |
|------|------------------|---------|--------|
| 12/20/24 | Transport of Red Cadillac Eldorado from Noxon Rd to Bob Ensign in Latham NY | Transport | $ 1,025.00 |
| 12/26/24 | Transport of Ferrari 488 to Saratoga Automobile Museum from Al | Transport | $   915.00 |
| 12/31/24 | Windshield for Ferrari 488 | Misc | $ 2,777.50 |
| 1/10/25 | Installation of Ferrari 488 Windshield | Misc | $ 1,140.00 |
| 3/24/25 | Registration Fees for 1959 Cadillac Eldorado | DMV | $   116.50 |
| 3/28/25 | CTEK Battery Charger | Supplies | $   349.16 |
| 4/5/25 | CTEK Battery Charger Adapters | Supplies | $   304.95 |
| 9/17/25 | Transport of 1959 Cadillac from Bob Ensign to Auction Site | Transport | $   300.00 |
| | | | **$ 6,928.11** |

*Spartan*
Towing & Transport

341 RAILROAD AVENUE
BEDFORD HILLS, NEW YORK 10507
914-471-0801

DATE OF INVOICE:  DECEMBER 20, 2024

SARATOGA AUTO MUSEUM

110 AVENUE OF THE PINES

SARATOGA SPRINGS, NY 12866

DATE OF TRANSPORT:  DECEMBER 18, 2024

Transport of red Cadillac Eldorado 2018 from

Noxon Road, Poughkeepsie to Bob Ensign,

Latham, NY

6.5 hours to load car and parts, deliver to Latham

and unload car and parts

6.5 hours@$150 per hour                                        $   975.00

                                                    TOLLS:   $    50.00

                                                    TOTAL:   $ 1,025.00

Spartan
Towing & Transport

341 RAILROAD AVENUE
BEDFORD HILLS, NEW YORK 10507
914-471-0801

DATE OF INVOICE:  DECEMBER 16, 2024

SARATOGA AUTO MUSEUM

110 AVENUE OF THE PINES

SARATOGA SPRINGS, NY 12866

DATE OF TRANSPORT:  DECEMBER 10, 2024

Transport of 2018 red Ferrari 488 from

Al Design, Tuckahoe, NY to Saratoga Auto Museum              $      875.00

                                                        TOLLS:      $       40.00

                                                        TOTAL:      $      915.00





# Ferrari - Maserati
# of Long Island

### 105 South Service Road - Plainview, NY 11803
### (516) 671-7575

# www.ferrarili.com

FERRARI-MASERATI OF LONG ISLAN
105 SOUTH SERVICE ROAD
PLAINVIEW NY 11803

YOU MAY NOT KNOW BUT OUR MANUFACTURERS WILL NOT ACCEPT RETURNS FROM US AFTER 10 DAYS.
THEY ALSO CHARGE A RESTOCKING FEE OF 15% SO THEY WILL NOT ACCEPT RETURNS OR GIVE US REFUNDS FOR
ELECTRICAL PARTS, HYDRAULIC PARTS, SPECIAL ORDERED PARTS, OR LEATHER ITEMS. PLEASE EXCEPT OUR SINCERE APOLOGY AS WE
THEREFORE CANNOT ACCEPT THESE RETURNS EITHER.

THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR THE PARTICULAR
PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 31 DEC 24 | VIN-228191 | 31 DEC 24 | | | 13116 |

SOLD TO:
ACCOUNT NO. 5184015185

SHIP TO:

PAGE 1 OF 1

SARATOGA AUTOMOBILE MUSEUM
110 AVENUE OF THE PINES
SARATOGA SPRINGS, NY 12866

| SHIP VIA | SLSM. 2519 | B/L NO. | TERMS WCASH | F.O.B. POINT PLAINVIEW NY |
|---|---|---|---|---|

| QUANTITY ORD. | QUANTITY SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 86250300 SOP | WINDSCREEN | 3369.80 | 2695.84 | 2,695.84 |
| | | | 10 AVAILBLE AT FNA | | | | |
| | | | STOCK ORDER PRICE | | | | |
| 2 | 2 | 0 | 82234900 20H | SPACER BLOCK | 9.34 | 7.47 | 14.94 |
| 3 | 3 | 0 | 179309 20H | SPONGE. | 27.80 | 22.24 | 66.72 |

AS PER ANDREW
MEETING AT 640 WASHINGTON AVE, KINGSTON, NY 12401
ON FRIDAY 1-3-2025 10:30AM-11:30 AM

PAID
2024
BY

NO RETURNS
WHOLESALE PARTS MUST BE RETURNED
WITH 10 DAYS
Special Orders,
Electrical Parts DAMAGED OR TORN BOXES
AND
Hydraulic Parts
A PARTS ARE NOT RETURNABLE.
MINIMUM CHARGE OF $15.00 OR 15% WILL
Without Copy of Invoice
APPLY ON ALL STOCK RETURNS.
* All Returns Subject To
20% Handling Charge

| CUSTOMER'S SIGNATURE | PARTS | 2,777.50 |
|---|---|---|
| | SUBLET | |
| | FREIGHT | 0.00 |
| X | SALES TAX | 0.00 |
| | TOTAL | $2,777.50 |

