UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK

In re:

Kris Daniel Roglieri, Debtor

Case No. 24-10157

Hon. Patrick G. Radel

**FILED**
NOV 03 2025
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

**CERTIFICATE OF SERVICE**

I, Kris Daniel Roglieri, the Debtor in the above-captioned matter, hereby certify that on October 17, 2025, I caused a true and correct copy of the Notice Regarding Continued Service to Former Trustee to be served via electronic mail from the correctional facility's legal email system upon the following recipients:

- Marianne T. O'Toole, Chapter 7 Trustee
  Email: motoole@otoolegroup.com

- Holly Holecek, Esq., Counsel for the Trustee Marianne T. O'Toole, O'Toole Group
  Email: hrh@lhmlawfirm.com

Service was made by electronic mail for convenience, as scanning and emailing from the facility provides the most efficient means of service at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2025

Respectfully submitted,

/s/ Kris Daniel Roglieri

Debtor, Pro Se

c/o 11 Hill Top Ln

Poughkeepsie, NY 12603

(Currently Incarcerated)

Kris Daniel Roglieri

Debtor, Pro Se

Case No. 24-10157

c/o 11 Hill Top Ln

Poughkeepsie, NY 12603

(Currently Incarcerated)

October 17, 2025

Clerk of the Court

United States Bankruptcy Court

Northern District of New York

445 Broadway, Suite 330

Albany, NY 12207

Re: In re: Kris Daniel Roglieri

Case No. 24-10157-1-PGR

Hon. Patrick G. Radel

Dear Clerk of Court,

Please find enclosed my Notice Regarding Continued Service to Former Trustee for filing in the above-referenced case. This Notice concerns the continued inclusion of former Trustee Christian H. Dribusch on the court's ECF email distribution list, despite his resignation and my prior filing requesting his removal (Docket No. 554).

This matter raises confidentiality and privacy concerns, as Mr. Dribusch should no longer be receiving any case-related filings or correspondence. I respectfully request that this Notice be entered on the docket and forwarded to Judge Patrick G. Radel's chambers for review and corrective action.

Thank you for your time and assistance in ensuring that this issue is properly addressed.

Respectfully submitted,

Kris Daniel Roglieri

Debtor, Pro Se

Case No. 24-10157-1-PGR

c/o 11 Hill Top Ln

Poughkeepsie, NY 12603

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK

In re:

Kris Daniel Roglieri, Debtor

Case No. 24-10157-1-PGR

Hon. Patrick G. Radel

NOTICE REGARDING CONTINUED SERVICE TO FORMER TRUSTEE

Debtor respectfully submits this notice to bring to the Court's attention an ongoing issue with the electronic service list in this case.

On September 9, 2025, Debtor filed Docket No. 554, requesting that the Court and Clerk update the case email list to reflect the resignation of former Trustee Christian H. Dribusch and to ensure that he no longer receives electronic service in this matter. Despite this filing and the official change in trusteeship, Mr. Dribusch continues to

receive ECF notices and filings via email, as shown by the attached Exhibit A, an October 15, 2025 email distribution list that includes him at cdribusch@chd-law.com.

This situation raises significant confidentiality and privacy concerns, since Mr. Dribusch is no longer an authorized participant or fiduciary in this case. The case materials contain private, financial, and administrative information that should only be shared with the current trustee, Marianne O'Toole, and her counsel.

Debtor respectfully requests that the Court:

- Order the Clerk's Office to immediately remove cdribusch@chd-law.com from the ECF service and distribution lists; and

- Confirm on the record that only the current trustee and her counsel are receiving case-related communications and filings.

Dated: October 17, 2025

Respectfully submitted,


Kris Daniel Roglieri

*/s/ Kris Daniel Roglieri*

Debtor, Pro Se

11 Hill Top LN

Poughkeepsie, NY 12603


Exhibit A – Email Distribution List Including Former Trustee (Oct. 15, 2025)

(Screenshot showing "Christian Dribusch – cdribusch@chd-law.com" circled in yellow among recipients of case-related filings.)

