# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

**CHAMBERS OF THE**
**Honorable Patrick G. Radel**
**U.S. BANKRUPTCY JUDGE**

| | |
|---|---|
| To: | Marianne T. O'Toole, Esq. |
| From: | Chambers |
| Date: | December 8, 2025 |
| | |
| Re: | Kris Roglieri, Debtor |
| | Case No. 24-10157 |
| | Trustee's Motion to Abandon (Docket No. 593) & Notice of Hearing (Docket No. 594) |

On 12/5/2025, you filed a Motion to Abandon (Docket No. 593) scheduled to be heard on 12/23/2025 (18 days from the date of filing). Local Rule 9013-1 requires 21 days' notice for the requested relief.

Please perform the following actions:

1. File a motion to shorten time, if necessary, OR file and serve an Amended Notice of Hearing with a return date of January 13, 2026.

2. File a certificate of service.

<u>Absent compliance by **December 15, 2025**, the Court will deny your Motion to Abandon (Docket No. 593).</u>