So Ordered.

Signed this 15 day of December, 2025.



*Patrick G. Radel*
*Patrick G. Radel*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:  KRIS DANIEL ROGLIERI,                                    Case No. 24-10157-1-PGR
                                 Debtor.                                    Chapter 7

**ORDER DENYING DEBTOR'S REQUEST TO REMOVE FORMER TRUSTEE FROM THE CM/ECF EMAIL DISTRIBUTION LIST**

The Debtor, pro se, having filed a letter (Docket No. 581) requesting that former Chapter 7 Trustee Christian H. Dribusch, Esq. be removed from the Court's CM/ECF email distribution list; and the Court having issued a text order scheduling a status conference pursuant to Section 105 of the Bankruptcy Code (Docket No. 582) to discuss Debtor's request, and that text order having been served on the Debtor (Docket No. 583); and the conference having been held on December 11, 2025; and the Debtor having failed to appear; and the Court having given the matter due deliberation

**NOW, THEREFORE**, for the reasons stated herein and on the record at the December 11, 2025 conference, it is hereby

**ORDERED** that the request is DENIED due to infeasibility, lack of prejudice to the Debtor, and failure to provide a proper reason to remove Mr. Dribusch from electronic notifications of filings on the Court's public docket; and it is further

**ORDERD** that any concern(s) the Debtor may have regarding the confidentiality of filings on the docket may be raised in a motion to seal pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Rule 9018-1 of the Local Bankruptcy Rules; and it is further

**ORDERED** that the Clerk's Office shall mail a copy of this Order to Mr. Roglieri.

###