UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK

In re:

KRIS DANIEL ROGLIERI,

Debtor.

Case No. 24-10157-1-PGR

Chapter 7

RESPONSE TO ORDER DENYING REQUEST TO REMOVE FORMER TRUSTEE FROM CM/ECF EMAIL DISTRIBUTION LIST

I, Kris Roglieri, the Debtor in this case, proceeding pro se and currently incarcerated, respectfully submit this response regarding the Court's Order dated December 15, 2025 denying my request to remove former Chapter 7 Trustee Christian H. Dribusch, Esq. from the CM/ECF email distribution list.

The Order states that my request was denied in part because I "failed to appear" at the December 11, 2025 status conference. I respectfully submit that my non-appearance was not voluntary and did not constitute a waiver of my right to be heard.

At all relevant times, I have been continuously incarcerated. While incarcerated, I cannot independently arrange telephone or video appearances, cannot initiate professional or court-related calls, and cannot appear at hearings unless the Court coordinates in advance with the correctional facility. This is a restriction imposed by the jail, not by my own choice.

No coordination was made with the Rensselaer County Jail to permit my participation in the December 11, 2025 conference. As a result, I had no practical ability to appear, despite my desire to do so.

Accordingly, my failure to appear should not be construed as consent, waiver, or lack of interest, but rather as the result of a procedural barrier beyond my control. Any ruling resting on my non-appearance under these circumstances does not reflect a meaningful opportunity to be heard.

I respectfully request that the Court consider this response for the limited purpose of clarifying that my non-appearance was involuntary and that future proceedings involving me include appropriate coordination with the jail to permit telephone or video participation while I remain incarcerated.


Dated: January 6, 2026

Respectfully submitted,



Kris Roglieri

Debtor, pro se

Rensselaer County Jail

N-4 #45131

4000 Main Street

Troy, NY 12180

*[signature]*

# EXHIBIT

# A

So Ordered.

Signed this 15 day of December, 2025.



Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re: KRIS DANIEL ROGLIERI,
                           Debtor.

Case No. 24-10157-1-PGR
Chapter 7

## ORDER DENYING DEBTOR'S REQUEST TO REMOVE FORMER TRUSTEE FROM THE CM/ECF EMAIL DISTRIBUTION LIST

The Debtor, pro se, having filed a letter (Docket No. 581) requesting that former Chapter 7 Trustee Christian H. Dribusch, Esq. be removed from the Court's CM/ECF email distribution list; and the Court having issued a text order scheduling a status conference pursuant to Section 105 of the Bankruptcy Code (Docket No. 582) to discuss Debtor's request, and that text order having been served on the Debtor (Docket No. 583); and the conference having been held on December 11, 2025; and the Debtor having failed to appear; and the Court having given the matter due deliberation

1

NOW, THEREFORE, for the reasons stated herein and on the record at the December 11, 2025 conference, it is hereby

ORDERED that the request is DENIED due to infeasibility, lack of prejudice to the Debtor, and failure to provide a proper reason to remove Mr. Dribusch from electronic notifications of filings on the Court's public docket; and it is further

ORDERD that any concern(s) the Debtor may have regarding the confidentiality of filings on the docket may be raised in a motion to seal pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Rule 9018-1 of the Local Bankruptcy Rules; and it is further

ORDERED that the Clerk's Office shall mail a copy of this Order to Mr. Roglieri.

###

2