So Ordered.

Signed this 30 day of January, 2026.



_____

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                    Case No.: 24-10157-1-pgr

KRIS DANIEL ROGLIERI,                     Chapter 7

                Debtor.
---------------------------------------------------------X

### ORDER AUTHORIZING ABANDONMENT OF OWNERSHIP INTERESTS IN CERTAIN BUSINESSES

Upon the motion ("Motion") [ECF No. 593] of Marianne T. O'Toole, Esq., solely in her capacity as the successor Chapter 7 Trustee ("Successor Trustee") of the estate ("Estate") of Kris Daniel Roglieri ("Debtor"), seeking entry of an Order: (i) authorizing the Successor Trustee to abandon the Estate's right, title and interest (if any) in and to the following businesses listed on the Debtor's Schedule A/B: (a) Commercial Capital Training Group; (b) Digital Marketing Training Group; (c) National Lines of Commercial Loan, Brokers [sic]; (d) FUPME, LLC; and (e) Shark Ventures LLC (collectively, "Scheduled Interests"), as well as National Alliance of Commercial Loan Brokers (together with the Scheduled Interests, "Non-Debtor Interests") pursuant to Section 554(a) of Title 11 of the United States Code ("Bankruptcy Code") and Rule 6007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); (ii) granting such other,

further and different relief as this Court deems just and proper; and upon the Notice of Hearing [ECF No. 594] and Amended Notice of Hearing [ECF No. 597]; and upon the Affidavits of Service relating to the Motion [ECF Nos. 598, 599]; and upon the Objection of Raharney Capital to the Motion ("<u>Objection</u>") [ECF No. 615]; and upon the hearing conducted on January 13, 2026 ("<u>Hearing</u>"), the record of which is incorporated herein by reference; and the Objection having been withdrawn at the Hearing; and upon the record herein; and after due deliberation thereon; and good and sufficient cause,

**THE COURT HEREBY FINDS THAT:**

A. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

B. The Successor Trustee has articulated good and sufficient business reasons for the Court to grant the relief requested in the Motion, including that the continued retention of the Non-Debtor Interests is burdensome to the Estate.

D. Good and sufficient notice of the Motion has been given, and no additional or further notice is required.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED** that, pursuant to sections 105(a) and 554(a) of the Bankruptcy Code, the Motion is granted, and the Successor Trustee is authorized to abandon the Estate's right, title and interest in and to the Non-Debtor Interests to Kris Daniel Roglieri, individually; and, it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###