So Ordered.

Signed this 12 day of February, 2026.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Kris Daniel Roglieri,<br><br>                          Debtor. | Chapter 7<br><br>Case No.: 24-10157-1-PGR |

**ORDER GRANTING MOTION OF TINA M. ROGLIERI
FOR RELIEF FROM AUTOMATIC STAY**

      Upon consideration of the Motion of Tina M. Roglieri seeking relief from the automatic stay in this case (the "Motion") (ECF No. 603); and upon the Notice of Hearing (ECF No. 604) and the related Affidavit of Service (ECF No. 606); and upon the Limited Objection of Marianne T. O'Toole, solely in her capacity as the Successor Trustee ( the "Successor Trustee") of the bankruptcy estate of Kris Daniel Roglieri (the "Debtor") to the Motion (ECF No. 619); and upon the hearing conducted by the Court on January 13, 2026 (the "Hearing"); and upon the record of the Hearing, the transcript of which is incorporated by reference herein; and no further notice being required; and after due deliberation of all the facts and circumstances herein; now, therefore, it is hereby:

1

4931-3323-2526, v. 1

**ORDERED** that the Motion is granted to the extent set forth herein; and it is further

**ORDERED** that, to the extent it applies, the automatic stay under 11 U.S.C. § 362(a) is hereby modified under 11 U.S.C. § 362(d)(1) to permit the divorce action between Tina M. Roglieri and the Debtor currently pending in New York State Supreme Court, Warren County (the "State Court") under index number EF2024-72165 (the "Divorce Action"), to proceed, <u>provided that</u> enforcement of any judgment(s) of the State Court shall be limited to enforcement of issues not related to the Debtor's bankruptcy (i.e., custody) and enforcement against non-bankruptcy estate property; and it is further

**ORDERED** that the automatic stay remains in full force and effect with respect to property of the Debtor's bankruptcy estate; and, it is further

**ORDERED** that the State Court shall retain jurisdiction over all disputes arising in the Divorce Action, except to the extent any such dispute is subject to exclusive, concurrent, or original jurisdiction of this Court pursuant to 28 U.S.C. §§ 157(b), 1334(b) and 1334(e); and it is further

**ORDERED** that all rights of Tina M. Roglieri to serve an amended proof of claim are expressly preserved, as are the rights of the Successor Trustee to: (i) object to any proof of claim (or amended proof of claim) of Tina M. Roglieri; and/or (ii) estimate the amount of any proof of claim of Tina M. Roglieri pursuant to 11 U.S.C. § 502(c); and it is further

**ORDERED** that this Court shall retain jurisdiction to determine any disputes concerning this Order.

###

4931-3323-2526, v. 1