UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re

KRIS DANIEL ROGLIERI,                      **Chapter 7**
                                                                        Case No. 24-10157
                                                                        [AJB-DJS]

             Debtor.
-------------------------------------------------------

## APPEARANCE OF COUNSEL

      PLEASE TAKE NOTICE that SMITH SOVIK KENDRICK & SUGNET, P.C., Karen G. Felter, Esq. (Bar Roll No. 508182), hereby appears as counsel for Former Chapter 7 Trustee Christian H. Dribusch, in his individual capacity as Trustee of the bankruptcy estate of the above-captioned matter, in connection with the Notice of Hearing of Request for Leave to Commence a Civil Action (Dkt. # 645), filed by Linda Oliver on February 19, 2026, which advised the Court of a hearing date of March 3, 2026.

      PLEASE TAKE FURTHER NOTICE that the undersigned requests that all notices, pleadings, papers, and other documents related to the Request for Leave to Commence a Civil Action, be served upon me via CM/ECF or as directed the Court, the Federal Rules of Bankruptcy Procedure or the Local Rules of this Court.

      PLEASE TAKE FURTHER NOTICE that I am admitted or otherwise authorized to practice in this Court.
.
DATED:  February 23, 2026

                                        SMITH, SOVIK. KENDRICK & SUGNET, P.C.

                                      By: _____
                                            Karen G. Felter, Esq.
                                            Bar Roll No. 508182
                                Attorneys for Defendant
                                250 South Clinton Street, Suite 600
                                Syracuse, New York  13202
                                (315) 474-2911
                                kfelter@smithsovik.com

{S2309926.1}