UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re

KRIS DANIEL ROGLIERI,

                           Debtor.

-------------------------------------------------------

**Chapter 7**
Case No. 24-10157
[AJB-DJS]

## APPEARANCE OF COUNSEL

     PLEASE TAKE NOTICE that SMITH SOVIK KENDRICK & SUGNET, P.C., Kevin E. Hulslander, Esq. (Bar Roll No.103027), hereby appears as counsel for Former Chapter 7 Trustee Christian H. Dribusch, in his individual capacity as Trustee of the bankruptcy estate of the above-captioned matter, in connection with the Notice of Hearing of Request for Leave to Commence a Civil Action (Dkt. # 645), filed by Linda Oliver on February 19, 2026, which advised the Court of a hearing date of March 3, 2026.

     PLEASE TAKE FURTHER NOTICE that the undersigned requests that all notices, pleadings, papers, and other documents related to the Request for Leave to Commence a Civil Action, be served upon me via CM/ECF or as directed by the Court, the Federal Rules of Bankruptcy Procedure or the Local Rules of this Court.

     PLEASE TAKE FURTHER NOTICE that I am admitted or otherwise authorized to practice in this Court.

.
DATED: March 11, 2026

                              SMITH, SOVIK, KENDRICK & SUGNET, P.C.

                              By: _____
                                   Kevin E. Hulslander, Esq.
                                   Bar Roll No. 103027
*Attorneys for Former Chapter 7 Trustee*
*Christian H. Dribusch*
250 South Clinton Street, Suite 600
Syracuse, New York  13202
(315) 474-2911
[khulslander@smithsovik.com](mailto:khulslander@smithsovik.com)

{S2309926.1}