# **<u>EXHIBIT E</u>**

**Hearing Date: April 16, 2026 at 10:00 a.m.**
**Objection Deadline: 5:00 p.m. on April 9, 2026**
**Auction Date: June 13-14, 2026**

**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Marianne T. O'Toole, Esq., Successor Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Holly R. Holecek, Esq.

**GERON LEGAL ADVISORS LLC**
*Counsel to Yann Geron, Esq., Plan Administrator*
370 Lexington Avenue, Suite 1208
New York, New York 10017
Telephone: (646) 560-3224
Yann Geron, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                     Case No.: 24-10157-1-pgr

KRIS DANIEL ROGLIERI,                                      Chapter 7

                    Debtor.
---------------------------------------------------------X
In re:                                                     Case No.: 24-11029-1-pgr

PRIME CAPITAL VENTURES, LLC,                               Chapter 11 (Plan Confirmed)

                    Debtor.
---------------------------------------------------------X

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF INTENDED SALE

**PLEASE TAKE NOTICE** that, Marianne T. O'Toole, Esq., solely in her capacity as Successor Chapter 7 Trustee ("Roglieri Successor Trustee") of the estate of Kris Daniel Roglieri ("Roglieri"), and Yann Geron, Esq., formerly the chapter 11 trustee of Prime Capital Ventures, LLC ("Prime") and now solely in his capacity as Plan Administrator of Prime's confirmed chapter 11 plan (the "Prime Administrator" and collectively with the Roglieri Successor Trustee, the "Trustees") , through Phillips Auctioneers LLC in association with Bacs & Russo ("Phillips"), intend to conduct a public auction sale of the Roglieri and Prime estates' right, title and interest in and to a certain Richard Mille watch identified as an RM 52-01 Tourbillon Skull ("RM Skull Watch") at Phillips' *New York Watch Auction: XIV* scheduled for June 13-14, 2026 at Phillips' New York location at 432 Park Avenue, New York, New York 10022 ("Auction").

**PLEASE TAKE FURTHER NOTICE** that the RM Skull Watch is being sold "AS IS", "WHERE IS", "WITH ALL FAULTS", with no warranties or guarantees of any kind.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Trustees' joint motion to approve the sale of the RM Skull Watch at the Auction ("Motion") is scheduled for **April 16, 2026 at 10:00 a.m.** ("Hearing").

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held in-person at the James T. Foley U.S. Courthouse and Federal Building, 445 Broadway, Suite 306, Albany, New York, 12207. Appearances in the Hearing may be made in-person at the Courthouse **OR** by video via Teams, for which pre-registration is required by 3:00 PM one (1) business day before the Hearing. Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances to register.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must: (i) be in writing; (ii) conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules; (iii) state with particularity the grounds therefor; and (iv) be filed with the Court no later than **5:00 p.m. on April 9, 2026** as follows: (a) through the Court's CM/ECF system, which may be accessed through the internet at: https://ecf.nynb.uscourts.gov/, in portable document format (PDF); or (b) if a party is unavailable to file electronically, a paper copy of the objection can be mailed to the Clerk of the Court, U.S. Bankruptcy Court, James T. Foley United States Courthouse, 445 Broadway, Suite 330, Albany, New York 12207 for filing.

**PLEASE TAKE FURTHER NOTICE** that additional information concerning the RM Skull Watch and the Auction can be obtained by contacting the Trustees, through their counsel, at the numbers listed below.

Dated: March 23, 2026

**Marianne T. O'Toole, Esq., Successor Chapter 7 Trustee**
c/o LaMonica Herbst & Maniscalco, LLP
Holly R. Holecek, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Email: hrh@lhmlawfirm.com

**Yann Geron, Esq., Plan Administrator**
c/o Geron Legal Advisors LLC
Yann Geron, Esq.
370 Lexington Avenue, Suite 1208
New York, New York 10017
Telephone: (646) 560-3224
Email: ygeron@geronlegaladvisors.com
mailto: