UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------,--------------------------

In re

KRIS DANIEL ROGLIERI,

                  Debtor.

-------------------------------------------------------------------------------

**ATTORNEY DECLARATION**

**DATE, TIME, & LOCATION
OF HEARING:**

**April 16, 2026, at 10:00 a.m.
United States Bankruptcy
Court for the Northern
District of New York, Albany
Division, James T. Foley U.S.
Courthouse, 445 Broadway,
Albany, NY 12207**

Chapter 7
Case No. 24-10157-1-pgr

        **THOMAS J. DEBERNARDIS, ESQ.**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

        1.      I am an attorney licensed to practice law in the State of New York and in the United States Bankruptcy Court for the Northern District of New York. I am a partner in the law firm Smith, Sovik, Kendrick & Sugnet, P.C., attorneys for Former Chapter 7 Trustee Christian H. Dribusch, Esq. ("Trustee Dribusch") in connection with Linda Oliver's motion seeking leave to commence a civil action against him. (*See,* Dkt. # 654 [Amended Notice of Hearing for April 16, 2026] and related Dkt. # 645 [Oliver motion papers]).

        2.      I submit this Declaration in opposition to Oliver's motion which is patently meritless and should be denied in its entirety because all Trustee Dribusch

1

did was his job.  Indeed, Trustee Dribusch—an experienced, well-respected bankruptcy lawyer who has administered thousands of Chapter 7 matters over the course of his 30+ year career—went above and beyond his statutory and fiduciary duties to ensure the Debtor Estate of Mr. Roglieri was effectively, securely, and efficiently administered.

3.　　　Contrary to the erroneous assertions and harmful aspersions in Oliver's motion, Trustee Dribusch plainly did not commit trespass, covert Oliver's property, unlawfully "evict" Oliver, or otherwise exceed the scope of his Trustee duties.  As Trustee Dribusch attests in his accompanying Declaration, all of his actions complied with the Bankruptcy Code, the Orders of this Court, and his solemn fiduciary obligations to the Debtor Estate to which he was exclusively accountable.

4.　　　Like her initial District Court lawsuit which Judge Brindisi dismissed without leave to amend, Oliver's instant motion is transparently fueled by her personal animus against Trustee Dribusch for holding true to his statutory duties, which properly (and necessarily) meant Oliver could no longer stay transiently and leave some personal belongings at her criminally detained boyfriend-debtor's residence.  This Court should deny her motion in its entirety.

5.　　　The following Exhibits are submitted herewith and relied upon:

**Exhibit A:**　　**Decision and Order of the Hon. Anthony J. Brindisi dated Nov. 21, 2025;**

**Exhibit B:**　　**Transcript of Turnover Order Hearing held May 20, 2024;**

| Exhibit C: | Turnover Order dated May 22, 2024; |
|---|---|
| Exhibit D: | Transcript of Supplemental Turnover Order Hearing held June 7, 2024; |
| Exhibit E: | Supplemental Turnover Order dated June 10, 2024 |

6.     The legal basis for this opposition is set forth in Trustee Dribusch's accompanying Declaration and in the accompanying Memorandum of Law.

7.     I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2026

_____
THOMAS J. DEBERNARDIS, ESQ.

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In re
KRIS DANIEL ROGLIERI,

Chapter 7
Case No. 24-10157-1-pgr

Debtor.

-------------------------------------------------------------

### Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

The foregoing document complies with Federal Rule of Bankruptcy Procedure 8013(f)(3)(A) and to the extent applicable, 8015(h), because, excluding the exempted parts of the document, it contains 426 words, and has been prepared in a proportionally spaced typeface with Microsoft Word using Century Schoolbook, 12-point font.

Dated: April 6, 2026

_____
Thomas J. DeBernardis