REC'D & FILED
6/10/2026
2026 JUN 10 AM 10: 25
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK

ALBANY DIVISION

In re:

KRIS DANIEL ROGLIERI,

Debtor.

Case No. 24-10157-1-PGR

Chapter 7

MOTION FOR TURNOVER OF PERSONAL PROPERTY

Kris Daniel Roglieri, by and through his Power of Attorney, Linda Oliver, respectfully moves this Court for an Order directing Joseph M. Roglieri to identify and turn over personal property belonging to Kris Daniel Roglieri and, in support thereof, states as follows:

1. The property at issue consists primarily of exempt personal belongings, sentimental family memorabilia, photographs, keepsakes, collectibles, and other non-estate personal effects belonging to Kris Daniel Roglieri.

2. These items were not estate liquidation assets and were not intended to be permanently retained by Joseph M. Roglieri.

3. During or about June 2024, certain personal belongings, exempt property, family memorabilia, and other non-estate items belonging to Kris Daniel Roglieri were transferred by representatives associated with the Saratoga Automobile Museum ("SAM"), including Megan Hennessey, to Joseph M. Roglieri for temporary safekeeping following the turnover process associated with the bankruptcy estate.

4. The transfer was made solely for custodial and safekeeping purposes and was not intended to convey ownership, possession rights, or any permanent interest in the property to Joseph M. Roglieri.

5. Joseph M. Roglieri was acting only as a temporary custodian of the property and was never granted ownership or authority to permanently retain any of the belongings.

6. At all relevant times, the property remained the personal property of Kris Daniel Roglieri.

7. Joseph M. Roglieri returned only a limited portion of the property entrusted to him for safekeeping. Specifically, Joseph M. Roglieri voluntarily released certain items identified in his written acknowledgment dated May 31, 2025. Upon information and belief, additional personal property, family memorabilia, photographs, keepsakes, and other

belongings belonging to Kris Daniel Roglieri remain outstanding and have not been identified or returned.

8. Thereafter, at Kris Daniel Roglieri's request, Linda Oliver, acting solely as Attorney-in-Fact and Power of Attorney for Kris Daniel Roglieri, requested that Joseph M. Roglieri identify and return any remaining property belonging to Kris Daniel Roglieri that had been entrusted to him for safekeeping. No response was received.

9. In an effort to avoid unnecessary Court intervention, Linda Oliver, acting solely as Attorney-in-Fact and Power of Attorney for Kris Daniel Roglieri, undertook additional good-faith efforts to resolve this matter outside of Court. On June 3, 2026, Linda Oliver contacted Chapter 7 Trustee Marianne O'Toole, Trustee's counsel Holly R. Holecek, and Megan Hennessey of the Saratoga Automobile Museum requesting assistance in securing the return and identification of the remaining personal property transferred to Joseph M. Roglieri for safekeeping. A follow-up communication was sent on June 5, 2026. Despite these efforts, no response was received from Joseph M. Roglieri, the Trustee, Trustee's counsel, or representatives of the Saratoga Automobile Museum. Accordingly, all reasonable efforts to resolve this matter without judicial intervention have been exhausted.

10. On or about May 31, 2025, Joseph M. Roglieri executed a written acknowledgment confirming that he was in possession of property belonging to Kris Daniel Roglieri and voluntarily released certain items to Linda Oliver on Kris Daniel Roglieri's behalf. This acknowledgment confirms that Joseph M. Roglieri was acting as a custodian of Kris Daniel Roglieri's property and not as the owner thereof.

11. Linda Oliver, acting as Attorney-in-Fact and Power of Attorney for Kris Daniel Roglieri, was in the process of relocating and securing housing at the time certain property was being distributed. In order to ensure that Kris Daniel Roglieri's personal property, family memorabilia, and personal effects remained protected and secure, Linda Oliver authorized and requested that certain items be temporarily transferred to and held by Joseph M. Roglieri for safekeeping. This arrangement was consistent with other property belonging to Kris Daniel Roglieri that had been transferred to Joseph M. Roglieri through representatives associated with the Saratoga Automobile Museum for temporary safekeeping. At no time was the transfer intended to convey ownership of the property to Joseph M. Roglieri.

