

# Dribusch Law Firm

June 24, 2026

**Hon. Patrick G. Radel**
United States Bankruptcy Judge
United States Bankruptcy Court
Northern District of New York

Re: *In re Kris Daniel Roglieri*, Case No. 24-10157

Dear Judge Radel:

I respectfully write to request permission to make a fee application returnable on the Court's July 16, 2026 calendar at 2:30 p.m.**,** which I understand corresponds to the Court's Vermont conflict calendar.

This request is made considering scheduling constraints. The next available return date appears to be August 13, 2026, which coincides with the first day I am scheduled to commence public service as an Assistant Attorney General with the New York State Office of the Attorney General, Bankruptcy and Civil Recoveries Unit, in Albany, New York**.** As a result, appearing on that date may present practical difficulties.

The requested date for July 16, 2026 would allow the application to be heard in a timely manner without delaying administration of the case and would avoid any scheduling conflicts associated with my transition to government service.

I appreciate the Court's consideration of this request and will, of course, proceed in whatever manner the Court directs.

Respectfully submitted,

*/s/ Christian H. Dribusch*
Christian H. Dribusch