**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516-826-6500
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                    Case No.: 24-10157-1-pgr

KRIS DANIEL ROGLIERI,                    Chapter 7

                        Debtor.
----------------------------------------------------------X

## SUPPLEMENTAL DECLARATION DISCLOSING INCREASE IN HOURLY RATES EFFECTIVE AUGUST 1, 2026

Holly R. Holecek, Esq., declares as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner in LaMonica Herbst & Maniscalco, LLP ("LH&M"), which maintains its offices at 3305 Jerusalem Avenue, Wantagh, New York 11793. I am duly admitted to practice law before this Court and the courts of the State of New York. I have personal knowledge of the facts set forth herein.

2.      By Order dated June 25 2025 ("Employment Order") [ECF No. 506], the Court approved the employment of LH&M as counsel to Marianne T. O'Toole, as Successor Chapter 7 Trustee in the above-captioned case ("Successor Trustee").

3.      The Employment Order provides, in pertinent part, as follows:

> ORDERED that ten business days prior to any increases in LH&M's hourly rates, LH&M shall file a supplemental declaration with the Court setting forth the basis for the rate increase; and, it is further

> ORDERED that parties in interest, including the United States Trustee, shall retain all rights to object to or otherwise respond to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code[.]

See Employment Order at p. 2.

1

4.      In accordance with the Employment Order, I submit this Supplemental

Declaration disclosing the following increases in LH&M's hourly rates effective as of August 1,

2026:

| Name | Title | Current Hourly Rate | New Hourly Rate |
|---|---|---|---|
| Salvatore LaMonica, Esq. | Member | $725.00 | $810.00 |
| Gary F. Herbst, Esq. | Member | $725.00 | $810.00 |
| Joseph S. Maniscalco, Esq. | Member | $700.00 | $810.00 |
| Melanie A. FitzGerald, Esq. | Partner | $625.00 | $710.00 |
| Adam P. Wofse, Esq. | Partner | $625.00 | $710.00 |
| Lon Seidman, Esq. | Partner | $625.00 | $710.00 |
| Holly R. Holecek, Esq. | Partner | $575.00 | $675.00 |
| Nicholas S. Tuffarelli, Esq. | Associate | $575.00 | $635.00 |
| Cristina Lipan, Esq. | Associate | $475.00 | $550.00 |
| Nina Proctor, Esq. | Associate | $425.00 | $500.00 |
| Stephanie Bodizs, J.D. (pending admission) | Law Clerk | $375.00 | $435.00 |
| Diana Roca | Paralegal | $225.00 | $250.00 |
| Laura Nuzzi | Paralegal | $200.00 | $225.00 |

5.      LH&M last raised its rates as of January 1, 2024. After careful consideration,

LH&M determined to increase its hourly rates firm-wide based upon, inter alia, increased

operating costs, increased insurance costs, and increased employee costs. LH&M submits that

such rate increases are reasonable and necessary, especially given the rise in costs and expenses

that LH&M has incurred since 2024. Moreover, the rate increases are reasonable based on the

customary compensation charged by comparably skilled practitioners in cases other than cases

under Title 11 of the United States Code.

6.      The Successor Trustee was advised of and consented to the rate increases set forth

herein.

2

3

7.      Based on the forgoing, I believe that LH&M's new hourly rates set forth herein are reasonable and customary.

Executed under penalty of perjury this 8th day of July 2026.

*s/ Holly R. Holecek*
Holly R. Holecek

3