UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                              Case No.: 24-10157-1-pgr

KRIS DANIEL ROGLIERI,                             Chapter 7

          Debtor.
--------------------------------------------------------X
In re:                                                              Case No.: 24-11029-1-pgr

PRIME CAPITAL VENTURES, LLC,                Chapter 11 (Plan Confirmed)

          Debtor.
--------------------------------------------------------X

**AUCTIONEER'S REPORT OF SALE OF THE RICHARD MILLE WATCH
IDENTIFIED AS AN RM 52-01 TOURBILLON SKULL**

Harley Waltman, Esq. declares as follows pursuant to 28 U.S.C. § 1746:

1.      I am in-house general counsel to Phillips Auctioneers LLC in association with Bacs & Russo ("Phillips").

2.      By Orders entered on April 20, 2026 in the above-captioned cases (together "Orders"), among other things, Phillips was employed as auctioneer to the estates of Kris Daniel Roglieri and Prime Capital Ventures, LLC to market and sell a certain Richard Mille watch identified as an RM 52-01 Tourbillon Skull ("RM Skull Watch") pursuant to a Sellers' Auction Agreement with Enhanced Hammer Potential ("Sellers' Auction Agreement").

3.      Pursuant to Local Bankruptcy Rule 6005-1(c), I submit this Report of Sale in connection with the auction sale of the RM Skull Watch.

4.      The auction sale of the RM Skull Watch was conducted on June 14, 2026 in person at Phillips New York offices located at 432 Park Avenue, New York, New York 10022 ("Auction Site") and online.

5.    The manner and extent of advertising the auction sale and the availability of the RM Skull Watch for inspection were as follows:

    a.    The RM Skull Watch was advertised on Phillips' website and by direct advertising to potentially interested bidders.

    b.    The RM Skull Watch was advertised in hard copy and digital online format.

    c.    The RM Skull Watch was available for inspection at Phillips' New York offices.

    d.    Signage was prominently displayed at the Auction Site.

6.    A total of twenty-five registered bidders participated in the auction sale of the RM Skull Watch.

7.    The auction sale of the RM Skull Watch commenced at 11:44 a.m. and ended at approximately 12:06 p.m. There was active bidding for the RM Skull Watch at the auction.

8.    The hammer price for the RM Skull Watch was $1,100,000.00. The winning bid from the auction sale was received from a bidder in the United Arab Emirates. Phillips collected a total of $1,397,000.00 from the winning bidder, which includes the buyer's premium.

9.    Pursuant to the Orders and the Sellers' Auction Agreement, the total amount to be paid to the bankruptcy estates of Kris Daniel Roglieri and Prime Capital Ventures, LLC was $1,452,000.00, which was calculated as follows:

Hammer Price: $1,100,000.00

5% Enhanced Hammer: $55,000.00

Buyer's Premium: $297,000.00

Total Price to be Paid: $1,452,000.00

10.    On June 29, 2026, in accordance with the Orders and the Sellers' Auction Agreement, Phillips turned over: (a) the sum of $726,000.00 to the bankruptcy estate of Kris Daniel Roglieri; and (b) the sum of $726,000.00 to the bankruptcy estate of Prime Capital Ventures, LLC.

11.     Thereafter, in accordance with the Orders and the Sellers' Auction Agreement,

Phillips was paid: (a) the sum of $145,500.00 from bankruptcy estate of Kris Daniel Roglieri; and

(b) the sum of $145,500.00 from the bankruptcy estate of Prime Capital Ventures, LLC.

Executed under penalty of perjury this 14th day of July 2026.

DocuSigned by:

*Hartley Waltman*

6CBBA417FC1E4E1...

Hartley Waltman, as General Counsel,
Americas Phillips  Auctioneers, LLC