FILED
AUG 17 2026
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

**In re:**
**KRIS DANIEL ROGLIERI,**
Debtor.

**Case No. 24-10157-1-PGR**
**Chapter 7**

**August 14, 2026**

**NOTICE REGARDING DUPLICATE FILINGS – ECF NOS. 701 AND 703**

Dear Clerk of the Court:

I am writing to clarify that **ECF Nos. 701 and 703 are duplicate copies of the same filing** concerning the Debtor's Limited Objection to ECF No. 693.

Because of the time-sensitive nature of the filing, on **August 6, 2026**, I mailed a complete copy of the documents to the Clerk of the Court. At that time, I did not know whether I could arrange for someone to personally deliver another copy to the Court on the Debtor's behalf.

Fortunately, I had someone print and deliver the documents to the Court the following day, and the filing was entered as **ECF No. 701 on August 7, 2026**.

The copy I mailed on August 6 subsequently arrived at the Court and was entered as **ECF No. 703 on August 11, 2026**. I did not intend to submit two separate objections or supplemental filings. The second docket entry resulted solely from the previously mailed copy arriving after the hand-delivered copy had already been filed.

I respectfully ask that the Court and Clerk please note that **ECF Nos. 701 and 703 represent the same submission and should not be construed as two separate Limited Objections.**

Thank you for your attention and understanding.

Respectfully submitted,

**Linda Oliver,**
Power of Attorney for Kris Daniel Roglieri