**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Kris Daniel Roglieri

Case No.: 24-10157

Division: Albany

Adversary Proceeding No. (if applicable):

☐ Adjournment Request[2] for Hearing on Motion at Docket No.: __________

Reason for Adjournment Request:

Original Return Date of Motion:

Number of prior adjournment request that have been made _______

☒ Notification of Withdrawal of ☒ Motion; ☐ Opposition/Response; ☐ Other: ______
at Docket No.: 693

☐ Notification of Settlement of Motion at Docket No.: ____________

Date of Hearing: 10/15/2026

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
Christian Dribusch

(518) 227-0026
cdribusch@chd-law.com

Consent of All Parties Obtained? ☐ Yes ☒ No - ***Absent compelling reasons, adjournments will not be granted without the consent of all parties.***

Cc: Marianne O'Toole, Holly Holecek, Erin Champion, Linda Oliver

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.