I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE
SUBJECT TO THE FEDERAL MAGNUSON-MOSS ACT AND THE CONSUMER
MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY BY THE
MANUFACTURER AND THE WRITTEN TERM AND CONDITIONS THEREOF ARE
AVAILABLE FOR MY INSPECTION.

*Thank You!*

x1pll.100_1

CUSTOMER COPY

**Ferrari Maserati of Long Island**

**65 South Service Road**

**Plainview New York 11803**

**9786993939**

## Customer information

| | |
|---|---|
| **Street:** | 110 |
| **Zip Code:** | 12866 |

**MEGAN A HENNESEY**

## Transaction information

### MOTO

| | |
|---|---|
| **Date:** | 12/31/2024, 1:34:58 PM |
| **Amount:** | $2,777.50 |
| **Card Number:** | ***********8504 |
| **Merchant ID:** | 400006467 |
| **Terminal ID:** | 00000001 |
| **Auth Code:** | 721002 |
| **Auth Mode:** | Issuer |
| **Processed as:** | VISA |
| **Reference No:** | 2322682096 |
| **Trace No:** | 1231183500 |
| **Invoice No:** | 13116 |
| **Response Msg:** | Approved |
| **Entry Method:** | Manual |
| **Match AVS:** | Match Y |
| **Match CVV:** | Match M |
| **Match ZIP:** | Match Y |
| **Client ID:** | 12345 |
| **User ID:** | ecullen |

I Agree to Pay Above Total Amount According to Card Issuer Agreement (Merchant Agreement if Credit
Voucher).

**CAPITALAND GLASS**
P.O. BOX 31
820 Saratoga Rd.
Burnt Hills, NY 12027
PH:(518) 384-3867 FAX:(518) 384-0329

Federal Tax ID:    141804781

| P/O#: | Cust State Tax ID:<br>Cust Fed Tax ID:<br>Ship Via: | **Workorder: WBH335902** |
|---|---|---|
| Taken By:  Calvin S Houghton Sr<br>Installer:<br>SalesRep: Fish, Matthew | Adv. Code: | Date:    1/10/2025<br>Time:    10:11 AM |

| Bill To: CASH SALE | Sold To: CASH SALE |
|---|---|
| Saratoga Automobile Museum<br>110 Avenue of The Pines<br>SARATOGA SPRINGS, NY 12866 | Saratoga Automobile Museum<br>110 Avenue of The Pines<br>SARATOGA SPRINGS, NY 12866 |
| (518) 222-8383 | |

### Vehicle Information

| Make: FERRARI | Model Style:  488GTB N-Largo Super Car | Year:  2020 |
|---|---|---|
| Odometer: | VIN:  ZFF79ALA4H0228191 | License: |

| Qty | Part Number | Description | List | Sell | Total |
|---|---|---|---|---|---|
| 1 | LABOR | INSTALL CUSTOMER'S WINDSHIELD | $1,100.00 | $1,100.00 | $1,100.00 |
| 1 | KIT | Urethane Kit | $40.00 | $40.00 | $40.00 |

Order #: n/a

Ordered from:: OTHER

Vehicle availability: ALL DAY

Install Date: 01/07/25, Required Date 01/10/25, Mobile Install
Location: Saratoga Auto Museum

Instructions:
Andrew asked if we could bill them and forward work order to Megan at megan@saratogaautomuseum.org.
Andrew Hennessey (518-222-8383) scheduled service work.

AUTHORIZATION TO PAY                    Net 30

I hereby authorize the above-named insurance company to pay this invoice in full settlement, satisfaction and discharge of all loss under the above policy. Upon such payment, all rights I may have for claim and demand for loss and damage described above against the above named insurance company shall be thereby forever discharged. In the event that the above named insurance company does not make timely and/or full payment of this invoice according to its terms, I hereby accept responsibility for such payment and agree to pay all charges reflected on this invoice to the above named glass company subject to and according to all terms and conditions on this invoice.

| | |
|---|---|
| Sub Total: | $1,140.00 |
| Tax: | $0.00 |
| Total: | $1,140.00 |

Customer's Signature:_____

| | |
|---|---|
| **Balance:** | **$1,140.00** |



DON'T PEEL STICKER FROM FRONT - SEE BACK!

Keep this document to show to the police and courts.