EXHIBIT A

> mzapala@woh.com  mzapala@woh.com
>
> powerst@whiteandwilliams.com
> powerst@whiteandwilliams.com
>
> echo-oleary@pashmanstein.com  echo-oleary@pashmanstein.com
>
> jbarsalona@pashmanstein.com
> jbarsalona@pashmanstein.com
>
> pdamin@lemerygreisler.com
> pdamin@lemerygreisler.com
>
> chad.miesen@chdblaw.com
> chad.miesen@chdblaw.com
>
> willesser@parkerpoe.com  willesser@parkerpoe.com
>
> Rock, Robert  robert.rock@ag.ny.gov
>
> aoden@pashmanstein.com
> aoden@pashmanstein.com
>
> jkoevary@olshanlaw.com  jkoevary@olshanlaw.com
>
> cdesiderio@nixonpeabody.com
> cdesiderio@nixonpeabody.com
>
> lombardo@chapman.com  lombardo@chapman.com
>
> papastore@oalaw.com  papastore@oalaw.com
>
> hjaffe@pashmanstein.com  hjaffe@pashmanstein.com
>
> broy@harrisbeachmurtha.com
> broy@harrisbeachmurtha.com
>
> Klose, Susanna  susanna.klose1@ag.ny.gov
>
> sdonato@bsk.com  sdonato@bsk.com
>
> arivera@bsk.com  arivera@bsk.com
>
> Christian Dribusch  cdribusch@chd-law.com
>
> Masterson, Garry  gmasterson@weltman.com
>
> mkye@kyelaw.com  mkye@kyelaw.com
>
> Yann Geron  ygeron@geronlegaladvisors.com
>
> Date  Oct 15, 2025 at 5:42 PM
>
> 🔒 Standard encryption (TLS)
>
> ↩ Reply        ↪ Forward        

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK

In re:

KRIS D. ROGLIERI, Debtor

Chapter 7 Case No. 24-10157-REL

Re: Request for Removal of Christian Dribusch from ECF Notifications

Date: September 5, 2025

**FILED**

**SEP 0 9 2025**

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Hon. Robert E. Littlefield, Jr.

United States Bankruptcy Court

Northern District of New York

James T. Foley U.S. Courthouse

445 Broadway, Suite 330

Albany, NY 12207

Dear Hon. Robert E. Littlefield, Jr.:

I, Kris D. Roglieri, by and through my Attorney-in-Fact, Linda Oliver, respectfully request that the Court formally remove former Trustee Christian Dribusch from all future CM/ECF notices and electronic service lists in this case.

Mr. Dribusch formally resigned and has since been replaced by Trustee Marianne O'Toole, with Attorney Holly R. Holecek serving as her legal counsel. However, Mr. Dribusch's name and contact information continue to appear on docketed notifications and electronic filings.

As Mr. Dribusch no longer holds any fiduciary or representative capacity in this matter, we respectfully ask the Court to direct the Clerk's Office to remove his name and contact from all future CM/ECF service lists and email distributions, in the interest of maintaining a clear and accurate docket.

Please note this request is not intended to interfere in any way with the administration of the estate. We trust the newly appointed trustee and her legal team to conduct a fair and diligent process. This letter is submitted solely to support an orderly and accurate record.

Thank you for your time and attention to this matter.

Respectfully submitted,

KRIS D. ROGLIERI

N-4 #45131

Rensselaer County Jail

4000 Main Street

Troy, NY 12180

By: Linda Oliver, as Attorney-in-Fact

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF NEW YORK**

In re: KRIS D. ROGLIERI, Debtor

Chapter 7 Case No. 24-10157-REL

**CERTIFICATE OF SERVICE (MAILED COPY)**

**FILED**

**SEP 09 2025**

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

I, Linda Oliver, as Attorney-in-Fact for Debtor Kris D. Roglieri, hereby certify that on September 5, 2025, I caused a true and correct copy of the letter titled "Request for Removal of Christian Dribusch from ECF Notifications" to be served by First-Class United States Mail, postage prepaid, upon the following parties:

Holly R. Holecek, Esq.

LaMonica Herbst & Maniscalco, LLP

3305 Jerusalem Avenue

Wantagh, NY 11793

Marianne T. O'Toole, Chapter 7 Trustee

2 Depot Plaza, Suite 2E

Bedford Hills, NY 10507

Dated: September 5, 2025

Respectfully submitted,

Linda Oliver

Attorney-in-Fact for Kris D. Roglieri