12. Because Kris Daniel Roglieri was not present during the turnover process and does not possess a complete inventory of the items transferred to Joseph M. Roglieri for safekeeping, the following list is believed to include certain, but not necessarily all, property that remains outstanding:

• Mercedes-Benz front grille;

• Gold-framed painting depicting Kris Daniel Roglieri's father fishing at the lake;

• Vintage gumball machine;

• Crossbow belonging to Kris Daniel Roglieri, which he requests be returned to his designated Power of Attorney for lawful liquidation and sale;

• Orange fishing tackle box;

• 2014 Sangiovese "Roglieri Family" bottle of wine;

• Three black-and-white framed photographs depicting Kris Daniel Roglieri's father with family members and friends;

• Any and all additional personal belongings, exempt property, memorabilia, sentimental items, family effects, photographs, keepsakes, collectibles, and other property belonging to Kris Daniel Roglieri that were transferred to Joseph M. Roglieri by representatives of the Saratoga Automobile Museum, including Megan Hennessey, estate representatives, or any other person acting on behalf of the bankruptcy estate for temporary safekeeping and that have not yet been returned, as requested by Kris Daniel Roglieri.

13. The retained items are personal and sentimental in nature and include irreplaceable family memorabilia, photographs, collectibles, keepsakes, and personal effects belonging to Kris Daniel Roglieri.

14. Copies of the documents referenced herein are attached as Exhibits A through C and incorporated herein by reference. Additional communications and documentary evidence confirming Joseph M. Roglieri's possession of certain items are available and may be submitted upon request of the Court. The attached exhibits demonstrate Joseph M. Roglieri's custodial possession of property belonging to Kris Daniel Roglieri, the identity of certain missing items including family memorabilia, the gold-framed painting depicting Kris Daniel Roglieri's father fishing at the lake, and three black-and-white framed photographs depicting Kris Daniel Roglieri's father with family members and friends, the transfer of property to Joseph M. Roglieri for safekeeping, and the good-faith efforts undertaken by Linda Oliver, acting on behalf of Kris Daniel Roglieri, to obtain the return of the property without Court intervention.

15. Because the items at issue are personal and exempt property and are not property of the bankruptcy estate, because such property was transferred to Joseph M. Roglieri solely for temporary safekeeping and not for ownership or permanent retention, and because all reasonable efforts to secure the property's return without Court intervention have been exhausted, Court intervention is necessary to secure the identification and return of Kris Daniel Roglieri's personal property.

WHEREFORE, Kris Daniel Roglieri respectfully requests that this Court enter an Order:

A. Directing Joseph M. Roglieri to immediately identify and return all remaining personal property, exempt property, family memorabilia, photographs, sentimental belongings, collectibles, keepsakes, and other property belonging to Kris Daniel Roglieri;

B. Directing Joseph M. Roglieri to identify and turn over any and all personal property, exempt property, family memorabilia, photographs, keepsakes, collectibles, and other belongings belonging to Kris Daniel Roglieri that were transferred to Joseph M. Roglieri by representatives of the Saratoga Automobile Museum, including Megan Hennessey, estate representatives, or any other person acting on behalf of the bankruptcy estate for temporary safekeeping, as requested by Kris Daniel Roglieri;

C. Authorizing release of the property to Linda Oliver, as Power of Attorney for Kris Daniel Roglieri, on his behalf; and

D. Granting such other and further relief as the Court deems just and proper.

Dated: June 8, 2026

Respectfully submitted,

Linda Oliver
Power of Attorney for
Kris Daniel Roglieri

11 Hill Top Ln
Poughkeepsie, NY 12603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

KRIS DANIEL ROGLIERI,

Debtor.

Case No. 24-10157-1-PGR
Chapter 7

TABLE OF EXHIBITS

In Support of Motion for Turnover of Personal Property

## EXHIBIT A

Property Acknowledgment and Related Communications

• Written acknowledgment executed by Joseph Roglieri dated May 31, 2025.

• Related text message communications demonstrating Joseph Roglieri's possession and custodial control of property belonging to Kris Daniel Roglieri.