NEW YORK STATE REGISTRATION DOCUMENT

MV-659TR (4/01)

X PAS
LSC4521
1959 CADIL  NONTRANSFERABLE
CONV RD    59E038951
004855 G 8  JJ558352 MAR 24 2025

Wt/Seats    Fuel/Cyl    LBH SCN529

SARATOGA AUTOMOBILE    Expires 03/31/27
MUSEUM
110 AVE OF THE PINES
SARATOGA SPRNG NY 12866

45.25  ANNUAL CHG
       AMT PAID (INCL ADD'L CHG)

116.50

JJ558352  VOID IF ALTERED EXCEPT FOR ADDRESS

VISA 0348 287852        116.50

03/31/27
27
3

59E038951
1959 CADIL CONV
LSC4521  PAS 5 X

JJ558352

If this **ten** day extension is granted when the vehicle is
registered, you have **ten** days from the day of registration to
have the vehicle inspected.

If this extension is granted because your vehicle is out-of-state
when the inspection is due, as soon as you enter New York State,
write the date of entry on the line labeled "Date vehicle is first
operated in New York State" on the front of this certificate. You
then have **ten** days to have the vehicle inspected.

If this extension is granted for any other reason, you have
more than **ten** days from the date entered on the front of t
certificate to have the vehicle inspected.

**For more information, call any Motor Vehicles office.**

Name of
Registrant        _Saratoga Automobile    Muse_

Plate
Number          _LSC 4521_

Vehicle Year
and Make        _1959 Cadilac_

Reason for          ☐ Out-of-state    ☒ Registration

Hi **Megan!** ∨    Daily Deals   Gift Cards  Help & Contact              Sell    My eBay ∨    🔔   🛒



🔍 Search for anything

# Order confirmed, thanks!

*Auction*

**Your order was placed.**

We'll send a confirmation email to
megan@saratogaautomuseum.org.

**Order 26-12898-35853, get it
Apr 9-16**

.

# Order total: $304.95

## Shipping to:

110 Avenue of the Pnes, Saratoga Springs, NY
12866-6220, United States

## Order number: **26-12898-35853**



**Magnetic Ferrari CTEK Battery
Charger / Conditioner Adapter
Cable**

**$67.39**

Sold by nbspares
Quantity: 4
You should get it by Apr 16.



**Details for Order #112-8768457-6208231**

**Order Placed:** March 28, 2025
**Amazon.com order number:** 112-8768457-6208231
**Order Total: $349.16**

| Not Yet Shipped |
|---|

| Items Ordered | Price |
|---|---|
| 4 of: *CTEK - 40-206 MXS 5.0 Fully Automatic 4.3 amp Battery Charger and Maintainer 12V* <br> Sold by: R/A Hoerr Incorporated (seller profile) <br> Business Price <br> Condition: New | $87.29 |

**Shipping Address:**
Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs, NY 12866
United States

**Shipping Speed:**
FREE Prime Delivery

| Payment information | | |
|---|---|---|

| **Payment Method:** <br> Visa I Last digits: 0348 | Item(s) Subtotal: | $349.16 |
|---|---|---|
| | Shipping & Handling: | $0.00 |
| | | ----- |
| **Billing address** <br> Saratoga Automobile Museum <br> 110 Avenue of the Pines <br> Saratoga Springs, NY 12866 <br> United States | Total before tax: | $349.16 |
| | **Estimated Tax:** | $0.00 |
| | | ----- |
| | **Grand Total: $349.16** | |

To view the status of your order, return to Order Summary .

Conditions of Use I Privacy Notice © 1996-2020, Amazon.com, Inc.

# Road Service

| DATE | TIME | A.M. P.M. | REQUESTED BY | | P.O. NO. |
|---|---|---|---|---|---|
| 9/17/25 | | | | | |

**NAME** Diottos Automobile Dnurnen    **PHONE**

**ADDRESS**

**CITY**    **STATE**    **ZIP**

**LOCATION OF VEHICLE**

**YEAR, MAKE, MODEL** Cadillac    **COLOR** Red    **DRIVER**

**STATE**    **LIC. PLATE NO.**    **VEHICLE I.D. NO.**    **REGISTERED OWNER**

| MILEAGE | SERVICE TIME | EXTRA PERSON |
|---|---|---|
| FINISH | FINISH | FINISH |
| START | START | START |
| TOTAL | TOTAL | TOTAL |

## REASON FOR TOW
- ☐ ACCIDENT
- ☐ ARREST
- ☐ UNREGISTERED
- ☐ TOW ZONE
- ☐ SNOW REMOVAL
- ☐ ABANDONED
- ☐ STOLEN CAR
- ☐ BREAK DOWN
- ☐ LOCK OUT
- ☐ START
- ☐ FLAT TIRE
- ☐ OUT OF GAS
- ☐ IMPOUNDED
- ☐
- ☐