## EXHIBIT B

Photographs of Missing Property, Family Memorabilia, and Personal Property

• Gold-framed painting depicting Kris Daniel Roglieri's father fishing at the lake;

• Three black-and-white framed photographs depicting Kris Daniel Roglieri's father with family members and friends;

• Crossbow belonging to Kris Daniel Roglieri, which he requests be returned to his designated Power of Attorney for lawful liquidation and sale;

• Vintage gumball machine;

• Mercedes-Benz front grille;

• Orange fishing tackle box;

• 2014 Sangiovese "Roglieri Family" bottle of wine;

• Any and all additional personal belongings, exempt property, memorabilia, sentimental items, family effects, photographs, keepsakes, collectibles, and other property belonging to Kris Daniel Roglieri that were transferred or given to Joseph Roglieri by Megan Hennessey, representatives of the Saratoga Automobile Museum, estate representatives, or any other person acting on behalf of the bankruptcy estate for temporary safekeeping and that have not yet been identified, accounted for, or returned.

## EXHIBIT C

Efforts to Resolve Matter Without Court Intervention

• Email dated June 3, 2026, from Linda Oliver, acting as Attorney-in-Fact and Power of Attorney for Kris Daniel Roglieri, to Chapter 7 Trustee Marianne O'Toole, Trustee's counsel Holly R. Holecek, and Megan Hennessey of the Saratoga Automobile Museum, requesting assistance regarding the identification and return of Kris Daniel Roglieri's personal property.

• Follow-up email dated June 5, 2026, after no response was received.

Dated: June 8, 2026

Respectfully submitted,

Linda Oliver
Power of Attorney for
Kris Daniel Roglieri

11 Hill Top Ln
Poughkeepsie, NY 12603

2 of 2

# EXHIBIT A

## Property Acknowledgment and Related Communications

5/31/25

I, Joseph Roglieri, am voluntarily releasing items of possession of my brother Kris D. Roglieri, under his direction, to Linda Oliver today, May 31, 2025.

Item to be transferred:

1, Korg Organ with stand

2. Roland Amplifier

3. Frank Sinatra gold album

4. Roglieri Wine opener

5. Roglieri Wine barrel lid

6. Collection of Goldrush signs, artifacts, headphones

7. Picture collection, Yearbook, diploma, miscellaneous books

8. Jewelry (gold rings, pinky ring, Cuban cut gold bracelet)

9. Black bag with wine bottles

10. Ferrari sign

11. Jewelry wood box/leather grey purse bags

12. Mercedes clock

13. Dart collection

14. Dan Marino #13 football in case

Signed/Date:

5/31/25

Linda Oliver

Signed/Date:

5/31/25

Joseph Roglieri



**Joe Roglieri**

Also, I think that's your dad's knife that he went fishing with I don't know what happened to it because I had it on the dresser and it went missing, but I don't know if they gave it to you or what

We have just about everything except not sure about the knives. Don't have the barrel, but have the lid on top.

So you have everything in the photos except for the knife, and they only gave you the top of the barrel with the family emblem?

Did you get that bottle of wine that says Roglieri?

There's a bag of bottles of wine. Honestly, haven't even looked at it, but I think one does say Roglieri.

Crossbow too



# EXHIBIT B

**Photographs of Missing Property, Family Memorabilia, and Personal Property**











# EXHIBIT C

**Efforts to Resolve Matter Without Court Intervention**



**Joe Roglieri** 〉

Fri, May 22 at 3:51PM

Hey Joe,
I wanted to reach out before filing Kris's turnover motion with the Court on Tuesday. I've been helping Kris prepare and organize motions.

This motion concerns the remaining personal property and family memorabilia that was turned over to you for safekeeping and has not yet been fully returned. Kris would prefer to resolve this outside of court if possible.
If you would like to arrange the return of the remaining property before the motion is filed, please let me know. Otherwise, I will proceed with submitting the motion and supporting evidence to the Court on Kris's behalf.

Thanks

Fri, May 22 at 5:03PM



**Return property .PDF**
PDF Document · 142 KB

 Gmail

## Request for Assistance Regarding Property Held by Joseph Roglieri

2 messages

**LINDA OLIVER** <lindaoliverofficial@gmail.com>                                      Wed, Jun 3, 2026 at 9:18 AM
To: "Holly R. Holecek" <hrh@lhmlawfirm.com>, Marianne O'Toole <motoole@otoolegroup.com>
Cc: Megan Hennessey <Megan@saratogaautomuseum.org>

Hi Holly and Trustee O'Toole,

Attached is a proposed Motion for Turnover of Personal Property concerning property belonging to Kris Roglieri that was
transferred to his brother, Joseph Roglieri, during the June 2024 turnover process involving the Saratoga Automobile
Museum by Megan.