## SPECIAL EQUIPMENT
- ☐ SINGLE LINE WINCHING
- ☐ DUAL LINE WINCHING
- ☐ SNATCH BLOCKS
- ☐ SCOTCH BLOCKS
- ☐ DOLLY

## TYPE OF TOW
- ☐ SLING/ HOIST TOW
- ☐ FLAT BED/ RAMP
- ☐ WHEEL LIFT
- ☐

## TOWED PER ORDER OF
- ☐ STATE POLICE
- ☐ LOCAL POLICE
- ☐ OWNER
- ☐ DEALER

## VEHICLE TOWED TO
**FIRST TOW** Casino

**SECOND TOW**

**STORAGE FROM** _____ TO _____ DAYS @ $ _____

**PAID BY**
- ☐ CASH
- ☐ CHECK
- ☐ CREDIT CARD ☐ MC ☐ VISA ☐ AMEX

**DRIVERS LIC. NO.**

**EXP. DATE**

**CC NO.**

**OPERATOR'S SIGNATURE** _____ **DATE**

**TRUCK NO.**

**AUTHORIZED SIGNATURE** _____ **DATE**

**VEHICLE RELEASED TO** _____ **DATE**

| | |
|---|---|
| TOWING CHARGE | 25000 |
| MILEAGE CHARGE | |
| EXTRA PERSON | |
| SPECIAL EQUIPMENT | |
| LABOR CHARGE | 5000 |
| STORAGE | |
| SUB-TOTAL | |
| TAX | |
| TOTAL | 30000 |

Not responsible for loss or damage to vehicle
in case of fire, theft or any other cause beyond our control.

6039

**Thank You**

PRODUCT 2525

# **<u>EXHIBIT B</u>**

| Auction Bidder Number | | | | |
|---|---|---|---|---|
| 100 | 247 | 302 | 361 | 495 |
| 101 | 248 | 303 | 362 | 496 |
| 102 | 250 | 304 | 363 | 497 |
| 110 | 251 | 305 | 364 | 499 |
| 114 | 252 | 306 | 365 | 555 |
| 116 | 253 | 307 | 366 | 556 |
| 118 | 254 | 308 | 367 | 560 |
| 121 | 255 | 309 | 368 | 999 |
| 122 | 256 | 311 | 369 | 1001 |
| 124 | 257 | 314 | 400 | 1002 |
| 200 | 258 | 315 | 401 | 1003 |
| 201 | 259 | 316 | 402 | 1004 |
| 202 | 260 | 317 | 403 | 2003 |
| 203 | 261 | 318 | 404 | 2046 |
| 204 | 262 | 319 | 405 | 2048 |
| 205 | 263 | 320 | 407 | 2078 |
| 206 | 264 | 321 | 408 | 2123 |
| 207 | 265 | 322 | 409 | 2185 |
| 208 | 266 | 323 | 410 | 2218 |
| 209 | 267 | 325 | 411 | 2225 |
| 210 | 268 | 326 | 412 | 2228 |
| 211 | 269 | 329 | 413 | 2237 |
| 212 | 270 | 330 | 414 | 2288 |
| 213 | 271 | 331 | 415 | 2323 |
| 214 | 272 | 332 | 416 | 2332 |
| 215 | 273 | 334 | 418 | 2363 |
| 216 | 274 | 335 | 419 | 2368 |
| 217 | 275 | 336 | 420 | 2394 |
| 218 | 276 | 337 | 421 | 2400 |
| 219 | 277 | 338 | 422 | 2445 |
| 220 | 278 | 339 | 423 | 2478 |
| 221 | 279 | 340 | 424 | Winning Phone Bidders: 7 |
| 222 | 280 | 341 | 425 | Phone Bidders: 10 |
| 223 | 281 | 342 | 426 | Onsite Bidders: 210 |
| 224 | 282 | 343 | 427 | Proxbid Winning Bidders: 19 |
| 225 | 283 | 344 | 429 | Proxbid Bidders: 573 |
| 230 | 284 | 345 | 430 | Total Bidders: 793 |
| 231 | 285 | 346 | 432 | |
| 232 | 286 | 347 | 433 | |
| 233 | 287 | 348 | 434 | |
| 234 | 289 | 349 | 435 | |
| 235 | 290 | 350 | 436 | |
| 236 | 291 | 351 | 437 | |
| 237 | 292 | 352 | 438 | |
| 238 | 293 | 353 | 439 | |
| 239 | 294 | 354 | 442 | |
| 240 | 295 | 355 | 443 | |
| 242 | 297 | 356 | 444 | |
| 243 | 298 | 357 | 455 | |
| 244 | 299 | 358 | 490 | |
| 245 | 300 | 359 | 493 | |
| 246 | 301 | 360 | 494 | |