As outlined in the attached motion, repeated requests have been made for the return of the remaining property.
Unfortunately, those requests have not been successful, and certain personal and exempt items remain outstanding.

Before filing the motion with the Court, I wanted to inquire whether the Trustee's office or the Saratoga Automobile
Museum may be able to assist in resolving this matter informally. Since the property was originally transferred through that
process, I wanted to provide an opportunity for the issue to be addressed without requiring Court intervention.

If the matter cannot be resolved voluntarily, Kris intends to proceed with filing the attached Motion for Turnover of
Personal Property for the July 8, 2026 hearing calendar.

Please let me know your position at your earliest convenience.

Thank you,

Linda Oliver

5/31/25

I, Joseph Roglieri, am voluntarily releasing items of possession of my brother Kris D. Roglieri,

under his direction, to Linda Oliver today, May 31, 2025.

Item to be transferred:

1, Korg Organ with stand

2. Roland Amplifier

3. Frank Sinatra gold album

4. Roglieri Wine opener

5. Roglieri Wine barrel lid

6. Collection of Goldrush signs, artifacts, headphones

7. Picture collection, Yearbook, diploma, miscellaneous books

8. Jewelry (gold rings, pinky ring, Cuban cut gold bracelet)

9. Black bag with wine bottles

10. Ferrari sign

11. Jewelry wood box/leather grey purse bags

12. Mercedes clock

13. Dart collection

14. Dan Marino #13 football in case

Signed/Date:                                    Signed/Date:

5/31/25                                         5/31/25

Linda Oliver                                    Joseph Roglieri

**5 attachments**



**IMG_1142.jpeg**
81K



**IMG_1147.jpeg**
357K



**IMG_1144.jpeg**
427K



**IMG_1143.jpeg**
511K

 **Return property.Joe Roglieri .pdf**
96K

---

**LINDA OLIVER** <lindaoliverofficial@gmail.com>                              Fri, Jun 5, 2026 at 9:39 AM
To: "Holly R. Holecek" <hrh@lhmlawfirm.com>, Marianne O'Toole <motoole@otoolegroup.com>
Cc: Megan Hennessey <Megan@saratogaautomuseum.org>

Good Morning,

I am following up regarding my prior emails concerning Kris Roglieri's personal property that was turned over to Joe Roglieri through Saratoga Auto Museum in June 2024.

To date, I have not received a response from the Trustee, Trustee's counsel, or Megan regarding this matter. I have made multiple attempts to resolve this informally and avoid involving the Court.

The items at issue are personal and sentimental belongings that were previously identified and released from the bankruptcy estate. Despite my efforts to coordinate their return, the matter remains unresolved.

Please let me know if the Trustee intends to address this issue directly with Saratoga Auto Museum and/or Joe Roglieri, or if I should proceed with filing a Motion for Turnover and request for hearing with the Bankruptcy Court.

I would appreciate a response at your earliest convenience. If I do not hear back, I will assume that no informal resolution is being pursued and will proceed accordingly.

Thank you for your time and attention to this matter.


Respectfully,

Linda Oliver

Attorney-in-Fact for Kris Roglieri


[Quoted text hidden]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

KRIS DANIEL ROGLIERI,

Debtor.

Case No. 24-10157-1-PGR
Chapter 7

**CERTIFICATE OF SERVICE**

I, Linda Oliver, hereby certify that on the 8th day of June, 2026, I served a true and correct copy
of the Notice of Hearing and Motion for Turnover of Personal Property, together with all exhibits
attached thereto, by United States Mail, postage prepaid, upon the following:

Joseph M. Roglieri
2356 Putnam Rd
Schenectady, NY 12306

Marianne T. O'Toole, Chapter 7 Trustee
2 Depot Plaza
Suite 2E
Bedford Hills, NY 10507

Holly Ruth Holecek, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Suite 201
Wantagh, NY 11793

Megan Hennessey
Saratoga Automobile Museum
110 Avenue of the Pines
Saratoga Springs, NY 12866

I further certify that the original Motion for Turnover of Personal Property was filed with:

Clerk of the United States Bankruptcy Court
Northern District of New York
445 Broadway, Suite 330
Albany, NY 12207

Dated: June 8, 2026

Respectfully submitted,

Linda Oliver
Attorney-in-Fact and Power of Attorney
for Kris Daniel Roglieri

11 Hill Top Ln
Poughkeepsie, NY 12603